UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>            Plaintiff,<br><br>     v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>            Defendant. | No. 2:20-cv-2482 WBS AC<br><br><br><br>ORDER RELATING CASES |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>            Plaintiff,<br><br>     v.<br><br>KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California, Department of | No. 2:21-cv-38 TLN DB |

1

| | |
|---|---|
| 1 | Corrections and Rehabilitation Mule Creek State Prison; and |
| 2 | CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, |
| 3 | |
| 4 | Defendants. |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because plaintiffs in both actions seek relief from the Secretary of the California Department of Corrections and Rehabilitations under the Clean Water Act, 33 U.S.C. § 1251 et seq., based on alleged water discharges at the Mule Creek State Prison.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated California Sportfishing Protection Alliance v. Allison, Case No. 2:20-cv-2482 WBS AC, and County of Amador v. Allison, Case No. 2:21-cv-38 TLN DB, be, and the same hereby are, deemed related. The case denominated County of Amador v. Allison, Case No. 2:21-cv-38 TLN DB, shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are

hereby VACATED.  Henceforth, the captions on documents filed in the reassigned case shall be shown as County of Amador v. Allison, Case No. 2:21-cv-38 WBS AC.

    IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: January 21, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE