ANDREW L. PACKARD (Bar No. 168690)
WILLIAM N. CARLON (Bar No. 305739)
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
E-mail: andrew@packardlawoffices.com
        wncarlon@packardlawoffices.com

JASON FLANDERS (Bar No. 238007)
ERICA MAHARG (Bar No. 279396)
AQUA TERRA AERIS LAW GROUP
490 43rd Street, Suite 108
Oakland, CA 94609
Tel. (916) 202-3018
E-mail: jrf@atalawgroup.com
        eam@atalawgroup.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

[Additional counsel listed on second page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>       Plaintiff,<br>   v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>       Defendant. | Case No: 2:20-cv-2482-WBS-AC<br><br>**REQUEST FOR WAIVER OF TWENTY-FIVE (25) PAGE LIMIT FOR JOINT STATEMENT RE DISCOVERY DISAGREEMENT UNDER MAGISTRATE CLAIRE'S STANDING ORDER REGARDING LOCAL RULE 51**<br><br>Date: December 22, 2021 (*hearing vacated*) |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>       Plaintiff,<br>   v.<br><br>KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | Case No. 2:21-cv-0038-WBS-AC |

- 1 -

Request for Page Limit Extension Re                    Case Nos: 2:20-cv-2482-WBS-AC
Joint Statement Re Discovery Disagreement                        and 2:21-cv-0038-WBS-AC
(Site Inspections)

    Defendants.

GENE TANAKA, Bar No. 101423
gene.tanaka@bbklaw.com
SHAWN D. HAGERTY, Bar No. 182435
shawn.hagerty@bbklaw.com
REBECCA ANDREWS, Bar No. 272967
rebecca.andrews@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street
Suite 390
Walnut Creek, California  94596
Telephone:     (925) 977-3300
Facsimile:     (925) 977-1870

Attorneys for Plaintiff
COUNTY OF AMADOR

    **WHEREAS**, Plaintiffs have filed a motion to compel access to the Mule Creek State Prison operated by Defendants in this action (ECF Document No. 22);

    **WHEREAS**, the motion seeks to address all of Defendants' objections to the First Request for Inspection of Land and Property ("Dry Inspection Request") and the Second Request for Inspection of Land and Property ("Wet Inspections Request"), most of which are common to both sets of objections;

    **WHEREAS**, the efficient resolution of these issues in a single proceeding will establish the ground rules for the Facility inspections in this case, avoiding the need to come back to the Court for each successive inspection request;

    **WHEREAS**, Plaintiffs have prepared the initial draft Joint Statement Re Discovery Disagreement ("Draft Joint Statement") due on December 15, 2021, serving it on Defendants on December 8, 2021;

    **WHEREAS**, the recitation of the discovery requests at issue, and objections thereto, without more, is over 21 pages, rendering the full document, before Defendants' edits, roughly 37 pages in length;

**WHEREAS**, Plaintiffs have requested that Defendants either withdraw some of their objections or agree to jointly request that the Court grant a waiver of the 25-page limit set forth in Magistrate Claire's Standing Orders; and,

**WHEREAS**, at the time of this filing, Defendants have not agreed to either withdraw some of their objections or to join in this request.

**THEREFORE**, good cause appearing, Plaintiffs hereby request that the parties be granted a waiver of the 25-page limit set forth in Magistrate Claire's Standing Orders as set forth in the [Proposed] Order below.

Dated:  December 10, 2021        LAW OFFICES OF ANDREW L. PACKARD

                                 By: /s/ Andrew L. Packard
                                 ANDREW L. PACKARD
                                 Attorneys for Plaintiff
                                 CALIFORNIA SPORTFISHING
                                 PROTECTION ALLIANCE

Dated:  December 10, 2021        BEST BEST & KRIEGER LLP

                                 By: /s/ Rebecca Andrews (auth. obtained on 12/10/21)
                                 GENE TANAKA
                                 SHAWN D. HAGERTY
                                 REBECCA ANDREWS
                                 Attorneys for Plaintiff
                                 COUNTY OF AMADOR

- 3 -

Request for Page Limit Extension Re                Case Nos: 2:20-cv-2482-WBS-AC
Joint Statement Re Discovery Disagreement                   and 2:21-cv-0038-WBS-AC
(Site Inspections)

**[PROPOSED] ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the parties are granted a waiver of the 25-page limit set forth in Magistrate Claire's Standing Orders;

IT IS FURTHER ORDERED that the Parties' Joint Statement Re Discover Disputes in the pending motion to compel site inspections shall be limited to 50 pages.

IT IS SO ORDERED.

Dated: December 10, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE