UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al., | No. 2:20-cv-02482-WBS-AC |
| Plaintiffs, | |
| v. | ORDER |
| KATHLEEN ALLISON, in her official capacity as Secretary of the CDCR, et al., | |
| Defendants. | |

    This matter is before the court on plaintiff California Sportfishing Protection Alliance ("CSPA")'s motion to compel defendant Kathleen Allison to accommodate Dry and Wet Facility Inspections of the Mule Creek State Prison located at 4001 CA-104, in Ione, California. ECF No. 22 at 2. Allison and CSPA submitted a 57-page joint statement in which Allison states she "has already agreed to provide access for Plaintiff's proposed inspections consistent with a mutually agreeable stipulation that the parties agree is necessary due to the secured nature of the Prison." ECF No. 27 at 7.

    Because the parties agree that the inspections will happen, the court intends to grant the motion to compel and now orders the parties to submit a draft stipulation or proposed order setting forth proposed terms for the inspections. The court recognizes there are still areas of dispute. Accordingly, where the parties are not in agreement the draft should set forth alternative

provisions proposed by each of the parties. The court will review the proposed language and hold a hearing via videoconferencing to discuss points of disagreement with the parties before issuing a final order.

The court orders as follows:

1. The motion to compel (ECF No. 22) is GRANTED insofar as the wet and dry inspections shall be permitted pursuant to the terms of a forthcoming stipulation or order.

2. The parties are ORDERED to submit to the court a draft stipulation or proposed order no later than January 19, 2022. The draft shall include alternate proposed language at points of disagreement. The parties are encouraged to work together earnestly to keep points of dispute to a minimum.

3. The matter is SET for hearing via Zoom on February 2, 2022 at 10:00 a.m. to discuss the proposed stipulation and/or order with the parties. The court will make any necessary determinations regarding any disputed language in the stipulation at the hearing or shortly thereafter. The parties are to contact the Court Clerk at (916) 930-4199 or janderson@caed.uscourts.gov one week prior to the hearing to obtain the Zoom I/D and the Password.

IT IS SO ORDERED.

DATED: December 29, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2