ANDREW L. PACKARD (Bar No. 168690)
andrew@packardlawoffices.com
WILLIAM N. CARLON (Bar No. 305739)
wncarlon@packardlawoffices.com
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

[Additional Counsel on p. 2]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendants. | Case No. 2:20-cv-02482-WBS-AC<br><br>DECLARATION OF RICHARD MCHENRY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION<br><br>No. 2:21-cv-0038-WBS-AC<br>Date:      August 22, 2022<br>Time:      1:30 p.m.<br>Court:     5<br><br>Action Filed: Jan. 7, 2021<br>Trial Date:  April 18, 2023 |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison,<br><br>Defendants. | |

1 | JASON FLANDERS (Bar No. 238007)
  | jrf@atalawgroup.com
2 | ERICA MAHARG (Bar No. 279396)
  | eam@atalafwgroup.com
3 | AQUA TERRA AERIS LAW GROUP
  | 490 43rd Street, Suite 108
4 | Oakland, CA 94609
  | Tel. (916) 202-3018
5 |
  | Attorneys for Plaintiff
6 | CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

7 | GENE TANAKA, Bar No. 101423
  | gene.tanaka@bbklaw.com
8 | SHAWN D. HAGERTY, Bar No. 182435
  | shawn.hagerty@bbklaw.com
9 | REBECCA ANDREWS, Bar No. 272967
  | rebecca.andrews@bbklaw.com
10 | BEST BEST & KRIEGER LLP
   | 2001 N. Main Street, Suite 390
11 | Walnut Creek, CA  94596
   | Tel: (925) 977-3300
12 |
   | Attorneys for Plaintiff
13 |
   | COUNTY OF AMADOR

I, Richard McHenry, make this declaration from personal knowledge. If called, I could and would testify competently as follows:

1. I am now, and have been since at least 2008, a member of California Sportfishing Protection Alliance ("CSPA"), the plaintiff in the above-captioned matter. I have served as the Director Compliance since 2008 and have served on CSPA's board of directors since June 2020.

2. I am a registered Civil Engineer in California, graduating from California State University at Sacramento in May of 1985. I was employed by the State and Regional Water Quality Control Boards from 1986 through 2008. My principal responsibility was water quality permitting and enforcement in the National Pollution Elimination System (NPDES), where I served as a Senior Engineer for several years, supervising the work of other engineers and scientists. I ended my career at the State Water Resources Control Board ("State Board"), Office of Enforcement, as a senior water quality compliance specialist.

3. CSPA has approximately 2,000 members who use the Sacramento-San Joaquin Delta (the "Delta") and its upstream waters, including the Mokelumne and Cosumnes Rivers, Dry Creek, and Mule Creek, for recreational, scientific, educational and conservation purposes, including fishing, boating, kayaking, sailing, wildlife observation, photography, hiking, and aesthetic enjoyment on a continuing and ongoing basis.

4. CSPA is a nonprofit, public benefit corporation organized under the laws of the State of California. The purposes of the organization include promoting the conservation,

restoration and enhancement of the State's fishery resources and the aquatic and terrestrial habitats on which these resources depend, promoting the preservation of land and aquatic habitat for scientific, historic, recreational, educational, agricultural, scenic or open space opportunities and promoting the social welfare through the protection, enhancement and restoration of the quality of sportfishing in California.

5.   CSPA acts on behalf of its members to protect their interests in using and enjoying the Delta and its tributaries. CSPA regularly communicates with state and federal agencies, including the State Board, the Central Valley Regional Water Quality Control Board ("Regional Board"), the California Department of Water Resources ("DWR"), the U.S. Bureau of Reclamation ("BOR"), the U.S. Environmental Protection Agency ("EPA"), the U.S. Army Corps of Engineers ("COE"), the Federal Energy Regulatory Commission ("FERC"), the California Department of Fish & Wildlife ("DFW"), the U.S. Fish & Wildlife Service ("USFWS"), and the National Marine Fishery Service ("NMFS"). CSPA's activities include providing comments on proposed regulatory action and gathering and disseminating information regarding the health of the Delta, its tributaries, and fishery resources.

6.   For example, CSPA submits formal comments, complaints, protests, and petitions and participates in evidentiary proceedings concerning water rights, public trust, water transfers, water quality control plans, and unreasonable use and method of diversion issues before the State Board. CSPA has filed more than twenty-five formal "public trust" and "unreasonable use

complaints" with the State Board against numerous water agencies including BOR and DWR. CSPA has filed formal protests against BOR and DWR regarding petitions for time extension of various Central Valley Project and State Water Project water rights and participated in an evidentiary proceeding regarding water rights and the appropriation of water from the Sacramento River by the cities of Woodland and Davis.

