1  GENE TANAKA, Bar No. 101423
   gene.tanaka@bbklaw.com
2  SHAWN D. HAGERTY, Bar No. 182435
   shawn.hagerty@bbklaw.com
3  REBECCA ANDREWS, Bar No. 272967
   rebecca.andrews@bbklaw.com
4  BEST BEST & KRIEGER LLP
   2001 N. Main Street, Suite 390
5  Walnut Creek, CA  94596
   Tel: (925) 977-3300
6
   Attorneys for Plaintiff
7  COUNTY OF AMADOR
   [Additional Counsel on p. 2]

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10            ROBERT T. MATSUI FEDERAL COURTHOUSE

11

| | |
|---|---|
| 12  CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | Case No. 2:20-cv-02482-WBS-AC |
| 13            Plaintiff, | Honorable William B. Shubb |
| 14     v. | DECLARATION OF KAREN ASHBY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION |
| 15  KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation, | |
| 16 17 | |
| 18            Defendants. | |
| 19  COUNTY OF AMADOR, a public agency of the State of California, | No. 2:21-cv-0038-WBS-AC |
| 20 | Date:   Aug. 22, 2022 |
| 21            Plaintiff, | Time:   1:30 p.m. Court:  5 |
| 22     v. | Action Filed: Jan. 7, 2021 |
| 23  KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison, | Trial Date: April 18, 2023 |
| 24 | [Filed with: |
| 25 | 1. Not. & P.& A.; 2. State. of Undisp. Facts; |
| 26 | 3. Decls. of Opalenik, Andrews, Carlon, Emerick, Taylor, Evatt, and McHenry; |
| 27            Defendants. | 4. Appendix of Exs.; 5. [Proposed] Order] |
| 28 | |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CALIFORNIA 94596

ANDREW L. PACKARD (Bar No. 168690)
andrew@packardlawoffices.com
WILLIAM N. CARLON (Bar No. 305739)
wncarlon@packardlawoffices.com
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060

JASON FLANDERS (Bar No. 238007)
jrf@atalawgroup.com
ERICA MAHARG (Bar No. 279396)
eam@atalafwgroup.com
AQUA TERRA AERIS LAW GROUP
490 43rd Street, Suite 108
Oakland, CA 94609
Tel. (916) 202-3018

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE

BEST BEST & KRIEGER LLP

I, Karen Ashby, declare as follows:

1.    I have personal knowledge of the matters set forth herein, except as otherwise noted, and, if called to testify, could and would testify competently thereto.

2.    I am a Vice President at Larry Walker Associates, Inc. (LWA), an environmental engineering and consulting firm that specializes in, among other matters, water quality management. In my capacity as a Vice President, I serve as a Project Manager for stormwater and watershed management projects.

3.    I have a Bachelor of Science from the University of California at Irvine and have been certified as a Professional in Storm Water Quality from Envirocert International, Inc. since 2004. I have been an active member of the California Stormwater Quality Association ("CASQA") since 1999 and have served as a member of the Board of Directors, Vice Chair, and Chair of CASQA. In 2018, I received the CASQA Leadership Award as a recognition of my contributions to the stormwater profession.

4.    I have over 30 years of experience in stormwater quality matters, including but not limited to, providing regulatory assistance; facilitating stakeholder groups; developing and implementing stormwater management programs and Total Maximum Daily Loads; evaluating and reporting on stormwater program effectiveness; and preparing various regulatory and technical reports on stormwater management issues. Prior to joining LWA, I managed the area-wide municipal stormwater program for the County of Orange for over ten years.

BEST BEST & KRIEGER LLP

5.    I reviewed a number of documents related to Mule Creek State Prison (the "Facility"). I reviewed copies of documents from Best Best & Krieger LLP ("BB&K"), the website of the California Central Valley Regional Water Quality Control Board ("Regional Board"), the website of the California State Water Resources Control Board ("State Board"), and/or the Storm Water Multiple Application and Report Tracking System ("SMARTS"). SMARTS is a publicly available database of documents the Regional Board or dischargers / permittees upload. I have used the Regional Board, State Board, and SMARTS websites thousands of times in my more than thirty years' experience with storm water quality matters. The documents listed below from those websites are documents typically uploaded by the Regional Board, State Board, or dischargers / permittees.

6.    Specifically, the documents I reviewed included the following:

A.    Pertinent sections of the document entitled "Revised Stormwater Collection System Investigation Report of Findings" for the Facility, dated August 2018 and revised October 2019, with bates label MCSP0003981 - MCSP0003984 ("Stormwater Report"). Figure 1-5, below, is an aerial depiction of the Facility from the Stormwater Report, with bates label MCSP0004089. I received this from BB&K. A true copy of excerpts of the Stormwater Report with Bates Nos. MCSP0003957-MCSP0003958, MCSP0003981-MCSP0003984, and MCSP0004089 are attached to the Appendix of Documents filed in Support of Plaintiffs' Motion for

BEST BEST & KRIEGER LLP

Summary Adjudication, filed concurrently ("Plaintiffs'
Appendix"), as ex. 5.

B.    Regional Board Water Code 13383 Order to Monitor
Discharges to Surface Water issued to Patrick Covello, Warden,
Mule Creek State Prison ("Defendants") dated August 6, 2020
("August 2020 Order"). I reviewed this on SMARTS. A true copy of
the August 2020 Order is attached to Plaintiffs' Appendix as ex.
6.

C.    The Regional Board's Order of the same name on
about December 22, 2020, which superseded the August 2020 Order
("December 2020 Order"). I reviewed this on SMARTS. A true copy
of the December 2020 Order is attached to Plaintiffs' Appendix as
ex. 7.

D.    The Regional Board's Order of the same name dated
November 29, 2021, which revised the December 2020 Order
("November 2021 Order"). I reviewed this on SMARTS. A true copy
of the November 2020 Order is attached to Plaintiffs' Appendix as
ex. 8.

E.    Water Quality Control Plan for the Central Valley
Regional Water Quality Control Board for the Sacramento River
Basin and San Joaquin River Basin, last revised May 2018 ("Basin
Plan"). I reviewed this on the Regional Board website. A true
copy of the Basin Plan is attached to Plaintiffs' Appendix as ex.
9.

F.    The State Water Resources Control Board's Part 3
of the Water Quality Control Plan for Inland Surface Waters,
Enclosed Bays, and Estuaries of California – Bacteria Provisions
and Water Quality Standards Variance Policy, dated February 4,

BEST BEST & KRIEGER LLP

2019 ("Bacteria Standards"). I reviewed this on the State Board's website. A true copy of the Bacteria Standards is attached to Plaintiffs' Appendix as ex. 10.

G.    Hazardous Materials Spill Reports for the time period between January 4, 2021 and March 29, 2022, provided by Facility representatives to the Governor's Office of Emergency Services ("OES Reports"). Data for the OES Reports was contained in the Quarterly Monitoring Reports filed by the Facility for the First through Fourth Quarters of 2021 and the First Quarter of 2022. I reviewed the Quarterly Monitoring Reports on SMARTS. The Quarterly Monitoring Reports are discussed in further detail in paragraph 6.I below.

H.    SHN Technical Memoranda to the Regional Board containing weekly monitoring reports of laboratory analytical reports of samples Defendants took of discharges from MCSP2, MCSP3, MCSP4/Downstream, MCSP5, and MCSP6, between February 4, 2019 and May 29, 2020 ("Weekly Monitoring Reports"). I received these from BB&K. A true copy of screenshots listing these Weekly Monitoring Reports is attached to Plaintiffs' Appendix as ex. 11.

