GENE TANAKA, Bar No. 101423
gene.tanaka@bbklaw.com
SHAWN D. HAGERTY, Bar No. 182435
shawn.hagerty@bbklaw.com
REBECCA ANDREWS, Bar No. 272967
rebecca.andrews@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, CA  94596
Tel: (925) 977-3300

Attorneys for Plaintiff
COUNTY OF AMADOR
[Additional Counsel on p. 2]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>                Plaintiff,<br><br>        v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>                Defendants. | Case No. 2:20-cv-02482-WBS-AC<br><br>Honorable William B. Shubb<br><br>DECLARATION OF MICHELLE OPALENIK IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>                Plaintiff,<br><br>        v.<br><br>KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison,<br><br>                Defendants. | No. 2:21-cv-0038-WBS-AC<br><br>Date:   August 22 , 2022<br>Time:   1:30 p.m.<br>Court:  5<br><br>Action Filed: Jan. 7, 2021<br>Trial Date:  April 18, 2023<br><br>[Filed with:<br>1. Not. of MSA and MPAs;<br>2. State. of Undisp. Facts;<br>3. Decls. Of Ashby, Andrews, Carlon, Emerick, Taylor, Evatt, and McHenry;<br>4. Appendix of Exs.;<br>5. [Proposed] Order] |

BEST BEST & KRIEGER LLP

ANDREW L. PACKARD (Bar No. 168690)
andrew@packardlawoffices.com
WILLIAM N. CARLON (Bar No. 305739)
wncarlon@packardlawoffices.com
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060

JASON FLANDERS (Bar No. 238007)
jrf@atalawgroup.com
ERICA MAHARG (Bar No. 279396)
eam@atalafwgroup.com
AQUA TERRA AERIS LAW GROUP
490 43rd Street, Suite 108
Oakland, CA 94609
Tel. (916) 202-3018

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE

BEST BEST & KRIEGER LLP

<u>DECLARATION OF MICHELLE OPALENIK</u>

I, Michelle Opalenik, declare:

1.     I have personal knowledge of the facts set forth below, and if called as a witness, could and would testify to those facts under oath.

2.     Since November 2020, I have been the Director of the Environmental Health Department ("Department") of the County of Amador ("Amador"). The Department promotes and protects public health and the environment by ensuring compliance with state and county regulations, conducting investigations and inspections, and taking legal action. The Department also coordinates activities with federal, state, regional, county, and city agencies when planning and implementing environmental health programs such as programs to control toxic materials and sewage, and to protect the water supply. As Director, I am involved in these efforts, including this lawsuit regarding Mule Creek State Prison ("MCSP") in Ione, California.

3.     My involvement includes obtaining and reviewing Amador records to respond to requests for production of documents in this lawsuit. Those records include documents described below, which were prepared in connection with Amador's efforts to investigate, address, and monitor contamination caused by MCSP.

3.     In the fall of 2006, Amador hired Carlton Engineering Inc. ("Carlton Engineering") to sample and analyze water quality in Mule Creek and water wells near MCSP, review records concerning water quality near MCSP, and prepare a report of its findings. According to its Report, the Mule Creek samples

BEST BEST & KRIEGER LLP

BEST BEST & KRIEGER LLP

1   contained indicators of sewage, and some of the groundwater

2   samples from nearby drinking water wells showed nitrates in

3   excess of the maximum contaminant level ("MCL"). Carlton

4   Engineering concluded that MCSP was impacting water quality in

5   Mule Creek, and there was the potential that a significant

6   percentage of the groundwater in the area of MCSP originated from

7   MCSP's practice of spraying effluent on the land to dispose of

8   it. A true copy of Carlton Engineering's Report, dated December

9   6, 2006, is attached to Plaintiffs' Appendix in Support of Motion

10  for Summary Adjudication, filed concurrently ("Plaintiffs'

11  Appendix"), as ex. 1.

12      4.   To address concerns about contamination of drinking

13  water near MCSP, in 2007, the County Board of Supervisors

14  established the Amador Safe Drinking Water Program ("Program") to

15  provide loans or grant funds to property owners near MCSP, whose

16  drinking water wells have nitrate levels in excess of the MCL, to

17  connect to the community water system. The Board of Supervisors

18  adopted Resolution No. 07-163 to create the Program. A true copy

19  of Resolution No. 07-163, adopted August 7, 2007, is attached to

20  Plaintiffs' Appendix as ex. 2.

21      5.   Pursuant to the Program, Amador gave a grant to Rocklin

22  Costa to pay for the cost of connecting his residence to the

23  public water system. Mr. Costa's contract with the contractor was

24  for time and materials with a not to exceed limit of  $18,830.00.

25  A true copy of Mr. Costa's Construction Contract, dated September

26  6, 2007, is attached to Plaintiffs' Appendix as ex. 3.

27      6.   Amador staff has continued to keep the Board of

28  Supervisors updated on MCSP's releases. A true copy of a

Memorandum from the Community Development Director to the Board of Supervisors, dated January 21, 2020, updating the Board, is attached to Plaintiffs' Appendix as ex. 4.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed at Jackson, California, on June 22, 2022.

Michelle Opalenik

83653.00001\40131526.1

BEST BEST & KRIEGER LLP