1  ANDREW L. PACKARD (Bar No. 168690)
   andrew@packardlawoffices.com
2  WILLIAM N. CARLON (Bar No. 305739)
   wncarlon@packardlawoffices.com
3  Law Offices of Andrew L. Packard
   245 Kentucky Street, Suite B3
4  Petaluma, CA 94952
   Tel: (707) 782-4060
5
   JASON FLANDERS (Bar No. 238007)
6  jrf@atalawgroup.com
   ERICA MAHARG (Bar No. 279396)
7  eam@atalafwgroup.com
   AQUA TERRA AERIS LAW GROUP
8  490 43rd Street, Suite 108
   Oakland, CA 94609
9  Tel. (916) 202-3018

10 Attorneys for Plaintiff
   CALIFORNIA SPORTFISHING PROTECTION
11 ALLIANCE

12 [Additional Counsel on p. 2]

                  UNITED STATES DISTRICT COURT
13                EASTERN DISTRICT OF CALIFORNIA
                ROBERT T. MATSUI FEDERAL COURTHOUSE
14

15 | CALIFORNIA SPORTFISHING | Case No. 2:20-cv-02482-WBS-AC |
   | PROTECTION ALLIANCE, | |
16 |     Plaintiff, | |
17 |   v. | DECLARATION OF EDMUND TAYLOR |
   | | IN SUPPORT OF PLAINTIFFS' |
18 | KATHLEEN ALLISON, in her | MOTION FOR SUMMARY |
   | official capacity as Secretary | ADJUDICATION |
19 | of the California Department of | |
   | Corrections and Rehabilitation, | No. 2:21-cv-0038-WBS-AC |
20 | Defendants. | Date: |
   | | Time: |
21 | COUNTY OF AMADOR, a public | Court: |
   | agency of the State of | |
22 | California, | Action Filed: Jan. 7, 2021 |
   |     Plaintiff, | Trial Date: April 18, 2023 |
23 |   v. | |

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

                    Plaintiff,

        v.

KATHLEEN ALLISON, in her
official capacity as Secretary
of the California Department of
Corrections and Rehabilitation,

Defendants.
_____

COUNTY OF AMADOR, a public
agency of the State of
California,

                    Plaintiff,

        v.

KATHLEEN ALLISON in her
official capacity as Secretary
of the California Department of
Corrections and Rehabilitation;
PATRICK COVELLO in his official
capacity of Warden of
California Department of
Corrections and Rehabilitation

Case No. 2:20-cv-02482-WBS-AC

DECLARATION OF EDMUND TAYLOR
IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY
ADJUDICATION

No. 2:21-cv-0038-WBS-AC

Date:                August 22, 2022
Time:                1:30 p.m.
Court:               5

Action Filed: Jan. 7, 2021
Trial Date: April 18, 2023

BEST BEST & KRIEGER LLP

2:20-CV-02482-WBS-AC
Declaration of Edmund Taylor ISO
Plaintiffs' MSA

1  Mule Creek State Prison,

2  Defendants.

1  GENE TANAKA, Bar No. 101423
   gene.tanaka@bbklaw.com
2  SHAWN D. HAGERTY, Bar No. 182435
   shawn.hagerty@bbklaw.com
3  REBECCA ANDREWS, Bar No. 272967
   rebecca.andrews@bbklaw.com
4  BEST BEST & KRIEGER LLP
   2001 N. Main Street, Suite 390
5  Walnut Creek, CA  94596
   Tel: (925) 977-3300
6
   Attorneys for Plaintiff
7
   COUNTY OF AMADOR
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BEST BEST & KRIEGER LLP

I, Edmund Taylor, make this declaration from personal knowledge. If called, I could and would testify competently as follows:

1.   I am now, and have been since at least 2020 a member of California Sportfishing Protection Alliance ("CSPA"), the plaintiff in the above-captioned matter.

2.   My wife and I own an approximately 540-acre ranch in Ione, California, on which we live and work.  We purchased the ranch in March of 2018, but have been farming the land since March of 2017.  The ranch is located approximately three miles south of the Mule Creek State Prison and has been in my wife's family since 1956.

3.   On the ranch, we grow approximately 150 acres of hay and raise livestock, including several thousand chickens and turkeys, and several hundred sheep and pigs, annually.  We also lease a portion of our grazing lands to local cattle owners to graze cattle.

4.   The revenue derived from ranch operations is our sole source of income for the farming business that we operate on the land, after we pay our employees, operating costs, taxes and other business expenses.  In other words, the health and wellbeing of the crops and animals that we cultivate directly impacts our livelihood.  We have 1.5 full-time employees, including a farm manager who lives on the ranch.

5.   There are two sources of irrigation water at the ranch. The primary source is pumped from Dry Creek.  The other source is pumped from wells on the property.  Water pumped from Dry Creek

1  is used to irrigate approximately 200 acres of hay fields.  Well

2  water supplements these uses.

3      6.    We emphasize regenerative agricultural practices on our

4  ranch.  One of the main tenets of regenerative agriculture is to

5  do no harm to the land.  Instead, we employ farming techniques

6  that actually improve soil health and biodiversity.  This results

7  in a more sustainable ranch, improves farming yields, a

8  regenerative food system and healthy natural ecosystems. To

9  accomplish this, we ensure that our soils are never bare, and

10  that suitable cover crops are planted to replenish soil nutrients

11  and prevent erosion. Integration of livestock through management

12  intensive grazing increases ecosystem benefits, enhances

13  resilience of the grazed lands, and increases both soil carbon

14  and soil nitrogen stocks. Clean water is a keystone to the

15  holistic management of our ranch. Without clean water, every

16  aspect of our operation is threatened.

