JENNIFER HARTMAN KING (SBN 211313)
ALANNA LUNGREN (SBN 269668)
J. R. PARKER (SBN 320526)
ANDREYA WOO NAZAL (SBN 327651)
HARTMAN KING PC
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:  (916) 379-7530
Facsimile:  (916) 379-7535
JHartmanKing@HartmanKingLaw.com
ALungren@HartmanKingLaw.com
JRParker@HartmanKingLaw.com
AWooNazal@HartmanKingLaw.com

Exempt From Filing Fees Pursuant
To Government Code Section 6103

Attorneys for Defendants KATHLEEN ALLISON,
in her official capacity as Secretary of the California Department
of Corrections and Rehabilitation; and PATRICK COVELLO,
in his official capacity as Warden of California Department of
Corrections and Rehabilitation Mule Creek State Prison

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendant. | Case No. 2:20-CV-02482-WBS-AC<br>[consolidated with 2:21-CV-00038-WBS-AC]<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR ORDER MODIFYING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION**<br><br>Judge: Hon. William B. Shubb<br>Ctrm. 5 |
| COUNTY OF AMADOR, *a public agency of the State of California,*<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison,<br><br>Defendants. | (Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)<br><br>Final Pretrial Conf.: February 13, 2023<br>Trial Setting Conf.: April 18, 2023 |

00053226.1

The court has read and considered the papers submitted in support of the *ex parte* application (Docket No. 46) of Defendants KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation, Mule Creek State Prison ("Defendants") for an order modifying the briefing schedule for Plaintiffs' Motion for Summary Adjudication (Docket No. 45).

In light of Plaintiffs' statement to the Courtroom Deputy that they do not intend to oppose the application, and good cause having been shown, IT IS HEREBY ORDERED that the *ex parte* application for an order modifying the briefing schedule is GRANTED as follows:

1. Defendants' response to the pending Motion shall be due no later than August 1, 2022.

2. Plaintiffs' reply, if any, shall be due no later than August 11, 2022.

**IT IS SO ORDERED.**

Dated: July 6, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

00053226.1                                    1

**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR ORDER MODIFYING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION**