JENNIFER HARTMAN KING (SBN 211313)
ALANNA LUNGREN (SBN 269668)
WILLIAM D. MARSH (SBN 200082)
J. R. PARKER (SBN 320526)
ANDREYA WOO NAZAL (SBN 327651)
HARTMAN KING PC
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:  (916) 379-7530; Facsimile:  (916) 379-7535
JHartmanKing@HartmanKingLaw.com
ALungren@HartmanKingLaw.com
WMarsh@HartmanKingLaw.com
JRParker@HartmanKingLaw.com
AWooNazal@HartmanKingLaw.com

Exempt From Filing Fees Pursuant
To Government Code Section 6103

Attorneys for Defendants KATHLEEN ALLISON,
in her official capacity as Secretary of the California Department
of Corrections and Rehabilitation; and PATRICK COVELLO,
in his official capacity as Warden of California Department of
Corrections and Rehabilitation Mule Creek State Prison

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendant. | Case No. 2:20-CV-02482-WBS-AC [consolidated with 2:21-CV-00038-WBS-AC]<br><br>**DECLARATION OF JENNIFER HARTMAN KING IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION**<br><br>Date: August 22, 2022<br>Time: 1:30 p.m.<br>Judge: Hon. William B. Shubb<br>Ctrm. 5 |
| COUNTY OF AMADOR, *a public agency of the State of California,*<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison,<br><br>Defendants. | (Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)<br><br>Final Pretrial Conf.: February 13, 2023<br>Trial Setting Conf.: April 18, 2023 |

00053814.1

I, Jennifer Hartman King, declare as follows:

1. I am an attorney licensed to practice law in all courts in the State of California and in the United States District Court for the Eastern District of California. I am a member in good standing of the State Bar of California. I am President of the law firm Hartman King PC, attorneys of record for KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison ("Defendants") and I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion For Summary Adjudication.

2. Attached to Defendants' Appendix as Exhibit A is Mule Creek State Prison's Non-Storm Water Discharge Elimination Plan, dated September 1, 2021 ("Non-Storm Water Discharge Elimination Plan").

3. Attached to Defendants' Appendix as Exhibit G is the document Quantification of Sources of Fecal Pollution at Mule Creek, dated January 2021, prepared by Southern California Coastal Water Research Project for Central Valley Regional Water Quality Control Board and the California Department of Correction and Rehabilitation, ("2021 Sources Fecal Pollution Report").

4. Attached to Defendants' Appendix as Exhibit B is Mule Creek State Prison's Revised Non-Storm Water Discharge Elimination Plan, dated May 13, 2022 ("Revised Non-Storm Water Discharge Elimination Plan").

5. Attached to Defendants' Appendix as Exhibit J is the document January 27, 2021 Central Valley Regional Water Quality Control Board Inspection Report.

6. Attached to Defendants' Appendix as Exhibit Q is Central Valley Regional Water Quality Control Board NEC Inspection Report, dated February 11, 2021.

7. Attached to Defendants' Appendix as Exhibit M is Mule Creek State Prison letter to Central Valley Regional Water Quality Control Board, requesting Modifications to the 22 December, 2020 Water Code Section 13383 Order to Monitor Discharges to Surface Water, dated February 24, 2021.

00053814.1                                                                 1

8. Attached to Defendants' Appendix as Exhibit N is the document Settlement Agreement and Stipulation for Entry of Administrative Civil Liability Order, Order No. R5-2021-001, dated March 11, 2021.

9. Attached to Defendants' Appendix as Exhibit O is the document Mule Creek State Prison letter to Central Valley Regional Water Quality Control Board, Comments to 5 November, 2020 Proposed Reissuance of Water Code Section 13383 Order to Monitor Discharges to Surface Water, dated November 13, 2020.

10. Attached to Defendants' Appendix as Exhibit P is the document Mule Creek State Prison letter to Central Valley Regional Water Quality Control Board, Comments to 22 December, 2020 Water Code Section 13383 Order to Monitor Discharges to Surface Water, dated January 21, 2021.

11. Attached to Defendants' Appendix as Exhibit R is the document Mule Creek State Prison letter to Central Valley Regional Water Quality Control Board, Comments to the Revised Water Code Section 13383 Order to Monitor Discharges to Surface Water, dated October 8, 2021.

12. Attached to Defendants' Appendix as Exhibit S is the document Mule Creek State Prison Information Sheet for NEC Application, dated May 3, 2018, ("NEC Information Sheet").

13. Attached to Defendants' Appendix as Exhibit H is the document SHN Report: Excerpt from Revised Stormwater Collection System Investigation Report of Findings, revised June 2020, prepared by SHN Engineers & Geologists for California Department of Corrections and Rehabilitation, ("2020 Collection System Investigation Report").

14. Attached to Defendants' Appendix as Exhibit F is the document Site Plan Showing Water Sampling Locations, Figure 1-5, dated June 2018.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 1, 2022, at Roseville, California.

*/s/ Jennifer Hartman King*
JENNIFER HARTMAN KING

00053814.1                                                    2

**DECLARATION OF JENNIFER HARTMAN KING IN SUPPORT OF OPPOSITION TO PLAINTIFFS'**
**MOTION FOR SUMMARY ADJUDICATION**