JENNIFER HARTMAN KING (SBN 211313)
ALANNA LUNGREN (SBN 269668)
WILLIAM D. MARSH (SBN 200082)
J. R. PARKER (SBN 320526)
ANDREYA WOO NAZAL (SBN 327651)
HARTMAN KING PC
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: (916) 379-7530; Facsimile: (916) 379-7535
JHartmanKing@HartmanKingLaw.com
ALungren@HartmanKingLaw.com
WMarsh@HartmanKingLaw.com
JRParker@HartmanKingLaw.com
AWooNazal@HartmanKingLaw.com

Exempt From Filing Fees Pursuant
To Government Code Section 6103

Attorneys for Defendants KATHLEEN ALLISON,
in her official capacity as Secretary of the California Department
of Corrections and Rehabilitation; and PATRICK COVELLO,
in his official capacity as Warden of California Department of
Corrections and Rehabilitation Mule Creek State Prison

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendant. | Case No. 2:20-CV-02482-WBS-AC [consolidated with 2:21-CV-00038-WBS-AC]<br><br>**DECLARATION OF ANTHONY ORTA IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION**<br><br>Date: August 22, 2022<br>Time: 1:30 p.m.<br>Judge: Hon. William B. Shubb<br>Ctrm. 5 |
| COUNTY OF AMADOR, *a public agency of the State of California,*<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison,<br><br>Defendants. | (Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)<br><br>Final Pretrial Conf.: February 13, 2023<br>Trial Setting Conf.: April 18, 2023 |

00053796.1

DECLARATION OF ANTHONY ORTA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION

## DECLARATION OF ANTHONY ORTA

I, Anthony Orta, declare:

1.     The facts set forth below are of my own personal knowledge, except where stated on information and belief, and if called as a witness, I could and would competently testify thereto.

2.     I am the Correctional Plant Manager at Mule Creek State Prison at California Department of Corrections and Rehabilitation ("CDCR"), Mule Creek State Prison ("MCSP").

3.     The Central Valley Regional Water Quality Control Board ("Regional Board") sent a letter to Patrick Covello, Warden of California Department of Corrections Mule Creek State Prison, dated February 11, 2022 ("Feb. 11, 2022 Letter"), providing comments on MCSP's Phase II MS4 Annual Reports and 13383 Order Quarterly Monitoring Reports. Defendants' Appendix ("Defs.' Appx."), Plaintiffs' ("Pls.'") Exhibit ("Ex.") 17. In its Feb. 11, 2022 Letter, the Regional Board listed five requests for information from MCSP. Request for information Item No. 4 asked MCSP to "Include best management practices (BMP) to be implemented to address the receiving water exceedances and a schedule of the BMP implementation. BMPs which can immediately address the exceedances must be proposed and immediately implemented." MCSP responded to the Regional Board's Feb. 11, 2022 Letter. MCSP's May 13, 2022 Revised Non-Storm Water Discharge Elimination Plan submitted to the Regional Board provides the information requested in Item No. 4. Attached to Defendants' Appendix is a true and correct copy of MCSP's May 13, 2022 Revised Non-Storm Water Discharge Elimination Plan as Exhibit B.

4.     The MCSP complex covers approximately 866 acres, houses approximately 3,800 inmates, and employs approximately 1,400 staff. As of 2015, MCSP consisted of facility blocks referred to as A, B, and C, sometimes called the "Old Prison Facility." In 2016, the prison expanded and the Mule Creek Infill Complex ("MCIC") was built. In the Old Prison Facility, approximately 2,400 to 2,500 inmates are housed.

00053796.1                                              1

5.    CDCR is a permittee under the "Small MS4 Permit" (State Water Resources Control Board Order No. 2013-0001-DWQ). The Regional Board reviews CDCR's submittals regarding its program effectiveness and provides feedback, which includes discussion on what BMPs and controls CDCR has implemented or is in the process of implementing to comply with the Small MS4 Permit.

6.    Best Management Practices ("BMPs") are implemented as part of the Small MS4 Permit compliance program. These BMPs include: informational memoranda from the Warden to the MCSP staff regarding the stormwater prevention program, including such topics as the handling of trash to prevent it from entering the stormwater collection system, administrative controls, landscape training and rescheduling for irrigation runoff reduction, and physical control measures at designated areas of the stormwater collection system. In particular, BMPs implemented at storm drains around the facility include fabric, wattles, designed v-ditches to catch sediment from runoff, and paved aprons to filter or reduce contaminants in discharges. In addition, wash water at work areas or for washing vehicles is drained to the sanitary sewer rather than the stormwater collection system or it is conducted on unpaved areas where water percolates or evaporates before it reaches the storm drains.

