JENNIFER HARTMAN KING (SBN 211313)
ALANNA LUNGREN (SBN 269668)
WILLIAM D. MARSH (SBN 200082)
J. R. PARKER (SBN 320526)
ANDREYA WOO NAZAL (SBN 327651)
HARTMAN KING PC
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone: (916) 379-7530; Facsimile: (916) 379-7535
JHartmanKing@HartmanKingLaw.com
ALungren@HartmanKingLaw.com
WMarsh@HartmanKingLaw.com
JRParker@HartmanKingLaw.com
AWooNazal@HartmanKingLaw.com

Exempt From Filing Fees Pursuant
To Government Code Section 6103

Attorneys for Defendants KATHLEEN ALLISON,
in her official capacity as Secretary of the California
Department of Corrections and Rehabilitation; and
PATRICK COVELLO, in his official capacity as Warden of
California Department of Corrections and Rehabilitation
Mule Creek State Prison

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

Plaintiff,

v.

KATHLEEN ALLISON, in her official
capacity as Secretary of the California
Department of Corrections and Rehabilitation,

Defendant.

COUNTY OF AMADOR, *a public agency of
the State of California*,

Plaintiff,

v.

KATHLEEN ALLISON, in her official
capacity as Secretary of the California
Department of Corrections and Rehabilitation;
and PATRICK COVELLO, in his official
capacity as Warden of California Department
of Corrections and Rehabilitation Mule Creek
State Prison,

Defendants.

Case No. 2:20-CV-02482-WBS-AC
[consolidated with 2:21-CV-00038-WBS-AC]

**PROOF OF SERVICE**

Date: August 22, 2022
Time: 1:30 p.m.
Judge: Hon. William B. Shubb
Ctrm. 5
(Federal Water Pollution Control Act, 33
U.S.C. §§ 1251 to 1387)

Final Pretrial Conf.: February 13, 2023
Trial Setting Conf.: April 18, 2023

00053939.1

**PROOF OF SERVICE**

## PROOF OF SERVICE

*California Sportfishing Protection Alliance v. Kathleen Allison, et al.*
2:20-CV-02482-WBS-AC
consolidated with
*County of Amador v. Kathleen Allison, et al.*
2:21-CV-00038-WBS-AC

I, Julie Murphy, declare:

I am a resident of California. I am over the age of eighteen (18) years and not a party to the within-entitled action. My business address is 520 Capitol Mall, Suite 750, Sacramento, California 95814. On August 2, 2022, I served the within document:

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DEFENDANTS' OBJECTIONS TO EVIDENCE FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION**

**DECLARATION OF TIMOTHY SIMPSON, PE, GE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION**

**DECLARATION OF JENNIFER HARTMAN KING IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION**

**DECLARATION OF ANTHONY ORTA IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION**

**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION**

☐    BY U.S. MAIL: By placing a true copy thereof enclosed in a sealed envelope with the postage fully prepaid and depositing said envelope(s) with the United States Postal Service at Carmichael, California, addressed as set forth below.

☐    BY OVERNIGHT MAIL:  By placing the document(s) listed above in a sealed envelope and depositing said envelope(s) with delivery fees paid or provided for, in a box or other facility maintained by Federal Express, addressed as set forth below.

☒    BY ELECTRONIC SERVICE:  with the Clerk of the Court using the CM/ECF system which will then send a notification of such filing to the following attached service list.

///

///

00053939.1                                    1

**PROOF OF SERVICE**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 2, 2022, at Sacramento, California.

*/s/  Julie Murphy*
Julie Murphy

00053939.1                                      2

**PROOF OF SERVICE**

*California Sportfishing Protection Alliance v. Kathleen Allison, et al.*
2:20-CV-02482-WBS-AC
consolidated with
*County of Amador v. Kathleen Allison, et al.*
2:21-CV-00038-WBS-AC

**SERVICE LIST**

| Attorney(s)/Firm | Represented Party(ies) |
|---|---|
| Andrew L. Packard<br>William N. Carlon<br>LAW OFFICES OF ANDREW L. PACKARD<br>245 Kentucky Street, Suite B3<br>Petaluma, California 94952<br>Andrew@packardlawoffices.com<br>Wncarlon@packardlawoffices.com | Attorneys for Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE **(Courtesy copy via electronic mail)** |
| Erica A. Maharg<br>Jason Flanders<br>Aqua Terra Aeris (ATA) Law Group<br>4030 Martin Luther King Jr. Way<br>Oakland, California 94609<br>Eam@atalawgroup.com<br>Jrf@atalawgroup.com | Attorneys for Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE **(Courtesy copy via electronic mail)** |
| Eugene Tanaka<br>Shawn D. Hagerty<br>Rebecca Andrews<br>Best Best & Krieger LLP<br>2001 N. Main Street<br>Suite 390<br>Walnut Creek, California 94596<br>Gene.tanaka@bbklaw.com<br>Shawn.hagerty@bbklaw.com<br>Rebecca.andrews@bbklaw.com | Attorneys for Plaintiff COUNTY OF AMADOR, a public agency of the State of California |
|  |  |

00053939.1         3

**PROOF OF SERVICE**