JENNIFER HARTMAN KING (SBN 211313)
ALANNA LUNGREN (SBN 269668)
WILLIAM D. MARSH (SBN 200082)
J. R. PARKER (SBN 320526)
ANDREYA WOO NAZAL (SBN 327651)
HARTMAN KING PC
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:  (916) 379-7530
Facsimile:  (916) 379-7535
JHartmanKing@HartmanKingLaw.com
ALungren@HartmanKingLaw.com
WMarsh@HartmanKingLaw.com
JRParker@HartmanKingLaw.com
AWooNazal@HartmanKingLaw.com

Attorneys for Defendants KATHLEEN ALLISON,
in her official capacity as Secretary of the California Department
of Corrections and Rehabilitation; and PATRICK COVELLO,
in his official capacity as Warden of California Department of
Corrections and Rehabilitation Mule Creek State Prison

Exempt From Filing Fees Pursuant
To Government Code Section 6103

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendant.<br><br>COUNTY OF AMADOR, *a public agency of the State of California,*<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison,<br><br>Defendants. | Case No. 2:20-CV-02482-WBS-AC<br>[consolidated with 2:21-CV-00038-WBS-AC]<br><br>**DEFENDANTS' APPENDIX OF EXHIBITS IN SUPPORT OF OPPOSITION TO PLAINTIFFS COUNTY OF AMADOR'S AND CALIFORNIA SPORTFISHING PROTECTION ALLIANCE'S MOTION FOR SUMMARY ADJUDICATION**<br><br>Date: August 22, 2022<br>Time: 1:30 p.m.<br>Judge: Hon. William B. Shubb<br>Ctrm. 5<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)<br><br>Final Pretrial Conf.: February 13, 2023<br>Trial Setting Conf.: April 18, 2023 |

00053935.1

**DEFENDANTS' APPENDIX OF EXHIBITS IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION**

# APPENDIX OF EXHIBITS

Defendants KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation, and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation, Mule Creek State Prison ("Defendants"), hereby submit this Appendix of Exhibits in support of Defendants' Opposition to Plaintiffs County Of Amador's And California Sportfishing Protection Alliance's Motion For Summary Adjudication, concurrently filed.

## I. Defendants' Exhibits

| Exhibit | Bates Nos. | Document |
|---|---|---|
| A | Defs_000001-Defs_000006 | Mule Creek State Prison's Non-Storm Water Discharge Elimination Plan, dated September 1, 2021 ("Non-Storm Water Discharge Elimination Plan") |
| B | Defs_000007-Defs-000014 | Mule Creek State Prison's Revised Non-Storm Water Discharge Elimination Plan, dated May 13, 2022 ("Revised Non-Storm Water Discharge Elimination Plan") |
| C | Defs_000015-Defs_000020 | State Water Resources Control Board Resolution No. 2022-0006, Adopt the Clean Water Act Section 303(d) List of Impaired Waters for the 2020-2022 California Integrated Report, dated January 19, 2022 ("303(d) List Resolution") |
| D | Defs_000021-Defs_000207 | Central Valley Region, Regional Board 5, Final California 2020 Integrated Report (303(d) List/305(b) Report), Dry Creek (Sacramento and San Joaquin Counties; partly in Delta Waterways, eastern portion |
| E | Defs_000208-Defs_000547 | Central Valley Region, Regional Board 5, Final California 2020 Integrated Report (303(d)List/305(b) Report), Mokelumne River, Lower (in Delta Waterways, eastern portion); |
| F | Defs_000548 | Site Plan Showing Water Sampling Locations, Figure 1-5, dated June 2018 |
| G | Defs_000549-Defs_000584 | Quantification of Sources of Fecal Pollution at Mule Creek, dated January 2021, prepared by Southern California Coastal Water Research Project for Central Valley Regional Water Quality Control Board and the California Department of Correction and Rehabilitation, ("2021 Sources Fecal Pollution Report") |
| H | Defs_000585-Defs_000711 | Excerpt from Revised Stormwater Collection System Investigation Report of Findings, revised June 2020, prepared by SHN Engineers & Geologists for California Department of Corrections and Rehabilitation, ("2020 Collection System Investigation Report") |
| I | Defs_000712-Defs_000719 | State Water Resources Control Board National Pollutant Discharge Elimination System ("NPDES") General Permit for Storm Water Discharges Associated with Industrial Activities Appendix 2, NPDES No. CAS000001, adopted April 1, 2014 |
| J | Defs_000720-Defs_000735 | January 27, 2021 Central Valley Regional Water Quality Control Board Inspection Report |
| K | Defs_000736-Defs_000879 | State Water Resources Control Board Fact Sheet for NPDES General Permit and Waste Discharge Requirements for Storm Water Discharges from Small Municipal Separate Storm Sewer Systems, |

