UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | No. 2:20-cv-02482 WBS AC<br><br><br>ORDER |

This matter is before the court on plaintiff California Sportfishing Protection Alliance ("CSPA")'s ex parte motion to quash Defendant Kathleen Allison's notice and subpoena for deposition of Edmund Taylor, one of CSPA's standing witnesses. ECF No. 70 at 3. CSPA did not seek oral argument and asked for an expedited ruling as the deposition in question is scheduled for September 21, 2022. ECF No. 70 at 5.

The basis of CSPA's motion to quash is that the District Judge's recent ruling in CSPA's favor on the issue of CSPA's standing, citing Docket No. 60, at 13:9-10, renders the noticed subpoena unnecessary. ECF No. 70 at 2. CSPA argues that the "only information that Defendant could legitimately seek from Mr. Taylor is information regarding his membership in CSPA's organization and how they were injured – facts that go to standing." ECF No. 70 at 4. CSPA did not provide a copy of the deposition notice or any support for the proposition that Mr. Taylor's deposition could have no other purpose than to address issues already adjudicated. The court is

1

not persuaded, particularly without the benefit of an opportunity to hear defendant's position on the issue.

Accordingly, IT IS HEREBY ORDERED THAT the motion to quash (ECF No. 70) is DENIED.

Dated: September 19, 2022

                               /s/ Carolyn K. Delaney for
Allison Claire
United States Magistrate Judge

2