UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, in her official capacity as the Secretary of the California Department of Corrections and Rehabilitation,<br><br>　　　　Defendant. | No. 2:20-cv-02482-WBS-AC<br><br>ORDER |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, in her official capacity as the Secretary of the California Department of Corrections; PATRICK COVELLO, in his official capacity as the Warden of the California Department of Corrections and Rehabilitation Mule Creek State Prison,<br><br>　　　　Defendants. | |

1

Pending before the court is plaintiffs' motion to compel Rule 30(b)(6) deposition of CDCR. This discovery matter was referred to the undersigned pursuant to E.D. Cal. R. ("Local Rule") 302(c)(1). The motion was set for hearing on the papers on September 28, 2022, before the undersigned. ECF Nos. 63, 64. This discovery matter was referred to the undersigned pursuant to E.D. Cal. R. ("Local Rule") 302(c)(1).

Local Rule 251(b) establishes requirements for any party bringing a motion pursuant to Federal Rules of Civil Procedure 26 through 37, including the requirement that the parties meet and confer and file a joint discovery statement. Here, no joint discovery statement was filed despite the statement in the notice of motion that a joint statement was forthcoming. ECF No. 63 at 3. Additionally, there is no indication that the parties have met and conferred regarding the instant dispute. Because plaintiffs, the moving parties, did not satisfy Local Rule 251(b)'s meet and confer requirement and the joint discovery statement requirement, the motion to compel will be denied without prejudice. See e.g., U.S. v. Molen, 2012 WL 5940383, at *1 (E.D.Cal. Nov. 27, 2012) (where a party fails to comply with Local Rule 251, discovery motions are denied without prejudice to re-filing).

For the reasons state above, IT IS HEREBY ORDERED that plaintiffs' motion to compel, ECF No. 63, is DENIED without prejudice.

IT IS SO ORDERED.

DATE: October 5, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2