1  ANDREW L. PACKARD (Bar No. 168690)
   andrew@packardlawoffices.com
2  WILLIAM N. CARLON (Bar No. 305739)
   wncarlon@packardlawoffices.com
3  Law Offices of Andrew L. Packard
   245 Kentucky Street, Suite B3
4  Petaluma, CA 94952
   Tel: (707) 782-4060
5

6  Attorneys for Plaintiff
   CALIFORNIA SPORTFISHING PROTECTION ALLIANCE
7  [additional counsel next page]

8              **UNITED STATES DISTRICT COURT**
9             **EASTERN DISTRICT OF CALIFORNIA**
           **ROBERT T. MATSUI FEDERAL COURTHOUSE**
10

11 | CALIFORNIA SPORTFISHING | Case No.: 2:20-cv-02482-WBS-AC |
   | PROTECTION ALLIANCE, | |

12 | | **ERICA A. MAHARG'S DECLARATION IN** |
   | Plaintiff, | **SUPPORT OF CALIFORNIA** |
13 | v. | **SPORTFISHING PROTECTION** |
   | | **ALLIANCE'S OPPOSITION TO** |
14 | KATHLEEN ALLISON, in her official | **DEFENDANTS' MOTION FOR SUMMARY** |
   | capacity as Secretary of the | **JUDGMENT** |
15 | California Department of | |
   | Corrections and Rehabilitation | Judge: Hon. William B. Shubb |
16 | | |
   | | Date: October 17, 2022 |
17 | Defendant | Time: 1:30 p.m. |
   | | Courtroom: 5 |
18 | COUNTY OF AMADOR, a public agency | |
   | of the State of California | Action Filed: Jan. 7, 2021 |
19 | | Trial Date:  April 18, 2023 |
   | Plaintiff, | |
20 | v. | |

21 | KATHLEEN ALLISON in her official | |
22 | capacity as Secretary of the | |
   | California Department of | |
23 | Corrections and Rehabilitation; | |
   | PATRICK COVELLO in his official | |
24 | capacity of Warden of California | |
   | Department of Corrections and | |
25 | Rehabilitation Mule Creek State | |
   | Prison, | |
26 | | |

27 | Defendants | |

28

---

MAHARG DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT          Case No.: 2:20-cv-02482-WBS-AC

1   JASON FLANDERS (Bar No. 238007)
    jrf@atalawgroup.com
2   ERICA MAHARG (Bar No. 279396)
    eam@atalawgroup.com
3   AQUA TERRA AERIS LAW GROUP
4   4030 Martin Luther King Jr. Way
    Oakland, CA 94609
5   Tel. (916) 202-3018

6   Attorneys for Plaintiff
    CALIFORNIA SPORTFISHING PROTECTION
7   ALLIANCE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MAHARG DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT        Case No.: 2:20-cv-02482-WBS-AC

I, Erica A. Maharg, declare as follows:

1.    I am an attorney, licensed to practice law in all courts of the State of California. My firm and I serve as outside counsel for Plaintiff California Sportfishing Protection Alliance (CSPA). I have personal knowledge of the facts in this Declaration and, if asked, could and would testify to the accuracy of these facts in a court of law.

2.    Attached as **Exhibit 1** to this Declaration, is a true and correct copy of the *Declaration of Karen Ashby in Support of Plaintiff's Motion for Summary Adjudication* filed on June 28, 2022(Docket No. 45-4).

3.    Attached as **Exhibit 2** to this Declaration is a true and correct copy of relevant excerpts of the August 19, 2022 deposition transcript of Paul A. Orta.

4.    Attached as **Exhibit 3** to this Declaration is a true and correct copy of relevant excerpts of the August 16, 2022 deposition of transcript of Gregor Larabee.

5.    Attached as **Exhibit 4** to this Declaration is a true and correct copy of the Inspection Report for an inspection of Mule Creek State Prison conducted by the U.S. Environmental Protection Agency on November 19, 2020. Defendants produced Exhibit 4 during discovery in this matter, and it is digitally signed by Grant Scavello, the author of the Inspection Report.

6.    Attached as **Exhibit 5** to this Declaration is a true and correct copy of the Regional Board's February 14, 2018 *Water Code Section 13267 Order (ORDER) for Technical and Monitoring Reports and Notice of Violation for Illegal Discharge to Surface Water and*

MAHARG DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT        Case No.: 2:20-cv-02482-WBS-AC

1   *Non-Compliance with the Construction Storm Water Permit, California*

2   *Department of Corrections-Mule Creek State Prison, Amador County*

3   correspondence. CSPA received this document from the Central Valley

4   Regional Water Quality Control Board ("Regional Board") pursuant to

5   a California Public Records Act request.

6        7.    Attached as **Exhibit 6** to this Declaration is a true and

7   correct copy of the Regional Board's August 6, 2020 *Water Code 13383*

8   *Order to Monitor Discharges to Surface Water; California Department*

9   *of Corrections, WDID#:5S03M2000307, Amador County* correspondence is

10   attached.

11        8.    Attached as **Exhibit 7** to this Declaration, is a true and

12   correct copy of the Regional Board's December 22, 2020 *Water Code*

13   *Section 13383 Order to Monitor Discharges to Surface Water;*

14   *California Department of Corrections and Rehabilitation-Mule Creek*

15   *State Prison; WDID#:5S03M2000307* correspondence. Defendants

16   produced this document during discovery in this matter.

17        9.    Attached as **Exhibit 8** to this Declaration, is a true and

18   correct copy of a Notice of Discharge to the Regional Board dated

19   January 26, 2021. I downloaded this document from the California

20   Stormwater Multiple Application and Report Tracking System

21   (SMARTS), a platform operated by the California State Water

22   Resources Control Board, where the State and regional board and

23   dischargers upload data related to compliance with stormwater

24   general permits, including the Small MS4 Permit. The public user

25   menu                is              available               at:

26   https://smarts.waterboards.ca.gov/smarts/faces/SwSmartsLogin.xhtm

27

28

MAHARG DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT      Case No.: 2:20-cv-02482-WBS-AC

1. I searched based on the Facility's WDID (5S03M2000307), which is a unique identification number assigned to each permittee.

10.   Attached as **Exhibit 9** is a true and correct copy of a Notice of Discharge to the Regional Board dated February 3, 2021. I downloaded this document from SMARTS, as described in Paragraph 9.

11.   Attached as **Exhibit 10** is a true and correct copy of a Notice of Discharge to the Regional Board dated March 6, 2021 is attached. I downloaded this document from SMARTS, as described in Paragraph 9.

12.   Attached as **Exhibit 11** is a true and correct copy of a Notice of Discharge to the Regional Board dated March 11, 2021 is attached. I downloaded this document from SMARTS, as described in Paragraph 9.

13.   Attached as **Exhibit 12** is a true and correct copy of a Notice of Discharge to the Regional Board dated March 19, 2021 is attached. I downloaded this document from SMARTS, as described in Paragraph 9.

14.   Attached as **Exhibit 13** is a true and correct copy of a Notice of Discharge to the Regional Board dated October 25, 2021 is attached. I downloaded this document from SMARTS, as described in Paragraph 9.

15.   Attached as **Exhibit 14** is a true and correct copy of a Notice of Discharge to the Regional Board dated November 9, 2021 is attached. I downloaded this document from SMARTS, as described in Paragraph 9.

MAHARG DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT       Case No.: 2:20-cv-02482-WBS-AC

16.   Attached as **Exhibit 15** is a true and correct copy of a Notice of Discharge to the Regional Board dated December 9, 2021 is attached. I downloaded this document from SMARTS, as described in Paragraph 9.

17.   Attached as **Exhibit 16** is a true and correct copy of a Notice of Discharge to the Regional Board dated March 16, 2022 is attached. I downloaded this document from SMARTS, as described in Paragraph 9.

18.   Attached as **Exhibit 17** is a true and correct copy of a Notice of Discharge to the Regional Board dated March 22, 2022 is attached. I downloaded this document from SMARTS, as described in Paragraph 9.

19.   Attached as **Exhibit 18** is a true and correct copy of a Notice of Discharge to the Regional Board dated April 11, 2022 is attached. I downloaded this document from SMARTS, as described in Paragraph 9.

20.   Attached as **Exhibit 19** is a true and correct copy of a Notice of Discharge to the Regional Board dated September 20, 2022 is attached. I downloaded this document from SMARTS, as described in Paragraph 9.

21.   Attached as **Exhibit 20** is a true and correct copy of a Notice of Discharge to the Regional Board dated November 2, 2022 is attached. I downloaded this document from SMARTS, as described in Paragraph 9.

22.   Attached as **Exhibit 21** is a true and correct copy of the *Clarification to the Comment Letter Dated 11 February 2022; California Department of Correctios and Rehabilitation-Mule Creek*

MAHARG DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT      Case No.: 2:20-cv-02482-WBS-AC

*State Prison; WDID#5S03M2000307, Amador County* correspondence, from Elizabeth Lee, Regional Board. I downloaded this document from SMARTS, as described in Paragraph 9.

23.   Attached as **Exhibit 22** is a true and correct copy of the Regional Board's December 7, 2020 *Review of Revised Storm Water Investigation Findings Report, California Department of Corrections and Rehabilitations, Mule Creek State Prison, Amador County*. Defendants produced this document during discovery in this matter.

24.   Attached as **Exhibit 23** is a true and correct copy of the Mule Creek State Prison's February 1, 2021 *Mule Creek State Prison(MCSP) Non-Stormwater Discharge Report; California Department of Corrections and Rehabilitation-Mule Creek State Prison, WDID#:5S03M2000307, Amador County*. Defendants produced this document during discovery in this matter.

25.   Attached as **Exhibit 24** is a true and correct copy of the Regional Board's June 29, 2021 *Comments to the Non-Storm Water Discharge Report; California Department of Corrections and Rehabilitation – Mule Creek State Prison, WDID#:5S03M2000307, Amador County*. Defendants produced this document during discovery in this matter.

26.   Attached as **Exhibit 25** is a true and correct copy of Appendix 10 of SHN Engineers & Geologists, *Revised Stormwater Collection System Investigation Report of Findings*, August 2018, revised October 2019. Defendants produced this document during discovery in this matter.

27.   Attached as **Exhibit 26** is a true and correct copy of Appendix 23 SHN Engineers & Geologists, *Revised Stormwater*

MAHARG DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT        Case No.: 2:20-cv-02482-WBS-AC

*Collection System Investigation Report of Findings*, August 2018, revised October 2019. Defendants produced this document during discovery in this matter.

28.   Attached as **Exhibit 27** is a true and correct copy of relevant excerpts of the Second Quarter August 1, 2022 Report. I downloaded this document from SMARTS, as described in Paragraph 9.

29.   Attached as **Exhibit 28** is a true and correct copy of relevant excerpts of the *Stormwater Master Plan Mule Creek State Prison,* March 7, 2018. Defendants produced this document during discovery in this matter.

30.   Attached as **Exhibit 29** is a true and correct copy of the August 1, 2022 *Expert Opinion Report of Robert W. Emerick, Ph.D., P.E.* CSPA produced this report to Defendants, as required by the Scheduling Order in this matter.

31.   Attached as **Exhibit 30** is a true and correct copy of relevant excerpts of the September 30, 2022 deposition transcript of Dr. Robert Emerick.

32.   Attached as **Exhibit 31** is a true and correct copy of the Regional Board's September 23 2020 *Notice of Violation for Sanitary Sewer Overflows, California Department of Corrections-Mule Creek State Prison, Amador County*. This document was produced by the County in discovery in this matter.

33.   Attached as **Exhibit 32** is a true and correct copy of relevant excerpts of the September 16, 2022 deposition transcript of Kenneth William Croyle.

MAHARG DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT        Case No.: 2:20-cv-02482-WBS-AC

1       I swear under penalty of perjury under the laws of the State

2   of California and the United States that the foregoing is true and

3   correct. This declaration was executed on December 12, 2022 in

4   Flagstaff, Arizona.

5

6

7   _____
    Erica A. Maharg

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MAHARG DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT       Case No.: 2:20-cv-02482-WBS-AC