# EXHIBIT 11

**Fregeau, Estevan@CDCR**

| To: | Lee, Elizabeth@Waterboards; Bettencourt, Miles@CDCR; Orta, Anthony@CDCR; Hudgens, Christofer@CDCR |
|---|---|
| Subject: | notification of release |

As per the 13383 order Mule Creek State Prison is to make notification of discharging of Stormwater into Mule Creek to the Central Valley Water Board

We have discharged MCSP5 and MCSP6 locations during March 9$^h$ through 11th storm event, Samples have been taken.



MCSP 1 3.10.21



MCSP4 3.10.21



Mcsp5 3.10.21



Mcsp6 3.10.21
Estevan Fregeau
Chief Engineer
Mule Creek State Prison
209-274-4911 EX6730

# EXHIBIT 12

**Fregeau, Estevan@CDCR**

| | |
|---|---|
| **To:** | Lee, Elizabeth@Waterboards; Hudgens, Christofer@CDCR |
| **Cc:** | Bettencourt, Miles (Terry)@CDCR; Stark, Anthony J.@CDCR; Orta, Anthony@CDCR |
| **Subject:** | MCSP Discharge Notification |

As per the  13383 order Mule Creek State Prison is to make notification of discharging  Stormwater into Mule Creek to the Central Valley Water Board

Flow was present at  MCSP1, MCSP4, MCSP5, and MCSP6 locations during March 18TH  through 19TH  storm event, Samples have been taken.



MCSP1 3/19/21



MCSP4 3/19/21



MCSP5 3/19/21



MCSP6  3/19/21

Estevan Fregeau
Chief Engineer
Mule Creek State Prison

1

# EXHIBIT 13

**Fregeau, Estevan@CDCR**

| | |
|---|---|
| **From:** | Fregeau, Estevan@CDCR |
| **Sent:** | Monday, October 25, 2021 2:06 PM |
| **To:** | Lee, Elizabeth@Waterboards |
| **Cc:** | Orta, Anthony@CDCR; Bettencourt, Miles@CDCR; Larabee, Gregor@CDCR |
| **Subject:** | MCSP discharge Notification |

As per the December 22, 2020 13383 order Mule Creek State Prison is to make notification of discharging of Stormwater into Mule Creek to the Central Valley Water Board

We have discharged and samples taken from MCSP4, MCSP5 and MCSP6 locations on October 22, 2021.


10-22-21 MCSP 1


10-22-21 MCSP 4


10-22-MCSP 5


10-22-21 MCSP 6

1

# EXHIBIT 14

## Fregeau, Estevan@CDCR

| | |
|---|---|
| **From:** | Fregeau, Estevan@CDCR |
| **Sent:** | Wednesday, November 10, 2021 1:54 PM |
| **To:** | Lee, Elizabeth@Waterboards |
| **Cc:** | Bettencourt, Miles@CDCR; Larabee, Gregor@CDCR; Orta, Anthony@CDCR |
| **Subject:** | MCSP discharge Notification |

As per the December 22, 2020 13383 order Mule Creek State Prison is to make notification of discharging of Stormwater into Mule Creek to the Central Valley Water Board

We have discharged and samples taken from MCSP 1, MCSP4, MCSP5 and MCSP6 locations on November 9, 2021



MCSP 1 11-9-21



MCSP 4 11-9-21



MCSP 5 11-9-21



MCSP 6 11-9-21

***Estevan "Esto" Fregeau***
**Correctional Plant Supervisor**
**Mule Creek State Prison**
**209-274-4911 EX6773**
**Cell-(209)-790-9498**

# EXHIBIT 15

**Fregeau, Estevan@CDCR**

| | |
|---|---|
| **From:** | Fregeau, Estevan@CDCR |
| **Sent:** | Friday, December 10, 2021 8:27 AM |
| **To:** | RB5S-CentralValleySacramento@waterboards.ca.gov; Lee, Elizabeth@Waterboards |
| **Cc:** | Stark, Anthony@CDCR; Wilson, Anthony@CDCR; Orta, Anthony@CDCR; Larabee, Gregor@CDCR; Bettencourt, Miles@CDCR; Perri, Laurie@CDCR |
| **Subject:** | MCSP Discharge Notification |

As per the November 29, 2021 13383 order Mule Creek State Prison is to make notification of discharging of Stormwater into Mule Creek to the Central Valley Water Board.

MCSP has discharged and samples taken from MCSP 1, MCSP4, MCSP5 and MCSP6 locations on December 9, 2021


12-9-21 MCSP 1


12-9-21 MCSP 4


12-9-21 MCSP 5


12-9-21 MCSP 6

# EXHIBIT 16

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
MULE CREEK STATE PRISON
4001 Highway 104
P.O. Box 409099
Ione, CA, 95640



March 16, 2022

State of California
Water Resources Control Board
Central Valley Regional Water Quality Control Board
Sacramento Office
11020 Sun Center Drive, #200
Rancho Cordova, CA 95670-6114

Attn: Elizabeth Lee
      Senior Water Resources Control Engineer

| Title and Date of Report | March 15, 2022 Mule Creek Discharge Notification |
|---|---|
| Contact | Elizabeth Lee  (916) 464-4786 |
| Regulatory Program | Municipal Storm Water |
|  |  |
| Regulated Party Name (Discharger) | CA Dept of Corrections & Rehabilitation |
| Facility Name | CDCR - Mule Creek State Prison |
| County | Amador |
|  |  |

I certify under penalty of law that I have personally examined and am familiar with the information submitted in this document and all attachments and that, based on my inquiry of the those individuals immediately responsible for obtaining the information, I believe that the information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

Estevan Fregeau
Correctional Plant Supervisor
Mule Creek State Prison

**Fregeau, Estevan@CDCR**

| | |
|---|---|
| **From:** | Fregeau, Estevan@CDCR |
| **Sent:** | Wednesday, March 16, 2022 1:51 PM |
| **To:** | WB-RB5S-CentralValleySacramento; Lee, Elizabeth@Waterboards |
| **Cc:** | Orta, Anthony@CDCR; Stark, Anthony@CDCR; Wilson, Anthony@CDCR |
| **Subject:** | MCSP Discharge Notification |

As per the November 29, 2021 13383 order Mule Creek State Prison is to make notification of discharging of Stormwater into Mule Creek to the Central Valley Water Board.

MCSP has discharged and samples taken from MCSP 1, MCSP4, MCSP5, MCSP6 and MCIC1 locations on March 15, 2022


*MCSP 1*


*MCSP 4*


*mcsp 5*



*MCSP 6*

*MCIC 1*

# EXHIBIT 17

## Fregeau, Estevan@CDCR

| | |
|---|---|
| **From:** | Fregeau, Estevan@CDCR |
| **Sent:** | Monday, March 28, 2022 2:35 PM |
| **To:** | WB-RB5S-CentralValleySacramento; Lee, Elizabeth@Waterboards |
| **Cc:** | Larabee, Gregor@CDCR; Perri, Laurie@CDCR; Orta, Anthony@CDCR; Stark, Anthony@CDCR; Wilson, Anthony@CDCR |
| **Subject:** | MCSP Discharge Notification |
| **Attachments:** | 3.28.22 MCSP Discharge Notification.pdf |

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
MULE CREEK STATE PRISON
4001 Highway 104
PO Box 409099
Ione, CA, 95640



March 28, 2022

State of California
Water Resources Control Board
Central Valley Regional Water Quality Control Board
Sacramento Office
11020 Sun Center Drive, #200
Rancho Cordova, CA 95670-6114

Attn: Elizabeth Lee
      Senior Water Resources Control Engineer

| Title and Date of Report | March 28, 2022 Mule Creek Discharge Notification |
|---|---|
| Contact | Elizabeth Lee (916) 464-4786 |
| Regulatory Program | Municipal Storm Water |
| | |
| Regulated Party Name (Discharger) | CA Dept of Corrections & Rehabilitation |
| Facility Name | CDCR - Mule Creek State Prison |
| County | Amador |
| | |

I certify under penalty of law that I have personally examined and am familiar with the information submitted in this document and all attachments and that, based on my inquiry of the those individuals immediately responsible for obtaining the information, I believe that the information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

Estevan Fregeau
Correctional Plant Supervisor
Mule Creek State Prison

1

As per the November 29, 2021 13383 order Mule Creek State Prison is to make notification of discharging of Stormwater into Mule Creek to the Central Valley Water Board.

MCSP has discharged and samples taken from MCSP 1, MCSP4, MCSP5, MCSP6 and MCIC1 locations on March 28, 2022



MCSP 1

MCSP 4

MCSP 5

2



MCSP 6



MCIC 1

**Estevan "Esto" Fregeau**
Correctional Plant Supervisor
Mule Creek State Prison
209-274-4911 EX6773
Cell-(209)-790-9498

# EXHIBIT 18

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                              EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
MULE CREEK STATE PRISON
4001 Highway 104
P.O. Box 409099
Ione, CA, 95640



April 11, 2022

State of California
Water Resources Control Board
Central Valley Regional Water Quality Control Board
Sacramento Office
11020 Sun Center Drive, #200
Rancho Cordova, CA 95670-6114

Attn: Elizabeth Lee
      Senior Water Resources Control Engineer

| Title and Date of Report | April 11th 2022- Mule Creek Discharge Notification |
|---|---|
| Contact | Elizabeth Lee (916) 464-4786 |
| Regulatory Program | Municipal Storm Water |
| | |
| Regulated Party Name (Discharger) | CA Dept of Corrections & Rehabilitation |
| Facility Name | CDCR - Mule Creek State Prison WWTP |
| County | Amador |
| | |

I certify under penalty of law that I have personally examined and am familiar with the information submitted in this document and all attachments and that, based on my inquiry of the those individuals immediately responsible for obtaining the information, I believe that the information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

Anthony Orta
Correctional Plant Manager
Mule Creek State Prison



04/11/2022 10:23





04/11/2022 10:59





04/11/2022 11:01







04/11/2022 10:57



04/11/2022 10:54

# EXHIBIT 19

**Fregeau, Estevan@CDCR**

| | |
|---|---|
| **From:** | Fregeau, Estevan@CDCR |
| **Sent:** | Tuesday, September 20, 2022 12:21 PM |
| **To:** | WB-RB5S-CentralValleySacramento; Lee, Elizabeth@Waterboards; Larabee, Gregor@CDCR; Perri, Laurie@CDCR; Orta, Anthony@CDCR; Stark, Anthony@CDCR; Wilson, Anthony@CDCR |
| **Cc:** | Hudgens, Christofer@CDCR |
| **Subject:** | MCSP Discharge Notification for calibration |
| **Attachments:** | discharge notification 9  20 22.pdf; 8.31.2022 Sampling Variance Response_FINAL.pdf; mcsp_13383_order.pdf |

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION

GAVIN NEWSOM, GOVERNOR

**OFFICE OF THE SECRETARY**
PO Box 942883
Sacramento, CA 94283-0001



September 20, 2022

State of California
Water Resources Control Board
Central Valley Regional Water Quality Control Board
Sacramento Office
11020 Sun Center Drive, #200
Rancho Cordova, CA 95670-6114

Attn: Elizabeth Lee
      Senior Water Resources Control Engineer

| | |
|---|---|
| Title and Date of Report | September 20, 2022 |
| Contact | Elizabeth Lee (916) 464 4786 |
| Regulatory Program | Municipal Storm Water |
| Unit | |
| Regulated Party Name (Discharger) | CA Dept of Corrections & Rehabilitation |
| Facility Name | CDCR - Mule Creek State Prison WWTP |
| County | Amador |
| | |

I certify under penalty of law that I have personally examined and am familiar with the information submitted in this document and all attachments and that, based on my inquiry of the those individuals immediately responsible for obtaining the information. I believe that the information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

Anthony Orta
Correctional Plant Manager
Mule Creek State Prison

1

As per the November 29, 2021 13383 order and the Sampling and Reporting Variance dated August 31, 2022  Mule Creek State Prison is to make notification of discharging of  de-chlorinated water into Mule Creek to the Central Valley Water Board.

MCSP has discharged from MCSP 2, and MCSP3, on September 19th, 2022  to calibrate the newly installed Permanent Monitoring Structures.

MCSP-2 Flow started at 12:00pm and ended 12:45pm. A release of 4000 gallons of de-chlorinated water was made into Mule Creek for meter calibration

MCSP-3 Flow started at 1:00pm and ended 2:00pm. A release of 4700 gallons of de-chlorinated water was made into Mule Creek for meter calibration.

Additional notes include attached photos of the flow, calibration of the Permanent Monitoring Structures at MCSP-2 and MCSP-3 was successfully performed by SHN at this time.



MCSP2



MCSP2



MCSP 2



MCSP 3



MCSP 3



MCSP 3

# Estevan "Esto" Fregeau
**Correctional Plant Supervisor**
**Mule Creek State Prison**
**209-274-4911 EX6773**
**Cell-(209)-790-9498**

# EXHIBIT 20

**OFFICE OF THE SECRETARY**
PO Box 942883
Sacramento, CA 94283-0001



November 2, 2022

State of California
Water Resources Control Board
Central Valley Regional Water Quality Control Board
Sacramento Office
11020 Sun Center Drive, #200
Rancho Cordova, CA 95670-6114

Attn: Elizabeth Lee
      Senior Water Resources Control Engineer

| Title and Date of Report | Discharge Notification November 2, 2022, |
|---|---|
| Contact | Elizabeth Lee (916) 464 4786 |
| Regulatory Program | Municipal Storm Water |
| Unit | |
| Regulated Party Name (Discharger) | CA Dept of Corrections & Rehabilitation |
| Facility Name | CDCR - Mule Creek State Prison WWTP |
| County | Amador |
| | |

I certify under penalty of law that I have personally examined and am familiar with the information submitted in this document and all attachments and that, based on my inquiry of the those individuals immediately responsible for obtaining the information, I believe that the information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.

Anthony Orta
Correctional Plant Manager
Mule Creek State Prison

# EXHIBIT 21





GAVIN NEWSOM
GOVERNOR

YANA GARCIA
SECRETARY FOR
ENVIRONMENTAL PROTECTION

# Central Valley Regional Water Quality Control Board

3 November 2022

Patrick Covello, Warden
Mule Creek State Prison
4001 Highway 104
Ione, CA 95641
Via E-mail: Patrick.Covello@cdcr.ca.gov

**CLARIFICATION TO THE COMMENT LETTER DATED 11 FEBRUARY 2022; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION – MULE CREEK STATE PRISON; WDID#:5S03M2000307, AMADOR COUNTY**

The California Department of Corrections and Rehabilitation (CDCR) is enrolled as a Non-Traditional in the *National Pollutant Discharge Elimination System Permit for Waste Discharge Requirements for Storm Water Discharges form Small Municipal Separate Storm Sewer Systems (MS4)*, Water Quality Order 2013-0001-DWQ, as amended (Small MS4 General Permit) for Mule Creek State Prison (MCSP).  Additionally, CDCR is subject to the 30 November 2021 Revised Water Code section 13383 Order to Monitor Discharges to Surface Water (13383 Order) requirements for MCSP.

On 28 July 2022, Central Valley Regional Water Quality Control Board (Central Valley Water Board) staff received an e-mail from the California Department of Corrections and Rehabilitation (CDCR) requesting clarification on two (2) comments from Central Valley Water Board staff's 2 February 2022 comment letter (Letter) that reviewed the Phase II MS4 Annual Reports and Quarterly Monitoring Reports required by the 13383 Order. Staff is providing the clarification requested for Items #1 and #4 in the Letter.

**Clarification #1:** Does the December 2021 Mule Creek State Prison Non-Traditional MS4 Compliance Plan (Plan) fulfill the requirement of the Program Effectiveness Assessment and Improvement Plan (PEAIP)?

> **Response:** Central Valley Water Board staff concludes that the December 2021 Mule Creek State Prison Non-Traditional MS4 Compliance Plan (Plan) section F.5.h complies with F.5.h.1 – Program Effectiveness and Improvement Plan requirement in the Small MS4 General Permit.

**Clarification #2:** Does the 13 May 2021 Non-Stormwater Discharge (NSWD) Elimination Plan satisfy Item #4 in the Letter which states, "*Include best management practices (BMPs) to be implemented to address receiving water exceedances and a*

Patrick Covello                        - 2 -                        3 November 2022
Mule Creek State Prison

*schedule of the BMP implementation.  BMPs which can immediately address the exceedance must be proposed and immediately implemented"*?

**Response:** The NSWD Elimination Plan does not satisfy Item #4 in the Letter. As transmitted to CDCR via attachment titled "13383 Order Compliance Review, dated 24 January 2022" in the 11 February 2022 e-mail, under Receiving Water Monitoring Requirements, there were exceedances in the receiving water for aluminum on 2 February 2021 and 15 March 2021, and zinc on 27 January 2021 and 15 March 2021 reported in the 2021 Quarter 1 Monitoring Report.

The Small MS4 General Permit under Provision D – Receiving Water Limitations states the following:

> *Discharges shall not cause or contribute to an exceedance of water quality standards contained in a Statewide Water Quality Control Plan, the California Toxic Rule (CTR), or in the applicable Regional Water Board Basin Plan.*

> *The Permittee shall comply with Receiving Water Limitations through timely implementation of control measures/BMPs and other actions to reduce pollutants in the discharges and other requirements of this Order including any modifications.  The storm water program shall be designed to achieve compliance with Receiving Water Limitations.  If exceedance(s) of water quality objectives or water quality standards persist notwithstanding implementation of other storm water program requirements of this Order, the Permittee shall assure compliance with Receiving Water Limitations by complying with the following procedure:*

> 1. *Upon determination by either the Permittee or the Regional Water Board that MS4 discharges are causing or contributing to an exceedance of an applicable water quality standard, the Permittee shall promptly notify and thereafter submit a report to the Regional Water Board that describes BMPs that are currently being implemented and additional BMPs that will be implemented to prevent or reduce any pollutants that are causing or contributing to the exceedance of water quality standards.  The report shall include an implementation schedule.  The Regional Board may require modifications to the report;*

> 2. *Submit any modifications to the report required by the Regional Water Board within 30 days of notification;*

> 3. *Implement the actions specified in the report in accordance with the approved schedule;*

Patrick Covello                              - 3 -                    3 November 2022
Mule Creek State Prison

> 4.   *So long as the Permittee has complied with the procedure set forth*
>      *above and is implementing the actions, the Permittee does not*
>      *have to repeat the same procedure for continuing or recurring*
>      *exceedances of the same receiving water limitations unless*
>      *directed by the State Water Board or Regional Water Board to*
>      *develop additional BMPs.*
>
> *[…]*

An implicit requirement in the language above is to investigate the source of the
exceedances in order to implement the appropriate BMPs to prevent or reduce the
pollutants causing or contributing to the exceedances.

The NSWD Elimination Plan identifies BMPs for irrigation water and does not
address BMPs specific to aluminum and zinc.  In addition, the 2022 Quarter 1
Monitoring Report identified exceedances of aluminum, iron, and manganese
above water quality objectives.  Both the 2021 and 2022 Quarter 1 Monitoring
Reports reported no irrigation during the quarter when the exceedances occurred.
As such, the NSWD Elimination Plan does not satisfy the requirement to
investigate and mitigate the receiving water exceedances because it does not
appear that irrigation water is the sole source of those exceedance.  To comply
with the Receiving Water Limitations in the Small MS4 General Permit, CDCR
must modify the NSWD Elimination Plan to identify the source(s) of the aluminum,
iron, manganese, and zinc and describe the BMPs that are being implemented to
eliminate the exceedances from those sources and what additional BMPs will be
implemented.  An implementation schedule must also be included in the NSWD
Elimination Plan.  The NSWD Elimination Plan must be submitted into the
Stormwater Multiple Application & Record Tracking System (SMARTS) database
**by 17 February 2023**.

Additionally, based on staff review of the 2021 Quarter 4 and 2022 Quarter 1
Monitoring Reports, there is a constant volume of flow diverted from the MS4 to
the MCSP wastewater treatment plant year-round.  The amount does not appear
to be attributed to irrigation or rainfall. To satisfy the Receiving Water Limitations
above, CDCR must include in the modified NSWD Elimination Plan a strategy and
schedule of implementation to eliminate the typically diverted constant volume of
flow as a source of aluminum, iron, manganese, and zinc when that flow is
discharging to Mule Creek.

Elizabeth M. Lee

Digitally signed by Elizabeth
M. Lee
Date: 2022.11.03 09:02:09
-07'00'

Elizabeth M. Lee, P.E.
Senior Water Resource Control Engineer - Specialist
Municipal Storm Water Program

Patrick Covello                                    - 4 -                        3 November 2022
Mule Creek State Prison

Enclosures:   1. E-mail from Estevan Fregeau, dated 28 July 2022

2. Comments to the Phase II MS4 Annual Reports and 13383 Order
   Quarterly Monitoring Reports; Mule Creek State Prison;
   WDID#5S03M2000307, Amador County, dated 11 February 2022

3. 13383 Order Compliance Review, dated 24 January 2022

cc:     [via e-mail]
        Grant Scavello, USEPA, San Francisco (Scavello.Grant@epa.gov)
        John Tinger, USEPA, San Francisco (Tinger.John@epa.gov)
        Nickolaus Knight, State Water Resources Control Board, Sacramento
        JJ Baum, Central Valley Regional Water Quality Control Board, Rancho Cordova
        Bryan Smith, Central Valley Regional Water Quality Control Board, Redding
        Kari Holmes, Central Valley Regional Water Quality Control Board, Rancho
            Cordova
        Rob Busby, Central Valley Regional Water Quality Control Board, Rancho
            Cordova
        Howard Hold, Central Valley Regional Water Quality Control Board, Rancho
            Cordova
        Scott Armstrong, Central Valley Regional Water Quality Control Board, Rancho
            Cordova
        Xuan Luo, Central Valley Regional Water Quality Control Board, Rancho Cordova
        Kenny Croyle, Central Valley Regional Water Quality Control Board, Rancho
            Cordova
        Lixin Fu, Central Valley Regional Water Quality Control Board, Rancho Cordova
        Mohammad Farhad, Central Valley Regional Water Quality Control Board,
            Rancho Cordova
        Gregor Larabee, California Department of Corrections, Sacramento
            (Gregor.Larabee@cdcr.ca.gov)
        Adam Wolfe, California Department of Corrections, Sacramento
            (Adam.Wolfe@cdcr.ca.gov)
        Terry Bettencourt, California Department of Corrections, Sacramento
            (Miles.Bettencourt@cdcr.ca.gov)
        Eric Papathakis, California Department of Corrections, Sacramento
            (Eric.Papathakis@cdcr.ca.gov)
        Dean Borg, California Department of Corrections, Sacramento
            (Dean.Borg@cdcr.ca.gov)
        Laurie Perry, California Department of Corrections (Laurie.Perry@cdcr.ca.gov)
        Anthony Orta, California Department of Corrections and Rehabilitation MCSP,
            Ione (Anthony.Orta@cdcr.ca.gov)
        Anthony Stark, California Department of Corrections and Rehabilitation MCSP,
            Ione (Anthony.Stark@cdcr.ca.gov)
        Estevan Fregeau, California Department of Corrections and Rehabilitation MCSP,
            Ione (Estevan.Fregeau@cdcr.ca.gov)
        Michelle Opalenik, Amador County Department of Environmental Health, Jackson
            (mopalenik@amadorgov.org)

Patrick Covello — - 5 - — 3 November 2022
Mule Creek State Prison

Rodney Plamondon, City of Ione, Ione (RPlamondon@ione-ca.com)
Dan Epperson, City of Ione, Ione (DEpperson@ione-ca.com)
Dominic Atlan, City of Ione, Ione (DAtlan@ione-ca.com)
Stacy Rhoades, City of Ione, Ione (SRhoades@ione-ca.com)
Diane Wratten, City of Ione, Ione (DWratten@ione-ca.com)
Michael Rock, City of Ione, Ione (MRock@ione-ca.com)
Amy Gedney, ARSA, City of Sutter Creek, Sutter Creek
    (AGedney@cityofsuttercreek.org)
Jennifer Buckman, Bartkiewicz, Kronick & Shanahan, APC, Sacramento
    (Jennifer.Buck@wildlife.ca.gov)
Sally Baron, Rancho Cordova (hardcorecourser@gmail.com)
Virginia Silva, Ione
David Anderson, Mokelumne Hill (dcanders58@yahoo.com)
Jim Scully, Ione (j.scully22@gmail.com)
Andrew Packard, The Law Offices of Andrew L. Packard, Petaluma
    (andrew@packardlawoffices.com)
Bill Jennings, California Sportsfishing Alliance, Stockton (deltakeep@me.com)
Erica Maharg, Aqua Terra Aeris Law group, Oakland (eam@atalawgroup.com)
Will Carlon, The Law Office of Andrew L. Packard, Petaluma
    (wncarlon@packardlawoffices.com)
Jack Mitchell, Ledger Dispatch (jmitchell@ledger.news)
Gene Tanaka, Best Best & Kreiger, Sacramento (gene.tanaka@bbklaw.com)
Shawn Hagerty, Best Best & Kreiger, Sacramento (shawn.hagerty@bbklaw.com)
Rebecca Andrews, Best Best & Kreiger, Sacramento
    (rebecca.andrews@bbklaw.com)
Greg Morris (greg8355@gmail.com)
Mike Forget, SNH Engineers (mfoget@snh-engr.com)
Rick Ferriera, Amador Water Agency (RFerriera@amadorwater.org)

Patrick Covello                     - 6 -                          3 November 2022
Mule Creek State Prison

## Enclosure 1

| | |
|---|---|
| **From:** | Fregeau, Estevan@CDCR |
| **To:** | Lee, Elizabeth@Waterboards; Young, Stephanie@Waterboards |
| **Cc:** | Orta, Anthony@CDCR; Marshall, James@Waterboards |
| **Subject:** | RE: comment letter clarification |
| **Date:** | Thursday, July 28, 2022 2:55:06 PM |
| **Attachments:** | Revised Non-Storm Water Discharge Elimination.pdf |
| | MCSP-MS4CompliancePlan.pdf |

---

> EXTERNAL:

Elizabeth,

I am looking for clarification regarding the comment letter dated 11 February 2022 which is attached. Can you provide clarification on Item #1 and #4 of the following Mule Creek is to provide. Mule Creek submitted a Revised Non-Storm Water Runoff Elimination Plan on May 13, 2022, MCSP feel that this Plan answer #4.

Also MCSP has MS4 Compliance plan, would this plan be the same as a PEAIP?

Thank you

*Estevan "Esto" Fregeau*
*Correctional Plant Supervisor*
*Mule Creek State Prison*
*209-274-4911*
*EX6773 Cell-(209)-*
*790-9498*

**Enclosure 2**

 

## Central Valley Regional Water Quality Control Board

11 February 2022

Patrick Covello, Warden
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640
Via E-mail: Patrick.Covello@cdcr.gov

**COMMENTS TO THE PHASE II MS4 ANNUAL REPORTS AND 13383 ORDER
QUARTERLY MONITORING REPORTS; MULE CREEK STATE PRISON,
WDID#: 5S03M2000307, AMADOR COUNTY**

Thank you for meeting with Central Valley Regional Water Quality Control Board
(Central Valley Water Board) staff on 24 January 2022, to discuss staff's compliance
review with the *National Pollutant Discharge Elimination System General Permit for
Waste Discharge Requirements for Storm Water Discharges from Small Municipal
Separate Storm Sewer Systems* (MS4), Water Quality Order 2013-0001-DWQ, as
amended (Small MS4 General Permit) and 30 November 2021 Water Code section
13383 Order to Monitor Discharges to Surface Water (13383 Order) requirements for
Mule Creek State Prison.

We have summarized our comments in the documents attached via e-mail for your
review:

1. Mule Creek State Prison Phase II MS4 Stormwater Compliance Review and
   Discussion Power Point.
2. MCSP_Stormwater Requirements.PDF – provides a summary of comments on
   the submittals to date.

Based on these comments and our discussion, please provide the following:

1. Submit a Program Effectiveness Assessment and Improvement Plan (PEAIP) by
   **30 June 2022 into SMARTS.**

2. Submit an updated outfall map with the 2022 Quarter 2 monitoring report (i.e., **by
   1 April 2022**) identifying the discharge location from the Mule Creek Infill
   Complex east of Mule Creek. Per the MS4 Permit, Section F.5.d.2, field sampling
   shall be conducted at this outfall if it is flowing or ponding and it has been more
   than 72-hours since the last rain event.

3. Make changes that address the comments provided in the MCSP_Stormwater
   Requirements.xls document starting with the 2022 Quarter 2 monitoring report.

Patrick Covello                           - 8 -                      3 November 2022
Mule Creek State Prison

Patrick Covello                           - 2 -                      11 February 2022
Mule Creek State Prison

4. Include best management practices (BMP) to be implemented to address the receiving water exceedances and a schedule of the BMP implementation.  BMPs which can immediately address the exceedances must be proposed and immediately implemented.

5. For the 2021-2022 Annual Report, due on 15 October 2022, please include an attachment that summarizes the past year's activities by each program element. The summary shall also address the relationship between the program element activities and the PEAIP.

If you have any questions about our comments, concerns about due dates, or need additional information, please contact me at Elizabeth.Lee@waterboards.ca.gov.

Elizabeth M. Lee

Elizabeth M. Lee, P.E.
Senior Water Resource Control Engineer, Specialist
Municipal Storm Water Program

Enclosures:  [via E-mail]
             Power Point Presentation - Mule Creek State Prison Phase II MS4
             Stormwater Compliance Review and Discussion, January 24, 2022

             MS4 Compliance Review Excel Spreadsheet (MCSP_Stormwater
             Requirements.pdf), dated 24 January 2022

cc:     next page

Patrick Covello                                    - 9 -                        3 November 2022
Mule Creek State Prison

Patrick Covello                        - 4 -                        11 February 2022
Mule Creek State Prison

Thomas Reed, City of Ione, Ione (TReed@ione-ca.com)
Dan Epperson, City of Ione, Ione (DEpperson@ione-ca.com)
Dominic Atlan, City of Ione, Ione (DAtlan@ione-ca.com
Stacy Rhoades, City of Ione, Ione (Rhoades@ione-ca.com)
Lori McGraw, City of Ione, Ione (LMcGraw@ione-ca.com)
Diane Wratten, City of Ione, Ione (DWratten@ione-ca.com)
Michael Rock, City of Ione (MRock@ione-ca.com)
Amy Gedney, ARSA, City of Sutter Creek, Sutter Creek
    (AGedney@cityofsuttercreek.org)
Jennifer Buckman, Bartkiewicz, Kronick & Shanahan, APC, Sacramento
    (Jennifer.Buck@wildlife.ca.gov)
Sally Baron, Rancho Cordova (hardcorecourser@gmail.com)
Virginia Silva, Ione
David Anderson, Mokelumne Hill (dcanders58@yahoo.com)
Jim Scully, Ione (j.scully22@gmail.com)
Andrew Packard, The Law Offices of Andrew L. Packard, Petaluma
    (andrew@packardlawoffices.com)
Gene Tanaka, Best Best & Krieger (gene.tanaka@bbklaw.com)
Shawn Hagerty, Best Best & Krieger (shawn.hagerty@bbklaw.com)
Rebecca Andrews, Best Best & Krieger (rebecca.andrews@bbklaw.com)
Will Carlon, The Law Offices of Andrew L. Packard
    (wncarlon@packardlawoffices.com)
Erica Maharg, Aqua Terra Aeris Law Group (eam@atalawgroup.com)
Bill Jennings, California Sportfishing Protection Alliance (deltakeep@me.com)
Jack Mitchell, Ledger Dispatch (jmitchell@ledger.news)
Greg Morris (greg8355@gmail.com)

13383 Order Compliance Review

24 January 2022

| | | The Permittee shall monitor discharges from the MS4 at MCSP5 and MCSP6 until the Permittee notifies Regional staff that the flow monitoring structures are operational at MCSP2 and MCSP3 for parameters listed in Table B at the sampling locations identified in Table A of the Order. | 1/event | SMARTS (quarterly reports) | 1 May, 1 August, 1 November, and 1 February annually. | 2021 Quarters 1 - 3 Monitoring Reports review completed. | 1. 2/12/2021 sampling has no data for MCSP5 and MCSP6. Explanation of missing sampling data must be provided. 2. Table 1-1 is missing required data for total discharge, duration of discharge, rainfall in previous 24-hours, dissolved oxygen, pH, temperature, and turbidity. An explanation must be provided for the missing monitoring information. 3. E. coli must be reported in CFU/mL. 4. Total coliform is not required. 5. Clarification needed of what junction vault pumps #2,3,5, and 6 represent in Table 1. Do they correspond to the sampling locations in Table A of the Order? 5. Table 2 summarizes total monthly rainfall instead of the required 24-hour daily rainfall when sampling (Table B of the Order). 6. Table 4 does not clearly identify what discharges the flowmeters are measuring and for which compliance point and the discharges from MCSP5 and MCSP6 must be shown as monthly discharges. 7. Daily rainfall and discharges from MCSP5 and MCSP6 must be reported in tabular format instead of in a graph. 8. Suggest showing irrigation and rainfall in one graph for each location. 9. Figure 1 must be revised to identify MCSP5 and MCSP6 as compliance points and not MCSP2 and MCSP3 and MCSP1 must be identified. | 1. Table 1-1 is missing required data for total discharge, duration of discharge, rainfall in previous 24-hours, dissolved oxygen, pH, temperature, and turbidity. An explanation must be provided for the missing monitoring information. 2. E. coli must be reported in CFU/mL. 3. Total coliform is not required. 4. Clarification needed of what junction vault pumps #2,3,5, and 6 represent in Table 1. Do they correspond to the sampling locations in Table A of the Order? 5. Table 2 is labeled as a summary of the rainfall for the quarter but is actually the Irrigation Flows summary. The report must be corrected to reflect that. 6. Table 3 does not clearly identify what discharges the flowmeters are measuring and for which compliance point and the discharges from MCSP5 and MCSP6 must be shown as sampling event measurements and not summarized as monthly discharges. 7. 2nd Quarter 2021 Flowmeters at MCSP5 and MCSP6 vs. Daily Irrigation appears to idicate the over irrigation is causing non-stormwater discharges from MCSP5 and MCSP6. 8. Figure 1 must be revised to identify MCSP5 and MCSP6 as compliance points and not MCSP2 and MCSP3 and MCSP1 must be identified. | 1. Clarification needed of what junction vault pumps #2,3,5, and 6 represent in Table 1. Do they correspond to the sampling locations in Table A of the Order? 2. Table 2 summarizes total monthly rainfall instead of the required 24-hour daily rainfall when sampling (Table B of the Order). 3. Table 4 does not clearly identify what discharges the flowmeters are measuring and for which compliance point and the discharges from MCSP5 and MCSP6 must be shown as sampling event measurements and not summarized as monthly discharges. 4. Daily rainfall and discharges from MCSP5 and MCSP6 must be reported in tabular format instead of in a graph. 5. Suggest showing irrigation and rainfall in one graph for each location. 6. Figure 1 is referenced under Volume Diverted to the WWTP but not included in the Report. |
| MS4 Outfall Monitoring Requirements IV | MS Outfall Monitoring | | | | | | | | |
| Receiving Water Monitoring Requirements V | Receiving Water Monitoring | The Permittee shall monitor the receiving water when discharging through the MS4 to Mule Creek at MCSP1 and MCSP4 for parameters identified in Table C at the sampling locations identified in Table A of the Order. The receiving water monitoring shall be collected concurrently with MS4 outfall monitoring (i.e., within 4 hours). If no upstream flow (i.e., steady and continuous) during the monitoring event, receivingwater monitoring is not required and must be noted in the Quarterly Monitoring Report for that event. | 1/event | SMARTS (quarterly reports) | 1 May, 1 August, 1 November, and 1 February annually. | 2021 Quarters 1 - 3 Monitoring Reports review completed. | 1. 1/27/2021 sampling event has no data for monitoring location MCSP1. An explanation for the missing sampling data must be provided. 2. Table 1-1 is missing receiving water data for dissolved oxygen, pH, temperature, and turbidity. An explanation must be provided for the missing monitoring information. 3. E. coli must be reported in CFU/mL. 4. Total coliform is not required. 5. 2/2/21 aluminum concentration (5,640 ug/L) in the downstream receiving water exceeded the 2018 National Ambient Water Quality Criteria (NAWQC) of 2,800 ug/L (calculated using dissolved organic carbon and hardness in the downstream receiving water on the date for each aluminum sample and median pH in downstream receiving water of 7.54 (3/23/18 to 3/19/21 excluding 10/4/18 outlier of 5.75 pH). Only acute criterion is considered. 6. 3/15/2021 aluminum concentration (1,740 ug/L) in the downstream receiving water exceeded the 2018 National Ambient Water Quality Criteria (NAWQC) of 3,200 ug/L for aluminum in fresh water. 7. 1/27/21 zinc concentration of 186 ug/L exceeds the acute (1-hour) CTR hardness-dependant criteria (76.01 ug/L) for the protection of freshwater aquatic life for zinc using the downstream receiving water hardness for each sample. 8. 3/15/21 zinc concentration of 191 ug/L exceeds the zinc acute criterion of 150.16 ug/L. 9. BMPs addressing the exceedances must be identified and updated. | 1. Table 1-1 is missing receiving water data for dissolved oxygen, pH, temperature, and turbidity. An explanation must be provided for the missing monitoring information. 2. E. coli must be reported in CFU/mL. 3. Total coliform is not required. | |
| Water Column Toxicity Testing Requirements VII | Water Column Toxicity Monitoring (Acute) | The Permittee shall conduct acute toxicity testing to determine whether the MS4 discharge is contributing to acute toxicity to Mule Creek. | 2x per year (Jan-Jun and Jul-Dec) | SMARTS (quarterly reports & annual reports Oct. 15) | 1 May, 1 August, 1 November, and 1 February annually & 15 October | 2021 Quarters 1 - 3 Monitoring Reports review completed. | 1. 3/15/2021 sampling event conducted at MCSP2. An explanation for using MCSP2 instead of MCSP3 and MCSP4 must be provided. Note that any change in sampling location must be approved by the Executive Officer per III.B of the Order. | | |

California Dept. of Corrections Rehabilitation