7. CSPA submits comments, complaints, petitions and interventions and participates in formal proceedings before the FERC regarding hydroelectric project licenses that affect fisheries. CSPA is a steering committee member of the California Hydropower Reform Coalition and has been involved in several FERC proceedings on the Mokelumne River.

8. CSPA reviews, submits comments and participates in administrative proceedings before both the State Board and Regional Board regarding proposed National Pollutant Discharge Elimination System ("NPDES") Permits, 401 Certifications, Waste Discharge Requirements ("WDR") or waivers of WDRs issued pursuant to state and federal clean water statutes. For example, CSPA submitted extensive comments and testimony to the State Board regarding protection of in-stream resources during the Emergency Drought Hearings and the Bay Delta Hearings (1995, 1999, and 2005) and successfully litigated the State Board's D-1641 decision that implemented the 1995 Water Quality Control Plan for the Delta. CSPA also submitted comments and expert testimony during the State Board's 2010 Delta Flow Hearings. CSPA participated, as a party of record, in the 2005 State Board Cease and Desist Order against DWR and BOR for violation of the

1  salinity objective in the South Delta. CSPA's successful lawsuit
2  against the State Board for its failure to develop sediment
3  quality objectives for the Delta resulted in the State Board
4  allocating more than six million dollars to develop sediment
5  objectives.
6      9.   CSPA regularly comments on the majority of NPDES
7  wastewater and storm water permits authorizing discharges of
8  wastewater or storm water into the Delta and its tributaries. On
9  a number of occasions, the State Board has agreed with CSPA and
10 remanded permits back to the Regional Board for revision. On
11 other occasions, CSPA has had to initiate litigation to secure
12 compliance with regulatory requirements.
13     10.  CSPA reviews, analyzes, and submits detailed comments
14 on California Environmental Quality Act and National
15 Environmental Policy Act documents pertaining to projects
16 affecting the Delta and its tributaries. For example, CSPA
17 submitted extensive comments on the Environmental Impact Report
18 ("EIR") and Environmental Impact Statement ("EIS") for DWR's
19 South Delta Improvement Project and Monterey Plus Agreement
20 Project and commented on BOR's Two Gates Project. CSPA submitted
21 detailed comments on the Regional Board's EIR for the revised
22 irrigated lands program and submitted scoping comments for the
23 EIR/EIS for the Delta Steward Council's Bay-Delta Plan.
24     11.  CSPA reviews and submits comments on biological
25 opinions, critical habitat designation, streambed alteration, and
26 Section 404 dredging permits issued by NMFS, USFWS, COE, and DFW.
27
28

12. CSPA monitors actions related to the Delta estuary. CSPA has been deeply involved in virtually every proceeding involving the Bay-Delta from the evidentiary hearings in the 1980s through CalFed, Delta Vision, the Bay Delta Conservation Plan efforts to construct a peripheral canal and the Delta Stewardship Committee's development of a Delta Plan.

13. As a senior Engineer at the Regional Board in the NPDES Section, I oversaw regulation of Wastewater Treatment Systems in El Dorado County for several years. This included the Deer Creek, El Dorado Hills and City of Placerville wastewater treatment systems and their wastewater discharge to surface waters. I participated and oversaw inspections of the wastewater treatment and disposal systems and surface water receiving streams. Both the Deer Creek and El Dorado Hills wastewater treatment plant discharges are tributary to the Cosumnes River. On occasion I inspected water conditions in the Cosumnes River.

14. I have visited areas in El Dorado County for recreational activities, including the community of Ione. I have participated in organized bicycle rides in the area and enjoyed the waterways for their scenic values.

15. Mule Creek prison did not have NPDES permits during my tenure at the waterboards. It was regulated by the land disposal units. Since they were local facilities to the County, I participated in water board staff discussions regarding wastewater issues and problems at Mule Creek over the years.

16. Working with CSPA over the years, I have received complaints from neighbors and have read numerous newspaper articles regarding problematic wastewater discharges to surface

waters from the Mule Creek Prison.  I have also discussed enforcement and regulatory issues regarding the prison's discharges to surface waters with Regional Board staff.

17.  I believe that eliminating the prison's polluted discharged to Mule Creek would reduce my concerns about the harms caused by these discharges to the natural environment and would increase my enjoyment of the scenic of values of Ione and downstream watersheds.  I am concerned that if the prison's unlawful discharges of sewage to Mule Creek are not meaningfully addressed, water quality and habitat in, and the beneficial uses of, the Mokelumne and Cosumnes Rivers will be significantly degraded.

I swear under penalty of perjury under the laws of both California and the United States that the foregoing is true and correct and that this declaration was executed on June 26, 2022 at Sacramento, California.

*Richard McHenry* (signature)
Richard McHenry