I.    The quarterly monitoring and annual monitoring reports Defendants submitted for the Facility in response to the August 13383 Order and December 13383 Order for the time period covering August 2020 through December 31, 2021 ("Quarterly and Annual Monitoring Reports"). The Quarterly and Annual Monitoring Reports included laboratory analytical reports of samples Defendants took from Mule Creek [MCSP4], and MS4 outfalls MCSP2 and MCSP3, as well as MCSP5 and MCSP6 ("13383 Lab Reports"). I reviewed these on SMARTS. A true copy of a list of the Quarterly

BEST BEST & KRIEGER LLP

83653.00001\40086063.3

2:20-CV-02482-WBS-AC
Decl. of Ashby ISO MSA

and Annual Monitoring Reports is attached to Plaintiffs' Appendix as ex. 12.

J. The notice of intent to enroll the Facility under the Statewide National Pollutant Discharge Elimination System (NPDES) General Permit for Waste Discharge Requirements for Storm Water Discharges From Small Separate Storm Sewer Systems (MS4s), State Board Order 2013-0001-DWQ NPDES No. CAS000004 ("Small MS4 Permit") and related documents with Bates Nos. CALSPORT0013003 - 0013007. I reviewed this on SMARTS. A true copy of the Small MS4 Permit is attached to Plaintiffs' Appendix as ex. 13.

K. The No Exposure Certification ("NEC") to enroll the Facility under the NPDES General Permit Storm Water Discharges Associated with Industrial Activities, NPDES NO. CAS000001 ("Industrial General Permit") and related documents. I reviewed this on SMARTS. True copies of the NEC and Industrial General Permit are attached to Plaintiffs' Appendix as exs. 14 and 15, respectively.

L. The 2021 No Exposure Certification Inspection Report, prepared by a representative of the Regional Board, dated February 11, 2021 ("NEC Inspection Report"). I reviewed this on SMARTS. A true copy of the NEC Inspection Report is attached to Plaintiffs' Appendix as ex. 16.

M. The Regional Board letter to the Facility, dated February 11, 2022, commenting on the Phase II MS4 Annual Reports and 13383 Order Quarterly Monitoring Reports ("2022 Comment Letter"). I reviewed this on SMARTS. A true copy of the 2022 Comment Letter is attached to Plaintiffs' Appendix as ex. 17.

N. Laboratory analytical reports of samples

Plaintiffs took on March 9, 2022 at the site inspection which I attended ("Plaintiffs' Lab Samples"). I received these from BB&K. True copies of Plaintiffs' Lab Samples are attached to Plaintiffs' Appendix as ex. 18.

O. The County of Amador's First Amended Complaint and California Sportfishing Protection Alliance's Complaint in this action. I received these from BB&K.

7. According to the Stormwater Report, as well as the August 2020 Order, December 2020 Order, and November 2021 Order:

A. The point labeled "MCSP3" depicts the Facility's primary outfall location, which drains approximately 64.2 acres of the Facility through a culvert under an exterior perimeter road to an earthen channel that flows into Mule Creek. It is estimated that three quarters of the drainage area flows to the primary outfall. See Stormwater Report Section 1.4.1, MSCP0003982. Discharges from MCSP3 first pass through a Facility outfall labeled "MCSP6."

B. The point labeled "MCSP2" depicts the Facility's secondary outfall location, which drains approximately 21.3 acres of the Facility through an earthen channel that flows into Mule Creek. It is estimated that one quarter of the drainage area flows to the secondary outfall. See Stormwater Report Section 1.4.2, MCSP0003984. Discharges from MCSP2 first pass through a Facility outfall labeled "MCSP5."

C. The point labeled as "MCSP4/Downstream" depicts a location within Mule Creek at a southern edge and downstream of the Facility. In various documents reviewed, "MCSP4/Downstream" was also labeled "Location 3."

Figure 1-5 is a site plan showing these locations and is attached to this Declaration.

8.    Based on this document review:

A.    Mule Creek is a stream that is tributary to Dry Creek with in-stream sampling occurring at a point labeled "MCSP4/Downstream" (in addition to others).

B.    Section 2.1 of the Basin Plan provides that the "beneficial uses of any specifically identified water body generally apply to its tributary streams."

C.    Table 2-1, of the Basin Plan designates the following beneficial uses for the waters of the Sacramento-San Joaquin Delta and its tributaries, including Mule Creek: municipal and domestic supply (MUN); agricultural supply (AGR); water contact recreation (REC-1); non-contact water recreation (REC-2); warm freshwater habitat (WARM); cold freshwater habitat (COLD); migration for aquatic organisms (MIGR); spawning, reproduction, and/or early development (SPWN); and wildlife habitat (WILD). Section 4.1.8 of the Basin Plan provides, in part, that "[a]ll water quality objectives are developed to protect the MUN beneficial use unless otherwise stated." Section 4.2.1.1.8 of the Basin Plan provides, in part, that "except under specifically defined exceptions, all surface and ground waters of the state are to be protected as existing or potential sources of municipal and domestic supply."

**PAST VIOLATIONS OF SMALL MS4 PERMIT – *E. COLI***

9.    **Water Quality Objectives – *E. coli*.** Effective February

83653.00001\40086063.3

BEST BEST & KRIEGER LLP

4, 2019, the Bacteria Objectives applicable to all inland surface waterbodies (including Mule Creek) are measured by the *E. coli* geometric mean (GM" or geomean") and the statistical threshold value ("STV"). Geomean results are based on a six-week rolling average of at least five samples within that six-week period, calculated weekly. If the geomean in any six week period is greater than the geomean magnitude (100 cfu/100 mL for *E. coli*), then the sample violates the geomean WQS. STV results are based on a single sample, with no more than 10% of the samples exceeding in a calendar month. Any sample greater than the STV threshold violates the STV WQO unless that sample constitutes 10% or less of all STV samples during the calendar month. The Bacteria Objectives for the GM and STV are set forth in the following Table 1, which I have circled for clarity:

**Table 1.** REC-1 Bacteria Water Quality Objectives

| Applicable Waters | Objective Elements | Estimated Illness Rate (NGI): 32 per 1,000 water contact recreators | |
|---|---|---|---|
| | | Magnitude | |
| | Indicator | GM (cfu/100 mL) | STV (cfu/100 mL) |
| All waters where the salinity is equal to or less than 1 ppth 95 percent or more of the time | *E. coli* | 100 | 320 |
| All waters where the salinity is greater than 1 ppth more than 5 percent of the time | Enterococci | 30 | 110 |

The waterbody GM shall not be greater than the applicable GM magnitude in any six-week interval, calculated weekly. The applicable STV shall not be exceeded by more than 10 percent of the samples collected in a CALENDAR MONTH, calculated in a static manner.

NGI = National Epidemiological and Environmental Assessment of Recreational Water gastrointestinal illness rate; GM = geometric mean; STV = statistical threshold value; cfu = colony forming units; mL = milliliters; ppth = parts per thousand

To avoid double-counting STV and geomean exceedance for the same day, the total number of exceedances were counted as the number of STV exceedances plus the number of additional exceedances of

83653.00001\40086063.3

2:20-CV-02482-WBS-AC
Decl. of Ashby ISO MSA

Best Best & Krieger LLP

the geomean that had not already triggered an exceedance of the STV.

10. **Forty (40) Past Violations of Small MS4 Permit's *E. coli* Discharge Prohibition - STV.** As shown in attached Table 2, Defendants' laboratory analytical results reported discharges from the Facility to Mule Creek in excess of the STV WQO for *E. coli* in 18 samples from MCSP2 and 22 samples from MCSP3 between February 4, 2019 and January 6, 2021. These results show that 95% of samples taken from MCSP2 (18/19 samples) and 85% of samples taken from MCSP3 (22/26 samples) exceeded the STV WQO for *E. coli* during this period.

11. **One (1) Past Violation of Small MS4 Permit's *E. coli* Discharge Prohibition – Geometric Mean.** As shown in attached Table 3, Defendants' laboratory analytical results demonstrate discharges from the Facility to Mule Creek exceed the geomean WQO for *E. coli* on 11 occasions from discharge points MCSP2 and MCSP3 between the dates of February 4, 2019 and January 6, 2021 (when enough samples were collected within the 6-week period). However, all but one of the sample dates already exceed the STV, and therefore, were not counted as exceedances under this analysis. On that one sample date (3/26/2020), the two results reported at MCSP3 did not exceed the STV, but the calculated geomean exceeded 100 MPN/100mL. This result was counted as one additional *E. coli* discharge violation at MCSP3 due to the geomean.

12. **Nineteen (19) Past Violations of MS4 Permit's Receiving Water Limitations – *E-Coli*.** As shown in attached Table 4, 47 samples collected during 35 days (out of a total of 68 samples in 45 days) from the receiving water at MCSP4/Downstream analyzed

BEST BEST & KRIEGER LLP

between February 4, 2019 and January 6, 2021 (69%) exceeded the STV or geomean WQO for *E. coli*. On 19 of these 35 days of exceedances in Mule Creek, the Facility discharged *E. coli* (exceeding the WQOs) at MCSP2 and MCSP3 on the same date as the exceedance in the receiving water (54%).

**PAST VIOLATIONS OF SMALL MS4 PERMIT - METALS**

13. **Water Quality Objectives - Metals.**

A.  Section 4.2.1.1.8 of the Basin Plan provides that "except under specifically defined exceptions, all surface and ground waters of the state are to be protected as existing or potential sources of municipal and domestic supply." Section 3.1.3 includes the following numeric water quality objectives for chemical constituents, including but not limited to aluminum, iron, and manganese, which require waters for use as domestic or municipal supply (MUN) to meet the maximum contaminant limits (MCLs) specified in Title 22 of the California Code of Regulations ("CCR"). Section 64449, Table 64449-A of Title 22 of the CCR establishes the following limits for domestic or municipal supply:

| Constituent | MCLs / Units |
|-------------|--------------|
| Aluminum | 200 µg/L |
| Iron | 300 µg/L |
| Manganese | 50 µg/L |

B.  Sections 4.1.8 and 4.2.1.1.15 of the Basin Plan includes the California Toxics Rule (CTR) at 40 C.F.R.§ 131.38 as criteria for constituents, including but not limited to copper,

BEST BEST & KRIEGER LLP

lead, and zinc for surface waters with a "municipal" beneficial use designation as follows:

| Constituent | CTR Criteria / Units |
|---|---|
| Copper | 9 µg/L dissolved (Chronic) |
| Lead | 2.5 µg/L dissolved (Chronic)<br>3.2 µg/L total (Chronic) |
| Zinc | 117 ug/L dissolved (Acute)<br>120 µg/L total (Acute) |

14. **Twenty-Five (25) Past Violations of Small MS4 Permit's Discharge Prohibition - Metals.** As shown in attached Table 5, the laboratory analytical reports of samples Defendants took from MCSP2 and MCSP3 between the dates of February 4, 2019 and January 6, 2021 demonstrate that discharges from the Facility's outfalls at MCSP2 and/or MCSP3 exceeded the WQOs for various metals on 25 occasions.

15. **Fourteen (14) Past Violations of Small MS4 Permit's Receiving Water Limitations - Metals.** As shown in attached Table 6, laboratory analytical reports of samples Defendants took from MCSP2, MCSP3, and MCSP4/Downstream between the dates of February 4, 2019 and January 6, 2021 demonstrate fourteen samples of the receiving water at MCSP4/Downstream analyzed during this time period exceeded WQOs for aluminum, iron, lead, and zinc on the same days on which the Facility discharged these same metals from discharge points MCSP2 and MCSP3.

**ONGOING VIOLATIONS**

16. **Ongoing Discharges from Facility to Mule Creek.**

A.    As set forth in attached Table 7, Defendants'

2:20-CV-02482-WBS-AC
Decl. of Ashby ISO MSA

1  Quarterly Monitoring Reports indicate the Facility discharged

2  more than 30 million gallons to Mule Creek during 12 discharge

3  events occurring over more than 60 days between January 2021 and

4  March 2022.

5    B. In August 2020, the Regional Water Board issued a

6  Water Code Section 13383 Order to the Facility to monitor

7  discharges to surface water. The August 2020 Order required,

8  among other things, the Facility to monitor MCSP2 (Outfall-1) and

9  MCSP3 (Outfall-2) as well as MCSP4 for a number of parameters

10  including E.coli (in CFU/100 ml) and metals.

11    C. In December 2020, the Regional Water Board issued

12  a revised 13383 Order to clarify that monitoring was to be

13  conducted when there is any discharge from the Facility's MS4.

14  The December 2020 Order modified the monitoring locations, which

15  required, among other things, the Facility to monitor MCSP5

16  (Outfall-1) and MCSP6 (Outfall-2) as well as MCSP4 for a number

17  of parameters including E.coli (in CFU/100 ml) and metals.

18    D. In November 2021, the Regional Water Board issued

19  another 13383 Order to monitor discharges to surface water. The

20  November 2021 Order required, among other things, the Facility to

21  monitor MCSP5 (Outfall-1), MCSP6 (Outfall-2), MCSP2 (Outfall-3),

22  and MCSP3 (Outfall-4) as well as MCSP4 for a number of parameters

23  including E.coli (in CFU/100 ml) and metals. Although the August

24  2020 Order and November 2021 Order required Defendants to monitor

25  discharges from MCSP2 and MCSP3, Defendants' laboratory

26  analytical results do not contain data for samples taken from

27  these locations after issuance of the November 2021 Order.

28    E. Each of the 13383 Orders provides that "[s]amples

1  . . . taken as required herein shall be representative of the
2  volume and nature of the monitored discharge."

3

4              **ONGOING VIOLATIONS OF SMALL MS4 PERMIT'S**
5              **DISCHARGE PROHIBITIONS AND RECEIVING WATER**
6              **LIMITATIONS PROVISIONS - *E. COLI***

7

8      17.  **Nine (9) Ongoing Violations of Small MS4 Permit's *E.***
9  ***coli* Discharge Prohibition - STV.** As shown in attached Table 8,
10 the laboratory analytical results reported discharges from the
11 Facility to Mule Creek in excess of the STV WQO for *E. coli* in
12 four (4) samples from MCSP5 and five (5) samples from MCSP6
13 between January 7, 2021 and March 28, 2022. Defendants' 13383
14 Orders required *E. coli* to be reported as a numeric value;
15 however *E. coli* was only reported as "Present" by the laboratory
16 in an additional five samples collected from each of these
17 locations, thus no numeric result was provided. These results
18 show that *E. coli* was present in 100% of samples taken at MCSP5
19 and MCSP6 (10/10) and that least 40% of samples taken from MCSP5
20 (4/10) and 50% of samples taken from MCSP6 (5/10) exceeded the
21 STV WQO for *E. coli* during this period.
22     18.  **Ongoing Violation of Small MS4 Permit's *E. coli***
23 **Discharge Prohibition - Geomean.** Ongoing violations of the
24 geomean limit could not be calculated because there were fewer
25 than five samples within each six-week period. There is
26 discretion regarding the number of *E. coli* results to be included
27 within each 6-week period, however, five samples of *E. coli* is
28 justified because it results in a more robust geomean.

BEST BEST & KRIEGER LLP

19.   **Five (5) Ongoing Violations of Small MS4 Permit's Receiving Water Limitations – *E. coli*.** As shown in attached Table 9, five (5) samples collected from the receiving water at MCSP4/Downstream analyzed between January 7, 2021 and March 28, 2022 exceeded the STV WQO for *E. coli*. On all five days of exceedances in Mule Creek, the Facility discharged *E. coli* at MCSP5 and MCSP6 on the same date as the exceedance in the receiving water (100%). In addition, *E. coli* was reported as "Present" in receiving water during an additional six days, and "Present" in Facility discharge during five of those six days (*E. coli* was not sampled in Facility discharge during the sixth day).

**ONGOING VIOLATIONS OF SMALL MS4 PERMIT – METALS**

20.   **Seventy-seven (77) Ongoing Violations of Small MS4 Permit's Discharge Prohibition - Metals.** As shown in attached Table 10, the laboratory analytical reports of samples Defendants took from MCSP5 and MCSP6 between the dates of January 7, 2021 and March 28, 2022 demonstrate that discharges from the Facility's outfalls at MCSP5 and MCSP6 exceeded WQOs for various metals on seventy-seven occasions.

21.   **Twenty-Nine (29) Ongoing Violations of Small MS4 Permit's Receiving Water Limitations - Metals.** As shown in attached Table 11, laboratory analytical reports of samples Defendants took from MCSP5, MCSP6, and MCSP4/Downstream between the dates of January 7, 2021 and March 28, 2022 demonstrate that receiving water at MCSP4/Downstream analyzed during this time period exceeded WQS for various metals twenty-nine times on the

BEST BEST & KRIEGER LLP

1  same days that the Facility discharged these same metals from
2  discharge points MCSP5 and MCSP6.

**MARCH 9, 2022 SITE INSPECTION**

6      22.  On March 9, 2022, I inspected portions of the Facility
7  ("Site Inspection"), took photographs and notes, and, through a
8  field technician, obtained three aqueous samples from within the
9  Facility's storm drain system.

10     23.  In preparation for the Site Inspection, I reviewed the
11  precipitation history for the area, however there is not a rain
12  gauge that is within the City limits. The closest one is Sutter
13  Hill CDF (~10 miles), which indicated that the last measurable
14  rain was recorded on March 1, 2022. On the day of the Site
15  Inspection, it was sunny, was not raining, and had not rained for
16  approximately 8 days. I also reviewed the stormwater system,
17  including but not limited to subsurface pipelines, drop inlets,
18  culverts, and outfalls, depicted in the Stormwater Report.

**ONGOING VIOLATION - STANDING WATER IN STORM DRAINS**

22     24.  I saw standing water at the following locations within
23  the exterior perimeter storm drain.

24         A.   At the drop inlet upstream (U/S) of Guard Tower 4
25  ("GT-4") (see red square on Figure 1), I observed standing water
26  in the catch basin (IMG-2820).

2:20-CV-02482-WBS-AC
Decl. of Ashby ISO MSA

BEST BEST & KRIEGER LLP

Figure 1 IMG-2820 Location          IMG-2820. Drop Inlet U/S GT-4




   B.   At the drop inlet downstream (D/S) GT-4 (see red square on Figure 2), I observed water actively flowing through subsurface pipelines, apparently from within the Facility, under the lethal fence, and into the catch basin located at GT-4. (IMG-2797). The County's field technician took a sample of the flowing water from the subsurface pipeline into the catch basin. I reviewed the analytical laboratory results of Plaintiffs' Lab Samples which confirmed the presence of *E. coli*, total and fecal coliform, and pharmaceutical products.

Figure 2 IMG-2797 Location



IMG-2797. Drop Inlet D/S GT-4



   C. Every drop inlet between GT-4 and Guard Tower 3 ("GT-3") had visible standing or flowing water present as shown in IMG-2773, 2771, and 2767. The location of each image is indicated by the red squares on Figures 3 to 5 below.

Figure 3 IMG-2773 Location



IMG-2773. Drop Inlet D/S GT-4, by Building 5



83653.00001\40086063.3

2:20-CV-02482-WBS-AC
Decl. of Ashby ISO MSA

BEST BEST & KRIEGER LLP

Figure 4 IMG-2771 Location



IMG-2771 – D/S GT-4, Between Bldg 4 and 5



Figure 5 IMG-2767 Location



IMG-2767 – By Building 4



D.    At the junction vault D/S GT-3 (see red rectangle on Figure 6 below), I observed water present within the junction vault and subsurface corrugated pipelines that carry flows through the Facility's storm drain system from the direction of GT-4 to the junction vault (IMG-2758). The County's field technician took a sample of the water within the junction vault. I reviewed Plaintiffs' Lab Samples results which confirmed the presence of *E. coli*, total and fecal coliform, and

83653.00001\40086063.3

2:20-CV-02482-WBS-AC
Decl. of Ashby ISO MSA

BEST BEST & KRIEGER LLP

pharmaceutical products.

Figure 6 IMG-2758 Location IMG-2758 – Guard Tower 3
Junction Vault



E. As set forth in the Stormwater Report, flows leave the junction vault at GT-3, flow through a culvert under a perimeter road, and outfall to an earthen channel. The outfall to the earthen channel is labeled MCSP6 on Figure 6. Flows from the earthen channel enter Mule Creek at the location labeled MCSP3. (See red rectangle on Figure 7 below) I inspected the outfall at MCSP6 and found standing water in the earthen channel at the point of outfall. I also observed evidence of a recent flows through the storm drain system outfall at MCSP 6 to the earthen channel. (IMG-2738, IMG-2741).

Figure 7 IMG-2738 Location IMG-2738 – MCSP6 Outfall

BEST BEST & KRIEGER LLP




IMG-2741 – Earthen Channel From
MCSP6 to MCSP3



      F.   As shown in red rectangle on Figure 8 and IMG-2745, IMG-2778, and IMG-2827, I followed the earthen channel from MCSP6 to MCSP3 and observed standing water within and evidence and recent flows through large portions of the length of the channel. At the point labeled MCSP3, I observed water inside the pipelines that outfall to Mule Creek (IMG-2778).

83653.00001\40086063.3

2:20-CV-02482-WBS-AC
Decl. of Ashby ISO MSA

Figure 8 Location of IMG-2745, IMG-2778, IMG-2827

IMG-2745 – Water Within Earthen Swale Between MCSP 6 and MCSP3





IMG-2778 – MCSP3

IMG-2827 – Earthen Channel U/S MCSP3





G.    Based on these observations and the diagram of the flows within the Facility's storm drain system, the water within the junction vault at GT-3, which drained through MCSP6 and into the earthen channel, Appeared to follow the route shown in purple on Figure 9 below.

Figure 9. Observed Flows March 9, 2022

83653.00001\40086063.3



H. At MCSP5, I observed water in the junction vault as shown red rectangle in Figure 10 and IMG-2853. I followed the path of the storm drain system across the street to the location where MCSP5 outfalls to an earthen channel. As shown in IMG-2861 and IMG-2865, there was evidence of flows recently leaving the MCSP5 outfall and there was standing water in the earthen channel that drains into Mule Creek.

Figure 10 Location IMG-2861    IMG-2853 – Junction Vault at MCSP5




83653.00001\40086063.3

IMG-2861 – MCSP5 Outfall          IMG-2865 – Earthen Channel
                                  Between MCSP5 and Mule Creek

 

25.    In summary, I observed evidence of flows within and discharges from the Facility's storm drain system occurring in dry weather. Flows appeared to originate within the Facility's lethal fence, through the portion of the system that collects and conveys flows from the central AB corridor, through the subsurface drainage system along the perimeter road, through the junction vault at MCSP6, through the earthen channel, and out of MCSP3 to Mule Creek. There was also evidence of recent dry weather discharges from MCSP5 to the earthen channel that flows to Mule Creek.

**ONGOING VIOLATIONS – INDUSTRIAL GENERAL PERMIT**

26.    I next entered the Facility and walked through the central "BC" corridor and then through central "AB" corridor. The pathway is depicted by the red rectangle on Figure 11.

83653.00001\40086063.3

2:20-CV-02482-WBS-AC
Decl. of Ashby ISO MSA

A.   As shown in Figure 11 and NEC Report Figure 3 and IMGs-2885 and 2884, trash and debris were present in the uncovered loading dock IMG-2884 which serves the industrial sewing facility. Wood pallets were also stored outside of the sewing loading dock in an area exposed to precipitation.

Figure 11 Location



NEC Report Figure 3. Industrial Sewing Area within Location



IMG-2885 – Sewing Loading Dock



IMG-2884 – Outside Sewing Loading Dock



B.   As shown in Figure 12 and NEC Report Figure 3 and IMG-2877 and IMG-2876, a chemical storage container outside the

BEST BEST & KRIEGER LLP

industrial meat packing area was leaking onto the ground in an area exposed to precipitation. According to the NEC Report, page 7, figure 3, legend note 3, the chemicals stored in this area include "Hazmat 'igloos' containing food grade mineral oil for equipment lubrication." In addition, cardboard containers were stored at the edge of the covered loading dock area outside the meat packing area, in a location exposed to precipitation.

Figure 12 Industrial Area

NEC Report Figure 3 Industrial Meat Processing Location





IMG-2877 – Leaking Industrial Material Storage



IMG-2876 – Cardboard Container Storage

83653.00001\40086063.3

2:20-CV-02482-WBS-AC
Decl. of Ashby ISO MSA

27. In summary, the information obtained from the inspection indicates that there are industrial materials that are used and/or stored in areas that have exposure to storm water. In addition, there were industrial areas that were not maintained in a manner that would result in no exposure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this June 22, 2022, at Davis, California.

KAREN ASHBY

Figure 1-5



Mule Creek State Prison
Storm Water Collection Investigation
Ione, California

Site Plan Showing
Water Sampling Locations
SHN 516025.100

June 2018

516025-103-1-5-WATER

Figure 1-5

MCSP0004089

83653.00001\40086063.3

**Table 2. Forty (40) Past Violations of Small MS4 Permit's**

*E. coli* **Discharge Prohibition – STV**

| Sample Date | WQO | MCSP2 Result, MPN/100mL | | MCSP3 Result, MPN/100mL | |
|---|---|---|---|---|---|
| | | Measurement | Exceeds | Measurement | Exceeds |
| 4/8/2019 | 320 STV | 920.8 | Yes | – | – |
| | | 842 | Yes | | |
| 5/16/2019 | 320 STV | 22,820 | Yes | 34,480 | Yes |
| | | 15,150 | Yes | 34,480 | Yes |
| 5/20/2019 | 320 STV | 4,430 | Yes | 1,413.6 | Yes |
| 9/16/2019 | 320 STV | – | – | 27,230 | Yes |
| 12/11/2019 | 320 STV | – | – | 448 | Yes |
| 12/23/2019 | 320 STV | 2,613 | Yes | 2,254 | Yes |
| 1/9/2020 | 320 STV | – | – | 1,986.3 | Yes |
| 1/16/2020 | 320 STV | 703 | Yes | – | – |
| 1/17/2020 | 320 STV | 1,723 | Yes | 520 | Yes |
| 1/27/2020 | 320 STV | 1,565 | Yes | 309 | No |
| 3/16/2020 | 320 STV | 565 | Yes | 691 | Yes |
| | | 920.8 | Yes | 920.8 | Yes |
| 3/17/2020 | 320 STV | 1,935 | Yes | 414 | Yes |
| | | – | – | 325.5 | Yes |
| 3/25/2020 | 320 STV | 960 | Yes | 512 | Yes |
| 3/26/2020 | 320 STV | 788 | Yes | 42 | No |
| | | | | 10 | No |
| 4/6/2020 | 320 STV | 1,722 | Yes | 1,334 | Yes |
| 4/7/2020 | 320 STV | 512 | Yes | 1,187 | Yes |
| | | | | 1,046.2 | Yes |
| 4/20/2020 | 320 STV | – | – | 450 | Yes |
| 5/18/2020 | 320 STV | 34,410 | Yes | 24,196 | Yes |
| | | | | 12,230 | Yes |

BEST BEST & KRIEGER LLP

| Sample Date | WQO | MCSP2 Result, MPN/100mL | | MCSP3 Result, MPN/100mL | |
|---|---|---|---|---|---|
| | | Measurement | Exceeds | Measurement | Exceeds |
| 5/19/2020 | 320 STV | 24,196 | Yes | 21,870 | Yes |
| | | | | 12,033 | Yes |
| 5/28/2020 | 320 STV | – | – | 6,867 | Yes |
| 12/17/2020 | 320 STV | Absent | No | Absent | No |

83653.00001\40086063.3

2:20-CV-02482-WBS-AC
Decl. of Ashby ISO MSA

Best Best & Krieger LLP

**Table 3. One (1) Additional Violation of Small MS4 Permit's *E. coli* Discharge Prohibition - Geomean (GM)**

| Sample Date | WQO | MCSP2 Result, MPN/100mL | | MCSP3 Result, MPN/100mL | |
|---|---|---|---|---|---|
| | | Geomean | Exceeds[1] | Geomean | Exceeds[1] |
| 4/8/2019 | 100 GM | 881 | UD | 34,480 | UD |
| 5/16/2019 | 100 GM | 4,046 | UD | 11,889 | UD |
| 5/20/2019 | 100 GM | 11,527 | UD | 27,230 | UD |
| 12/23/2019 | 100 GM | 2,613 | UD | 448 | UD |
| 1/9/2020 | 100 GM | – | – | 1,005 | UD |
| 1/16/2020 | 100 GM | 1,355 | UD | 1,261 | UD |
| 1/17/2020 | 100 GM | 1,468 | UD | 1,011 | UD |
| 1/27/2020 | 100 GM | 1,492 | UD | 921 | UD |
| 3/16/2020 | 100 GM | 721 | UD | 798 | UD |
| 3/17/2020 | 100 GM | 1,002 | UD | 541 | UD |
| 3/25/2020 | 100 GM | 991 | UD | 535 | Yes |
| 3/26/2020 | 100 GM | 947 | Yes | 211 | Yes |
| 4/6/2020 | 100 GM | 1,046 | Yes | 265 | Yes |
| 4/7/2020 | 100 GM | 945 | Yes | 354 | Yes |
| 4/20/2020 | 100 GM | – | – | 361 | Yes |
| 5/18/2020 | 100 GM | 4,197 | UD | 2,778 | Yes |
| 5/19/2020 | 100 GM | 28,855 | UD | 8,108 | Yes |
| 5/28/2020 | 100 GM | – | – | 7,887 | Yes |
| 12/17/2020 | 100 GM | Absent | UD | Absent | UD |

83653.00001\40086063.3

2:20-CV-02482-WBS-AC
Decl. of Ashby ISO MSA

BEST BEST & KRIEGER LLP

BEST BEST & KRIEGER LLP

Table 4. Nineteen (19) Past Violations of Small MS4 Permit's Receiving Water Limitations - *E. coli*

| Sample Date | MCSP4/ Downstream Exceedance, MPN/100mL | WQO | MCSP2 Result, MPN/100mL Measurement | MCSP3 Result, MPN/100mL Measurement |
|---|---|---|---|---|
| 2/10/2019 | 3,550 | 320 STV | – | – |
| 2/13/2019 | 770.1 | 320 STV | – | – |
| 2/26/2019 | 365.4 | 320 STV | – | – |
| 5/9/2019 | 119 | 100 GM | – | – |
|  | 101.2 |  |  |  |
| 5/16/2019 | 2,489 | 320 STV | 22,820 | 34,480 |
|  | 2,098 | 320 STV | 15,150 | 34,480 |
| 5/20/2019 | 201 | 100 GM | 4,430 | 1,413.6 |
|  | 122 |  |  |  |
| 6/12/2019 | 435.2 | 320 STV | – | – |
|  | 10 | – |  |  |
| 6/26/2019 | 2,187 | 320 STV |  |  |
| 7/10/2019 | 3,255 | 320 STV | – | – |
|  | 1,986.3 | 320 STV |  |  |
| 9/11/2019 | 920.8 | 320 STV | – | – |
| 9/16/2019 | 32,550 | 320 STV | – | 27,230 |
| 11/27/2019 | 5,290 | 320 STV |  |  |
| 12/11/2019 | 980.4 | 320 STV | – | 448 |
|  | 388 | 320 STV |  |  |
| 12/23/2019 | 2,755 | 320 STV | 2,613 | 2,254 |
|  | 1,553.1 | 320 STV |  |  |

| Sample Date | MCSP4/ Downstream Exceedance, MPN/100mL | WQO | MCSP2 Result, MPN/100mL Measurement | MCSP3 Result, MPN/100mL Measurement |
|---|---|---|---|---|
| 1/9/2020 | 1,413.6 | 320 STV | – | 1,986.3 |
| 1/16/2020 | 3,873 | 320 STV | 703 | – |
| | 88.8 | – | | |
| 1/17/2020 | 537 | 320 STV | 1,723 | 520 |
| 1/27/2020 | 132 | 100 GM | 1,565 | 309 |
| 3/16/2020 | 2,812 | 320 STV | 920.8 | 920.8 |
| | 2,720 | 320 STV | 565 | 691 |
| 3/17/2020 | 10,462 | 320 STV | 1,935 | 414 |
| | 3,890 | 320 STV | | 325.5 |
| 3/25/2020 | 1,565 | 320 STV | 960 | 512 |
| | 135.4 | 100 GM | | |
| 3/26/2020 | 34.1 | 100 GM | 788 | 42 |
| | 20 | 100 GM | | 10 |
| 4/6/2020 | 11,199 | 320 STV | 1,722 | 1,334 |
| | 5,040 | 320 STV | | |
| 4/7/2020 | 2,481 | 320 STV | 512 | 1,187 |
| | 2,419.6 | 320 STV | | 1,046.2 |
| 4/8/2020 | 648.8 | 320 STV | – | – |
| 4/20/2020 | 110 | 100 GM | – | 450 |
| 4/23/2020 | 187 | 100 GM | – | – |
| 4/27/2020 | 262 | 100 GM | – | – |
| 4/30/2020 | 213 | 100 GM | – | – |

BEST BEST & KRIEGER LLP

83653.00001\40086063.3

2:20-CV-02482-WBS-AC
Decl. of Ashby ISO MSA

| Sample Date | MCSP4/ Downstream Exceedance, MPN/100mL | WQO | MCSP2 Result, MPN/100mL | MCSP3 Result, MPN/100mL |
|---|---|---|---|---|
| | | | Measurement | Measurement |
| 5/5/2020 | 85 | 100 GM | – | – |
| 5/12/2020 | 410.6 | 100 GM | – | – |
| | 86 | | | – |
| 5/13/2020 | 648.8 | 320 STV | – | – |
| | 189 | 100 GM | | – |
| 5/18/2020 | 26,130 | 320 STV | 34,410 | 24,196 |
| | 12,460 | 320 STV | | 12,230 |
| 5/19/2020 | 15,290 | 320 STV | 24,196 | 21,870 |
| | 3,441 | 320 STV | | 12,033 |
| 5/28/2020 | 1,860 | 320 STV | – | 6,867 |
| 12/17/2020 | Absent | 320 STV | Absent | Absent |

83653.00001\40086063.3

BEST BEST & KRIEGER LLP

**Table 5. Twenty-five(25) Past Violations of Small MS4 Permit's Discharge Prohibition – Metals**

| | Sample Date | MCSP2 Result | WQO Exceeded | MCSP3 Result | WQO Exceeded |
|---|---|---|---|---|---|
| Aluminum, Total, µg/L (WQO 200) | | | | | |
| | 5/16/2019 | 1,700 | Yes | 1,900 | Yes |
| | 9/16/2019 | – | – | 3,400 | Yes |
| | 1/9/2020 | – | – | 2,100 | Yes |
| | 3/16/2020 | 2,200 | Yes | 2,500 | Yes |
| | 5/18/2020 | – | – | 3,200 | Yes |
| | 12/17/2020 | 2,380 | Yes | 1,810 | Yes |
| Iron, Total, µg/L (WQO 300) | | | | | |
| | 5/16/2019 | 4,500 | Yes | 4,000 | Yes |
| | 9/16/2019 | – | – | 9,000 | Yes |
| | 1/9/2020 | – | – | 3,900 | Yes |
| | 3/16/2020 | 2,600 | Yes | 1,100 | Yes |
| | 5/18/2020 | – | – | 7,700 | Yes |
| | 12/17/2020 | 7,170 | Yes | 3,490 | Yes |
| Lead, Total, µg/L (WQO 3.2) | | | | | |
| | 12/17/2020 | 21.4 | Yes | 9.6 | Yes |
| Zinc, Total, µg/L (WQO 120) | | | | | |
| | 5/16/2019 | 73 | No | 270 | Yes |
| | 9/16/2019 | – | – | 340 | Yes |
| | 1/9/2020 | – | – | 160 | Yes |
| | 5/18/2020 | – | – | 120 | Yes |
| | 12/17/2020 | 83.7 | No | 177 | Yes |

BEST BEST & KRIEGER LLP

**Table 6. Fourteen (14) Past Violations of Small MS4 Permit's Receiving Water Limitations – Metals**

| Sample Date | MCSP4/ Downstream Exceedance | WQO Exceeded | MCSP2 Result | MCSP3 Result |
|---|---|---|---|---|
| Aluminum, Total, µg/L (WQO 200) | | | | |
| 9/16/2019 | 5,700 | Yes | – | 3,400 |
| 1/9/2020 | 1,200 | Yes | – | 2,100 |
| 3/16/2020 | 1,900 | Yes | 2,200 | 2,500 |
| 5/18/2020 | 1,400 | Yes | – | 3,200 |
| 12/17/2020 | 2,960 | Yes | 2,380 | 1,810 |
| Iron, Total, µg/L (WQO 300) | | | | |
| 5/16/2019 | 540 | Yes | 4,500 | 4,000 |
| 9/16/2019 | 15,000 | Yes | – | 9,000 |
| 1/9/2020 | 2,100 | Yes | – | 3,900 |
| 3/16/2020 | 2,400 | Yes | 2,600 | 1,100 |
| 5/18/2020 | 3,600 | Yes | – | 7,700 |
| 12/17/2020 | 4,290 | Yes | 7,170 | 3,490 |
| Lead, Total, µg/L (WQO 3.2) | | | | |
| 12/17/2020 | 11.5 | Yes | 21.4 | 9.6 |
| Zinc, Total, µg/L (WQO 120) | | | | |
| 9/16/2019 | 410 | Yes | – | 340 |
| 12/17/2020 | 157 | Yes | – | 177 |

83653.00001\40086063.3

2:20-CV-02482-WBS-AC
Decl. of Ashby ISO MSA

**Table 7. Ten (10) Ongoing Discharge Events from Facility**

| Event No. | Date(s) of discharge to Mule Creek | Volume of Discharge (gallons) |
|---|---|---|
| 1. | January 4 – 5, 2021 | 238,488 |
| 2. | January 22 – February 3, 2021 | 11,126,134 |
| 3. | February 11 – 16, 2021 | 1,305,260 |
| 4. | March 5 – 6, 2021 | 43,887 |
| 5. | March 9 – 11, 2021 | 282,342 |
| 6. | March 14 – 16, 2021 | 393,840 |
| 7. | March 18 – 19, 2021 | 1,227,103 |
| 8. | October 20- 27, 2021 | 8,003,962 |
| 9. | November 8 – 10, 2021 | 209,712 |
| 10. | December 9 – 31, 2021 | 7,321,854 |
| 11. | March 15 – 21, 2022 | 148,334 |
| 12. | March 27 – 29, 2022 | 168,699 |

BEST BEST & KRIEGER LLP

**Table 8. Nine (9) Ongoing Violations of Small MS4 Permit's**
*E. coli* **Discharge Prohibition – STV**

| Sample Date | WQO | MCSP5 Result , MPN/100mL | | MCSP6 Result , MPN/100mL | |
|---|---|---|---|---|---|
| | | Measurement | Exceeds [1] | Measurement | Exceeds [1] |
| 1/27/2021 | 320 STV | Present | P | Present | P |
| 2/2/2021 | 320 STV | Present | P | Present | P |
| 3/10/2021 | 320 STV | Present | P | Present | P |
| 3/15/2021 | 320 STV | Present | P | Present | P |
| 3/19/2021 | 320 STV | Present | P | Present | P |
| 10/22/2021 | 320 STV | 2419.6 | Yes | 2419.6 | Yes |
| 11/9/2021 | 320 STV | 1732.9 | Yes | 2419.6 | Yes |
| 12/9/2021 | 320 STV | 2419.6 | Yes | 2419.6 | Yes |
| 3/15/2022 | 320 STV | 214.2 | No | 2419.6 | Yes |
| 3/28/2022 | 320 STV | 547.5 | Yes | 2419.6 | Yes |

1 Yes = Exceedance; No = No exceedance; P = The laboratory reported the presence of E. coli in the sample, but did not provide a numeric value, therefore an exceedance cannot be determined.

83653.00001\40086063.3

BEST BEST & KRIEGER LLP

**Table 9. Five (5) Ongoing Violations of Small MS4 Permit's Receiving Water Limitations – *E. coli* STV**

| Sample Date | MCSP4/ Downstream Exceedance, MPN/100mL | WQO | MCSP5 Result, MPN/100mL Measurement | MCSP6 Result, MPN/100mL Measurement |
|---|---|---|---|---|
| 1/27/2021 | Present | 320 STV | Present | Present |
| 2/2/2021 | Present | 320 STV | Present | Present |
| 2/12/2021 | Present | 320 STV | – | – |
| 3/10/2021 | Present | 320 STV | Present | Present |
| 3/15/2021 | Present | 320 STV | Present | Present |
| 3/19/2021 | Present | 320 STV | Present | Present |
| 10/22/2021 | 2,419.6 | 320 STV | 2419.6 | 2419.6 |
| 11/9/2021 | 1,732.9 | 320 STV | 1732.9 | 2419.6 |
| 12/9/2021 | 2,419.6 | 320 STV | 2419.6 | 2419.6 |
| 3/15/2022 | 2419.6 | 320 STV | 214.2 | 2419.6 |
| 3/28/2022 | 2419.6 | 320 STV | 547.5 | 2419.6 |

83653.00001\40086063.3

2:20-CV-02482-WBS-AC
Decl. of Ashby ISO MSA

BEST BEST & KRIEGER LLP

**Table 10. Seventy-seven (77) Ongoing Discharge Violations-Metals**

| Sample Date | MCSP5 Result | WQO Exceeded (Yes) | MCSP6 Result | WQO Exceeded (Yes) |
|---|---|---|---|---|
| Aluminum, Total, µg/L (WQO 200) | | | | |
| 1/27/2021 | 3,620 | Yes | 4,100 | Yes |
| 2/2/2021 | 10,600 | Yes | 8,170 | Yes |
| 3/10/2021 | 3,230 | Yes | 1,590 | Yes |
| 3/15/2021 | 8,120 | Yes | 11,800 | Yes |
| 3/19/2021 | 3,780 | Yes | 3,330 | Yes |
| 10/22/2021 | 11,000 | Yes | 9,800 | Yes |
| 11/9/2021 | 4,400 | Yes | 3,000 | Yes |
| 12/9/2021 | 7,700 | Yes | 27,000 | Yes |
| 3/15/2022 | 3,800 | Yes | 4,500 | Yes |
| 3/28/2022 | 1,300 | Yes | 1,600 | Yes |
| Iron, Total, µg/L (WQO 300) | | | | |
| 1/27/2021 | 4,760 | Yes | 5,600 | Yes |
| 2/2/2021 | 5,490 | Yes | 5,290 | Yes |
| 3/10/2021 | 1,430 | Yes | 880 | Yes |
| 3/15/2021 | 3,950 | Yes | 7,660 | Yes |
| 3/19/2021 | 2,060 | Yes | 2,090 | Yes |
| 10/22/2021 | 8,600 | Yes | 9,700 | Yes |
| 11/9/2021 | 3,400 | Yes | 2,300 | Yes |
| 12/9/2021 | 5,200 | Yes | 32,000 | Yes |
| 3/15/2022 | 2,000 | Yes | 2,800 | Yes |
| 3/28/2022 | 770 | Yes | 970 | Yes |
| Manganese, Total, µg/L (WQO 50) | | | | |
| 1/27/2021 | 43.1 | No | 109 | Yes |
| 2/2/2021 | 54 | Yes | 78 | Yes |
| 3/10/2021 | 16.6 | No | 23.8 | No |
| 3/15/2021 | 53 | Yes | 106 | Yes |
| 3/19/2021 | 21.5 | No | 39.9 | No |
| 10/22/2021 | 97 | Yes | 190 | Yes |
| 11/9/2021 | 59 | Yes | 58 | Yes |
| 12/9/2021 | 87 | Yes | 520 | Yes |
| 3/15/2022 | 54 | Yes | 110 | Yes |
| 3/28/2022 | <6 | – | 54 | Yes |

Best Best & Krieger LLP

| Sample Date | MCSP5 Result | WQO Exceeded (Yes) | MCSP6 Result | WQO Exceeded (Yes) |
|---|---|---|---|---|
| Copper, Dissolved, µg/L (WQO 9) | | | | |
| 1/27/2021 | 13.1 | Yes | 16.3 | Yes |
| 2/2/2021 | 6.4 | No | 6 | No |
| 3/10/2021 | 7.1 | No | 8.6 | No |
| 3/15/2021 | 8 | No | 8.9 | No |
| 3/19/2021 | 8.5 | No | 12.9 | Yes |
| 10/22/2021 | 22 | Yes | 29 | Yes |
| 11/9/2021 | <20 | – | <20 | – |
| 12/9/2021 | <20 | – | <20 | – |
| 3/15/2022 | <14 | – | <14 | – |
| 3/28/2022 | <14 | – | <14 | – |
| Lead, Dissolved, µg/L (WQO 2.5) | | | | |
| 1/27/2021 | 6.9 | Yes | 6.3 | Yes |
| 2/2/2021 | <5 | – | <5 | – |
| 3/10/2021 | <5 | – | <5 | – |
| 3/15/2021 | <5 | – | <5 | – |
| 3/19/2021 | 44.5 | Yes | 44.5 | Yes |
| 10/22/2021 | <50 | – | <50 | – |
| 11/9/2021 | <50 | – | <50 | – |
| 12/9/2021 | <50 | – | <50 | – |
| 3/15/2022 | <7 | – | <7 | – |
| 3/28/2022 | <7 | – | <7 | – |
| Zinc, Dissolved, µg/L (WQO 117) | | | | |
| 1/27/2021 | 103 | No | 669 | Yes |
| 2/2/2021 | 176 | Yes | 169 | Yes |
| 3/10/2021 | 131 | Yes | 363 | Yes |
| 3/15/2021 | 224 | Yes | 317 | Yes |
| 3/19/2021 | 182 | Yes | 334 | Yes |
| 10/22/2021 | 14 | No | 290 | Yes |
| 11/9/2021 | 77 | No | 140 | Yes |
| 12/9/2021 | 67 | No | 160 | Yes |
| 3/15/2022 | 90 | No | 390 | Yes |
| 3/28/2022 | 110 | No | 320 | Yes |

BEST BEST & KRIEGER LLP

**Table 11. Twenty-nine (29) Ongoing Violations of Small MS4 Permit's Receiving Water Limitations – Metals**

| Sample Date | MCSP4/ Downstream | WQO Exceeded | MCSP5 | MCSP6 |
|---|---|---|---|---|
| Aluminum, Total, µg/L (WQO 200) | | | | |
| 1/27/2021 | 3,060 | Yes | 3,620 | 4,100 |
| 2/2/2021 | 5,460 | Yes | 10,600 | 8,170 |
| 2/12/2021 | 1,440 | Yes | – | – |
| 3/10/2021 | 300 | Yes | 3,230 | 1,590 |
| 3/15/2021 | 3,740 | Yes | 8,120 | 11,800 |
| 3/19/2021 | 1,010 | Yes | 3,780 | 3,300 |
| 10/22/2021 | 8,300 | Yes | 11,000 | 9,800 |
| 11/9/2021 | 1,200 | Yes | 4,400 | 3,000 |
| 12/9/2021 | 20,000 | Yes | 7,700 | 27,000 |
| 3/15/2022 | 2,000 | Yes | 3,800 | 4,500 |
| 3/28/2022 | 430 | Yes | 1,300 | 1,600 |
| Iron, Total, µg/L (WQO 300) | | | | |
| 1/27/2021 | 3,500 | Yes | 4,760 | 5,600 |
| 2/2/2021 | 3,380 | Yes | 5,490 | 5,290 |
| 2/12/2021 | 1,090 | Yes | – | – |
| 3/10/2021 | 272 | No | 1,430 | 880 |
| 3/15/2021 | 2,260 | Yes | 3,950 | 7,660 |
| 3/19/2021 | 725 | Yes | 2,060 | 2,090 |
| 10/22/2021 | 7,200 | Yes | 8,600 | 9,700 |
| 11/9/2021 | 1,100 | Yes | 3,400 | 2,300 |
| 12/9/2021 | 23,000 | Yes | 5,200 | 32,000 |
| 3/15/2022 | 1,300 | Yes | 2,000 | 2,800 |
| 3/28/2022 | 540 | Yes | 770 | 970 |
| Manganese, Total, µg/L (WQO 50) | | | | |
| 1/27/2021 | 42.1 | No | 43.1 | 109 |
| 2/2/2021 | 48.2 | No | 54 | 78 |
| 2/12/2021 | 16.7 | No | – | – |
| 3/10/2021 | 13.1 | No | 16.6 | 23.8 |
| 3/15/2021 | 44.5 | No | 53 | 106 |
| 3/19/2021 | 15.6 | No | 21.5 | 39.9 |
| 10/22/2021 | 250 | Yes | 97 | 190 |
| 11/9/2021 | 64 | Yes | 59 | 58 |
| 12/9/2021 | 330 | Yes | 87 | 520 |

83653.00001\40086063.3

| Sample Date | MCSP4/Downstream | WQO Exceeded | MCSP5 | MCSP6 |
|---|---|---|---|---|
| 3/15/2022 | 43 | No | 54 | 110 |
| 3/28/2022 | <6 | No | <6 | 54 |

**Copper, Dissolved, µg/L (WQO 9)**

| Sample Date | MCSP4/Downstream | WQO Exceeded | MCSP5 | MCSP6 |
|---|---|---|---|---|
| 1/27/2021 | 8.7 | No | 13.1 | 16.3 |
| 2/2/2021 | 5 | No | 6.4 | 6.0 |
| 2/12/2021 | <5 | No | – | – |
| 3/10/2021 | <5 | No | 7.1 | 8.6 |
| 3/15/2021 | 5.4 | No | 8.0 | 8.9 |
| 3/19/2021 | <5 | No | 8.5 | 12.9 |
| 10/22/2021 | 26 | Yes | 22 | 29 |
| 11/9/2021 | <20 | * | <20 | <20 |
| 12/9/2021 | <20 | * | <20 | <20 |
| 3/15/2022 | <14 | * | <14 | <14 |
| 3/28/2022 | <14 | * | <14 | <14 |

**Lead, Dissolved, µg/L (WQO 2.5)**

| Sample Date | MCSP4/Downstream | WQO Exceeded | MCSP5 | MCSP6 |
|---|---|---|---|---|
| 1/27/2021 | <5.0 | * | 6.9 | 6.3 |
| 2/2/2021 | <5.0 | * | <5 | <5 |
| 2/12/2021 | <5.0 | * | – | – |
| 3/10/2021 | <5.0 | * | <5 | <5 |
| 3/15/2021 | <5.0 | * | <5 | <5 |
| 3/19/2021 | 6.7 | Yes | 44.5 | 15.8 |
| 10/22/2021 | <50 | * | <50 | <50 |
| 11/9/2021 | <50 | * | <50 | <50 |
| 12/9/2021 | <50 | * | <50 | <50 |
| 3/15/2022 | <7 | * | <7 | <7 |
| 3/28/2022 | <7 | * | <7 | <7 |

**Zinc, Dissolved, µg/L (WQO 117)**

| Sample Date | MCSP4/Downstream | WQO Exceeded | MCSP5 | MCSP6 |
|---|---|---|---|---|
| 1/27/2021 | 186 | Yes | 103 | 669 |
| 2/2/2021 | 125 | Yes | 176 | 169 |
| 2/12/2021 | 50.1 | No | – | – |
| 3/10/2021 | 176 | Yes | 131 | 363 |
| 3/15/2021 | 191 | Yes | 224 | 317 |
| 3/19/2021 | 104 | No | 182 | 334 |
| 10/22/2021 | 250 | Yes | 14 | 290 |
| 11/9/2021 | <20 | No | 77 | 140 |
| 12/9/2021 | 57 | No | 67 | 160 |
| 3/15/2022 | 58 | No | 90 | 390 |
| 3/28/2022 | <8 | No | 110 | 320 |

* WQOs for dissolved lead and dissolved copper are 2.5 and 9

83653.00001\40086063.3

Best Best & Krieger LLP

μg/L, respectively, but Defendants' laboratory used a test method with reporting limits of 5.0 and 20 μg/L, respectively, which are higher than the WQOs. Therefore, compliance with the WQOs cannot be determined from these results.

83653.00001\40086063.3