17      7.    My wife and I eat meat from the animals raised on the

18  ranch (chicken, pork and lamb) very often.

19      8.    I am very familiar with the watershed within which our

20  ranch is located.  I have walked, swam, fished and hunted along

21  Dry Creek and on our ranch for 30 years.

22      9.    I am aware that Mule Creek is situated directly

23  upstream of, and is a tributary to, Dry Creek.  In places, Dry

24  Creek, and the waters that flow into it, are a part of our ranch.

25  Our ranch borders an approximately three-quarter mile section of

26  Dry Creek, and completely engulfs an approximately one-half mile

27  section elsewhere.  I am aware that in 2016, during a period of

28

BEST BEST & KRIEGER LLP

2:20-CV-02482-WBS-AC
Declaration of Edmund Taylor ISO
Plaintiffs' MSA

1   heavy rainfall, Dry Creek flooded approximately 150-250 acres of

2   the ranch.

3       10.   I regularly - on an almost daily basis - walk along the

4   stretch of Dry Creek that intersects and adjoins our ranch.  I

5   take these walks for work (checking the fields, animals and

6   irrigation systems that abutting Dry Creek) and for pleasure.

7   During these walks, I enjoy observing the plants and animals of

8   Dry Creek, such as herons, egrets, dove, quail, duck, turkey

9   deer, bobcats, wild pigs, frogs, snakes, geese, fish and bats.  I

10  have also observed a beaver and several new beaver dams in Dry

11  Creek.  Occasionally, I wade and swim in Dry Creek and allow my

12  dogs to do so as well.

13      11.   Based on my observations of Dry Creek, my experience

14  has been that Dry Creek runs year-round, though in summer months

15  its flow is considerably reduced. I have seen Dry Creek running

16  during the summer months.

17      12.   I am familiar with the Mule Creek State Prison. It is

18  located approximately three miles north of my ranch. I am aware

19  that the prison discharges storm water collected at the prison to

20  Mule Creek.

21      13.   I have read the November 1, 2019 report entitled

22  "Revised Stormwater Collection System Investigation Report of

23  Findings" prepared by SHN on behalf of the prison. This report

24  describes hundreds of defects found in the prison's storm water

25  collection system and sanitary sewer system. The report also

26  describes that both systems are aging, and are located in close

27  proximity to each other. I am also aware that the Regional Board

28

BEST BEST & KRIEGER LLP

has collected samples from the prison's storm water system that the Regional Board characterized as "grey water, sewage, or a mixture" based on the pollutants they found in those samples.

14.  It is my understanding that untreated and inadequately treated sewage from sanitary sewer systems can contain numerous pollutants.

15.  I understand that Mule Creek State Prison discharges storm water and non-storm water into Mule Creek, and that these discharges contain very high levels of pollutants, including bacteria, metals, and pharmaceuticals. I am concerned that those pollutants come into contact with the crops that I grow on the ranch. I am also concerned that those pollutants are ingested by the livestock that I raise.

16.  I am concerned that Mule Creek State Prison's discharges of pollutants into Mule Creek reduce the quality of the hay and livestock that I grow and sell.  Using polluted water to irrigate is antithetical to regenerative farming practices and threatens my ability to farm in a way that benefits me and the land. I am also concerned that the property value of the ranch could be diminished because the ranch's primary source of irrigation is routinely polluted by discharges from Mule Creek State Prison; without a clean source of water with which to irrigate, the ranch cannot properly realize its highest economic value.

17.  I am also concerned that Mule Creek State Prison's continuing discharges of pollutants into Mule Creek will require expensive filtration technology, such as settlement tanks,

1  particulate filters and ionization treatment to make the water

2  safe for regenerative ranching purposes.

3      18.  Mule Creek State Prison's discharges of pollutants into

4  Mule Creek also negatively impacts how I recreate on the ranch. I

5  regularly hunt duck, dove, and quail on the ranch. I am concerned

6  that the animals that I hunt are ingesting the chemicals and

7  pollutants discharged from Mule Creek State Prison, because they

8  also rely on the waters downstream of the prison's discharges. As

9  I have become aware of the various pollutants that have been, and

10  are being, discharged into Mule Creek, including the bacteria and

11  chemicals discharged by Mule Creek State Prison, I have begun to

12  reduce my consumption of the game animals that I hunt on the

13  property.

14      19.  Mule Creek State Prison's pollutant discharges to Mule

15  Creek make their way into Dry Creek, and I am concerned that the

16  pollutants harm the birds, fish, and mammals that I like to

17  watch, for which I have a deep love and respect, and with which I

18  have a profound emotional attachment. The pollution caused by

19  Mule Creek State Prison prevents me from fully enjoying the

20  aesthetic and recreational activities that I regularly engage in

21  on my property.

22      20.  Actions taken by Mule Creek State Prison to reduce or

23  eliminate the pollution it is currently discharging and to comply

24  with its water quality permits would alleviate my concerns about

25  the harms caused to my crops, livestock, property values, and my

26  aesthetic and recreational interests.

27

28

BEST BEST & KRIEGER LLP

2:20-CV-02482-WBS-AC
Declaration of Edmund Taylor ISO
Plaintiffs' MSA

1    I swear under penalty of perjury under the laws of both

2   California and the United States that the foregoing is true and

3   correct and that this declaration was executed on June 27, 2022

4   at Ione, California.

5

6   _____

7   Edmund Taylor

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BEST BEST & KRIEGER LLP

2:20-CV-02482-WBS-AC
Declaration of Edmund Taylor ISO
Plaintiffs' MSA