7.    There is a BMP project currently underway to install a permanent monitoring station at MCSP2 and MCSP3. Until that project is complete, MCSP's BMPs at current monitoring locations MCSP5 and MCSP6 included the development of curbs that redirect non-stormwater flows to float-controlled pumps that pump non-stormwater flows to the wastewater treatment plant. Defs.' Appx., Ex. A, B. Other BMP measures include source control. MCSP curtailed the irrigation schedule for all areas at the facility to minimize the potential for potable landscape irrigation runoff. Attached to Defendants' Appendix is a true and correct copy of MCSP's September 1, 2021 Non-Storm Water Discharge Elimination Plan as Exhibit A.

8.    Subject to any specific conditions of their confinement, inmates are permitted to take part in daily activities outside in various A, B, and C yards at the Old Prison Facility at MCSP. Inmates visit the commissary or dining hall for caffeinated beverages, such as soda,

00053796.1                                          2

DECLARATION OF ANTHONY ORTA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION

coffee and tea. On information and belief, caffeinated beverages have spilled in the yards and come into contact with the ground. Stormwater or incidental irrigation water runoff can come into contact with spilled caffeinated beverages and drain to MCSP's stormwater collection system. Inmates receive prescribed medication at medication distribution windows that are located in each yard. Medications are also distributed to inmates at each housing unit. On information and belief, some inmates do not ingest the medications they receive at the medication distribution windows or at their housing unit and instead may deposit their medications into drains in the yards. These drains connect to MCSP's stormwater collection system.

9.    At MCSP, industrial activities including sewing/textile manufacturing, coffee roasting, and meat packing take place indoors and are not exposed to precipitation.

10.    I reviewed Karen Ashby's Declaration in support of Plaintiffs' Motion for Summary Adjudication. The Declaration states that on March 9, 2022, a "chemical storage container outside the meat packing area was leaking [...]." Ms. Ashby refers to IMG-2877 on page 27 of her Declaration. The container that Ms. Ashby is referring to was moved from its location depicted in IMG-2877 to an indoor location. The container is not exposed to rainfall. The below Image 120956 is a current, accurate depiction of the location from which the container depicted in Ms. Ashby's IMG-2877 was moved. The drains in the dock area outside the meat packing area are connected to MCSP's sanitary sewer collection system.



Image 120956

00053796.1                                      3

**DECLARATION OF ANTHONY ORTA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION**

11.    Ms. Ashby's IMG-2876 appears to depict a carboard container on a pallet on the loading dock area outside of the meat processing location. Meat processing activity takes place indoors. At that time, there was a construction project taking place and construction trash was placed in the cardboard container. The project has since been completed and the cardboard container was removed in May 2022. The cardboard container was not related to industrial activity. The below Image 111526 is a current, accurate depiction of the loading dock outside the meat packing area.



Image 111526

12.    The loading dock outside of the sewing area, activity which takes place indoors, receives regular housekeeping and trash pickup. Ms. Ashby's IMG-2885 appears to depict some loose pieces of paper and other minor trash, which was cleaned up. The below Image 111358 is a current, accurate depiction of the loading dock outside the sewing area.

00053796.1                                                    4

DECLARATION OF ANTHONY ORTA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION



Image 111358

13.     The sampling location MCSP5 is approximately 630-feet upgradient from the MCSP2 outfall location to Mule Creek. Between MCSP5 and MCSP2 is approximately 630-feet of earthen/vegetated bioswale. The below image is an accurate depiction of the bioswale upgradient of MCSP2.



Image: Bioswale Upgradient of MCSP2

14.     The sampling location MCSP6 is approximately 1500-feet upgradient from the MCSP3 outfall location to Mule Creek. Between MCSP6 and MCSP3 is approximately 1500-

00053796.1                                              5

feet of earthen/vegetated bioswale. The below images are an accurate depiction of the bioswale upgradient of MCSP3.

| Image 1: Bioswale Upgradient MCSP3 | Image 2: Continuation of Bioswale Upgradient MCSP3 |
|---|---|
|  |  |

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 1, 2022, at Ione, California.

ANTHONY ORTA

00053796.1

6