| | | |
|---|---|---|
| | | Order No. 2013-0001-DWQ, as Amended by Order 2017-XXXX-DWQ |
| L | Defs_000880-Defs_000881 | Central Valley Regional Water Quality Control Board Rescission of the 14 February 2018 13267 Order, dated June 14, 2021 |
| M | Defs_000882-Defs_000884 | Mule Creek State Prison letter to Central Valley Regional Water Quality Control Board, requesting Modifications to the 22 December, 2020 Water Code Section 13383 Order to Monitor Discharges to Surface Water, dated February 24, 2021 |
| N | Defs_000885-Defs_000929 | Settlement Agreement and Stipulation for Entry of Administrative Civil Liability Order, Order No. R5-2021-001, dated March 11, 2021 |
| O | Defs_000930-Defs_000931 | Mule Creek State Prison letter to Central Valley Regional Water Quality Control Board, Comments to 5 November, 2020 Proposed Reissuance of Water Code Section 13383 Order to Monitor Discharges to Surface Water, dated November 13, 2020 |
| P | Defs_000932-Defs_000934 | Mule Creek State Prison letter to Central Valley Regional Water Quality Control Board, Comments to 22 December, 2020 Water Code Section 13383 Order to Monitor Discharges to Surface Water, dated January 21, 2021 |
| Q | Defs_000935-Defs_000950 | Central Valley Regional Water Quality Control Board NEC Inspection Report, dated February 11, 2021 |
| R | Defs_000951-Defs_000954 | Mule Creek State Prison letter to Central Valley Regional Water Quality Control Board, Comments to the Revised Water Code Section 13383 Order to Monitor Discharges to Surface Water, dated October 8, 2021 |
| S | Defs_000955-Defs_000956 | Mule Creek State Prison Information Sheet for NEC Application, dated May 3, 2018, ("NEC Information Sheet") |
| T | Defs_000957-Defs_000963 | Designation of Mule Creek State Prison as Small MS4 Permittee under the Small MS4 General Permit, State Water Resources Control Board Order WQ 2019-0009-EXEC Amending Water Quality Order 2013-0001-DWQ, NPDES No. CAS00004, dated April 24, 2019, ("Small MS4 Designation") |
| U | Defs_000964-Defs_000967 | State Water Resources Control Board Receipts of No Exposure Certification (NEC) Under the Industrial General Permit, first processed May 22, 2018 (Receipt of NEC Under the Industrial General Permit, dated July 27, 2018; Receipt of NEC Under the Industrial General Permit, dated July 5, 2019; Receipt of NEC Under the Industrial General Permit, dated July 3, 2020; Receipt of NEC Under the Industrial General Permit, dated September 23, 2021) |

## II.  Plaintiffs' Exhibits

The following exhibits were submitted to the Court with Plaintiffs' Motion for Summary Adjudication [ECF No. 45 et seq.] and are cited in Defendants' Opposition to Plaintiffs' Motion for Summary Adjudication, concurrently filed. In accordance with Local Rule 260(b), Defendants submit the following exhibits for filing with the Court.

| Exhibit | Bates Nos. | Document |
|---|---|---|
| 6 | Pls_000001-Pls_000011 | Regional Board Water Code 13383 Order to Monitor Discharges to Surface Water, etc., dated August 6, 2020 |
| 7 | Pls_000011-Pls_000022 | Regional Board Water Code 13383 Order to Monitor Discharges to Surface Water, etc., dated December 22, 2020 |
| 8 | Pls_000023-Pls_000036 | Regional Board Water Code 13383 Order to Monitor Discharges to Surface Water, etc. dated November 29, 2021 |
| 9 | Pls_000037-Pls_000237 | Water Quality Control Plan for the Central Valley Regional Water Quality Control Board for the Sacramento River Basin and San Joaquin River Basin, revised May 2018 |
| 10 | Pls_000238-Pls_000246 | State Water Resources Control Board ("State Board") Part 3 of the Water Quality Control Plan for Inland Surface Waters, Enclosed Bays, and Estuaries of California – Bacteria Provisions and Water Quality Standards Variance Policy, dated February 4, 2019 |
| 13 | Pls_000247-Pls_000535 | National Pollutant Discharge Elimination System ("NPDES") General Permit for Waste Discharge Requirements for Storm Water Discharges from Small Separate Storm Sewer System ("MS4s"), State Board Order 2013-0001-DWQ, NPDES No. CAS00004, adopted February 4, 2013 ("Small MS4 Permit") |
| 14 | Pls_000536-Pls_000539 | No Exposure Certification ("NEC") to enroll the Facility under the NPDES General Permit Storm Water Discharges Associated with Industrial Activities, WQ Order No. 2014-9957-DWQ, certified May 8, 2018. |
| 15 | Pls_000540-Pls_000615 | NPDES General Permit Storm Water Discharges Associated with Industrial Activities, NPDES No. CAS000001, adopted April 1, 2014 ("Industrial General Permit"). |
| 17 | Pls_000616-Pls_000619 | Regional Board letter to Patrick Covello, dated February 11, 2022, commenting on the Phase II MS4 Annual Reports and 13383 Order Quarterly Monitoring Reports |
| 24 | Pls_000620-Pls_000629 | Regional Board Water Code Section 13267 Order for technical and monitoring reports and notice of violation, dated February 4, 2018 [sic] |

Dated: August 1, 2022

Respectfully submitted,

HARTMAN KING PC

By: ___/s/ Jennifer Hartman King___
  JENNIFER HARTMAN KING
  ALANNA LUNGREN
  J.R. PARKER
  ANDREYA WOO NAZAL

Attorneys for Defendants
KATHLEEN ALLISON in her capacity as Secretary of THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison