# EXHIBIT 1

GENE TANAKA, Bar No. 101423
gene.tanaka@bbklaw.com
SHAWN HAGERTY, Bar No. 182435
Shawn.hagerty@bbklaw.com
REBECCA ANDREWS, Bar No. 272967
rebecca.andrews@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, CA  94596
Telephone:  (925) 977-3300
Facsimile:  (925) 977-1870

Attorneys for Plaintiff County
of Amador

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, <br><br> Plaintiff, <br><br> v. <br><br> KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation, <br><br> Defendant. | Case No. 2:20-cv-02482-WBS-AC <br> Honorable William B. Shubb <br><br> PLAINTIFF COUNTY OF AMADOR'S DISCLOSURE OF EXPERT WITNESSES <br><br><br> Action Filed: Jan. 7, 2021 <br> Trial Date:    April 18, 2023 |
| COUNTY OF AMADOR, a public agency of the State of California, <br><br> Plaintiff, <br><br> v. <br><br> KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO ALLISON in his official capacity as Secretary of the California Department of Corrections and Rehabilitation Mule Creek State Prison, <br><br> Defendants. | Case No. 2:21-cv-0038-WBS-AC |

83653.00001\40499927.1

Pl. Amador's Discl. of Experts
2:20-cv-02482-WBS-AC

COUNTY OF AMADOR'S EXPERT DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiff County of Amador ("Amador") discloses the following expert witness who may present evidence under Federal Rules of Evidence 702, 703, or 705 at trial in this matter: Karen Ashby, CPSWQ. Ms. Ashby's Report pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) is attached as Exhibit 1.

Pursuant to Federal Rules of Civil Procedure 26(a)(2)(C), Amador also designates the following non-retained expert, who may testify regarding their involvement in and work on matters related to this case: Michelle Opalenik, Director of the Environmental Health Department of the County of Amador ("Department"). Ms. Opalenik may testify regarding the duties and responsibilities of the Department, and the Department's involvement with the Mule Creek State Prison. These matter are described in the Declaration of Michelle Opalenik in Support of Motion for Summary Adjudication, filed June 28, 2022, ECF 45-6.

Pursuant to Federal Rule of Civil Procedure 26(e), Amador reserves the right to supplement these disclosures.

Dated: August 1, 2022             BEST BEST & KRIEGER LLP

                                  By:*/s/ Rebecca Andrews*
                                     GENE TANAKA
                                     SHAWN HAGERTY
                                     REBECCA ANDREWS
                                     Attorneys for Plaintiff
                                     County of Amador

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

83653.00001\40499927.1

Pl. Amador's Discl. of Experts
2:20-cv-02482-WBS-AC

# EXHIBIT 1

GENE TANAKA, Bar No. 101423
gene.tanaka@bbklaw.com
SHAWN D. HAGERTY, Bar No. 182435
shawn.hagerty@bbklaw.com
REBECCA ANDREWS, Bar No. 272967
rebecca.andrews@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, CA  94596
Tel: (925) 977-3300

Attorneys for Plaintiff
COUNTY OF AMADOR
[Additional Counsel on p. 2]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendants. | Case No. 2:20-cv-02482-WBS-AC<br><br>Honorable William B. Shubb<br><br>**EXPERT REPORT OF KAREN ASHBY** |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison,<br><br>Defendants. | No. 2:21-cv-0038-WBS-AC<br><br>Date:  Aug. 22, 2022<br>Time:  1:30 p.m.<br>Court:  5<br><br>Action Filed: Jan. 7, 2021<br>Trial Date: April 18, 2023 |

BEST BEST & KRIEGER LLP

83653.00001\40292339.4

- 1 -

ANDREW L. PACKARD (Bar No. 168690)
andrew@packardlawoffices.com
WILLIAM N. CARLON (Bar No. 305739)
wncarlon@packardlawoffices.com
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060

JASON FLANDERS (Bar No. 238007)
jrf@atalawgroup.com
ERICA MAHARG (Bar No. 279396)
eam@atalafwgroup.com
AQUA TERRA AERIS LAW GROUP
490 43rd Street, Suite 108
Oakland, CA 94609
Tel. (916) 202-3018

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE

BEST BEST & KRIEGER LLP

83653.00001\40292339.4

- 2 -

2:20-CV-02482-WBS-AC

## **EXPERT REPORT OF KAREN ASHBY**

**I.   BACKGROUND AND QUALIFICATIONS**

1.    I am a Vice President at Larry Walker Associates, Inc. (LWA), an environmental engineering and consulting firm that specializes in, among other matters, water quality management. In my capacity as a Vice President, I serve as a Project Manager for stormwater and watershed management projects.

2.    I have a Bachelor of Science from the University of California at Irvine and have been certified as a Professional in Storm Water Quality from Envirocert International, Inc. since 2004. I have been an active member of the California Stormwater Quality Association ("CASQA") since 1999 and have served as a member of the Board of Directors, Vice Chair, and Chair of CASQA. In 2018, I received the CASQA Leadership Award as a recognition of my contributions to the stormwater profession. A true and correct copy of my CV is attached as Attachment ("Report Attach.") A.

3.    I have over 30 years of experience in stormwater quality matters, including but not limited to, providing regulatory assistance; facilitating stakeholder groups; developing and implementing stormwater management programs and Total Maximum Daily Loads; evaluating and reporting on stormwater program effectiveness; and preparing various regulatory and technical reports on stormwater management issues. Prior to joining LWA, I managed the area-wide municipal stormwater program for the County of Orange for over ten years.

**II.   INDEPENDENT REVIEW**

4.    I have been retained by the County of Amador to review

83653.00001\40292339.4

- 3 -

2:20-CV-02482-WBS-AC

technical information provided by Defendants and identified by Plaintiffs related to Mule Creek State Prison (the "Facility") and to conduct site visits of the Facility and to review laboratory analytical results of samples taken during the Facility site visits. A list of all my publications authored in the previous 10 years is included in my attached CV in Report Attach. A. I have not testified as an expert at trial or by deposition in any other cases during the previous four years. My compensation to be paid for the study in this case is $299 per hour and for testimony in this case is $310 per hour. I reviewed copies of documents from Best Best & Krieger LLP ("BB&K"), the website of the California Central Valley Regional Water Quality Control Board ("Regional Board"), the website of the California State Water Resources Control Board ("State Board"), and/or the Storm Water Multiple Application and Report Tracking System ("SMARTS"). SMARTS is a publicly available database of documents the Regional Board or dischargers / permittees upload. I have used the Regional Board, State Board, and SMARTS websites thousands of times in my more than thirty years' experience with storm water quality matters. The documents listed below from those websites are documents typically uploaded by the Regional Board, State Board, or dischargers / permittees.

5.    Specifically, the documents I reviewed included the following:

A.    Pertinent sections of the document entitled "Revised Stormwater Collection System Investigation Report of Findings" for the Facility, dated August 2018 and revised October 2019, with bates label MCSP0003981 - MCSP0003984 ("Stormwater

83653.00001\40292339.4

- 4 -

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

Report"). Figure 1-5, below, is an aerial depiction of the Facility from the Stormwater Report, with bates label MCSP0004089. I received this from BB&K. A true copy of excerpts of the Stormwater Report with Bates Nos. MCSP0003957-MCSP0003958, MCSP0003981-MCSP0003984, and MCSP0004089 are attached to the Appendix of Documents filed in Support of Plaintiffs' Motion for Summary Adjudication ("Plaintiffs' Appendix") as ex. 5. In addition, I reviewed MCSP0004086 which is attached to this report as Report Attach. B.

B.   Regional Board Water Code 13383 Order to Monitor Discharges to Surface Water issued to Patrick Covello, Warden, Mule Creek State Prison ("Defendants") dated August 6, 2020 ("August 2020 Order"). I reviewed this on SMARTS. A true copy of the August 2020 Order is attached to Plaintiffs' Appendix as ex. 6.

C.   The Regional Board's Order of the same name on about December 22, 2020, which superseded the August 2020 Order ("December 2020 Order"). I reviewed this on SMARTS. A true copy of the December 2020 Order is attached to Plaintiffs' Appendix as ex. 7.

D.   The Regional Board's Order of the same name dated November 29, 2021, which revised the December 2020 Order ("November 2021 Order"). I reviewed this on SMARTS. A true copy of the November 2021 Order is attached to Plaintiffs' Appendix as ex. 8.

E.   Water Quality Control Plan for the Central Valley Regional Water Quality Control Board for the Sacramento River Basin and San Joaquin River Basin, last revised May 2018 ("Basin

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

Plan"). I reviewed this on the Regional Board website. A true copy of the Basin Plan is attached to Plaintiffs' Appendix as ex. 9.

F.    The State Water Resources Control Board's Part 3 of the Water Quality Control Plan for Inland Surface Waters, Enclosed Bays, and Estuaries of California – Bacteria Provisions and Water Quality Standards Variance Policy, dated February 4, 2019 ("Bacteria Objectives"). I reviewed this on the State Board's website. A true copy of the Bacteria Objectives is attached to Plaintiffs' Appendix as ex. 10.

G.    Hazardous Materials Spill Reports for the time period between January 4, 2021 and March 29, 2022, provided by Facility representatives to the Governor's Office of Emergency Services ("OES Reports"). Data for the OES Reports was contained in the Quarterly Monitoring Reports filed by the Facility for the First through Fourth Quarters of 2021 and the First Quarter of 2022. I reviewed the Quarterly Monitoring Reports on SMARTS. The Quarterly Monitoring Reports are discussed in further detail in paragraph 5.I below.

H.    SHN Technical Memoranda to the Regional Board containing weekly monitoring reports of laboratory analytical reports of samples Defendants took of discharges from MCSP2, MCSP3, MCSP4/Downstream, MCSP5, and MCSP6, between February 4, 2019 and May 29, 2020 ("Weekly Monitoring Reports"). I received these from BB&K. A true copy of screenshots listing these Weekly Monitoring Reports is attached to Plaintiffs' Appendix as ex. 11.

I.    The quarterly monitoring and annual monitoring reports Defendants submitted for the Facility in response to the

83653.00001\40292339.4

BEST BEST & KRIEGER LLP

August 13383 Order and December 13383 Order for the time period covering August 2020 through December 31, 2021 ("Quarterly and Annual Monitoring Reports"). The Quarterly and Annual Monitoring Reports included laboratory analytical reports of samples Defendants took from Mule Creek [MCSP4], and MS4 outfalls MCSP2 and MCSP3, as well as MCSP5 and MCSP6 ("13383 Lab Reports"). I reviewed these on SMARTS. A true copy of a list of the Quarterly and Annual Monitoring Reports is attached to Plaintiffs' Appendix as ex. 12.

        J.    The notice of intent to enroll the Facility under the Statewide National Pollutant Discharge Elimination System (NPDES) General Permit for Waste Discharge Requirements for Storm Water Discharges From Small Separate Storm Sewer Systems (MS4s), State Board Order 2013-0001-DWQ NPDES No. CAS000004 ("Small MS4 Permit") and related documents with Bates Nos. CALSPORT0013003 - 0013007. I reviewed this on SMARTS. A true copy of the Small MS4 Permit is attached to Plaintiffs' Appendix as ex. 13.

        K.    The No Exposure Certification ("NEC") to enroll the Facility under the NPDES General Permit Storm Water Discharges Associated with Industrial Activities, NPDES NO. CAS000001 ("Industrial General Permit") and related documents. I reviewed this on SMARTS. True copies of the NEC and Industrial General Permit are attached to Plaintiffs' Appendix as exs. 14 and 15, respectively.

        L.    The 2021 No Exposure Certification Inspection Report, prepared by a representative of the Regional Board, dated February 11, 2021 ("NEC Inspection Report"). I reviewed this on SMARTS. A true copy of the NEC Inspection Report is attached to

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

Plaintiffs' Appendix as ex. 16.

M.   The Regional Board letter to the Facility, dated February 11, 2022, commenting on the Phase II MS4 Annual Reports and 13383 Order Quarterly Monitoring Reports ("2022 Comment Letter"). I reviewed this on SMARTS. A true copy of the 2022 Comment Letter is attached to Plaintiffs' Appendix as ex. 17.

N.   Laboratory analytical reports of samples Plaintiffs took on March 9, 2022 at the site inspection which I attended ("Plaintiffs' March Lab Samples"). I received these from BB&K. True copies of Plaintiffs' March Lab Samples are attached to Plaintiffs' Appendix as ex. 18.

O.   Laboratory analytical reports of samples Plaintiffs took on May 24, 2022 at the site inspection which I attended ("Plaintiffs' May Lab Samples"). I received these from BB&K. True copies of Plaintiffs' May Lab Samples are attached to this report as Report Attach. C.

P.   Laboratory analytical report of the split samples Defendants took on March 9, 2022 at the site inspection which I attended ("Defendants' March Lab Samples"). I received these from BB&K. True copies of Defendants March Lab Samples with bates labels MCSP0041199 - MCSP0041227 are attached to this report as Report Attach. D.

Q.   The County of Amador's First Amended Complaint and California Sportfishing Protection Alliance's Complaint in this action. I received these from BB&K.

6.   According to the Stormwater Report, as well as the August 2020 Order, December 2020 Order, and November 2021 Order:

A.   The point labeled "MCSP3" depicts the Facility's

83653.00001\40292339.4

BEST BEST & KRIEGER LLP

- 8 -

2:20-CV-02482-WBS-AC

primary outfall location, which drains approximately 64.2 acres of the Facility through a culvert under an exterior perimeter road to an earthen channel that flows into Mule Creek. It is estimated that three quarters of the drainage area flows to the primary outfall. See Stormwater Report Section 1.4.1, MSCP0003982. Discharges from MCSP3 first pass through a Facility outfall labeled "MCSP6."

B.    The point labeled "MCSP2" depicts the Facility's secondary outfall location, which drains approximately 21.3 acres of the Facility through an earthen channel that flows into Mule Creek. It is estimated that one quarter of the drainage area flows to the secondary outfall. See Stormwater Report Section 1.4.2, MCSP0003984. Discharges from MCSP2 first pass through a Facility outfall labeled "MCSP5."

C.    The point labeled as "MCSP4/Downstream" depicts a location within Mule Creek at a southern edge and downstream of the Facility. In various documents reviewed, "MCSP4/Downstream" was also labeled "Location 3." Figure 1-5 is a site plan showing these locations and is provided at the end of this report.

7.    Based on this document review:

A.    Mule Creek is a stream that is tributary to Dry Creek with in-stream sampling occurring at a point labeled "MCSP4/Downstream" (in addition to others).

B.    Section 2.1 of the Basin Plan provides that the "beneficial uses of any specifically identified water body generally apply to its tributary streams."

C.    Table 2-1, of the Basin Plan designates the following beneficial uses for the waters of the Sacramento-San

83653.00001\40292339.4

- 9 -

2:20-CV-02482-WBS-AC

Joaquin Delta and its tributaries, including Mule Creek: municipal and domestic supply (MUN); agricultural supply (AGR); water contact recreation (REC-1); non-contact water recreation (REC-2); warm freshwater habitat (WARM); cold freshwater habitat (COLD); migration for aquatic organisms (MIGR); spawning, reproduction, and/or early development (SPWN); and wildlife habitat (WILD). Section 4.1.8 of the Basin Plan provides, in part, that "[a]ll water quality objectives are developed to protect the MUN beneficial use unless otherwise stated." Section 4.2.1.1.8 of the Basin Plan provides, in part, that "except under specifically defined exceptions, all surface and ground waters of the state are to be protected as existing or potential sources of municipal and domestic supply."

**III. PAST VIOLATIONS OF SMALL MS4 PERMIT - *E. COLI***

8.    **Water Quality Objectives – *E. coli*.** Effective February 4, 2019, the Bacteria Objectives applicable to all inland surface waterbodies (including Mule Creek) are measured by the *E. coli* geometric mean (GM" or geomean") and the statistical threshold value ("STV"). Geomean results are based on a six-week rolling average of at least five samples within that six-week period, calculated weekly. If the geomean in any six week period is greater than the geomean magnitude (100 cfu/100 mL for *E. coli*), then the sample violates the geomean WQS. STV results are based on a single sample, with no more than 10% of the samples exceeding in a calendar month. Any sample greater than the STV threshold violates the STV WQO unless that sample constitutes 10% or less of all STV samples during the calendar month. The Bacteria Objectives for the GM and STV are set forth in the

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

following Table 1, which I have circled for clarity:

BEST BEST & KRIEGER LLP

83653.00001\40292339.4

- 11 -

**Table 1.** REC-1 Bacteria Water Quality Objectives

| Applicable Waters | Objective Elements | Estimated Illness Rate (NGI): 32 per 1,000 water contact recreators | |
|---|---|---|---|
| | | Magnitude | |
| | Indicator | GM (cfu/100 mL) | STV (cfu/100 mL) |
| All waters where the salinity is equal to or less than 1 ppth 95 percent or more of the time | *E. coli* | 100 | 320 |
| All waters where the salinity is greater than 1 ppth more than 5 percent of the time | Enterococci | 30 | 110 |

The waterbody GM shall not be greater than the applicable GM magnitude in any six-week interval, calculated weekly.  The applicable STV shall not be exceeded by more than 10 percent of the samples collected in a CALENDAR MONTH, calculated in a static manner.

NGI = National Epidemiological and Environmental Assessment of Recreational Water gastrointestinal illness rate

GM = geometric mean
STV = statistical threshold value
cfu = colony forming units

mL = milliliters
ppth = parts per thousand

To avoid double-counting STV and geomean exceedance for the same day, the total number of exceedances were counted as the number of STV exceedances plus the number of additional exceedances of the geomean that had not already triggered an exceedance of the STV.

9. **Forty (40) Past Violations of Small MS4 Permit's *E. coli* Discharge Prohibition - STV.** As shown in attached Table 2, Defendants' laboratory analytical results reported discharges from the Facility to Mule Creek in excess of the STV WQO for *E. coli* in 18 samples from MCSP2 and 22 samples from MCSP3 between February 4, 2019 and January 6, 2021. These results show that 95% of samples taken from MCSP2 (18/19 samples) and 85% of samples taken from MCSP3 (22/26 samples) exceeded the STV WQO for *E. coli* during this period.

10. **One (1) Past Violation of Small MS4 Permit's *E. coli* Discharge Prohibition – Geometric Mean.** As shown in attached Table 3, Defendants' laboratory analytical results demonstrate

83653.00001\40292339.4

- 12 -

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

discharges from the Facility to Mule Creek exceed the geomean WQO for *E. coli* on 11 occasions from discharge points MCSP2 and MCSP3 between the dates of February 4, 2019 and January 6, 2021 (when enough samples were collected within the 6-week period). However, all but one of the sample dates already exceed the STV, and therefore, were not counted as exceedances under this analysis. On that one sample date (3/26/2020), the two results reported at MCSP3 did not exceed the STV, but the calculated geomean exceeded 100 MPN/100mL. This result was counted as one additional *E. coli* discharge violation at MCSP3 due to the geomean.

11. **Nineteen (19) Past Violations of MS4 Permit's Receiving Water Limitations – *E-Coli*.** As shown in attached Table 4, 47 samples collected during 35 days (out of a total of 68 samples in 45 days) from the receiving water at MCSP4/Downstream analyzed between February 4, 2019 and January 6, 2021 (69%) exceeded the STV or geomean WQO for *E. coli*. On 19 of these 35 days of exceedances in Mule Creek, the Facility discharged *E. coli* (exceeding the WQOs) at MCSP2 and MCSP3 on the same date as the exceedance in the receiving water (54%).

**IV.   PAST VIOLATIONS OF SMALL MS4 PERMIT - METALS**

12.   **Water Quality Objectives - Metals**.

A.   Section 4.2.1.1.8 of the Basin Plan provides that "except under specifically defined exceptions, all surface and ground waters of the state are to be protected as existing or potential sources of municipal and domestic supply." Section 3.1.3 includes the following numeric water quality ovjectives for chemical constituents, including but not limited to aluminum, iron, and manganese, which require waters for use as domestic or

83653.00001\40292339.4

municipal supply (MUN) to meet the maximum contaminant limits (MCLs) specified in Title 22 of the California Code of Regulations ("CCR"). Section 64449, Table 64449-A of Title 22 of the CCR establishes the following limits for domestic or municipal supply:

| Constituent | MCLs / Units |
|---|---|
| Aluminum | 200 µg/L |
| Iron | 300 µg/L |
| Manganese | 50 µg/L |

B.     Sections 4.1.8 and 4.2.1.1.15 of the Basin Plan includes the California Toxics Rule (CTR) at 40 C.F.R.§ 131.38 as criteria for constituents, including but not limited to copper, lead, and zinc for surface waters with a "municipal" beneficial use designation as follows:

| Constituent | CTR Criteria / Units |
|---|---|
| Copper | 9 µg/L dissolved (Chronic) |
| Lead | 2.5 µg/L dissolved (Chronic)<br>3.2 µg/L total (Chronic) |
| Zinc | 117 ug/L dissolved (Acute)<br>120 µg/L total (Acute) |

13.  **Twenty-Five (25) Past Violations of Small MS4 Permit's Discharge Prohibition - Metals**. As shown in attached Table 5, the laboratory analytical reports of samples Defendants took from MCSP2 and MCSP3 between the dates of February 4, 2019 and January 6, 2021 demonstrate that discharges from the Facility's outfalls at MCSP2 and/or MCSP3 exceeded the WQOs for various metals on 25 occasions.

14.  **Fourteen (14) Past Violations of Small MS4 Permit's Receiving Water Limitations - Metals.** As shown in attached Table

83653.00001\40292339.4

- 14 -

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

6, laboratory analytical reports of samples Defendants took from MCSP2, MCSP3, and MCSP4/Downstream between the dates of February 4, 2019 and January 6, 2021 demonstrate fourteen samples of the receiving water at MCSP4/Downstream analyzed during this time period exceeded WQOs for aluminum, iron, lead, and zinc on the same days on which the Facility discharged these same metals from discharge points MCSP2 and MCSP3.

**V.    ONGOING VIOLATIONS OF SMALL MS4 PERMIT**

15.    **ONGOING DISCHARGES FROM FACILITY TO MULE CREEK.**

A.    As set forth in attached Table 7, Defendants' Quarterly Monitoring Reports indicate the Facility discharged more than 30 million gallons to Mule Creek during 12 discharge events occurring over more than 60 days between January 2021 and March 2022.

B.    In August 2020, the Regional Water Board issued a Water Code Section 13383 Order to the Facility to monitor discharges to surface water. The August 2020 Order required, among other things, the Facility to monitor MCSP2 (Outfall-1) and MCSP3 (Outfall-2) as well as MCSP4 for a number of parameters including *E.coli* (in CFU/100 ml) and metals.

C.    In December 2020, the Regional Water Board issued a revised 13383 Order to clarify that monitoring was to be conducted when there is any discharge from the Facility's MS4. The December 2020 Order modified the monitoring locations, which required, among other things, the Facility to monitor MCSP5 (Outfall-1) and MCSP6 (Outfall-2) as well as MCSP4 for a number of parameters including *E.coli* (in CFU/100 ml) and metals.

D.    In November 2021, the Regional Water Board issued

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

another 13383 Order to monitor discharges to surface water. The November 2021 Order required, among other things, the Facility to monitor MCSP5 (Outfall-1), MCSP6 (Outfall-2), MCSP2 (Outfall-3), and MCSP3 (Outfall-4) as well as MCSP4 for a number of parameters including *E.coli* (in CFU/100 ml) and metals. Although the August 2020 Order and November 2021 Order required Defendants to monitor discharges from MCSP2 and MCSP3, Defendants' laboratory analytical results do not contain data for samples taken from these locations after issuance of the November 2021 Order.

E.     Each of the 13383 Orders provides that "[s]amples . . . taken as required herein shall be representative of the volume and nature of the monitored discharge."

16.   **ONGOING VIOLATIONS OF SMALL MS4 PERMIT'S DISCHARGE PROHIBITIONS AND RECEIVING WATER LIMITATIONS PROVISIONS -** *E. coli*

A.     **Nine (9) Ongoing Violations of Small MS4 Permit's** *E. coli* **Discharge Prohibition - STV.** As shown in attached Table 8, the laboratory analytical results reported discharges from the Facility to Mule Creek in excess of the STV WQO for *E. coli* in four (4) samples from MCSP5 and five (5) samples from MCSP6 between January 7, 2021 and March 28, 2022. Defendants' 13383 Orders required *E. coli* to be reported as a numeric value; however *E. coli* was only reported as "Present" by the laboratory in an additional five samples collected from each of these locations, thus no numeric result was provided. These results show that *E. coli* was present in 100% of samples taken at MCSP5 and MCSP6 (10/10) and that least 40% of samples taken from MCSP5 (4/10) and 50% of samples taken from MCSP6 (5/10) exceeded the STV WQO for *E. coli* during this period.

83653.00001\40292339.4

BEST BEST & KRIEGER LLP

BEST BEST & KRIEGER LLP

B.    **Ongoing Violation of Small MS4 Permit's *E. coli* Discharge Prohibition - Geomean.** Ongoing violations of the geomean limit could not be calculated because there were fewer than five samples within each six-week period. There is discretion regarding the number of *E. coli* results to be included within each 6-week period, however, five samples of *E. coli* is justified because it results in a more robust geomean.

C.    **Five (5) Ongoing Violations of Small MS4 Permit's Receiving Water Limitations – *E. coli*.** As shown in attached Table 9, five (5) samples collected from the receiving water at MCSP4/Downstream analyzed between January 7, 2021 and March 28, 2022 exceeded the STV WQO for *E. coli*. On all five days of exceedances in Mule Creek, the Facility discharged *E. coli* at MCSP5 and MCSP6 on the same date as the exceedance in the receiving water (100%). In addition, *E. coli* was reported as "Present" in receiving water during an additional six days, and "Present" in Facility discharge during five of those six days (*E. coli* was not sampled in Facility discharge during the sixth day).

17.    **ONGOING VIOLATIONS OF SMALL MS4 PERMIT – METALS**

A.    **Seventy-seven (77) Ongoing Violations of Small MS4 Permit's Discharge Prohibition - Metals**. As shown in attached Table 10, the laboratory analytical reports of samples Defendants took from MCSP5 and MCSP6 between the dates of January 7, 2021 and March 28, 2022 demonstrate that discharges from the Facility's outfalls at MCSP5 and MCSP6 exceeded WQOs for various metals on seventy-seven occasions.

B.    **Twenty-Nine (29) Ongoing Violations of Small MS4 Permit's Receiving Water Limitations - Metals.** As shown in

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

attached Table 11, laboratory analytical reports of samples Defendants took from MCSP5, MCSP6, and MCSP4/Downstream between the dates of January 7, 2021 and March 28, 2022 demonstrate that receiving water at MCSP4/Downstream analyzed during this time period exceeded WQS for various metals twenty-nine times on the same days that the Facility discharged these same metals from discharge points MCSP5 and MCSP6.

**VI.   MARCH 9, 2022 SITE INSPECTION**

18.   On March 9, 2022, I inspected portions of the Facility ("Site Inspection"), took photographs and notes, and, through a field technician, obtained three aqueous samples from within the Facility's storm drain system.

19.   In preparation for the Site Inspection, I reviewed the precipitation history for the area, however there is not a rain gauge that is within the City limits. The closest one is Sutter Hill CDF (~10 miles), which indicated that the last measurable rain was recorded on March 1, 2022. On the day of the Site Inspection, it was sunny, was not raining, and had not rained in the previous 72 hours. I also reviewed the stormwater system, including but not limited to subsurface pipelines, drop inlets, culverts, and outfalls, depicted in the Stormwater Report.

BEST BEST & KRIEGER LLP

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

A.    **ONGOING VIOLATION - STANDING WATER IN STORM DRAINS**

20.    I saw standing water at the following locations within the exterior perimeter storm drain.

A.    At the drop inlet upstream (U/S) of Guard Tower 4 ("GT-4") (see red square on Figure 1), I observed standing water in the catch basin (IMG-2820).

Figure 1. IMG-2820 Location              IMG-2820. Drop Inlet U/S GT-4

    

83653.00001\40292339.4

B.     At the drop inlet downstream (D/S) GT-4 (see red square on Figure 2), I observed water actively flowing through subsurface pipelines, apparently from within the Facility, under the lethal fence, and into the catch basin located at GT-4. (IMG-2797). The County's field technician took a sample of the flowing water from the subsurface pipeline into the catch basin. I reviewed the analytical laboratory results of Plaintiffs' March Lab Samples which confirmed the presence of *E. coli*, total and fecal coliform, and pharmaceutical products. Defendants' March Lab Samples also confirmed the presence of *E. coli*, and total and fecal coliform as set forth below:

| Constituent | Result (MPN/100mL) |
| --- | --- |
| Total coliforms | > 1600 |
| Fecal coliforms | 130 |
| *E. coli* | 90.8 |

Figure 2. IMG-2797 Location          IMG-2797. Drop Inlet D/S GT-4





BEST BEST & KRIEGER LLP

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

C. Every drop inlet between GT-4 and Guard Tower 3 ("GT-3") had visible standing or flowing water present as shown in IMG-2773, 2771, and 2767. The location of each image is indicated by the red squares on Figures 3 to 5 below.

Figure 3. IMG-2773 Location

IMG-2773. Drop Inlet D/S GT-4, by Building 5







Figure 4. IMG-2771 Location

IMG-2771. D/S GT-4, Between Bldg 4 and 5



BEST BEST & KRIEGER LLP

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

Figure 5. IMG-2767 Location          IMG-2767. By Building 4



BEST BEST & KRIEGER LLP

83653.00001\40292339.4

D.    At the junction vault D/S GT-3 (see red rectangle on Figure 6 below), I observed water present within the junction vault and subsurface corrugated pipelines that carry flows through the Facility's storm drain system from the direction of GT-4 to the junction vault (IMG-2758). The County's field technician took a sample of the water within the junction vault. I reviewed Plaintiffs' March Lab Samples results which confirmed the presence of *E. coli*, total and fecal coliform, and pharmaceutical products. Defendants' March Lab Samples also confirmed the presence of  *E. coli*, and total and fecal coliform as set forth below:

| Constituent | Result (MPN/100mL) |
|---|---|
| Total coliforms | > 1600 |
| Fecal coliforms | > 1600 |
| *E. coli* | > 2419.6 |

Figure 6. IMG-2758 Location

IMG-2758 – Guard Tower 3 Junction Vault





83653.00001\40292339.4

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

E. As set forth in the Stormwater Report, flows leave the junction vault at GT-3, flow through a culvert under a perimeter road, and outfall to an earthen channel. The outfall to the earthen channel is labeled MCSP6 on Figure 7. Flows from the earthen channel enter Mule Creek at the location labeled MCSP3. (See red rectangle on Figure 7 below). I inspected the outfall at MCSP6 and found standing water in the earthen channel at the point of outfall. I also observed evidence of a recent flows through the storm drain system outfall at MCSP 6 to the earthen channel. (IMG-2738, IMG-2741). The County's field technician took a sample of the water within the earthen channel. I reviewed the analytical laboratory results of Plaintiffs' March Lab Samples which confirmed the presence of *E. coli*, total and fecal coliform, and pharmaceutical products. Defendants' March Lab Samples also confirmed the presence of *E. coli*, and total and fecal coliform as set forth below:

| Constituent | Result (MPN/100mL) |
| --- | --- |
| Total coliforms | > 1600 |
| Fecal coliforms | 1600 |
| *E. coli* | 1119.9 |

BEST BEST & KRIEGER LLP

83653.00001\40292339.4

- 24 -

2:20-CV-02482-WBS-AC

Figure 7. IMG-2738 Location          IMG-2738. MCSP6 Outfall



IMG-2741 – Earthen Channel From
MCSP6 to MCSP3



83653.00001\40292339.4

2:20-CV-02482-WBS-AC

F.   As shown in red rectangle on Figure 8 and IMG-2745, IMG-2778, and IMG-2827, I followed the earthen channel from MCSP6 to MCSP3 and observed standing water within and evidence and recent flows through large portions of the length of the channel. At the point labeled MCSP3, I observed water inside the pipelines that outfall to Mule Creek (IMG-2778).

Figure 8. Location of IMG-2745, IMG-2778, IMG-2827

IMG-2745 – Water Within Earthen Swale Between MCSP 6 and MCSP3





IMG-2778 – MCSP3

IMG-2827 – Earthen Channel U/S MCSP3





BEST BEST & KRIEGER LLP

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

G.    Based on these observations and the diagram of the flows within the Facility's storm drain system, the water within the junction vault at GT-3, which drained through MCSP6 and into the earthen channel, appeared to follow the route shown in purple on Figure 9 below.

Figure 9. Observed Flows March 9, 2022



BEST BEST & KRIEGER LLP

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

H.   At MCSP5, I observed water in the junction vault as shown red rectangle in Figure 10 and IMG-2853. I followed the path of the storm drain system across the street to the location where MCSP5 outfalls to an earthen channel. As shown in IMG-2861 and IMG-2865, there was evidence of flows recently leaving the MCSP5 outfall and there was standing water in the earthen channel that drains into Mule Creek.

Figure 10. Location IMG-2861

IMG-2853 – Junction Vault at MCSP5





IMG-2861 – MCSP5 Outfall

IMG-2865 – Earthen Channel Between MCSP5 and Mule Creek





83653.00001\40292339.4

2:20-CV-02482-WBS-AC

21.   In summary, on March 9, 2022, I observed evidence of flows within and discharges from the Facility's storm drain system occurring in dry weather. Flows appeared to originate within the Facility's lethal fence, through the portion of the system that collects and conveys flows from the central AB corridor, through the subsurface drainage system along the perimeter road, through the junction vault at MCSP6, through the earthen channel, and out of MCSP3 to Mule Creek. There was also evidence of recent dry weather discharges from MCSP5 to the earthen channel that flows to Mule Creek.

B.   **ONGOING VIOLATIONS – INDUSTRIAL GENERAL PERMIT**

22.   I next entered the Facility and walked through the central "BC" corridor and then through central "AB" corridor. The pathway is depicted by the red rectangle on Figure 11.

BEST BEST & KRIEGER LLP

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

A.    As shown in Figure 11 and NEC Report Figure 3 and IMGs-2885 and 2884, trash and debris were present in the uncovered loading dock IMG-2884 which serves the industrial sewing facility. Wood pallets were also stored outside of the sewing loading dock in an area exposed to precipitation.

Figure 11. Location IMG-2884, 2885



NEC Report Figure 3. Industrial Sewing Area within Location



IMG-2885 – Sewing Loading Dock



IMG-2884 – Outside Sewing Loading Dock



83653.00001\40292339.4

B.    As shown in Figure 12 and NEC Report Figure 3 and IMG-2877 and IMG-2876, a chemical storage container outside the industrial meat packing area was leaking onto the ground in an area exposed to precipitation. According to the NEC Report, page 7, figure 3, legend note 3, the chemicals stored in this area include "Hazmat 'igloos' containing food grade mineral oil for equipment lubrication." In addition, cardboard containers were stored at the edge of the covered loading dock area outside the meat packing area, in a location exposed to precipitation.

Figure 12. Industrial Area, BC Corridor

NEC Report Figure 3 Industrial Meat Processing Location




BEST BEST & KRIEGER LLP

83653.00001\40292339.4

- 31 -

2:20-CV-02482-WBS-AC

IMG-2877 – Leaking Industrial
Material Storage

IMG-2876 – Cardboard Container
Storage




23. In summary, the information obtained from the March 9, 2022 inspection indicates that there are industrial materials that are used and/or stored in areas that have exposure to storm water. In addition, there were industrial areas that were not maintained in a manner that would result in no exposure.

**VII. MAY 24, 2022 SITE INSPECTION**

24. On May 24, 2022, I conducted a second Site Inspection, took photographs and notes, and, through a field technician, obtained four aqueous samples from within the Facility's storm drain system.

25. In preparation for the Site Inspection, I reviewed the precipitation history for the Sutter Hill CDF (~10 miles), which indicated that the last measurable rain was recorded on May 9, 2022 at 0.02 inches. On the day of the Site Inspection, it was sunny, was not raining, and had not rained in the previous 72 hours.

A. **ONGOING VIOLATION - STANDING WATER IN STORM DRAINS**

26. I saw standing or flowing water at the following locations within the exterior perimeter storm drain.

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

A.   As shown in Figure 13, Figure 14, which is Figure 1-2 from the Stormwater Report with bates label MCSP0004086, and IMGs-3084, 3079, 3071, and 3067, I observed flowing water in the perimeter storm drain system downstream of an area used for materials maintenance and storage. I followed the storm drain system upstream in an attempt to locate the source of the flows. As shown in Figures 13 and 14 and IMGs-3084, 3079, 3071, and 3067, non-storm water was actively flowing into the storm drain system by the warehouse from a vehicle maintenance and fueling area and a fire station.

Figure 13. Location of IMG-3084, IMG-3079, IMG-3071, IMG-3067

Figure 14. MCSP0004086, Figure 1-2





BEST BEST & KRIEGER LLP

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

IMG-3084. Non-stormwater discharge from fire station through materials storage area into storm drain.

IMG-3079. Non-stormwater discharge from fire station through materials storage area into storm drain.







IMG-3071. Non-stormwater discharge from fire station through materials storage area into storm drain.

IMG-3067 Non-stormwater discharge near warehouse downstream from the firehouse, origin of the flow is unknown.





B.    At the drop inlet by Guard Tower 6 ("GT—6"), between buildings 9 and 10 (see red square in Figure 15), the County's field technician took a sample of the flowing water from the subsurface pipeline into the catch basin. (IMG-3061) I reviewed Plaintiffs' May Lab Samples which confirmed the presence of *E. coli*, and total and fecal coliform as set forth below:

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

| Constituent | Result (MPN/100mL) |
|---|---|
| Total coliforms | >1600 |
| Fecal coliforms | 240 |
| *E. coli* | 240 |

Figure 15. IMG-3058 and IMG-3061 Location

IMG-3058. Drop Inlet by GT-6





IMG-3061. County Field Technicial sampling drop inlet by GT-6



C.     Every drop inlet between GT-6 and GT-4 had visible standing or flowing water present as shown in IMGs-3064, 3042, 3035, 3025, and 3010. The location of each image is indicated by

the red squares on Figures 16 to 20 below.

Figure 16. Location of IMG-3064                IMG-3064 – U/S of GT-6





Figure. 17. IMG-3042 Location                IMG-3042. Flowing Water by Building 8



BEST BEST & KRIEGER LLP

83653.00001\40292339.4

Figure 18. IMG- 3035 Location

IMG-3035. Flowing Water U/S Guard Tower 5





Figure 19. IMG- Location

IMG-3025. Standing Water D/S GT-5





83653.00001\40292339.4

BEST BEST & KRIEGER LLP

2:20-CV-02482-WBS-AC

Figure 20. IMG-3010 Location        IMG-3010. Drop Inlet U/S GT-4




D.   At the drop inlet downstream (D/S) of GT-4 (see red square on Figure 21), I observed water actively flowing through subsurface pipelines at a rate of approximately 1 liter every 44 seconds, apparently from within the Facility, under the lethal fence, and into the catch basin located at GT-4. (IMG-3002). The County's field technician took a sample of the flowing water from the subsurface pipeline into the catch basin. I reviewed the analytical laboratory results of Plaintiffs' Lab Samples which confirmed the presence of *E. coli* and total and fecal coliform as follows:

| Constituent | Result (MPN/100mL) |
|---|---|
| Total coliforms | >1600 |
| Fecal coliforms | 1600 |
| *E. coli* | 1600 |

BEST BEST & KRIEGER LLP

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

Figure 21. IMG-3002 Location    IMG-3002. Drop Inlet D/S GT-4

 

E.    Every drop inlet between GT-4 and GT-3 had visible standing or flowing water present as shown in IMG-2984. The location of each image is indicated by the red squares on Figures 22 to 23 below.

Figure 22. IMG-2984 Location

IMG-2984. Drop Inlet U/S GT-3 between Buildings 4 and 5.

 

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

Figure 23. IMG-2976 Location

IMG-2976. Drop Inlet D/S GT-4, by Building 4





F.   At the junction vault D/S GT-3 (see red rectangle on Figure 24 below), I observed water present within the junction vault and subsurface corrugated pipelines that carry flows through the Facility's storm drain system from the direction of GT-4 to the junction vault (IMG-2758). The County's field technician took a sample of the water within the junction vault. (IMG-2966). I reviewed Plaintiffs' May Lab Samples results which confirmed the presence of *E. coli* and total and fecal coliform, as follows:

| Constituent | Result (MPN/100mL) |
|---|---|
| Total coliforms | >1600 |
| Fecal coliforms | 540 |
| *E. coli* | 540 |

83653.00001\40292339.4

- 40 -

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

Figure 24 IMG-2758 Location

IMG-2955 – Guard Tower 3 Junction Vault



IMG-2966 – Sampling GT-3 Junction Vault



83653.00001\40292339.4

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

G.   As shown in Figure 25 and IMG-2946 and 2953, I inspected the outfall at MCSP6 and found standing water in black corrugated pipe, indicative of recently outflows. I also observed green plants in the center of the earthen channel with plants outside the swale being less green. IMG-2953. The green plants are indicative that water recently flowed in the channel.

Figure 25 IMG-2946, 2953 Location

IMG-2946 – MCSP6 Outfall





IMG-2953 – Earthen Channel From MCSP6 to MCSP3



83653.00001\40292339.4

2:20-CV-02482-WBS-AC

H.   As shown in the red rectangle in Figure 26 and IMG-2963 and 2965 between GT-3 and Guard Tower 2, the perimeter drainage system was dry, indicating that all flows to the MCSP6 were coming from the westerly portion of the drainage system.

Figure 26. IMG-2963, 2965 Location

IMG-2963 Drop Inlet U/S of MCSP6





IMG-2965. Drop Inlet U/S of MCSP6



BEST BEST & KRIEGER LLP

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

I.   As shown in the red rectangle on Figure 27 and IMG-2939, I followed the earthen channel from MCSP6 to MCSP3 and observed water in a corrugated pipe that flowed into the channel. IMG-2938. The corrugated pipe had vegetation around it that was greener than the surrounding vegetation. The green plants are indicative that water recently flowed from or around the pipe.

Figure 27 Location of IMG-2939     IMG-2939 – Corrugated Pipe
                                    Within Earthen Swale Between
                                    MCSP 6 and MCSP3




83653.00001\40292339.4

2:20-CV-02482-WBS-AC

J.   Based on these observations and the diagram of the flows within the Facility's storm drain system, the water within the junction vault at GT-3, which drained through MCSP6 and into the earthen channel, appeared to follow the route shown in purple on Figure 28 below.

Figure 28. Observed Flows, Main Outfall, May 24, 2022



83653.00001\40292339.4

2:20-CV-02482-WBS-AC

K.   At MCSP5, I observed water in the junction vault as shown in the red rectangle in Figure 29 and IMG-3097. I followed the path of the storm drain system across the street to the location where MCSP5 outfalls to an earthen channel. As shown in IMG-3087, there was standing water in the earthen channel that drains to Mule Creek. I observed vegetation within the earthen channel that was greener than the surrounding vegetation. IMG-3092. The green plants are indicative that water recently flowed in the channel.

Figure 29 Location IMG-3097, 3087, 3092

IMG-3097 – Junction Vault at MCSP5





IMG-3087 – MCSP5 Outfall

IMG-3092 – Earthen Channel Between MCSP5 and Mule Creek



BEST BEST & KRIEGER LLP

83653.00001\40292339.4

- 46 -

2:20-CV-02482-WBS-AC

L.    Based on these observations and the diagram of the flows within the Facility's storm drain system, the water within the junction vault at GT-9, which drained through MCSP5 and into the earthen channel, appeared to follow the route shown in purple on Figure 30 below.

Figure 30. Observed Flows, Secondary Outfall, May 24, 2022



83653.00001\40292339.4

2:20-CV-02482-WBS-AC

**B. ONGOING VIOLATIONS – INDUSTRIAL GENERAL PERMIT**

27.  I next entered the Facility and walked through the central "AB" and central "BC" corridors. The pathway is depicted by the red lines on Figure 31. As shown in the red rectangles in Figures 31 through 36 and IMGs-3099, 3108, 3112, 3117, 3120, 3123, 3125, and 3128, standing water was present in the storm drains along the AB / BC corridors.

Figure 31. IMG-3099 Location

IMG-3099 Drop Inlet AB Corridor – IND Sewing at end of building





Figure 32. IMG 3108- Location

IMG-3108 – AB Corridor SD 502






83653.00001\40292339.4

- 48 -

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

Figure 33. IMG-3112 Location       IMG-3112 - IND Coffee SD 503




Figure 34. Location of IMG-3117   IMG-3117 MED/TEXT SD 504



BEST BEST & KRIEGER LLP

83653.00001\40292339.4

BEST BEST & KRIEGER LLP

Figure 35. Location of IMG-3120, IMG-3123, IMG-3125

IMG3120 – AB Corridor U/S SD 504



IMG-3123 – Loading Dock end of AB Corridor

IMG-3125 Loading Dock end of AB Corridor



83653.00001\40292339.4

2:20-CV-02482-WBS-AC

Figure 36. Location of IMG-3128

IMG-3128 SD at AB and BC corridor interface





28.   In summary, on May 24, 2022, I observed evidence of flows within the Facility's storm drain system occurring in dry weather. Flows appeared to originate from at least three locations. One location was within the Facility's lethal fence, and flowed through the portion of the system that collects and conveys flows from the central AB/BC corridor, through the subsurface drainage system along the perimeter road, through the junction vault at MCSP6, and into the earthen channel that drains to Mule Creek. The second was from the area of the Facility used for vehicle fueling and maintenance, which was actively discharging during the Site Inspection to the portion of the storm drain system that flows through MCSP6 and MCSP3 to Mule Creek. The third location was likely from the eastern portion of the Facility based on evidence of recent dry weather discharges from MCSP5 to the earthen channel that flows to Mule Creek.

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

**VIII. CONCLUSIONS**

29. **Defendants violated the Small MS Permit Discharge Prohibition, Provision B.1.**

A. Provision B.1 of the Small MS4 Permit provides, "Discharges of waste from the MS4 that are prohibited by Statewide Water Quality Control Plans or applicable Regional Water Quality Control Plans (Basin Plans) are prohibited." Plaintiffs' Appendix ex. 13, Small MS4 Permit, p. 346.

B. Defendants have forty-one past violations of the Small MS4 Permit's E. coli discharge prohibition. Tbls. 2 and 3; Plaintiffs' Appendix exs. 11 and 12, Weekly Monitoring Reports and Quarterly and Annual Monitoring Reports.

C. Defendants have nine ongoing violations of the Small MS4 Permit's *E. coli* discharge prohibition. Tbl. 8; Plaintiffs' Appendix Exs. 11 and 12, Quarterly and Annual Monitoring Reports and 13383 Lab Reports.

D. Defendants have past violations the Small MS4 Permit's metal discharge prohibition on twenty-five days. Tbls. 2 and 3; Plaintiffs' Appendix exs. 11 and 12, Weekly Monitoring Reports and Quarterly and Annual Monitoring Reports.

E. Defendants have ongoing violations of the Small MS4 Permit's metal discharge prohibition on seventy-seven days. Plaintiffs' Appendix ex. 12, Quarterly and Annual Monitoring Reports and 13383 Lab Reports.

F. Discharges from the Facility contain substances associated with human habitation. Plaintiffs' Appendix Ex. 5, Stormwater Report; Ex. 13, Small MS4 Permit, attach. I; Ex. 18 Plaintiffs' March Lab Samples; Report attach. 2, Plaintiffs' May

83653.00001\40292339.4

- 52 -

2:20-CV-02482-WBS-AC

Lab Samples.

30. **Defendants violated the Small MS Permit Discharge Prohibition, Provision B.2.**

A.    Provision B.2 of the Small MS4 Permit provides, "Discharges of storm water from the MS4 to waters of the U.S. in a manner causing or threatening to cause a condition of pollution or nuisance as defined in Water Code § 13050 are prohibited." Plaintiffs' Appendix ex. 13, Small MS4 Permit, p. 346.

B.    Defendants have up to and including 41 past violations of the Small MS4 Permit's *E. coli* discharge prohibition. Tbls. 2, 3; Plaintiffs' Appendix exs. 11 and 12, Weekly Monitoring Reports and Quarterly and Annual Monitoring Reports.

C.    Defendants have up to and including nine ongoing violations of the Small MS4 Permit's E. coli discharge prohibition. Tbl. 8; Plaintiffs' Appendix ex. 12, Quarterly and Annual Monitoring Reports and 13383 Lab Reports

D.    Defendants have past violations of the Small MS4 Permit's metal discharge prohibition on up to and including twenty-five days. Tbl. 5; Plaintiffs' Appendix exs. 11 and 12, Weekly Monitoring Reports and Quarterly and Annual Monitoring Reports.

E.    Defendants have ongoing violations of the Small MS4 Permit's metal discharge prohibition on up to and including seventy-seven days. Tbl. 10; Ex. 12, Quarterly and Annual Monitoring Reports and 13383 Lab Reports.

F.    Discharges from the Facility contain substances associated with human habitation. Plaintiffs' Appendix ex. 5,

83653.00001\40292339.4

Stormwater Report; Ex. 13, Small MS4 Permit, attach. I; Ex. 18, Plaintiffs' March Lab Samples; Report attach. 2, Plaintiffs' May Lab Samples.

31. **Defendants violated the Small MS4 Permit Receiving Water Limitation Provision D.**

A. Provision D of the Small MS4 Permit provides, in relevant part, that "Discharges shall not cause or contribute to an exceedance of water quality standards contained in a Statewide Water Quality Control Plan, the California Toxics Rule (CTR), or in the applicable Regional Water Board Basin Plan." Plaintiffs' Appendix ex. 13, Small MS4 Permit, p. 348.

B. Defendants have nineteen past violations of Mule Creek's *E. coli* receiving water limitation. Tbl. 4; Plaintiffs' Appendix Exs. 11 and 12, Weekly Monitoring Reports and Quarterly and Annual Monitoring Reports.

C. Defendants have five ongoing violations of Mule Creek's E. coli receiving water limitation. Tbl. 9; Plaintiffs' Appendix Ex. 12, Quarterly and Annual Monitoring Reports and 13383 Lab Reports.

D. Defendants have past violations of Mule Creek's metals receiving water limitation on fourteen days. Tbl. 6; Plaintiffs' Appendix Exs. 11 and 12, Weekly Monitoring Reports and Quarterly and Annual Monitoring Reports.

E. Defendants have ongoing violations of Mule Creek's metals receiving water limitation on twenty-nine days. Tbl. 11; Plaintiffs' Appendix Ex. 12, Quarterly and Annual Monitoring Reports and 13383 Lab Reports.

F. Defendants failed to describe additional BMPs that

83653.00001\40292339.4

BEST BEST & KRIEGER LLP

will be implemented to prevent or reduce any pollutants related to the identified exceedances of the WQOs; and failed to submit an implementation schedule for those BMPs as required by the Small MS4 Permit. Plaintiffs' Appendix Ex. 17, 2022 Comment Letter.

32. **Defendants violated the Industrial General Permit**

A. Industrial General Permit Provision XVII.B.1 requires that Industrial Materials and Activities are protected by a Storm-Resistant Shelter to prevent all exposure to rain, snow, snowmelt, and/or runoff. Plaintiffs' Appendix Ex. 15, Industrial General Permit, p. 685.

B. Loading and unloading activities are taking place in areas that do not have side coverings, exposing materials within the loading dock areas to wind dispersion. Plaintiffs' Appendix Ex. 16, NEC Inspection Report, fig. 2, fig. 3, legend note 3.

C. Pallets are stored outside the industrial buildings in areas exposed to rain. Plaintiffs' Appendix Ex. 16, NEC Inspection Report fig. 3; IMGs-2885 and 2884.

D. Industrial General Permit Provisions XVII.B.1 and XVII.B.3 require that waste materials be stored in a Storm-Resistant Shelter to prevent all exposure to rain, snow, snowmelt, and/or runoff. Plaintiffs' Appendix Ex. 15, Industrial General Permit; Ex. 14, NEC.

E. Hazmat igloo identified by the Facility as containing food grade mineral oil for equipment lubrication is leaking. Plaintiffs' Appendix Ex. 16, NEC Inspection Report fig. 3, legend note 2.

BEST BEST & KRIEGER LLP

F.   Industrial General Permit Provisions XVII.E.1 requires that if one or more drainage areas require NOI [Notice of Intent General Permit] coverage, dischargers shall register for NOI coverage for the entire facility. Plaintiffs' Appendix Ex. 15, Industrial General Permit; Ex. 15, NEC.

G.   The loading docks drain to a Facility outfall. Plaintiffs' Appendix Ex. 16, NEC Inspection Report, 7, fig. 3.

Executed August, 1 2022, at ___Davis___, California.

_Karen Ashby_

KAREN ASHBY

83653.00001\40292339.4

- 56 -

2:20-CV-02482-WBS-AC

**Figure 1-5**



BEST BEST & KRIEGER LLP

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

**Table 2. Forty (40) Past Violations of Small MS4 Permit's**
***E. coli* Discharge Prohibition – STV**

| Sample Date | WQO | MCSP2 Result, MPN/100mL | | MCSP3 Result, MPN/100mL | |
|---|---|---|---|---|---|
| | | Measurement | Exceeds | Measurement | Exceeds |
| 4/8/2019 | 320 STV | 920.8 | Yes | - | - |
| | | 842 | Yes | | |
| 5/16/2019 | 320 STV | 22,820 | Yes | 34,480 | Yes |
| | | 15,150 | Yes | 34,480 | Yes |
| 5/20/2019 | 320 STV | 4,430 | Yes | 1,413.6 | Yes |
| 9/16/2019 | 320 STV | - | - | 27,230 | Yes |
| 12/11/2019 | 320 STV | - | - | 448 | Yes |
| 12/23/2019 | 320 STV | 2,613 | Yes | 2,254 | Yes |
| 1/9/2020 | 320 STV | - | - | 1,986.3 | Yes |
| 1/16/2020 | 320 STV | 703 | Yes | - | - |
| 1/17/2020 | 320 STV | 1,723 | Yes | 520 | Yes |
| 1/27/2020 | 320 STV | 1,565 | Yes | 309 | No |
| 3/16/2020 | 320 STV | 565 | Yes | 691 | Yes |
| | | 920.8 | Yes | 920.8 | Yes |
| 3/17/2020 | 320 STV | 1,935 | Yes | 414 | Yes |
| | | - | - | 325.5 | Yes |
| 3/25/2020 | 320 STV | 960 | Yes | 512 | Yes |
| 3/26/2020 | 320 STV | 788 | Yes | 42 | No |
| | | | | 10 | No |
| 4/6/2020 | 320 STV | 1,722 | Yes | 1,334 | Yes |
| 4/7/2020 | 320 STV | 512 | Yes | 1,187 | Yes |
| | | | | 1,046.2 | Yes |
| 4/20/2020 | 320 STV | - | - | 450 | Yes |
| 5/18/2020 | 320 STV | 34,410 | Yes | 24,196 | Yes |
| | | | | 12,230 | Yes |

83653.00001\40292339.4

BEST BEST & KRIEGER LLP

| Sample Date | WQO | MCSP2 Result, MPN/100mL | | MCSP3 Result, MPN/100mL | |
|---|---|---|---|---|---|
| | | Measurement | Exceeds | Measurement | Exceeds |
| 5/19/2020 | 320 STV | 24,196 | Yes | 21,870 | Yes |
| | | | | 12,033 | Yes |
| 5/28/2020 | 320 STV | – | – | 6,867 | Yes |
| 12/17/2020 | 320 STV | Absent | No | Absent | No |

83653.00001\40292339.4

- 59 -

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

**Table 3. One (1) Additional Violation of Small MS4 Permit's *E. coli* Discharge Prohibition - Geomean (GM)**

| Sample Date | WQO | MCSP2 Result, MPN/100mL | | MCSP3 Result, MPN/100mL | |
|---|---|---|---|---|---|
| | | Geomean | Exceeds[1] | Geomean | Exceeds[1] |
| 4/8/2019 | 100 GM | 881 | UD | 34,480 | UD |
| 5/16/2019 | 100 GM | 4,046 | UD | 11,889 | UD |
| 5/20/2019 | 100 GM | 11,527 | UD | 27,230 | UD |
| 12/23/2019 | 100 GM | 2,613 | UD | 448 | UD |
| 1/9/2020 | 100 GM | - | - | 1,005 | UD |
| 1/16/2020 | 100 GM | 1,355 | UD | 1,261 | UD |
| 1/17/2020 | 100 GM | 1,468 | UD | 1,011 | UD |
| 1/27/2020 | 100 GM | 1,492 | UD | 921 | UD |
| 3/16/2020 | 100 GM | 721 | UD | 798 | UD |
| 3/17/2020 | 100 GM | 1,002 | UD | 541 | UD |
| 3/25/2020 | 100 GM | 991 | UD | 535 | Yes |
| 3/26/2020 | 100 GM | 947 | Yes | 211 | Yes |
| 4/6/2020 | 100 GM | 1,046 | Yes | 265 | Yes |
| 4/7/2020 | 100 GM | 945 | Yes | 354 | Yes |
| 4/20/2020 | 100 GM | - | - | 361 | Yes |
| 5/18/2020 | 100 GM | 4,197 | UD | 2,778 | Yes |
| 5/19/2020 | 100 GM | 28,855 | UD | 8,108 | Yes |
| 5/28/2020 | 100 GM | - | - | 7,887 | Yes |
| 12/17/2020 | 100 GM | Absent | UD | Absent | UD |

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

**Table 4. Nineteen (19) Past Violations of Small MS4 Permit's Receiving Water Limitations - *E. coli***

| Sample Date | MCSP4/ Downstream Exceedance, MPN/100mL | WQO | MCSP2 Result, MPN/100mL Measurement | MCSP3 Result, MPN/100mL Measurement |
|---|---|---|---|---|
| 2/10/2019 | 3,550 | 320 STV | - | - |
| 2/13/2019 | 770.1 | 320 STV | - | - |
| 2/26/2019 | 365.4 | 320 STV | - | - |
| 5/9/2019 | 119 / 101.2 | 100 GM | - | - |
| 5/16/2019 | 2,489 | 320 STV | 22,820 | 34,480 |
| 5/16/2019 | 2,098 | 320 STV | 15,150 | 34,480 |
| 5/20/2019 | 201 / 122 | 100 GM | 4,430 | 1,413.6 |
| 6/12/2019 | 435.2 | 320 STV | - | - |
| 6/12/2019 | 10 | - | | |
| 6/26/2019 | 2,187 | 320 STV | - | - |
| 7/10/2019 | 3,255 | 320 STV | - | - |
| 7/10/2019 | 1,986.3 | 320 STV | | |
| 9/11/2019 | 920.8 | 320 STV | - | - |
| 9/16/2019 | 32,550 | 320 STV | - | 27,230 |
| 11/27/2019 | 5,290 | 320 STV | - | - |
| 12/11/2019 | 980.4 | 320 STV | - | 448 |
| 12/11/2019 | 388 | 320 STV | | |
| 12/23/2019 | 2,755 | 320 STV | 2,613 | 2,254 |
| 12/23/2019 | 1,553.1 | 320 STV | | |

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

| Sample Date | MCSP4/ Downstream Exceedance, MPN/100mL | WQO | MCSP2 Result, MPN/100mL Measurement | MCSP3 Result, MPN/100mL Measurement |
|---|---|---|---|---|
| 1/9/2020 | 1,413.6 | 320 STV | - | 1,986.3 |
| 1/16/2020 | 3,873 | 320 STV | 703 | - |
| | 88.8 | - | | |
| 1/17/2020 | 537 | 320 STV | 1,723 | 520 |
| 1/27/2020 | 132 | 100 GM | 1,565 | 309 |
| 3/16/2020 | 2,812 | 320 STV | 920.8 | 920.8 |
| | 2,720 | 320 STV | 565 | 691 |
| 3/17/2020 | 10,462 | 320 STV | 1,935 | 414 |
| | 3,890 | 320 STV | | 325.5 |
| 3/25/2020 | 1,565 | 320 STV | 960 | 512 |
| | 135.4 | 100 GM | | |
| 3/26/2020 | 34.1 | 100 GM | 788 | 42 |
| | 20 | | | 10 |
| 4/6/2020 | 11,199 | 320 STV | 1,722 | 1,334 |
| | 5,040 | 320 STV | | |
| 4/7/2020 | 2,481 | 320 STV | 512 | 1,187 |
| | 2,419.6 | 320 STV | | 1,046.2 |
| 4/8/2020 | 648.8 | 320 STV | - | - |
| 4/20/2020 | 110 | 100 GM | - | 450 |
| 4/23/2020 | 187 | 100 GM | - | - |
| 4/27/2020 | 262 | 100 GM | - | - |
| 4/30/2020 | 213 | 100 GM | - | - |

BEST BEST & KRIEGER LLP

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

| Sample Date | MCSP4/ Downstream Exceedance, MPN/100mL | WQO | MCSP2 Result, MPN/100mL | MCSP3 Result, MPN/100mL |
|---|---|---|---|---|
| | | | Measurement | Measurement |
| 5/5/2020 | 85 | 100 GM | - | - |
| 5/12/2020 | 410.6 | 100 GM | - | - |
| | 86 | | | - |
| 5/13/2020 | 648.8 | 320 STV | - | - |
| | 189 | 100 GM | | - |
| 5/18/2020 | 26,130 | 320 STV | 34,410 | 24,196 |
| | 12,460 | 320 STV | | 12,230 |
| 5/19/2020 | 15,290 | 320 STV | 24,196 | 21,870 |
| | 3,441 | 320 STV | | 12,033 |
| 5/28/2020 | 1,860 | 320 STV | - | 6,867 |
| 12/17/2020 | Absent | 320 STV | Absent | Absent |

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

**Table 5.  Twenty-five(25) Past Violations of Small MS4 Permit's Discharge Prohibition – Metals**

| | Sample Date | MCSP2 Result | WQO Exceeded | MCSP3 Result | WQO Exceeded |
|---|---|---|---|---|---|
| Aluminum, Total, µg/L (WQO 200) | | | | | |
| | 5/16/2019 | 1,700 | Yes | 1,900 | Yes |
| | 9/16/2019 | - | - | 3,400 | Yes |
| | 1/9/2020 | - | - | 2,100 | Yes |
| | 3/16/2020 | 2,200 | Yes | 2,500 | Yes |
| | 5/18/2020 | - | - | 3,200 | Yes |
| | 12/17/2020 | 2,380 | Yes | 1,810 | Yes |
| Iron, Total, µg/L (WQO 300) | | | | | |
| | 5/16/2019 | 4,500 | Yes | 4,000 | Yes |
| | 9/16/2019 | - | - | 9,000 | Yes |
| | 1/9/2020 | - | - | 3,900 | Yes |
| | 3/16/2020 | 2,600 | Yes | 1,100 | Yes |
| | 5/18/2020 | - | - | 7,700 | Yes |
| | 12/17/2020 | 7,170 | Yes | 3,490 | Yes |
| Lead, Total, µg/L (WQO 3.2) | | | | | |
| | 12/17/2020 | 21.4 | Yes | 9.6 | Yes |
| Zinc, Total, µg/L (WQO 120) | | | | | |
| | 5/16/2019 | 73 | No | 270 | Yes |
| | 9/16/2019 | - | - | 340 | Yes |
| | 1/9/2020 | - | - | 160 | Yes |
| | 5/18/2020 | - | - | 120 | Yes |
| | 12/17/2020 | 83.7 | No | 177 | Yes |

BEST BEST & KRIEGER LLP

83653.00001\40292339.4

- 64 -

2:20-CV-02482-WBS-AC

**Table 6. Fourteen (14) Past Violations of Small MS4**

**Permit's Receiving Water Limitations – Metals**

| Sample Date | MCSP4/ Downstream Exceedance | WQO Exceeded | MCSP2 Result | MCSP3 Result |
|---|---|---|---|---|
| Aluminum, Total, µg/L (WQO 200) | | | | |
| 9/16/2019 | 5,700 | Yes | - | 3,400 |
| 1/9/2020 | 1,200 | Yes | - | 2,100 |
| 3/16/2020 | 1,900 | Yes | 2,200 | 2,500 |
| 5/18/2020 | 1,400 | Yes | - | 3,200 |
| 12/17/2020 | 2,960 | Yes | 2,380 | 1,810 |
| Iron, Total, µg/L (WQO 300) | | | | |
| 5/16/2019 | 540 | Yes | 4,500 | 4,000 |
| 9/16/2019 | 15,000 | Yes | - | 9,000 |
| 1/9/2020 | 2,100 | Yes | - | 3,900 |
| 3/16/2020 | 2,400 | Yes | 2,600 | 1,100 |
| 5/18/2020 | 3,600 | Yes | - | 7,700 |
| 12/17/2020 | 4,290 | Yes | 7,170 | 3,490 |
| Lead, Total, µg/L (WQO 3.2) | | | | |
| 12/17/2020 | 11.5 | Yes | 21.4 | 9.6 |
| Zinc, Total, µg/L (WQO 120) | | | | |
| 9/16/2019 | 410 | Yes | - | 340 |
| 12/17/2020 | 157 | Yes | - | 177 |

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

**Table 7. Ten (10) Ongoing Discharge Events from Facility**

| Event No. | Date(s) of discharge to Mule Creek | Volume of Discharge (gallons) |
|---|---|---|
| 1. | January 4 – 5, 2021 | 238,488 |
| 2. | January 22 – February 3, 2021 | 11,126,134 |
| 3. | February 11 – 16, 2021 | 1,305,260 |
| 4. | March 5 – 6, 2021 | 43,887 |
| 5. | March 9 – 11, 2021 | 282,342 |
| 6. | March 14 – 16, 2021 | 393,840 |
| 7. | March 18 – 19, 2021 | 1,227,103 |
| 8. | October 20- 27, 2021 | 8,003,962 |
| 9. | November 8 - 10, 2021 | 209,712 |
| 10. | December 9 - 31, 2021 | 7,321,854 |
| 11. | March 15 - 21, 2022 | 148,334 |
| 12. | March 27 - 29, 2022 | 168,699 |

BEST BEST & KRIEGER LLP

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

**Table 8. Nine (9) Ongoing Violations of Small MS4 Permit's**

*E. coli* **Discharge Prohibition – STV**

| Sample Date | WQO | MCSP5 Result , MPN/100mL | | MCSP6 Result , MPN/100mL | |
|---|---|---|---|---|---|
| | | Measuremen t | Exceeds [1] | Measuremen t | Exceeds [1] |
| 1/27/2021 | 320 STV | Present | P | Present | P |
| 2/2/2021 | 320 STV | Present | P | Present | P |
| 3/10/2021 | 320 STV | Present | P | Present | P |
| 3/15/2021 | 320 STV | Present | P | Present | P |
| 3/19/2021 | 320 STV | Present | P | Present | P |
| 10/22/2021 | 320 STV | 2419.6 | Yes | 2419.6 | Yes |
| 11/9/2021 | 320 STV | 1732.9 | Yes | 2419.6 | Yes |
| 12/9/2021 | 320 STV | 2419.6 | Yes | 2419.6 | Yes |
| 3/15/2022 | 320 STV | 214.2 | No | 2419.6 | Yes |
| 3/28/2022 | 320 STV | 547.5 | Yes | 2419.6 | Yes |

1 Yes = Exceedance; No = No exceedance; P = The laboratory reported the presence of E. coli in the sample, but did not provide a numeric value, therefore an exceedance cannot be determined.

BEST BEST & KRIEGER LLP

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

**Table 9. Five (5) Ongoing Violations of Small MS4 Permit's Receiving Water Limitations – *E. coli* STV**

| Sample Date | MCSP4/ Downstream Exceedance, MPN/100mL | WQO | MCSP5 Result, MPN/100mL Measurement | MCSP6 Result, MPN/100mL Measurement |
|---|---|---|---|---|
| 1/27/2021 | Present | 320 STV | Present | Present |
| 2/2/2021 | Present | 320 STV | Present | Present |
| 2/12/2021 | Present | 320 STV | - | - |
| 3/10/2021 | Present | 320 STV | Present | Present |
| 3/15/2021 | Present | 320 STV | Present | Present |
| 3/19/2021 | Present | 320 STV | Present | Present |
| 10/22/2021 | 2,419.6 | 320 STV | 2419.6 | 2419.6 |
| 11/9/2021 | 1,732.9 | 320 STV | 1732.9 | 2419.6 |
| 12/9/2021 | 2,419.6 | 320 STV | 2419.6 | 2419.6 |
| 3/15/2022 | 2419.6 | 320 STV | 214.2 | 2419.6 |
| 3/28/2022 | 2419.6 | 320 STV | 547.5 | 2419.6 |

BEST BEST & KRIEGER LLP

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

**Table 10. Seventy-seven (77) Ongoing Discharge Violations-Metals**

| Sample Date | MCSP5 Result | WQO Exceeded (Yes) | MCSP6 Result | WQO Exceeded (Yes) |
|---|---|---|---|---|
| Aluminum, Total, µg/L (WQO 200) | | | | |
| 1/27/2021 | 3,620 | Yes | 4,100 | Yes |
| 2/2/2021 | 10,600 | Yes | 8,170 | Yes |
| 3/10/2021 | 3,230 | Yes | 1,590 | Yes |
| 3/15/2021 | 8,120 | Yes | 11,800 | Yes |
| 3/19/2021 | 3,780 | Yes | 3,330 | Yes |
| 10/22/2021 | 11,000 | Yes | 9,800 | Yes |
| 11/9/2021 | 4,400 | Yes | 3,000 | Yes |
| 12/9/2021 | 7,700 | Yes | 27,000 | Yes |
| 3/15/2022 | 3,800 | Yes | 4,500 | Yes |
| 3/28/2022 | 1,300 | Yes | 1,600 | Yes |
| Iron, Total, µg/L (WQO 300) | | | | |
| 1/27/2021 | 4,760 | Yes | 5,600 | Yes |
| 2/2/2021 | 5,490 | Yes | 5,290 | Yes |
| 3/10/2021 | 1,430 | Yes | 880 | Yes |
| 3/15/2021 | 3,950 | Yes | 7,660 | Yes |
| 3/19/2021 | 2,060 | Yes | 2,090 | Yes |
| 10/22/2021 | 8,600 | Yes | 9,700 | Yes |
| 11/9/2021 | 3,400 | Yes | 2,300 | Yes |
| 12/9/2021 | 5,200 | Yes | 32,000 | Yes |
| 3/15/2022 | 2,000 | Yes | 2,800 | Yes |
| 3/28/2022 | 770 | Yes | 970 | Yes |
| Manganese, Total, µg/L (WQO 50) | | | | |
| 1/27/2021 | 43.1 | No | 109 | Yes |
| 2/2/2021 | 54 | Yes | 78 | Yes |
| 3/10/2021 | 16.6 | No | 23.8 | No |
| 3/15/2021 | 53 | Yes | 106 | Yes |
| 3/19/2021 | 21.5 | No | 39.9 | No |
| 10/22/2021 | 97 | Yes | 190 | Yes |
| 11/9/2021 | 59 | Yes | 58 | Yes |
| 12/9/2021 | 87 | Yes | 520 | Yes |
| 3/15/2022 | 54 | Yes | 110 | Yes |
| 3/28/2022 | <6 | - | 54 | Yes |

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

| Sample Date | MCSP5 Result | WQO Exceeded (Yes) | MCSP6 Result | WQO Exceeded (Yes) |
|---|---|---|---|---|
| Copper, Dissolved, µg/L (WQO 9) | | | | |
| 1/27/2021 | 13.1 | Yes | 16.3 | Yes |
| 2/2/2021 | 6.4 | No | 6 | No |
| 3/10/2021 | 7.1 | No | 8.6 | No |
| 3/15/2021 | 8 | No | 8.9 | No |
| 3/19/2021 | 8.5 | No | 12.9 | Yes |
| 10/22/2021 | 22 | Yes | 29 | Yes |
| 11/9/2021 | <20 | - | <20 | - |
| 12/9/2021 | <20 | - | <20 | - |
| 3/15/2022 | <14 | - | <14 | - |
| 3/28/2022 | <14 | - | <14 | - |
| Lead, Dissolved, µg/L (WQO 2.5) | | | | |
| 1/27/2021 | 6.9 | Yes | 6.3 | Yes |
| 2/2/2021 | <5 | - | <5 | - |
| 3/10/2021 | <5 | - | <5 | - |
| 3/15/2021 | <5 | - | <5 | - |
| 3/19/2021 | 44.5 | Yes | 44.5 | Yes |
| 10/22/2021 | <50 | - | <50 | - |
| 11/9/2021 | <50 | - | <50 | - |
| 12/9/2021 | <50 | - | <50 | - |
| 3/15/2022 | <7 | - | <7 | - |
| 3/28/2022 | <7 | - | <7 | - |
| Zinc, Dissolved, µg/L (WQO 117) | | | | |
| 1/27/2021 | 103 | No | 669 | Yes |
| 2/2/2021 | 176 | Yes | 169 | Yes |
| 3/10/2021 | 131 | Yes | 363 | Yes |
| 3/15/2021 | 224 | Yes | 317 | Yes |
| 3/19/2021 | 182 | Yes | 334 | Yes |
| 10/22/2021 | 14 | No | 290 | Yes |
| 11/9/2021 | 77 | No | 140 | Yes |
| 12/9/2021 | 67 | No | 160 | Yes |
| 3/15/2022 | 90 | No | 390 | Yes |
| 3/28/2022 | 110 | No | 320 | Yes |

83653.00001\40292339.4

2:20-CV-02482-WBS-AC

BEST BEST & KRIEGER LLP

**Table 11. Twenty-nine (29) Ongoing Violations of Small MS4 Permit's Receiving Water Limitations – Metals**

| Sample Date | MCSP4/ Downstream | WQO Exceeded | MCSP5 | MCSP6 |
|---|---|---|---|---|
| Aluminum, Total, µg/L (WQO 200) | | | | |
| 1/27/2021 | 3,060 | Yes | 3,620 | 4,100 |
| 2/2/2021 | 5,460 | Yes | 10,600 | 8,170 |
| 2/12/2021 | 1,440 | Yes | - | - |
| 3/10/2021 | 300 | Yes | 3,230 | 1,590 |
| 3/15/2021 | 3,740 | Yes | 8,120 | 11,800 |
| 3/19/2021 | 1,010 | Yes | 3,780 | 3,300 |
| 10/22/2021 | 8,300 | Yes | 11,000 | 9,800 |
| 11/9/2021 | 1,200 | Yes | 4,400 | 3,000 |
| 12/9/2021 | 20,000 | Yes | 7,700 | 27,000 |
| 3/15/2022 | 2,000 | Yes | 3,800 | 4,500 |
| 3/28/2022 | 430 | Yes | 1,300 | 1,600 |
| Iron, Total, µg/L (WQO 300) | | | | |
| 1/27/2021 | 3,500 | Yes | 4,760 | 5,600 |
| 2/2/2021 | 3,380 | Yes | 5,490 | 5,290 |
| 2/12/2021 | 1,090 | Yes | - | - |
| 3/10/2021 | 272 | No | 1,430 | 880 |
| 3/15/2021 | 2,260 | Yes | 3,950 | 7,660 |
| 3/19/2021 | 725 | Yes | 2,060 | 2,090 |
| 10/22/2021 | 7,200 | Yes | 8,600 | 9,700 |
| 11/9/2021 | 1,100 | Yes | 3,400 | 2,300 |
| 12/9/2021 | 23,000 | Yes | 5,200 | 32,000 |
| 3/15/2022 | 1,300 | Yes | 2,000 | 2,800 |
| 3/28/2022 | 540 | Yes | 770 | 970 |
| Manganese, Total, µg/L (WQO 50) | | | | |
| 1/27/2021 | 42.1 | No | 43.1 | 109 |
| 2/2/2021 | 48.2 | No | 54 | 78 |
| 2/12/2021 | 16.7 | No | - | - |
| 3/10/2021 | 13.1 | No | 16.6 | 23.8 |
| 3/15/2021 | 44.5 | No | 53 | 106 |
| 3/19/2021 | 15.6 | No | 21.5 | 39.9 |
| 10/22/2021 | 250 | Yes | 97 | 190 |
| 11/9/2021 | 64 | Yes | 59 | 58 |
| 12/9/2021 | 330 | Yes | 87 | 520 |

BEST BEST & KRIEGER LLP

83653.00001\40292339.4

-71-

| Sample Date | MCSP4/ Downstream | WQO Exceeded | MCSP5 | MCSP6 |
|---|---|---|---|---|
| 3/15/2022 | 43 | No | 54 | 110 |
| 3/28/2022 | <6 | No | <6 | 54 |
| Copper, Dissolved, µg/L (WQO 9) | | | | |
| 1/27/2021 | 8.7 | No | 13.1 | 16.3 |
| 2/2/2021 | 5 | No | 6.4 | 6.0 |
| 2/12/2021 | <5 | No | - | - |
| 3/10/2021 | <5 | No | 7.1 | 8.6 |
| 3/15/2021 | 5.4 | No | 8.0 | 8.9 |
| 3/19/2021 | <5 | No | 8.5 | 12.9 |
| 10/22/2021 | 26 | Yes | 22 | 29 |
| 11/9/2021 | <20 | * | <20 | <20 |
| 12/9/2021 | <20 | * | <20 | <20 |
| 3/15/2022 | <14 | * | <14 | <14 |
| 3/28/2022 | <14 | * | <14 | <14 |
| Lead, Dissolved, µg/L (WQO 2.5) | | | | |
| 1/27/2021 | <5.0 | * | 6.9 | 6.3 |
| 2/2/2021 | <5.0 | * | <5 | <5 |
| 2/12/2021 | <5.0 | * | - | - |
| 3/10/2021 | <5.0 | * | <5 | <5 |
| 3/15/2021 | <5.0 | * | <5 | <5 |
| 3/19/2021 | 6.7 | Yes | 44.5 | 15.8 |
| 10/22/2021 | <50 | * | <50 | <50 |
| 11/9/2021 | <50 | * | <50 | <50 |
| 12/9/2021 | <50 | * | <50 | <50 |
| 3/15/2022 | <7 | * | <7 | <7 |
| 3/28/2022 | <7 | * | <7 | <7 |
| Zinc, Dissolved, µg/L (WQO 117) | | | | |
| 1/27/2021 | 186 | Yes | 103 | 669 |
| 2/2/2021 | 125 | Yes | 176 | 169 |
| 2/12/2021 | 50.1 | No | - | - |
| 3/10/2021 | 176 | Yes | 131 | 363 |
| 3/15/2021 | 191 | Yes | 224 | 317 |
| 3/19/2021 | 104 | No | 182 | 334 |
| 10/22/2021 | 250 | Yes | 14 | 290 |
| 11/9/2021 | <20 | No | 77 | 140 |
| 12/9/2021 | 57 | No | 67 | 160 |
| 3/15/2022 | 58 | No | 90 | 390 |
| 3/28/2022 | <8 | No | 110 | 320 |

* WQOs for dissolved lead and dissolved copper are 2.5 and 9

83653.00001\40292339.4

BEST BEST & KRIEGER LLP

2:20-CV-02482-WBS-AC

µg/L, respectively, but Defendants' laboratory used a test method with reporting limits of 5.0 and 20 µg/L, respectively, which are higher than the WQOs. Therefore, compliance with the WQOs cannot be determined from these results.

BEST BEST & KRIEGER LLP

ATTACHMENT A

# Karen Ashby, CPSWQ
Vice President

LWA
LARRY WALKER
ASSOCIATES
science | policy | solutions

### EDUCATION
B.S., Biological Sciences, 1991, University of California, Irvine, Irvine, CA

### REGISTRATIONS
Certified Professional in Storm Water Quality, 2004, CPSWQ, Inc. #0081

Hazardous Materials Management Certificate, 1997, University of California, Irvine

### YEARS OF EXPERIENCE
With LWA: 19 years
With other Firms: 13 years

### PROFESSIONAL AFFILIATIONS
CASQA Leadership Award 2018

Executive Program Committee Effectiveness Assessment Co-Chair, CASQA 2015–2020

Chair, CASQA, Jan 2004–Dec 2005

Vice Chair, CASQA, Nov 2001–Dec 2003

Board of Directors, CASQA September 2002–Dec 2008

Member, CASQA, 1999–Present

Ms. Ashby is a Vice President and serves as a Project Manager for LWA's work in the stormwater and watershed management fields. She has over 30 years of experience in the development, implementation, assessment, and reporting associated with watershed and stormwater management programs (Phase I and Phase II) as well as Total Maximum Daily Loads (TMDLs) throughout California. She has also successfully led/facilitated numerous discussions and groups addressing complex environmental, regulatory, or compliance issues. She has been responsible for facilitating permit renewals, reviewing and commenting on numerous policies, guidance materials and regulatory documents, developing and implementing watershed and stormwater management programs and TMDLs, conducting assessments and developing implementation plans to comply with the Trash Amendments, developing program effectiveness assessment strategies and evaluating the effectiveness of stormwater programs, developing program expenditure and revenue analyses for various funding initiatives, developing cost reporting frameworks, developing and providing adult learning-based training modules, and preparing numerous technical and annual reports. In 2018, the California Stormwater Quality Association (CASQA) recognized her contributions to the stormwater profession with its Leadership Award. Representative experience and projects are presented below.

## Watershed

### Integrated Regional Water Management Proposition 1 Round 1 and Round 2 Grant Support, County of Orange. 2018-2019 & 2022-Present. Orange County, CA.

Project Manager for the development of IRWM Proposition 1 Round 1 Grants for North and South Orange County, both of which were successful with the proposed slate being fully funded. Subsequently also assisted with the IRWM Proposition 1 Round 2 Grants for North and South Orange County. Work efforts included review of the Draft and Final Department of Water Resources (DWR) Proposition 1 IRWM Guidelines and Project Solicitation Package (PSP) requirements to determine eligibility, general support for technical workshops, vetting of project submittals for eligibility, compilation of information submitted for the call for projects, compilation of proposed projects, facilitation of stakeholder meetings, development of the full grant proposal, and submittal via the GRanTs website.

### Basin Plan Amendment for Salt and Boron in the Lower San Joaquin River, Central Valley Salinity Coalition. 2013–2015. Sacramento, CA.

Consultant Team Project Manager to guide the development of a Basin Plan Amendment (BPA) for salt and boron in the Lower San Joaquin River (LSJR). Work efforts included working with multiple stakeholders and regulatory and partner agencies and overseeing the technical and regulatory work, which included defining the beneficial uses of the LSJR; evaluating the range of potential water quality objectives (WQOs); proposing WQOs for salinity and boron that are protective of the most sensitive use(s); and evaluating (through modeling) the range of implementation mechanisms that may

**Personnel Experience & Qualifications**

**Karen Ashby, CPSWQ**
Vice President

be necessary to ensure the objectives are met. The technical work from this project will provide the basis for a subsequent BPA to the Water Quality Control Plan (Basin Plan) for the Sacramento/San Joaquin Basin.

### Central Valley-Wide Salt and Nitrate Management Plan (Project Phase II), Central Valley Salinity Coalition. 2013–2015. Sacramento, CA.

Consultant Team Project Manager for the development of a Preliminary Draft Central Valley-wide Salt and Nitrate Management Plan (SNMP).  Consistent with the overarching goals of CV-SALTS and the Recycled Water Policy for the State of California, overseeing the development of a comprehensive SNMP and working with multiple stakeholders and regulatory and partner agencies to identify the approach and establish the basis for the short- and long-term management of salt and nitrate in the Central Valley region. The knowledge base, technical analyses, and associated documentation developed as part of the SNMP will form the basis for corresponding Basin Plan Amendments (BPAs) to the Water Quality Control Plans (Basin Plans) for the Sacramento/San Joaquin Basin and Tulare Lake Basin. The technical work developed as a part of this project will also provide information to support more detailed, sub-regional analyses that may be undertaken in the future by local stakeholder groups if they choose to develop local SNMPs.

### Conceptual Model for a Central Valley-Wide Salt and Nitrate Management Plan (Project Phase I), Central Valley Salinity Coalition. 2012–2013. Sacramento, CA.

Consultant Team Project Manager for the development of an initial conceptual model (ICM) for a Central Valley-wide Salt and Nitrate Management Plan (SNMP) as well as geographic information systems (GIS) technical services.

The ICM, which was developed in a collaborative setting with multiple stakeholders and regulatory and partner agencies, is the first phase of work that needs to be completed to fully develop the Central Valley SNMP. The work effort included obtaining surface water and groundwater data throughout the valley and/or Region 5 jurisdiction, establishing zones throughout the valley floor for the analyses, establishing methods for the salt and nitrate water quality analyses, performing the high-level analysis of salt and nitrate conditions throughout the valley floor, and preparing a report with the findings of the analyses and recommendations for the development of the final Central Valley SNMP.

Additional work included GIS technical services to continue to organize information pertaining to the beneficial uses, water quality objectives, and water quality of surface and groundwater in the Central Valley. This work also included the development of crop sensitivity tools for irrigated lands in the Central Valley.

## Wastewater

### Delta Methylmercury Total Maximum Daily Load, Central Valley Clean Water Association. 2016 – 2020. Central Valley, CA.

Project Manager for the Central Valley Clean Water Association (CVCWA) Methylmercury Special Project Group's (MeHg SPG) compliance with the TMDL. Work efforts included the coordination and facilitation of the MeHg SPG meetings, development, implementation, and reporting associated with the required Phase I Control Study to assess the effectiveness of the wastewater treatment processes on Hg removal, initial participation in the Mercury Exposure Reduction Program (MERP), and identification and discussion of regulatory options for Phase II of the TMDL with Regional Water Board staff.

Personnel Experience & Qualifications

**Karen Ashby, CPSWQ**
Vice President

## Stormwater (Phase I)

**Total Maximum Daily Loads**

### Nitrogen and Selenium Management Program and Total Maximum Daily Load, County of Orange. 2004–2009 and 2013–2015. Orange County, CA.

Project Manager (2004-2009) and Strategic Advisor (2013–2015) for the Nitrogen and Selenium Management Program in Orange County which includes the development of nitrogen and selenium conceptual models, sources and loads evaluations, treatment Best Management Practice evaluation and modeling, development of a selenium site-specific objective as well as the feasibility and development of trading/offset programs for selenium and nitrogen for short- and long-term dewatering discharges.

Additional work included the development of a collaborative selenium TMDL which required assistance with the existing sources and loads and loading capacity, development of the waste load and load allocations, implementation plan, environmental analysis, and documentation (CEQA), incorporation of the numeric targets and secondary water column guidelines. Additional work also included review of the impairment assessment, economic analysis, linkage analysis, and facilitation with the watershed stakeholder group and regulatory agencies.

### Organochlorine Total Maximum Daily Load, County of Orange. 2016-2021. Orange County, CA.

Project Manager for the assessment of the Organochlorine TMDLs and identification of a long-term regulatory strategy and work plan/implementation approach. Work efforts include data analysis and presentation, participation in multi-agency stakeholder group, regulatory analysis and development of a work plan/implementation approach.

### Newport Bay Fecal Coliform Total Maximum Daily Load, County of Orange. 2016-2020. Orange County, CA.

Project Manager for the assessment of the Fecal Coliform TMDL and corresponding Beneficial Uses (REC-1 and SHELL) and identification of a long-term regulatory strategy and work plan/implementation approach. Work efforts include data analysis and presentation, participation in multi-agency stakeholder group, regulatory analysis and development of a work plan/implementation approach, as needed.

**Funding Initiatives**

### Stormwater Management & Drainage Funding Report, City of Chula Vista. 2022-Present. Chula Vista, CA.

Project Manager responsible for the development of a stormwater program expenditure and revenue analysis to support a Funding Report that functions as a Fee Report for a potential ballot initiative. The work effort includes assessment of revenues/fees collected for stormwater program services provided, currently identified expenditures, additional expenditures not currently identified, and future anticipated expenditures due to newly adopted or future regulatory requirements. This information is then summarized and included as an appendix to the Funding Report.

### Stormwater/Drainage System Cost-of-Service Study, City of Fullerton. 2022-Present. Fullerton, CA.

Project Manager responsible for the development of a stormwater program expenditure and revenue analysis to support a Fee Report for a potential ballot initiative. The work effort includes assessment of revenues/fees collected for stormwater program services provided, currently identified expenditures, additional expenditures not currently identified, and future anticipated expenditures due to newly

**Personnel Experience & Qualifications**

**Karen Ashby, CPSWQ**
Vice President

adopted or future regulatory requirements. This information is then summarized and included as an appendix to the Funding Report.

### West Valley Clean Water Program Funding, Cities of Saratoga, Campbell, Monte Sereno, and Town of Los Gatos. 2020-2021. Multiple Cities, CA.

Project Manager responsible for the development of a revenue and expenditure analysis to support an overarching fee study and funding strategy. The work effort included a review of current expenditures and revenues for the clean water program (locally and regionally) and evaluating the feasibility of a regional stormwater utility and/or other funding opportunities and mechanisms.  The work effort resulted in the development of a Funding Report summarizing a planning level cost estimate for the full cost of implementing the stormwater program over the next ten years and an approach for a more sustainable fiscal portfolio.

The work effort also included the initial development of a fiscal reporting framework that could be utilized by the Authority's member agencies to track and report costs for MRP compliance and annual reporting.

### Stormwater Utility Study, City of Salinas. 2018–2020. Salinas, CA.

Project Manager responsible for the development of a revenue and expenditure analysis to support an overarching fee study and funding strategy. The work effort included a review and revision of existing regulatory fees (commercial and industrial facility inspections, parcel-scale development plan review, construction plan review, construction inspections, and post construction control assessments) an evaluation of the nexus between sanitary sewer rates and stormwater program funding, and evaluating the feasibility of a City stormwater utility.  The work effort resulted in the development of a Technical Memorandum summarizing a planning level cost estimate for the full cost of implementing the stormwater program and a Technical Memorandum summarizing the fees that could be charged to support the stormwater program activities.

### Stormwater Funding Initiative, City of Cupertino. 2019. Cupertino, CA.

Project Manager responsible for the development of a regulatory and cost and revenue analysis to support an overarching fee study and funding strategy. The work effort included the development of a Technical Memorandum summarizing a planning level cost estimate for the full cost of implementing the stormwater program. This document was used to support a funding measure for the City's storm drain operations and maintenance and Clean Water Program needs. The assessment included a summary of known revenues and estimates of prior year, current year, and future implementation costs of the stormwater program to determine what the funding needs and gaps were for the stormwater program and the range of funding mechanisms available.

### Clean Stormwater Fee Study, City of Berkeley. 2017– 2018. Berkeley, CA.

Project Manager responsible for the development of a regulatory and cost and revenue analysis to support an overarching funding strategy. The work effort included an assessment of current and projected stormwater program expenditures and revenue sources, evaluation of feasible funding sources and range of alternatives. The information developed was used to determine what the funding needs and gaps are for the stormwater program and the range of funding mechanisms available.

**Karen Ashby, CPSWQ**
Vice President

*National Pollutant Discharge Elimination System & Environmental Programs Fee Study, City of Santa Ana. 2015–2016. Santa Ana, CA.*

Project Manager responsible for the development of a funding strategy, which evaluated the cost impacts and revenue requirements of current and proposed stormwater permit programs, and identified and recommended funding options. The work effort included an assessment of current and projected stormwater program (including TMDLs) expenditures and revenue sources, evaluation of feasible funding sources and range of alternatives. The information developed was used to determine what the funding needs and gaps are for the stormwater program and the range of funding mechanisms available.

*Stormwater Quality Funding Initiative, Contra Costa Clean Water Program. 2011–2012. Martinez, CA.*

Assistant Project Manager responsible for the analysis of existing and future costs for the countywide stormwater Program as well as each of the 21 Permittees. The work effort included the analysis and development of the existing program costs spreadsheets and technical report along with the consultant team. The information developed was used within a rate study to determine what the funding needs and gaps are for the stormwater program and what funding mechanisms may be available.

**Program Support**

*Stormwater Management Program Implementation Assistance, City of Redondo Beach. 2015-Present. Redondo Beach, CA.*

Project Manager for the implementation of key stormwater program elements on behalf of the City. Work efforts include assistance with trash TMDL assessments, preparation of annual reports and submittal into the Los Angeles Region electronic reporting system – Watershed Reporting Adaptive Management & Planning System (WRAMPS), development and provision of training modules (municipal operations, construction, land development), development of website content and public education materials, and other, as needed services.

Project Advisor for work performed in compliance with the City's Seaside Lagoon Waste Discharge Requirements and Time Schedule Order. These efforts include preparation of a TRE Work Plan, a SWPPP, an evaluation of sampling and analysis protocols, and a metals source identification study for the man-made, saltwater swimming lagoon and park.

*Stormwater Management Program Implementation Assistance, County of Orange. 2003–Present. Orange, CA.*

Project Manager since 2003 for the development, revision and implementation of the Orange County area-wide stormwater management program (for 36 Permittees).  Efforts include regulatory and technical support for several permit renewals (for two separate municipal stormwater permits – Santa Ana Region and San Diego Region) including the review of permit language, development of alternative approaches or language, development of comment letters with recommendations, and participation in public meetings/workshops and one on one meetings with Regional Water Board staff.

Efforts also include development of on-going updates for the programs and supplemental tools and guidance materials, the development of an overall training strategy and provision of multiple training modules, assistance with annual reporting, and the development of program effectiveness strategies and assessments.

**Personnel Experience & Qualifications**

**Karen Ashby, CPSWQ**
Vice President

*Stormwater Program Implementation Assistance, City of Stockton and County of San Joaquin. 2003– Present. Stockton, CA.*

Project Manager responsible for the development and revision of the Stormwater Management Plan (SWMP) and supplemental guidance materials including BMP fact sheets, standardized annual reporting formats, effectiveness assessment tools, training strategy and modules, compliance option assessment for the Trash Amendments as well as the development of a Track 2 implementation plan outline/template.

From 2014-2016, assisted in leading a small group of Central Valley dischargers (Phase I and Phase II) as a part of a Regional Water Board stakeholder group in the renewal and transition of the individual municipal stormwater permits to a Region-wide Municipal Permit for the entirety of Central Valley, with the option for Phase II enrollment. Efforts included review of permit language, development of alternative approaches or language, and facilitating discussions.

Pursuant to the Region-wide municipal stormwater permit (adopted in 2016), led the assessment and prioritization of the water quality constituents (to identify the highest priority water quality constituents) within the Stockton Urbanized Area as well as the resulting reasonable assurance analysis, and ultimately the development of a stormwater management approach that will identify the critical strategies to address the highest priority water quality constituents and allow for the concurrent prioritization of corresponding regulatory and technical control measures and performance standards to specifically target these priority constituents.

Oversaw the development and submittal of several compliance documents including the Assessment and Prioritization of High Priority Constituents, Reasonable Assurance Analysis, Stormwater Quality Control Criteria Plan (SWQCCP) (the new development standards), Annual Work Plans and Annual Progress Reports as well as multiple regulatory responses to the Central Valley Regional Water Quality Control Board. Provided technical support for a funding rate study as well as regulatory support for several permit renewals and has been intimately involved in the negotiation and development of the stormwater permits.

*Report of Waste Discharge, County of San Diego. 2016-2018. San Diego, CA.*

Task Lead for the development of the 2018 Report of Waste Discharge (ROWD) for the San Diego Region. The process included review of the current Regional MS4 Permit and development of key recommendations for modifications that focused on improvements to the monitoring programs, assessment requirements, and annual reporting. The Project also included extensive stakeholder involvement and facilitation as well as negotiations with Regional Board staff in developing recommendations for the upcoming MS4 Permit.

*Statewide Storm Water Management Program Effectiveness Assessment, California Department of Transportation. 2006–2018. Sacramento, CA.*

Project Manager responsible for the review of the Annual Reports and the development and evolution of the program effectiveness assessment. Work includes the review of the stormwater management plan, review and comment on the draft annual report, and development of draft text and guidance for the program effectiveness assessment. Also assisted with the development of a program effectiveness assessment action plan to address comments received from the State Water Resources Control Board as well as two workshops highlighting the assessment process and its application with Caltrans processes and operations.

**Personnel Experience & Qualifications**

**Karen Ashby, CPSWQ**
Vice President

### *Regulatory Assistance, California Stormwater Quality Association. 2009–Present. CA.*

Project Manager for on-call regulatory support for CASQA. In this capacity, responsible for reviewing, analyzing, and preparing comments on regulatory and technical issues pertinent to municipal stormwater program, including, but not limited to, the development of the Industrial General Permit (and incorporation of TMDLs), BioIntegrity/Biostimulatory Policy, Trash Amendments, Enforcement Policy, Program Effectiveness Assessment, Regulatory Framework for Stormwater, General Construction Permit, and Phase II Stormwater programs.

Lead author in the development of the Municipal Program Effectiveness Assessment Guidance (both the 2007 and 2014 update) as well as the subsequent training modules which were provided throughout the state and nationally.

On behalf of CASQA, participated on the State Water Resources Control Board Trash Amendments Technical Advisory Committee (TAC) to evaluate the feasibility of including several new development/low impact development types of public domain BMPs as full capture system devices. The work effort included multiple meetings with the TAC as well as proposed language for the fact sheets and interfacing with the CASQA membership.  In response to the 13383 Orders, led the development of the CASQA Checklists for Developing and Reviewing Track 2 Trash Implementation Plans (October 2018) for Phase I and Phase II Permittees statewide (both Traditional and Non- Traditional).

Provide on-call regulatory support for CASQA as well as volunteer-related efforts to track, review, and comment on multiple Statewide General Permits on behalf of the CASQA membership including Industrial General Permit (IGP) and Phase II General Permit. Efforts include reviewing, analyzing, and preparing comments on regulatory and technical issues pertinent to municipal stormwater programs, leading discussions related to identified issues, resolving different perspectives, and participating in workshops, hearings, and one on one meetings with State Water Board staff.

### *Program Effectiveness Assessment, California Stormwater Quality Association. 2009–2020. CA.*

CASQA Effectiveness Assessment Subcommittee Co-Chair from 2015- 2020. Led/participated in the development of several guidance documents that identify an common framework for the assessment and prioritization process for stormwater programs including *A Strategic Approach to Planning for and Assessing the Effectiveness of Stormwater Programs* (June 2015), and *Program Effectiveness Assessment and Improvement Plan (PEAIP) Framework* (April 2015). Both documents provide an approach that can be used by Phase I and Phase II stormwater agencies to identify key metrics that can be used to assess the progress of their programs in meeting the performance standards set internally or by the Regional Water Boards. Facilitated the stakeholder group that developed the Strategic Approach document and assisted in addressing the diverse set of comments that were submitted.

In coordination with three CASQA subcommittees (Effectiveness Assessment, Best Management Practices, and Watershed and Impaired Waters) led the development of the Source Contribution Tools and Methodologies (March 2018), which included the establishment of an online database (coordinated with CASQA website designed) that may be searched by pollutant of concern/condition of concern, source, or best management practice.

### *Stormwater Management Plan Development and Finance Study, El Dorado County. 2006-2009. Placer, CA.*

Assistant Project Manager responsible for the development of the Lake Tahoe Stormwater Management Plan and master compliance schedule. Oversaw the development and submittal of the SWMP, participated in public and internal meetings, and was a lead author for several sections of the SWMP

**Personnel Experience & Qualifications**

**Karen Ashby, CPSWQ**
Vice President

including program management, illicit discharges, industrial and commercial, municipal operations, public outreach and education, water quality-based programs and program implementation, evaluation, and reporting. Involved in a rate study to determine what the funding needs and gaps are for the stormwater program.

### Stormwater (Phase II)

#### West Placer County Stormwater Quality Design Manual Update, Multi-Agency. 2022. Placer County, CA.

Project Manager responsible for update the *West Placer County Stormwater Quality Design Manual* (Manual) to address the 2015 Statewide Trash Amendments so that the trash requirements are considered and incorporated during the design process for new development and redevelopment projects. This is a multi-agency work effort involving the City of Auburn, City of Lincoln, City of Roseville, Town of Loomis, and Placer County. Work efforts include an outline of the proposed modifications, functional updates to the Manual to incorporate the trash-based requirements, and stakeholder meetings.

#### Pyrethroid Management Plan Framework (2019-2020) and Implementation (2021-2022), Multi-Agency. Central Valley, CA.

Project Manager responsible for the development of several required elements of the Central Valley Basin Plan Amendment required Pyrethroid Management Plans including education and outreach, pesticide pollution prevention, and reporting and adaptive management activities. This is a multi-agency work effort involving the cities of Ceres, Escalon, Lathrop, Lincoln, Lodi, Manteca, Newman, Patterson, Ripon, Riverbank, Roseville, Stockton, Tracy, Turlock, West Sacramento, Yuba City, the counties of San Joaquin, El Dorado, Stanislaus, and the community of Mountain House. Work efforts include the development of website framework and associated content, regional point-of-purchase program approach, and supplemental agency specific pesticide-related policies and procedures.

Also the Project Manager for the framework developed to support agencies required to submit Pyrethroid Management Plans. This was a multi-agency work effort involving the cities of Ceres, Escalon, Grass Valley, Lathrop, Lincoln, Lodi, Manteca, Newman, Patterson, Ripon, Riverbank, Roseville, Stockton, Tracy, Turlock, West Sacramento, Yuba City, the counties of San Joaquin, El Dorado, Stanislaus, and the community of Mountain House. Work efforts included development of the outline, draft, and final Framework with stakeholder meetings to guide the effort.

#### Napa Countywide Stormwater Pollution Prevention Program Funding Assessment: Estimated Costs of the Phase II Stormwater Program. 2017–2018. County of Napa, CA.

Project Manager responsible for the development of a regulatory and cost analysis. The work effort included the development of a Technical Memorandum summarizing the planning level estimates of the cost of complying with the 2013 Phase II Small MS4 Permit. The assessment included evaluation of current and anticipated regulatory requirements and estimates of current and future costs of compliance for both shared and individual costs. This information may be used in the future to budget program funding and/or to identify potential funding sources.

#### Storm Water Master Plan, City of Chico. 2021-Present.Chico, CA.

Project Manager responsible for the development of stormwater program-related components of the Storm Water Master Plan including a summary of stormwater regulatory requirements (Phase II Permit,

Personnel Experience & Qualifications

Statewide Trash Amendments, other General Permits), stormwater quality, and opportunities for pollutant reduction within the storm drain infrastructure.

### Comprehensive Trash Master Plan, City of Chico. 2018. Chico, CA.

Project Manager responsible for the development of a Track 1 Trash Master Plan and updated jurisdictional maps that identify the municipal storm drain system as well as potential locations for full capture systems. This work effort included presentations at public meetings, review and update of the preliminary jurisdictional maps, identification of full capture systems (public and private), and the development of an implementation plan (with a phased schedule) and operations and maintenance plan.

### Yuba City Basin Storm Water Resource Plan, City of Yuba City. 2017-2019. Yuba City, CA.

Project Manager responsible for the development of components of a Storm Water Resource Plan (SWRP) for the City of Yuba City (City). Work efforts include participation on the Technical Advisory Committee (TAC), preparation of outreach materials for and facilitation of public meetings, development of a water quality compliance report, preparation of a conceptual design for a high priority SWRP project, and compilation of the SWRP.

### Stormwater Program Implementation Assistance, County of San Joaquin. 2014-Present. Stockton, CA.

Project Manager responsible for overseeing the technical and regulatory assistance provided to the County for their Phase II permit compliance. Assistance has included review of and/or development of annual reports, development of a program effectiveness assessment strategy, evaluation of monitoring program options, compliance option assessment for the Trash Amendments as well as the development of a Track 2 implementation plan outline/template. and developing of technical guidance as needed.

### Stormwater Program Support, City of Lincoln. 2014-Present. Lincoln, CA.

Project Manager responsible for the implementation of key stormwater program elements on behalf of the City's stormwater program. The items include assistance with compliance option assessment for the Trash Amendments, public education outreach surveys, illicit discharge source/facility inventory, assistance with the preparation of annual reports and submittal into SMARTS, development and provision of training modules (municipal operations, construction, land development), development of website content and public education materials, and other, as needed services.

### Program Effectiveness Assessment, County of Napa. 2014-2015. Napa County, CA.

Project Manager responsible for overseeing the development of the Program Effectiveness Assessment and Improvement Plan (PEAIP) for the North Bay municipalities, counties, and countywide programs. This work effort includes the development of the PEAIP and the development and implementation of a training workshop to identify how the master PEAIP may be used by the individual stormwater programs.

### Stormwater Program Implementation Assistance, City of Roseville. 2007–2009 and 2015-2021. Roseville, CA.

Project Manager responsible for a compliance option assessment for the Trash Amendments as well as the development of a Track 2 implementation plan outline/template and conductance of on land visual trash assessments (or OVTA). Also oversaw the development of Industrial and Commercial Best Management Practices fact sheets and corresponding training modules. Work included an evaluation of

**Karen Ashby, CPSWQ**
Vice President

existing manuals and regional materials, development of a series of fact sheets, identification of disposal options for mobile businesses, and the development of corresponding training modules.

## Grouped Experience

### Review and Comment on Stormwater Permits, Various

Since the mid 1990's, Ms. Ashby has participated in numerous permit renewal processes covering a wide range of associated activities including the Industrial General Permit, Phase II General Permit, Central Valley Region-wide Municipal Permit (and previous individual permits), Santa Ana Regional Municipal Stormwater Permit (and previous individual permits), San Diego Regional Municipal Stormwater Permit, and Riverside County Municipal Permit for the Colorado Region.

### Development of Program Effectiveness Assessments, Various. 2007 – Present.

Project Manager responsible for the development and/or application of multiple program effectiveness assessments based on priority water quality constituents/issues for municipalities throughout California including, but not limited to City of Lincoln, City of Roseville, City of Stockton, Santa Barbara County, San Joaquin County (Phase II), North Bay Phase II municipalities, Orange County Area-wide Stormwater Program, and California Department of Transportation.

### Development of Stormwater Resource Plans, Various

Project Manager responsible for the development of components of a Storm Water Resource Plan (SWRP) for the City of Yuba City and Marin County. Work efforts include participation on the Technical Advisory Committee (TAC), development of a water quality compliance assessment and ranking of projects, preparation of a conceptual design for a high priority SWRP project, and compilation of the SWRP.

### Evaluation and Development of Trash Implementation/Strategic Plans

Project Manager responsible for overseeing numerous Trash related work efforts throughout the state include, but are not limited to, the following:

- City of Chico (Phase II) - Development of a Track 1 Trash Master Plan including updated jurisdictional maps, identification of full capture systems (public and private), implementation plan (with a phased schedule), and operations and maintenance plan.
- City of Lincoln (Phase II) - Compliance option assessment (Track 1 vs. Track 2) and development of a Track 2 implementation plan.
- City of Redondo Beach (Phase I) - Lead the work completed for both the Santa Monica Bay Debris TMDL as well as the Statewide Trash Amendments including TMDL monitoring assessments and annual reporting and development of approach for Track 1.
- City of Roseville (Phase II) - Compliance option assessment (Track 1 vs. Track 2), development of a Track 2 implementation plan, and on-land visual assessments.
- City of Stockton (Phase I) - Compliance option assessment (Track 1 vs. Track 2) and development of a Track 2 implementation plan.

**Karen Ashby, CPSWQ**
Vice President

## Other Relevant Experience

*Southern California Stormwater Monitoring Coalition – 2019 Research Agenda Panel Member, November 2019*

Monitoring and Assessment lead on the Southern California Stormwater Monitoring Coalition (SMC) Expert Panel to help develop a five-year research agenda (2020 – 2024). The SMC is a collaboration of 14 member agencies which include five state and federal regulatory agencies, eight state, county, and city regulated stormwater agencies, and the Southern California Coastal Water Research Project. The Expert Panel consisted of ten leaders representing 10 different areas of expertise.

**Personnel Experience & Qualifications**

**Karen Ashby, CPSWQ**
Vice President

## Presentations & Workshops

SCI Consulting Group Webinar, February 2022, *Stormwater Funding – Getting Ready for the Rain,* Jerry Bradshaw, Karen Ashby, Adrienne Heinig

CASQA 2018 Quarterly Meeting, San Diego, California, January 11, *CASQA Source Contribution Tools and Methodologies Update*

CASQA 2015 Webinar, April 2015, *Overview of the Program Effectiveness Assessment Improvement Plan (PEAIP) Frameworks*, Karen Ashby, Rachel Warren

CASQA 2014 General Member Quarterly Meeting, November 2014, *Effectiveness Assessment,* Karen Ashby, Jon Van Rhyn (County of San Diego), and David Pohl (ESA)

CASQA 2009 Conference, San Diego, California, November 2009, *Municipal Stormwater 101: Program Fundamentals – Program Effectiveness Assessments,* Karen Ashby (LWA) and Jon Van Rhyn (County of San Diego)

CASQA 2009 Conference, San Diego, California, November 2009, *Conducting Program Effectiveness Assessments and Keeping Up With the Times – Responding to the State Water Advisory Task Force and AB739*, Karen Ashby (LWA) and Jon Van Rhyn (County of San Diego)

CASQA 2009 Conference, San Diego, California, November 2009, *Developing a Collaborative Selenium TMDL for the Newport Bay Watershed*, Karen Ashby and Karen Cowan (LWA)

Storm Con Conference, Anaheim, California, August 2009, *The Next Step for Municipal Stormwater Programs: Conducting Program Effectiveness Assessments*, Karen Ashby

WEF TMDL Conference, Minneapolis, Minnesota, August 2009, *The Nitrogen and Selenium Management Program: An Alternative Management Framework to Address a Bioaccumulative Pollutant in an Urbanized Southern California Watershed*, Karen Ashby and Karen Cowan (LWA)

American Public Works Association Stormwater Management Committee, Tacoma, Washington, January 2009, *Conducting Program Effectiveness Assessments – Understanding What it Means and Lessons From Around the State*, Karen Ashby

California Stormwater Quality Association, Oakland, California, September 2008, *The Next Step – Conducting Program Effectiveness Assessments for Annual Reports: Lessons From Around the State*, Karen Ashby

California Stormwater Quality Association, Oakland, California, September 2008*, CASQA Approach to Municipal Program Effectiveness Assessment*, Karen Ashby and Betsy Elzufon (LWA)

Environmental Protection Agency Webcast, June 2008, *California Stormwater Quality Association Approach to Municipal Program Effectiveness Assessment*, Karen Ashby and Betsy Elzufon (LWA)

Non-Point Source, San Diego, California, May 2008, *Orange County Nitrogen and Selenium Management Program*, Karen Ashby

**Karen Ashby, CPSWQ**
Vice President

California Stormwater Quality Association, Costa Mesa, California, September 2007, *The Nitrogen and Selenium Management Program for the Newport Bay Watershed: An Alternative Compliance Approach to Waste Discharge Requirements*, Karen Ashby

Storm Con, Phoenix, Arizona, August 2007, *Assessing the Regulatory Climate in California: Are We Making Progress with the Iterative Process or Are We Headed Toward Numeric Limits?,* Karen Ashby

California Water Environment Association, Napa, California, February 2007, *Countywide Area Spill Control Project: A Multi-Agency Response to an SSO SOS, Karen Ashby and Richard Boon (County of Orange)*

California Stormwater Quality Association, Sacramento, California, September 2006, *The Role of Municipal Stormwater Effectiveness in the CASQA Roadmap,* Karen Ashby

Urban Water Institute, Newport Beach, June 2006*, Are Stormwater Programs Making a Difference?,* Karen Ashby

CEA-CREST, Los Angeles, California, May 2006, *Orange County Nitrogen and Selenium Management Program: Nitrogen Overview,* Karen Ashby

StormCon, Palm Desert, California, July 2004, *The Tustin Area Spill Control Demonstration Project: A Multi Agency Response to an SSO SOS*, Karen Ashby and Deirdre Hunter (Orange County Sanitation District)

## Work History

County of Orange, 1990-2003

ATTACHMENT B



VEHICLE MAINTENANCE

GUARD TOWER ID#

INTERIOR PERIMETER ROAD (IPR)

LETHAL ELECTRIFIED FENCE (LEF)

CORRECTION TREATMENT CENTER (CTC)

EXTERIOR PERIMETER ROAD (EPR)

PERIMETER DITCH CULVERT

MAIN OUTFALL

TOWER 2 OUTFALL

GT-6
GT-7
GT-5
GT-4
GT-8
GT-9
GT-3
GT-1
GT-2

"B" YARD
"C" YARD
"A" YARD
A/B CENTER CORRIDOR
B/C CENTER CORRIDOR
CENTRAL SERVICES
ADMIN

SECONDARY OUTFALL

PERIMETER DITCH (BETWEEN EPR & LEF)

MULE CREEK

SOURCE: CDCR

0    300
1"=300'

**NOTE:** ALL LOCATIONS APPROXIMATE

| SHN Consulting Engineers & Geologists, Inc. | Mule Creek State Prison Storm Water Collection Investigation Ione, California | Site Plan |
| | | SHN 516025.100 |
| | August 2018 | 516025-MCSP-NMCL | Figure 1-2 |

MCSP0004086

ATTACHMENT C



**CALIFORNIA LABORATORY SERVICES**
*Committed. Responsive. Flexible.*

June 01, 2022

**CLS Work Order #: 22E1477**
**COC #:**

Andrew Packard
The Law Offices of Andrew L. Packard
245 Kentucky St. Ste B3
Petaluma, CA 94952

**Project Name: Mule Creek State Prison**

Enclosed are the results of analyses for samples received by the laboratory on 05/24/22 15:30. Samples were analyzed pursuant to client request utilizing EPA or other ELAP approved methodologies. I certify that the results are in compliance both technically and for completeness. Any comments and exceptions are addressed under the Notes and Definitions section.

Analytical results are attached to this letter. Please call if we can provide additional assistance.

Sincerely,

Marc Foster, Ph.D.
Technical Director

CA SWRCB ELAP Accreditation/Registration number 1233



**Confluence Environmental, Inc.**
3308 El Camino Ave, Suite 300 #148
Sacramento, CA 95821
916-760-7641 - main
916-473-8617 - fax
www.confluence-env.com

CONFLUENCE

# Chain of Custody

Page _1_ of _1_

**Project Name: Mule Creek State Prison**

**Job Number:** _____

**TAT:** (STANDARD)   5 DAY   2 DAY   24 HOUR   OTHER: ___

| | | |
|---|---|---|
| Lab: CLS | Site Address: 4001 Hwy 104, Ione CA | Confluence PM: Jason Brown |
| Address: 3249 Fitzgerald Rd, Rancho Cordova, CA 95742 | California Global ID No.: | Phone / Fax: 916-760-7641 / 916-473-8617 |
| Contact: Mark Smith | Include EDF w/ Report:   Yes    No | Confluence Log Code: **CESC** |
| Phone/ Fax: (916) 638-7301 | Consultant / PM: Andrew L. Packard | Report to: |
| | Phone / Fax: (707) 787-7033 | Invoice to: |

| Sample ID | Time | Date | Matrix — Soil/Solid | Matrix — Water/Liquid | Matrix — Air | Laboratory No | No. of Containers | Unpreserved | H₂SO₄ | HNO₃ | HCl | NaOH | Bacti | Total, fecal, and E. coli (SM9221/SM9223-B-04) 15 Tube Dilution | | | | | | | | Notes and Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GT3-BDg4 | 0950 | 5-24-22 | | X | | | 2 | | | | | | 2 | X | | | | | | | | |
| GT4- Pole 29 | 1050 | | | X | | | 2 | | | | | | 2 | X X | | | | | | | | |
| GT6 | 1235 | | | X | | | 2 | | | | | | 2 | X X | | | | | | | | |
| GT9 | 1400 | | | X | | | 2 | | | | | | 2 | X | | | | | | | | |

| | Relinquished By / Affiliation | Date | Time | Accepted By / Affiliation | Date | Time |
|---|---|---|---|---|---|---|
| Sampler's Name: A. Feeney | | | | | | |
| Sampler's Company: Confluence Environmental | / CED | 5-24-22 | 1530 | QB  CLS | 05/24 | 1530 |
| Shipment Date: | | | | | | |
| Shipment Method: | | | | | | |
| Special Instructions: | | | | | | |

6-7 / 6-0

version 1.1   date printed: 5/23/2022



**CALIFORNIA LABORATORY SERVICES**
*Committed. Responsive. Flexible.*

| Page 1 of 2 | 06/01/22 10:20 |
|---|---|

| | | |
|---|---|---|
| The Law Offices of Andrew L. Packard | Project: Mule Creek State Prison | |
| 245 Kentucky St. Ste B3 | Project Number: [none] | **CLS Work Order #: 22E1477** |
| Petaluma, CA 94952 | Project Manager: Andrew Packard | COC #: |

### Microbiological Parameters by APHA Standard Methods

| Analyte | Result | Reporting Limit | Units | Dilution | Batch | Prepared | Analyzed | Method | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **GT3–Bdg4 (22E1477-01) Water   Sampled: 05/24/22 09:50   Received: 05/24/22 15:30** | | | | | | | | | |
| Total Coliforms | >1600 | 1.8 | MPN/100 mL | 1 | 2204308 | 05/24/22 15:30 | 05/27/22 | SM 9221 | |
| **Fecal Coliforms** | **540** | 1.8 | " | " | " | " | " | " | |
| **E. Coli** | **540** | 1.8 | " | " | " | " | " | " | |
| **GT4–Pole 29 (22E1477-02) Water   Sampled: 05/24/22 10:50   Received: 05/24/22 15:30** | | | | | | | | | |
| Total Coliforms | >1600 | 1.8 | MPN/100 mL | 1 | 2204308 | 05/24/22 15:30 | 05/27/22 | SM 9221 | |
| **Fecal Coliforms** | **1600** | 1.8 | " | " | " | " | " | " | |
| **E. Coli** | **1600** | 1.8 | " | " | " | " | " | " | |
| **GT6 (22E1477-03) Water   Sampled: 05/24/22 12:35   Received: 05/24/22 15:30** | | | | | | | | | |
| Total Coliforms | >1600 | 1.8 | MPN/100 mL | 1 | 2204308 | 05/24/22 15:30 | 05/27/22 | SM 9221 | |
| **Fecal Coliforms** | **240** | 1.8 | " | " | " | " | " | " | |
| **E. Coli** | **240** | 1.8 | " | " | " | " | " | " | |
| **GT9 (22E1477-04) Water   Sampled: 05/24/22 14:00   Received: 05/24/22 15:30** | | | | | | | | | |
| **Total Coliforms** | **130** | 1.8 | MPN/100 mL | 1 | 2204308 | 05/24/22 15:30 | 05/28/22 | SM 9221 | |
| **Fecal Coliforms** | **130** | 1.8 | " | " | " | " | " | " | |
| **E. Coli** | **130** | 1.8 | " | " | " | " | " | " | |

3249 Fitzgerald Road, Rancho Cordova, CA 95742 | 800.638.7301  | Tel: 916.638.7301 x102 | Fax: 916.638.4510 | www.californialab.com

Small Business #2916 | ELAP #1233 | NAICS #541380 | CA SWRCB ELAP Accreditation/Registration Number 1233



06/01/22 10:20

| | |
|---|---|
| The Law Offices of Andrew L. Packard | Project: Mule Creek State Prison |
| 245 Kentucky St. Ste B3 | Project Number: [none]    **CLS Work Order #: 22E1477** |
| Petaluma, CA 94952 | Project Manager: Andrew Packard    COC #: |

### Notes and Definitions

BT-5        >1600

DET         Analyte DETECTED

ND          Analyte NOT DETECTED at or above the reporting limit (or method detection limit when specified)

NR          Not Reported

dry          Sample results reported on a dry weight basis

RPD        Relative Percent Difference

3249 Fitzgerald Road, Rancho Cordova, CA 95742 | 800.638.7301  | Tel: 916.638.7301 x102 | Fax: 916.638.4510 | www.californialab.com
Small Business #2916 | ELAP #1233 | NAICS #541380 | CA SWRCB ELAP Accreditation/Registration Number 1233

## Rebecca Andrews

| | |
|---|---|
| **From:** | Andrew Packard <andrew@packardlawoffices.com> |
| **Sent:** | Thursday, July 28, 2022 11:06 AM |
| **To:** | Rebecca Andrews; Gene Tanaka; Weiland Chiang |
| **Cc:** | Erica Maharg; Will Carlon |
| **Subject:** | Fwd: Pharmaceutical and Personal Care Product - APOS Data (5189 WG81324) Mule Creek State Prison |
| **Attachments:** | APOS PPCP analyte list.xlsx; V81324APOS_DataSummary_AEPB_1.xlsx; V81324APOS_DataSummary_AEPL_1.xlsx |

**CAUTION - EXTERNAL SENDER.**

Gene, Rebecca and Weiland,
Attached please find the May 24th sampling results re pharma/pc products rec'd from Axys yesterday.
I look forward to our call at 11:00.
Andrew

---------- Forwarded message ---------
From: **Chad, Leah (Sidney)** <Leah.Chad@sgs.com>
Date: Wed, Jul 27, 2022 at 6:21 AM
Subject: Pharmaceutical and Personal Care Product - APOS Data (5189 WG81324) Mule Creek State Prison
To: andrew@packardlawoffices.com <andrew@packardlawoffices.com>
Cc: Thomas, Suma (Sidney) <Suma.Thomas@sgs.com>

Attached please find Pharmaceutical and Personal Care Product data in .xlsx format sent to you today, 27 July 2022.

Contract:     5189
Batch ID:     WG81324
Analysis:     Pharmaceutical and Personal Care Product – APOS
Samples:
L37147-1     GT3-BDG4
L37147-2     GT4-POLE29
L37147-3     GT6
L37147-4     GT9

1. Data are considered final.
2. The analytes Penicillin G, Ciprofloxacin, and Ofloxacin were detected in the Lab Blank (SGS AXYS ID: WG81324-101). Data are not blank corrected. Blank data should be taken into consideration when evaluating sample data.
3. Blank data should be evaluated against specifications using the same blank sample size as the size of the client samples.
4. Percent recovery of 13C1-D3-Erythromycin-H2O in the continuing calibration (data filename: QA2O_051 S: 13) was above the method nominal limit. Given that the corresponding analyte met method criteria, data are not considered affected.

1

5. Percent recovery of analytes Digoxin and Erythromycin-H2O in the OPR (SGS AXYS ID: WG81324-102) were outside the method nominal limit and were flagged with an 'N'. Sample data may be similarly affected.

6. Percent recovery of several labeled compounds in the Lab Blank, OPR, and client samples were outside the method nominal limit and were flagged with a 'V'. As the isotope dilution method of quantification produces data that are recovery corrected, the variances from the method acceptance criteria are deemed not to affect the quantification of the analytes. Percent labeled compound recoveries are used as a general method performance indicator only. Where the percent recovery for a labeled compound fell below 10% but above 1% the corresponding analyte was reported in a 'concentration is estimated' capacity and flagged with an 'H'. Where the labeled compound percent recovery was below 1% or the labeled compound response did not meet the signal to noise method criteria, all target analytes and the labeled compound was deemed not quantifiable and flagged as 'NQ'.

Every effort has been made to ensure the correct transfer of electronic data files. The files have been prepared in a READ ONLY format to prevent inadvertent changes to the data. Should a discrepancy occur between the electronic copy and the signed analysis report, the latter is considered to contain the authorized data. If you have any questions or require further information, please contact Kalai Pillay, Project Manager.

Regards,
SGS AXYS ANALYTICAL SERVICES LTD
lc/bra/msg

Information in this email and any attachments is confidential and intended solely for the use of the individual(s) to whom it is addressed or otherwise directed. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the Company. Finally, the recipient should check this email and any attachments for the presence of viruses. The Company accepts no liability for any damage caused by any virus transmitted by this email. All SGS services are rendered in accordance with the applicable SGS conditions of service available on request and accessible at https://www.sgs.com/en/terms-and-conditions

--
The Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA  94952
**Tel. (707) 782-4060**
**Fax. (707) 782-4062**
Cell (707) 787-7033

The communication contained in this message is considered privileged and confidential.  It is protected by attorney client privilege and the attorney work product doctrine. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in  error, please provide notification to the sender immediately by replying to the message and deleting it from your computer. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged.

| PPCP List 1 - APOS<br>Aqueous, solid and tissue samples<br>(Acid extraction, positive ESI) ||
|---|---|
| Acetaminophen | Norfloxacin |
| Azithromycin | Norgestimate |
| Caffeine | Ofloxacin |
| Carbadox | Ormetoprim |
| Carbamazepine | Oxacillin [1] |
| Cefotaxime | Oxolinic acid |
| Ciprofloxacin | Penicillin G [1] |
| Clarithromycin | Penicillin V |
| Clinafloxacin | Roxithromycin |
| Cloxacillin [1] | Sarafloxacin |
| Dehydronifedipine | Sulfachloropyridazine |
| Digoxigenin | Sulfadiazine |
| Digoxin | Sulfadimethoxine |
| Diltiazem | Sulfamerazine |
| 1,7-Dimethylxanthine | Sulfamethazine |
| Diphenhydramine | Sulfamethizole |
| Enrofloxacin | Sulfamethoxazole |
| Erythromycin | Sulfanilamide |
| Flumequine | Sulfathiazole |
| Fluoxetine | Thiabendazole |
| Lincomycin | Trimethoprim |
| Lomefloxacin | Tylosin |
| Miconazole | Virginiamycin M1 |

| CLIENT_ID | GT3-BDG4 | GT4-POLE29 | GT6 | GT9 | Lab Blank (101) | Spiked Matrix (102) |
|---|---|---|---|---|---|---|
| Axys ID | L37147-1 | L37147-2 | L37147-3 | L37147-4 | WG81324-101 | WG81324-102 |
| Method | SGS AXYS METHOD MLA-075 Rev 09 | SGS AXYS METHOD MLA-075 Rev 09 | SGS AXYS METHOD MLA-075 Rev 09 | SGS AXYS METHOD MLA-075 Rev 09 | SGS AXYS METHOD MLA-075 Rev 09 | SGS AXYS METHOD MLA-075 Rev 09 |
| WORKGROUP | WG81324 | WG81324 | WG81324 | WG81324 | WG81324 | WG81324 |
| Sample Size | 0.489L | 0.506L | 0.540L | 0.526L | 0.500L | |
| UNITS | ng/L | ng/L | ng/L | ng/L | ng/L | % Recovery |
| Acetaminophen | 5.67 | < 2.97 | 90.9 | 3.14 | < 3 | 96.9 |
| Azithromycin | < 1.53 | < 1.48 | < 1.6 | < 1.43 | < 1.5 | 115 |
| Caffeine | 193 | 187 | 22800 | 53.2 | < 6 | 94.7 |
| Carbadox | < 4.09 | < 3.95 | 3.74 | 3.88 | < 4 | 94.1 |
| Carbamazepine | 6.99 | 2.78 | < 0.278 | 3.21 | < 0.3 | 94.5 |
| Ciprofloxacin | B 40.3 | B 43.2 | H 1580 | B 45.4 | 50.3 | 125 |
| Clarithromycin | < 0.307 | < 0.297 | < 0.278 | < 0.285 | < 0.3 | 96 |
| Clinafloxacin | < 2.04 | < 1.97 | < 13.3 | < 3.39 | < 2 | 92 |
| Dehydronifedipine | 0.415 | < 0.297 | < 0.278 | < 0.285 | < 0.3 | 104 |
| Digoxigenin | < 1.53 | < 1.48 | < 1.49 | < 1.43 | < 1.5 | 91.6 |
| Digoxin | < 6.14 | < 5.93 | < 5.55 | < 5.71 | < 6 | N 139 |
| Diltiazem | < 0.153 | < 0.148 | < 0.139 | < 0.143 | < 0.15 | 96.6 |
| 1,7-Dimethylxanthine | 36.5 | 8.72 | 124 | < 5.71 | < 6 | 79.8 |
| Diphenhydramine | < 0.614 | < 0.593 | < 0.555 | < 0.571 | < 0.6 | 94.3 |
| Enrofloxacin | < 0.614 | < 0.593 | < 2.16 | < 0.571 | < 0.6 | 83.4 |
| Erythromycin-H2O | < 1.53 | < 1.48 | < 1.39 | < 1.43 | < 1.5 | N 62.1 |
| Flumequine | < 0.307 | < 0.297 | < 0.278 | < 0.285 | < 0.3 | 97.1 |
| Fluoxetine | < 0.153 | < 0.148 | < 0.139 | < 0.143 | < 0.15 | 99 |
| Lincomycin | < 0.614 | < 0.593 | < 0.555 | < 0.571 | < 0.6 | 104 |
| Lomefloxacin | < 0.614 | < 0.593 | < 0.555 | < 0.571 | < 0.6 | 120 |
| Miconazole | < 0.307 | < 0.297 | < 0.278 | < 0.285 | < 0.3 | 89.5 |
| Norfloxacin | < 2.04 | < 1.97 | REJ | < 2.35 | < 2 | 111 |
| Norgestimate | < 1.53 | < 1.48 | < 1.39 | < 1.43 | < 1.5 | 92.8 |
| Ofloxacin | B 4.64 | B 2.73 | H 96.8 | B 5.93 | 7.26 | 104 |
| Ormetoprim | < 0.153 | < 0.148 | < 0.139 | < 0.143 | < 0.15 | 91.9 |
| Oxolinic Acid | < 0.614 | < 0.593 | < 0.555 | < 0.571 | < 0.6 | 95.2 |
| Penicillin V | < 1.53 | < 1.48 | < 1.39 | < 1.43 | < 1.5 | 86.7 |
| Roxithromycin | < 0.153 | < 0.148 | < 0.139 | < 0.143 | < 0.15 | 90.4 |
| Sarafloxacin | < 3.07 | < 2.97 | < 2.78 | < 2.85 | < 3 | 103 |
| Sulfachloropyridazine | < 0.614 | < 0.593 | < 0.555 | < 0.571 | < 0.6 | 88.9 |
| Sulfadiazine | 1.11 | 1.24 | < 0.555 | < 0.571 | < 0.6 | 85.6 |
| Sulfadimethoxine | < 0.307 | < 0.297 | < 0.278 | < 0.285 | < 0.3 | 96.9 |
| Sulfamerazine | < 0.614 | < 0.593 | < 0.555 | < 0.571 | < 0.6 | 100 |
| Sulfamethazine | < 0.614 | < 0.593 | < 0.555 | < 0.571 | < 0.6 | 90.5 |
| Sulfamethizole | < 0.614 | < 0.593 | < 0.555 | < 0.571 | < 0.6 | 97.2 |
| Sulfamethoxazole | 9.77 | < 0.593 | < 0.555 | < 0.571 | < 0.6 | 96.1 |
| Sulfanilamide | < 6.14 | < 5.93 | < 5.55 | < 5.71 | < 6 | 100 |
| Sulfathiazole | < 1.53 | < 1.48 | < 1.39 | < 1.43 | < 1.5 | 89.6 |
| Thiabendazole | 20.8 | 1.88 | 0.915 | 14.9 | < 0.3 | 88.3 |
| Trimethoprim | < 0.337 | < 0.297 | < 0.284 | < 0.285 | < 0.3 | 99.9 |
| Tylosin | < 0.614 | < 0.593 | < 0.555 | < 0.571 | < 0.6 | 93.2 |
| Virginiamycin M1 | < 0.614 | < 0.636 | < 0.839 | < 0.571 | < 0.6 | 87.9 |

See below for definitions of possible flags and labels in the database (sheet tab 'DATA').
There may be additional flags associated with these data; please see individual hard copy reports for a complete list of flags and definitions.

FLAG      =         DEFINITION

&lt; =          not detected at RL
B =          analyte found in the associated blank and concentration in sample is less than 10X the concentration in the associated blank
H =          concentration is estimated
V =          surrogate recovery is not within method/contract control limits

| CLIENT_ID | GT3-BDG4 | GT4-POLE29 | GT6 | GT9 | Lab Blank (101) | Spiked Matrix (102) |
|---|---|---|---|---|---|---|
| Axys ID | L37147-1 | L37147-2 | L37147-3 | L37147-4 | WG81324-101 | WG81324-102 |
| Method | SGS AXYS METHOD MLA-075 Rev 09 | SGS AXYS METHOD MLA-075 Rev 09 | SGS AXYS METHOD MLA-075 Rev 09 | SGS AXYS METHOD MLA-075 Rev 09 | SGS AXYS METHOD MLA-075 Rev 09 | SGS AXYS METHOD MLA-075 Rev 09 |
| WORKGROUP | WG81324 | WG81324 | WG81324 | WG81324 | WG81324 | WG81324 |
| Sample Size | 0.489L | 0.506L | 0.540L | 0.526L | 0.500L | |
| UNITS | ng/L | ng/L | ng/L | ng/L | ng/L | % Recovery |
| Cefotaxime | < 6.07 | < 5.87 | < 5.5 | < 5.65 | < 5.94 | 94.5 |
| Cloxacillin | < H 3.07 | < H 2.97 | < H 2.78 | < H 2.85 | < H 3 | H 97.4 |
| Oxacillin | < H 1.53 | < H 1.48 | < H 1.39 | < H 1.43 | < H 1.5 | H 92.8 |
| Penicillin G | B H 4.29 | B H 4.52 | < H 2.78 | < H 2.85 | H 3.31 | H 111 |

ATTACHMENT D



## Alpha Analytical Laboratories, Inc.

email: clientservices@alpha-labs.com

Corporate: 208 Mason Street | Ukiah, CA 95482 | T: 707-468-0401 | F: 707-468-5267 | ELAP# 1551

| | | |
|---|---|---|
| ██████████████ | Project Manager: ████████ | |
| ██████████ | Project: Mule Creek State Prison | Reported: |
| ██████████ | Project Number: [none] | 04/18/22 14:01 |

Bay Area: 262 Rickenbacker Circle | Livermore, CA 94551 | T: 925-828-6226 | F: 925-828-6309 | ELAP# 2728
Central Valley: 9090 Union Park Way Suite 113 | Elk Grove, CA 95624 | T: 916-686-5190 | F: 916-686-5192 | ELAP# 2922
North Bay: 110 Liberty Street | Petaluma, CA 94952 | T: 707-769-3128 | F: 707-769-8093 | ELAP# 2303
San Diego: 2722 Loker Avenue West Suite A | Carlsbad, CA 92010 | T: 760-930-2555 | F: 760-930-2510 | ELAP# 3055

### ANALYTICAL REPORT FOR SAMPLES

| Sample ID | Laboratory ID | Matrix | Date Sampled | Date Received |
|---|---|---|---|---|
| 1D1A10 | 22C1521-01 | Water | 03/09/22 10:25 | 03/09/22 23:30 |
| 2D1A10 | 22C1521-02 | Water | 03/09/22 11:20 | 03/09/22 23:30 |
| 3GT4 | 22C1521-03 | Water | 03/09/22 12:40 | 03/09/22 23:30 |

*This represents an amended copy of the original report.*
Subcontracted results added.

*This represents an amended copy of the original report.*
Subcontract report revised at client request.

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

Page 1 of 14

MCSP0041199



Alpha Analytical Laboratories, Inc.

email: clientservices@alpha-labs.com

Corporate: 208 Mason Street | Ukiah, CA 95482 | T: 707-468-0401 | F: 707-468-5267 | ELAP# 1551

| | |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮ | Project Manager: ▮▮▮▮▮▮ |
| ▮▮▮▮▮▮▮ | Project: Mule Creek State Prison |
| ▮▮▮▮ | Project Number: [none] |

Reported:
04/18/22 14:01

## Metals by EPA 200 Series Methods

| Analyte | Result | MDL | Reporting Limit | Units | Dilution | Batch | Prepared | Analyzed | Method | Analyst | ELAP # | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1D1A10 (22C1521-01) Water   Sampled: 03/09/22 10:25   Received: 03/09/22 23:30** | | | | | | | | | | | | |
| Iron | 0.26 | 0.050 | 0.10 | mg/L | 1 | AC23631 | 03/10/22 12:37 | 03/11/22 14:53 | EPA 200 7 | BED | 1551 | |
| **2D1A10 (22C1521-02) Water   Sampled: 03/09/22 11:20   Received: 03/09/22 23:30** | | | | | | | | | | | | |
| Iron | 2.3 | 0.050 | 0.10 | mg/L | 1 | AC23631 | 03/10/22 12:37 | 03/11/22 17:25 | EPA 200 7 | BED | 1551 | |
| **3GT4 (22C1521-03) Water   Sampled: 03/09/22 12:40   Received: 03/09/22 23:30** | | | | | | | | | | | | |
| Iron | 0.072 | 0.050 | 0.10 | mg/L | 1 | AC23631 | 03/10/22 12:37 | 03/11/22 17:29 | EPA 200 7 | BED | 1551 | J |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

MCSP0041200



**Alpha Analytical Laboratories, Inc.**

email: clientservices@alpha-labs.com

Corporate: 208 Mason Street | Ukiah, CA 95482 | T: 707-468-0401 | F: 707-468-5267 | ELAP# 1551

| | | |
|---|---|---|
| ████████████████ | Project Manager: ████████ | |
| ██████████ | Project: Mule Creek State Prison | Reported: |
| ████ | Project Number: [none] | 04/18/22 14:01 |

### Metals by EPA Method 200.8 ICP/MS

| Analyte | Result | MDL | Reporting Limit | Units | Dilution | Batch | Prepared | Analyzed | Method | Analyst | ELAP # | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1D1A10 (22C1521-01) Water**  Sampled: 03/09/22 10:25  Received: 03/09/22 23:30 | | | | | | | | | | | | |
| Aluminum | 100 | 5.0 | 10 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/14/22 22:46 | EPA 200 8 | SMP | 1551 | |
| Arsenic | 5.0 | 0.40 | 0.50 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 14:52 | EPA 200 8 | SMP | 1551 | |
| Copper | 4.1 | 0.40 | 0.50 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 14:52 | EPA 200 8 | SMP | 1551 | |
| Lead | 0.15 | 0.060 | 0.25 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 14:52 | EPA 200 8 | SMP | 1551 | J |
| Manganese | 80 | 2.0 | 5.0 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 14:52 | EPA 200 8 | SMP | 1551 | |
| Zinc | 750 | 1.0 | 5.0 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 14:52 | EPA 200 8 | SMP | 1551 | |
| **2D1A10 (22C1521-02) Water**  Sampled: 03/09/22 11:20  Received: 03/09/22 23:30 | | | | | | | | | | | | |
| Aluminum | 590 | 5.0 | 10 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/14/22 22:54 | EPA 200 8 | SMP | 1551 | |
| Arsenic | 6.1 | 0.40 | 0.50 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 15:08 | EPA 200 8 | SMP | 1551 | |
| Copper | 8.8 | 0.40 | 0.50 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 15:08 | EPA 200 8 | SMP | 1551 | |
| Lead | 0.74 | 0.060 | 0.25 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 15:08 | EPA 200 8 | SMP | 1551 | |
| Manganese | 500 | 2.0 | 5.0 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 15:08 | EPA 200 8 | SMP | 1551 | |
| Zinc | 260 | 1.0 | 5.0 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 15:08 | EPA 200 8 | SMP | 1551 | |
| **3GT4 (22C1521-03) Water**  Sampled: 03/09/22 12:40  Received: 03/09/22 23:30 | | | | | | | | | | | | |
| Aluminum | 21 | 5.0 | 10 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 15:23 | EPA 200 8 | SMP | 1551 | |
| Arsenic | 7.8 | 0.40 | 0.50 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 15:23 | EPA 200 8 | SMP | 1551 | |
| Copper | 2.7 | 0.40 | 0.50 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 15:23 | EPA 200 8 | SMP | 1551 | |
| Lead | ND | 0 060 | 0 25 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 15:23 | EPA 200 8 | SMP | 1551 | U |
| Manganese | 7.6 | 2.0 | 5.0 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 15:23 | EPA 200 8 | SMP | 1551 | |
| Zinc | 12 | 1.0 | 5.0 | ug/L | 1 | AC23630 | 03/11/22 09:30 | 03/16/22 15:23 | EPA 200 8 | SMP | 1551 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

Page 3 of 14

MCSP0041201



**Alpha**
Alpha Analytical Laboratories, Inc.
Corporate: 208 Mason Street | Ukiah, CA 95482 | T: 707-468-0401 | F: 707-468-5267 | ELAP# 1551

email: clientservices@alpha-labs.com

| | | |
|---|---|---|
| ████████████ ████████ ████████ | Project Manager: ████████<br>Project: Mule Creek State Prison<br>Project Number: [none] | Reported:<br>04/18/22 14:01 |

### Conventional Chemistry Parameters by APHA/EPA Methods

| Analyte | Result | MDL | Reporting Limit | Units | Dilution | Batch | Prepared | Analyzed | Method | Analyst | ELAP # | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1D1A10 (22C1521-01) Water   Sampled: 03/09/22 10:25   Received: 03/09/22 23:30** | | | | | | | | | | | | |
| Chemical Oxygen Demand | 28 | 20 | 50 | mg/L | 1 | AC23819 | 03/16/22 10:30 | 03/17/22 08:00 | SM5220D | ZMH | 1551 | J |
| MBAS, calculated as LAS, mw 340 | 0.042 | 0.030 | 0.050 | mg/L | 1 | AC23622 | 03/10/22 08:15 | 03/10/22 16:15 | SM5540C | MRL | 1551 | J |
| Specific Conductance (EC) | 110 | 1.0 | 20 | umhos/cm | 1 | AC23734 | 03/11/22 11 34 | 03/11/22 11 34 | SM2510B | AMM | 2922 | |
| UV254 Absorbance | 0.10 | 0.0050 | 0.0050 | cm-1 | 1 | AC23673 | 03/10/22 09:30 | 03/10/22 09:30 | SM5910B | ANM | 2922 | |
| Nitrate + Nitrite as N | 0.46 | 0.040 | 0.20 | mg/L | 1 | AC24180 | 03/21/22 08:05 | 03/22/22 10:45 | SM4500-NO3 E | EV | 1551 | |
| **2D1A10 (22C1521-02) Water   Sampled: 03/09/22 11:20   Received: 03/09/22 23:30** | | | | | | | | | | | | |
| Chemical Oxygen Demand | 56 | 20 | 50 | mg/L | 1 | AC23819 | 03/16/22 10:30 | 03/17/22 08:00 | SM5220D | ZMH | 1551 | |
| MBAS, calculated as LAS, mw 340 | 0.083 | 0.030 | 0.050 | mg/L | 1 | AC23622 | 03/10/22 08:15 | 03/10/22 16:15 | SM5540C | MRL | 1551 | |
| Specific Conductance (EC) | 240 | 1.0 | 20 | umhos/cm | 1 | AC23734 | 03/11/22 11:34 | 03/11/22 11:34 | SM2510B | AMM | 2922 | |
| UV254 Absorbance | 0.33 | 0.0050 | 0.0050 | cm-1 | 1 | AC23673 | 03/10/22 09:30 | 03/10/22 09:30 | SM5910B | ANM | 2922 | |
| Nitrate + Nitrite as N | 0.10 | 0.040 | 0.20 | mg/L | 1 | AC24180 | 03/21/22 08:05 | 03/22/22 10:45 | SM4500-NO3 E | EV | 1551 | J |
| **3GT4 (22C1521-03) Water   Sampled: 03/09/22 12:40   Received: 03/09/22 23:30** | | | | | | | | | | | | |
| Chemical Oxygen Demand | 22 | 20 | 50 | mg/L | 1 | AC23819 | 03/16/22 10:30 | 03/17/22 08:00 | SM5220D | ZMH | 1551 | J |
| MBAS, calculated as LAS, mw 340 | 0.030 | 0.030 | 0.050 | mg/L | 1 | AC23622 | 03/10/22 08:15 | 03/10/22 16:15 | SM5540C | MRL | 1551 | J |
| Specific Conductance (EC) | 180 | 1.0 | 20 | umhos/cm | 1 | AC23734 | 03/11/22 11:34 | 03/11/22 11:34 | SM2510B | AMM | 2922 | |
| UV254 Absorbance | 0.054 | 0.0050 | 0.0050 | cm-1 | 1 | AC23673 | 03/10/22 09:30 | 03/10/22 09:30 | SM5910B | ANM | 2922 | |
| Nitrate + Nitrite as N | 0.48 | 0.040 | 0.20 | mg/L | 1 | AC24180 | 03/21/22 08:05 | 03/22/22 10:45 | SM4500-NO3 E | EV | 1551 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

MCSP0041202

**Alpha**

Alpha Analytical Laboratories, Inc.

email: clientservices@alpha-labs.com

Corporate: 208 Mason Street | Ukiah, CA 95482 | T: 707-468-0401 | F: 707-468-5267 | ELAP# 1551

| | | |
|---|---|---|
| ████████████ | Project Manager: ████████ | |
| ████████████ | Project: Mule Creek State Prison | Reported: |
| ████████████ | Project Number: [none] | 04/18/22 14:01 |

### Anions by EPA Method 300.0

| Analyte | Result | MDL | Reporting Limit | Units | Dilution | Batch | Prepared | Analyzed | Method | Analyst | ELAP # | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1D1A10 (22C1521-01) Water   Sampled: 03/09/22 10:25   Received: 03/09/22 23:30** | | | | | | | | | | | | |
| Chloride | 7.9 | 0.20 | 0.50 | mg/L | 1 | AC23698 | 03/09/22 15:17 | 03/09/22 15:17 | EPA 300 0 | AMM | 2922 | |
| **2D1A10 (22C1521-02) Water   Sampled: 03/09/22 11:20   Received: 03/09/22 23:30** | | | | | | | | | | | | |
| Chloride | 9.4 | 0.20 | 0.50 | mg/L | 1 | AC23698 | 03/09/22 15:36 | 03/09/22 15:36 | EPA 300 0 | AMM | 2922 | |
| **3GT4 (22C1521-03) Water   Sampled: 03/09/22 12:40   Received: 03/09/22 23:30** | | | | | | | | | | | | |
| Chloride | 8.3 | 0.20 | 0.50 | mg/L | 1 | AC23698 | 03/09/22 15:55 | 03/09/22 15:55 | EPA 300 0 | AMM | 2922 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

MCSP0041203



Alpha Analytical Laboratories, Inc.

email: clientservices@alpha-labs.com

Corporate: 208 Mason Street | Ukiah, CA 95482 | T: 707-468-0401 | F: 707-468-5267 | ELAP# 1551

|  |  |
|---|---|
| ████████████████████<br>████████████<br>██████████ | Project Manager: ██████████<br>Project: Mule Creek State Prison<br>Project Number: [none] | Reported:<br>04/18/22 14:01 |

### Microbiological Parameters by APHA Standard Methods

| Analyte | Result | MDL | Reporting Limit | Units | Dilution | Batch | Prepared | Analyzed | Method | Analyst | ELAP # | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1D1A10 (22C1521-01) Water   Sampled: 03/09/22 10:25   Received: 03/09/22 23:30** |
| Total Coliforms | >1600 | 1 8 | 1 8 | MPN/100mL | 1 | AC23747 | 03/09/22 14:50 | 03/11/22 13:17 | SM9221B,C | ANM | 2922 | |
| E Coli | >2419 6 | 1 0 | 1 0 | MPN/100mL | 1 | AC23738 | 03/09/22 15:02 | 03/10/22 15:39 | SM9223B | ANM | 2922 | |
| Fecal Coliforms | >1600 | 1 8 | 1 8 | MPN/100mL | 1 | AC23747 | 03/09/22 14:50 | 03/11/22 13:17 | SM9221C,E | ANM | 2922 | |
| **2D1A10 (22C1521-02) Water   Sampled: 03/09/22 11:20   Received: 03/09/22 23:30** |
| Total Coliforms | >1600 | 1 8 | 1 8 | MPN/100mL | 1 | AC23747 | 03/09/22 14:54 | 03/11/22 13:21 | SM9221B,C | ANM | 2922 | |
| E. Coli | 1119.9 | 1.0 | 1.0 | MPN/100mL | 1 | AC23738 | 03/09/22 15:02 | 03/10/22 15:39 | SM9223B | ANM | 2922 | |
| Fecal Coliforms | 1600 | 1.8 | 1.8 | MPN/100mL | 1 | AC23747 | 03/09/22 14:54 | 03/11/22 13:21 | SM9221C,E | ANM | 2922 | |
| **3GT4 (22C1521-03) Water   Sampled: 03/09/22 12:40   Received: 03/09/22 23:30** |
| Total Coliforms | >1600 | 1 8 | 1 8 | MPN/100mL | 1 | AC23747 | 03/09/22 14:50 | 03/11/22 13:18 | SM9221B,C | ANM | 2922 | |
| E. Coli | 90.8 | 1.0 | 1.0 | MPN/100mL | 1 | AC23738 | 03/09/22 15:02 | 03/10/22 15:39 | SM9223B | ANM | 2922 | |
| Fecal Coliforms | 130 | 1.8 | 1.8 | MPN/100mL | 1 | AC23747 | 03/09/22 14:50 | 03/11/22 13:18 | SM9221C,E | ANM | 2922 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

MCSP0041204



Alpha Analytical Laboratories, Inc.

email: clientservices@alpha-labs.com

Corporate: 208 Mason Street | Ukiah, CA 95482 | T: 707-468-0401 | F: 707-468-5267 | ELAP# 1551

| | |
|---|---|
| Project Manager: ▉▉▉ | |
| Project: Mule Creek State Prison | Reported: |
| Project Number: [none] | 04/18/22 14:01 |

### Metals by EPA 200 Series Methods - Quality Control

| Analyte | Result | MDL | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Batch AC23631 - Metals Digest** | | | | | | | | | | | |
| **Blank (AC23631-BLK1)** | | | | | Prepared: 03/10/22 Analyzed: 03/11/22 | | | | | | |
| Iron | ND | 0 050 | 0 10 | mg/L | | | | | | | U |
| **LCS (AC23631-BS1)** | | | | | Prepared: 03/10/22 Analyzed: 03/11/22 | | | | | | |
| Iron | 2 00 | 0 050 | 0 10 | mg/L | 2 00 | | 100 | 85-115 | | | |
| **Duplicate (AC23631-DUP1)** | | Source: 22C0713-01 | | | Prepared: 03/10/22 Analyzed: 03/11/22 | | | | | | |
| Iron | 0 222 | 0 050 | 0 10 | mg/L | | 0 224 | | | 0 912 | 20 | |
| **Matrix Spike (AC23631-MS1)** | | Source: 22C0713-01 | | | Prepared: 03/10/22 Analyzed: 03/11/22 | | | | | | |
| Iron | 2 28 | 0 050 | 0 10 | mg/L | 2 00 | 0 224 | 103 | 70-130 | | | |
| **Matrix Spike (AC23631-MS2)** | | Source: 22C1521-01 | | | Prepared: 03/10/22 Analyzed: 03/11/22 | | | | | | |
| Iron | 2 26 | 0 050 | 0 10 | mg/L | 2 00 | 0 265 | 99 7 | 70-130 | | | |
| **Matrix Spike Dup (AC23631-MSD1)** | | Source: 22C0713-01 | | | Prepared: 03/10/22 Analyzed: 03/11/22 | | | | | | |
| Iron | 2 21 | 0 050 | 0 10 | mg/L | 2 00 | 0 224 | 99 2 | 70-130 | 3 41 | 20 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

Page 7 of 14

MCSP0041205



Alpha Analytical Laboratories, Inc.

Corporate: 208 Mason Street | Ukiah, CA 95482 | T: 707-468-0401 | F: 707-468-5267 | ELAP# 1551

email: clientservices@alpha-labs.com

| | | |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮<br>▮▮▮▮▮ | Project Manager: ▮▮▮▮<br>Project: Mule Creek State Prison<br>Project Number: [none] | Reported:<br>04/18/22 14:01 |

## Metals by EPA Method 200.8 ICP/MS - Quality Control

| Analyte | Result | MDL | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Batch AC23630 - EPA 200.8** | | | | | | | | | | | |
| **Blank (AC23630-BLK1)** | | | | | Prepared: 03/11/22 Analyzed: 03/14/22 | | | | | | |
| Aluminum | ND | 5 0 | 10 | ug/L | | | | | | | U |
| Arsenic | ND | 0 40 | 0 50 | ug/L | | | | | | | U |
| Copper | ND | 0 40 | 0 50 | ug/L | | | | | | | U |
| Lead | ND | 0 060 | 0 25 | ug/L | | | | | | | U |
| Manganese | ND | 2 0 | 5 0 | ug/L | | | | | | | U |
| Zinc | 1 05 | 1 0 | 5 0 | ug/L | | | | | | | J |
| **LCS (AC23630-BS1)** | | | | | Prepared: 03/11/22 Analyzed: 03/14/22 | | | | | | |
| Aluminum | 536 | 5 0 | 10 | ug/L | 520 | | 103 | 85-115 | | | |
| Arsenic | 20 3 | 0 40 | 0 50 | ug/L | 20 0 | | 101 | 85-115 | | | |
| Copper | 20 0 | 0 40 | 0 50 | ug/L | 20 0 | | 99 8 | 85-115 | | | |
| Lead | 19 6 | 0 060 | 0 25 | ug/L | 20 0 | | 97 9 | 85-115 | | | |
| Manganese | 22 0 | 2 0 | 5 0 | ug/L | 20 0 | | 110 | 85-115 | | | |
| Zinc | 104 | 1 0 | 5 0 | ug/L | 100 | | 104 | 85-115 | | | |
| **Duplicate (AC23630-DUP1)** | | | Source: 22C1235-03 | | Prepared: 03/11/22 Analyzed: 03/14/22 | | | | | | |
| Aluminum | 6 50 | 5 0 | 10 | ug/L | | 5 15 | | | 23 0 | 20 | J |
| Arsenic | 1 50 | 0 40 | 0 50 | ug/L | | 1 48 | | | 1 56 | 20 | |
| Copper | 2 03 | 0 40 | 0 50 | ug/L | | 1 97 | | | 2 61 | 20 | |
| Lead | 0 114 | 0 060 | 0 25 | ug/L | | ND | | | 200 | 20 | J |
| Manganese | 4 50 | 2 0 | 5 0 | ug/L | | 4 53 | | | 0 609 | 20 | J |
| Zinc | 47 7 | 1 0 | 5 0 | ug/L | | 47 1 | | | 1 14 | 20 | |
| **MRL Check (AC23630-MRL1)** | | | | | Prepared: 03/11/22 Analyzed: 03/14/22 | | | | | | |
| Aluminum | 11 3 | 5 0 | 10 | ug/L | 8 00 | | 141 | 0-200 | | | |
| Lead | 0 203 | 0 060 | 0 25 | ug/L | 0 200 | | 101 | 0-200 | | | J |
| Manganese | 4 52 | 2 0 | 5 0 | ug/L | 4 00 | | 113 | 0-200 | | | J |
| Zinc | 4 87 | 1 0 | 5 0 | ug/L | 4 00 | | 122 | 0-200 | | | J |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

MCSP0041206



Alpha Analytical Laboratories, Inc.

email: clientservices@alpha-labs.com

Corporate: 208 Mason Street | Ukiah, CA 95482 | T: 707-468-0401 | F: 707-468-5267 | ELAP# 1551

| | |
|---|---|
| Project Manager: ▮▮▮▮▮ | |
| Project: Mule Creek State Prison | Reported: |
| Project Number: [none] | 04/18/22 14:01 |

## Metals by EPA Method 200.8 ICP/MS - Quality Control

| Analyte | Result | MDL | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Batch AC23630 - EPA 200.8** | | | | | | | | | | | |
| **Matrix Spike (AC23630-MS1)** | | | Source: 22C1235-03 | | Prepared: 03/11/22 | Analyzed: 03/14/22 | | | | | |
| Aluminum | 574 | 5 0 | 10 | ug/L | 520 | 5 15 | 109 | 70-130 | | | |
| Arsenic | 22 2 | 0 40 | 0 50 | ug/L | 20 0 | 1 48 | 104 | 70-130 | | | |
| Copper | 20 4 | 0 40 | 0 50 | ug/L | 20 0 | 1 97 | 92 1 | 70-130 | | | |
| Lead | 18 8 | 0 060 | 0 25 | ug/L | 20 0 | ND | 94 1 | 70-130 | | | |
| Manganese | 24 5 | 2 0 | 5 0 | ug/L | 20 0 | 4 53 | 100 | 70-130 | | | |
| Zinc | 139 | 1 0 | 5 0 | ug/L | 100 | 47 1 | 91 5 | 70-130 | | | |
| **Matrix Spike (AC23630-MS2)** | | | Source: 22C0738-02 | | Prepared: 03/11/22 | Analyzed: 03/16/22 | | | | | |
| Aluminum | 947 | 20 | 40 | ug/L | 520 | | 182 | 70-130 | | | |
| Arsenic | 20 9 | 1 6 | 2 0 | ug/L | 20 0 | ND | 105 | 70-130 | | | |
| Copper | 65 4 | 1 6 | 2 0 | ug/L | 20 0 | 43 0 | 112 | 70-130 | | | |
| Lead | 20 3 | 0 24 | 1 0 | ug/L | 20 0 | 1 55 | 93 5 | 70-130 | | | |
| Zinc | 275 | 4 0 | 20 | ug/L | 100 | 164 | 110 | 70-130 | | | |
| **Matrix Spike Dup (AC23630-MSD1)** | | | Source: 22C1235-03 | | Prepared: 03/11/22 | Analyzed: 03/14/22 | | | | | |
| Aluminum | 566 | 5 0 | 10 | ug/L | 520 | 5 15 | 108 | 70-130 | 1 48 | 20 | |
| Arsenic | 22 6 | 0 40 | 0 50 | ug/L | 20 0 | 1 48 | 105 | 70-130 | 1 55 | 20 | |
| Copper | 20 6 | 0 40 | 0 50 | ug/L | 20 0 | 1 97 | 93 3 | 70-130 | 1 13 | 20 | |
| Lead | 19 0 | 0 060 | 0 25 | ug/L | 20 0 | ND | 95 2 | 70-130 | 1 13 | 20 | |
| Manganese | 24 9 | 2 0 | 5 0 | ug/L | 20 0 | 4 53 | 102 | 70-130 | 1 61 | 20 | |
| Zinc | 140 | 1 0 | 5 0 | ug/L | 100 | 47 1 | 93 1 | 70-130 | 1 12 | 20 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

MCSP0041207



Alpha Analytical Laboratories, Inc.

Corporate: 208 Mason Street | Ukiah, CA 95482 | T: 707-468-0401 | F: 707-468-5267 | ELAP# 1551

email: clientservices@alpha-labs.com

| | |
|---|---|
| Project Manager: ▮▮▮▮ | |
| Project: Mule Creek State Prison | Reported: |
| Project Number: [none] | 04/18/22 14:01 |

### Conventional Chemistry Parameters by APHA/EPA Methods - Quality Control

| Analyte | Result | MDL | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Batch AC23622 - General Preparation** | | | | | | | | | | | |
| **Blank (AC23622-BLK1)** | | | | | Prepared & Analyzed: 03/10/22 | | | | | | |
| MBAS, calculated as LAS, mw 340 | ND | 0 030 | 0 050 | mg/L | | | | | | | U |
| **LCS (AC23622-BS1)** | | | | | Prepared & Analyzed: 03/10/22 | | | | | | |
| MBAS, calculated as LAS, mw 340 | 0 190 | 0 030 | 0 050 | mg/L | 0 200 | | 94 8 | 80-120 | | | |
| **Matrix Spike (AC23622-MS1)** | | Source: 22C1538-01 | | | Prepared & Analyzed: 03/10/22 | | | | | | |
| MBAS, calculated as LAS, mw 340 | 0 182 | 0 030 | 0 050 | mg/L | 0 200 | ND | 91 0 | 80-120 | | | |
| **Matrix Spike Dup (AC23622-MSD1)** | | Source: 22C1538-01 | | | Prepared & Analyzed: 03/10/22 | | | | | | |
| MBAS, calculated as LAS, mw 340 | 0 193 | 0 030 | 0 050 | mg/L | 0 200 | ND | 96 7 | 80-120 | 6 07 | 20 | |
| **Batch AC23673 - General Prep (CV)** | | | | | | | | | | | |
| **Blank (AC23673-BLK1)** | | | | | Prepared & Analyzed: 03/10/22 | | | | | | |
| UV254 Absorbance | ND | 0 0050 | 0 0050 | cm-1 | | | | | | | U |
| **Duplicate (AC23673-DUP1)** | | Source: 22C1521-01 | | | Prepared & Analyzed: 03/10/22 | | | | | | |
| UV254 Absorbance | 0 104 | 0 0050 | 0 0050 | cm-1 | | 0 100 | | | 3 90 | 10 | |
| **Batch AC23734 - General Prep (CV)** | | | | | | | | | | | |
| **Duplicate (AC23734-DUP1)** | | Source: 22C1499-08 | | | Prepared & Analyzed: 03/11/22 | | | | | | |
| Specific Conductance (EC) | 2100 | 1 0 | 20 | umhos/cm | | 2200 | | | 4 65 | 5 | |
| **Batch AC23819 - General Preparation** | | | | | | | | | | | |
| **Blank (AC23819-BLK1)** | | | | | Prepared: 03/16/22  Analyzed: 03/17/22 | | | | | | |
| Chemical Oxygen Demand | ND | 20 | 50 | mg/L | | | | | | | U |

---

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

MCSP0041208



Alpha Analytical Laboratories, Inc.

Corporate: 208 Mason Street | Ukiah, CA 95482 | T: 707-468-0401 | F: 707-468-5267 | ELAP# 1551

email: clientservices@alpha-labs.com

| | |
|---|---|
| Project Manager: ▮▮▮▮▮ | |
| Project: Mule Creek State Prison | Reported: |
| Project Number: [none] | 04/18/22 14:01 |

### Conventional Chemistry Parameters by APHA/EPA Methods - Quality Control

| Analyte | Result | MDL | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Batch AC23819 - General Preparation** | | | | | | | | | | | |
| **LCS (AC23819-BS1)** | | | | | Prepared: 03/16/22 Analyzed: 03/17/22 | | | | | | |
| Chemical Oxygen Demand | 410 | 20 | 50 | mg/L | 400 | | 102 | 85-115 | | | |
| **LCS Dup (AC23819-BSD1)** | | | | | Prepared: 03/16/22 Analyzed: 03/17/22 | | | | | | |
| Chemical Oxygen Demand | 414 | 20 | 50 | mg/L | 400 | | 104 | 85-115 | 0 971 | 20 | |
| **Duplicate (AC23819-DUP1)** | | Source: 22C0550-01 | | | Prepared: 03/16/22 Analyzed: 03/17/22 | | | | | | |
| Chemical Oxygen Demand | 58 0 | 20 | 50 | mg/L | | 58 0 | | | 0 00 | 20 | |
| **Matrix Spike (AC23819-MS1)** | | Source: 22C0550-01 | | | Prepared: 03/16/22 Analyzed: 03/17/22 | | | | | | |
| Chemical Oxygen Demand | 457 | 20 | 50 | mg/L | 400 | 58 0 | 99 8 | 85-115 | | | |
| **Matrix Spike Dup (AC23819-MSD1)** | | Source: 22C0550-01 | | | Prepared: 03/16/22 Analyzed: 03/17/22 | | | | | | |
| Chemical Oxygen Demand | 463 | 20 | 50 | mg/L | 400 | 58 0 | 101 | 85-115 | 1 30 | 20 | |
| **Batch AC24180 - General Preparation** | | | | | | | | | | | |
| **Blank (AC24180-BLK1)** | | | | | Prepared: 03/21/22 Analyzed: 03/22/22 | | | | | | |
| Nitrate + Nitrite as N | ND | 0 040 | 0 20 | mg/L | | | | | | | U |
| **LCS (AC24180-BS1)** | | | | | Prepared: 03/21/22 Analyzed: 03/22/22 | | | | | | |
| Nitrate + Nitrite as N | 0 399 | 0 040 | 0 20 | mg/L | 0 400 | | 99 7 | 85-115 | | | |
| **LCS Dup (AC24180-BSD1)** | | | | | Prepared: 03/21/22 Analyzed: 03/22/22 | | | | | | |
| Nitrate + Nitrite as N | 0 402 | 0 040 | 0 20 | mg/L | 0 400 | | 100 | 85-115 | 0 699 | 15 | |
| **Matrix Spike (AC24180-MS1)** | | Source: 22C1718-03 | | | Prepared: 03/21/22 Analyzed: 03/22/22 | | | | | | |
| Nitrate + Nitrite as N | 0 542 | 0 040 | 0 20 | mg/L | 0 400 | 0 0943 | 112 | 80-120 | | | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

MCSP0041209

![Alpha Analytical Laboratories, Inc. logo]

Alpha Analytical Laboratories, Inc.

email: clientservices@alpha-labs.com

Corporate: 208 Mason Street | Ukiah, CA 95482 | T: 707-468-0401 | F: 707-468-5267 | ELAP# 1551

| | | |
|---|---|---|
| ████████████████████ | Project Manager: ████████ | |
| ███████████████ | Project: Mule Creek State Prison | Reported: |
| ████████ | Project Number: [none] | 04/18/22 14:01 |

## Conventional Chemistry Parameters by APHA/EPA Methods - Quality Control

| Analyte | Result | MDL | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Batch AC24180 - General Preparation** | | | | | | | | | | | |
| **Matrix Spike Dup (AC24180-MSD1)** | | | Source: 22C1718-03 | | Prepared: 03/21/22 | Analyzed: 03/22/22 | | | | | |
| Nitrate + Nitrite as N | 0 546 | 0 040 | 0 20 | mg/L | 0 400 | 0 0943 | 113 | 80-120 | 0 754 | 15 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

MCSP0041210



Alpha Analytical Laboratories, Inc.

email: clientservices@alpha-labs.com

Corporate: 208 Mason Street | Ukiah, CA 95482 | T: 707-468-0401 | F: 707-468-5267 | ELAP# 1551

| | | |
|---|---|---|
| ▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉<br>▉▉▉▉▉ | Project Manager: ▉▉▉▉▉<br>Project: Mule Creek State Prison<br>Project Number: [none] | Reported:<br>04/18/22 14:01 |

## Anions by EPA Method 300.0 - Quality Control

| Analyte | Result | MDL | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Batch AC23698 - General Prep (CV)** | | | | | | | | | | | |
| **Blank (AC23698-BLK1)** | | | | | Prepared & Analyzed: 03/09/22 | | | | | | |
| Chloride | ND | 0 20 | 0 50 | mg/L | | | | | | | U |
| **LCS (AC23698-BS1)** | | | | | Prepared & Analyzed: 03/09/22 | | | | | | |
| Chloride | 11 1 | 0 20 | 0 50 | mg/L | 11 1 | | 100 | 90-110 | | | |
| **Duplicate (AC23698-DUP1)** | | Source: 22C1279-01 | | | Prepared & Analyzed: 03/09/22 | | | | | | |
| Chloride | 22 0 | 0 40 | 1 0 | mg/L | | 22 0 | | | 0 00 | 20 | |
| **Matrix Spike (AC23698-MS1)** | | Source: 22C1279-01 | | | Prepared & Analyzed: 03/09/22 | | | | | | |
| Chloride | 44 9 | 0 40 | 1 0 | mg/L | 22 2 | 22 0 | 103 | 80-120 | | | E |
| **Matrix Spike (AC23698-MS2)** | | Source: 22C1678-01 | | | Prepared & Analyzed: 03/09/22 | | | | | | |
| Chloride | 46 2 | 0 20 | 0 50 | mg/L | 11 1 | 38 7 | 67 8 | 80-120 | | | E |
| **Matrix Spike Dup (AC23698-MSD1)** | | Source: 22C1279-01 | | | Prepared & Analyzed: 03/09/22 | | | | | | |
| Chloride | 44 9 | 0 40 | 1 0 | mg/L | 22 2 | 22 0 | 103 | 80-120 | 0 0297 | 20 | E |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

MCSP0041211

# alpha

**Alpha Analytical Laboratories, Inc.**

email: clientservices@alpha-labs.com

Corporate: 208 Mason Street | Ukiah, CA 95482 | T: 707-468-0401 | F: 707-468-5267 | ELAP# 1551

| | | |
|---|---|---|
| ████████████████ | Project Manager: ████████ | |
| ████████████ | Project: Mule Creek State Prison | Reported: |
| ████████ | Project Number: [none] | 04/18/22 14:01 |

## Notes and Definitions

| 1600 | 1600 |
|---|---|
| >2419.6 | >2419.6 |

| | |
|---|---|
| E | The concentration indicated for this analyte is an estimated value above the calibration range of the instrument. This value is considered an estimate. |
| J | Detected but below the Reporting Limit; therefore, result is an estimated concentration, detected but not quantified (DNQ). |
| U | Analyte included in analysis, but not detected at or above MDL. |
| ND | Analyte NOT DETECTED at or above the reporting limit |
| dry | Sample results reported on a dry weight basis |
| MDL | Method detection limit |
| Rec | Recovery |
| RPD | Relative Percent Difference |

Non accredited analytes are reported only when ELAP accreditation for a requested analyte method pair is not available   For a list of accredited analytes, view our certificates at the Company link on our website at www alpha-labs com or contact your Project Manager directly

---

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*

MCSP0041212



WECK LABORATORIES, INC.

# Certificate of Analysis

### FINAL REPORT

| | | | |
|---|---|---|---|
| **Work Orders:** | 2C11027 | **Report Date:** | 4/15/2022 |
| | | **Received Date:** | 3/11/2022 |
| **Project:** | 22C1521 | **Turnaround Time:** | Normal |
| | | **Phones:** | (925) 828-6226 |
| | | **Fax:** | (925) 828-6309 |
| | | **P.O. #:** | |
| **Attn:** | Robbie Phillips | **Billing Code:** | |
| **Client:** | Alpha Analytical Laboratories - Ukiah CA | | |
| | 208 Mason St | | |
| | Ukiah, CA 95482 | | |

---

EPA-UCMR #CA00211  ●  Guam-EPA #17-008R  ●  LACSD #10143  ●  NJ-DEP #CA015  ●  NV-DEP #NAC 445A  ●  SCAQMD #93LA1006

*This is a complete final report. The information in this report applies to the samples analyzed in accordance with the chain-of-custody document. Weck Laboratories certifies that the test results meet all requirements of TNI unless noted by qualifiers or written in the Case Narrative. This analytical report must be reproduced in its entirety.*

Dear Robbie Phillips,

Enclosed are the results of analyses for samples received 3/11/22 with the Chain-of-Custody document. The samples were received in good condition, at 5.4 °C and on ice. All analyses met the method criteria except as noted in the case narrative or in the report with data qualifiers.

**Reviewed by:**

*[signature]*

Rahul R. Nair
Project Manager





# WECK LABORATORIES, INC.

# Certificate of Analysis
## FINAL REPORT

Alpha Analytical Laboratories - Ukiah CA
208 Mason St
Ukiah, CA 95482

**Project Number:** 22C1521

**Project Manager:** Robbie Phillips

**Reported:**
04/15/2022 13:55

## Sample Summary

| Sample Name | Sampled By | Lab ID | Matrix | Sampled | Qualifiers |
|---|---|---|---|---|---|
| 22C1521-01 1D1A10 | Client | 2C11027-01 | Water | 03/09/22 10:25 | |
| 22C1521-02 2D1A10 | Client | 2C11027-02 | Water | 03/09/22 11:20 | |
| 22C1521-03 3GT4 | Client | 2C11027-03 | Water | 03/09/22 12:40 | |

2C11027

Page 2 of 15

MCSP0041214

# WECK LABORATORIES, INC.

# Certificate of Analysis
## FINAL REPORT

Alpha Analytical Laboratories - Ukiah CA
208 Mason St
Ukiah, CA  95482

**Project Number:**  22C1521

**Project Manager:**  Robbie Phillips

**Reported:**
04/15/2022  13:55

## Sample Results

| Sample: | 22C1521-01 1D1A10 | | | | | | Sampled: 03/09/22 10:25 by Client |
|---|---|---|---|---|---|---|---|
| | 2C11027-01 (Water) | | | | | | |

| Analyte | Result | MRL | Units | Dil | Analyzed | Qualifier |
|---|---|---|---|---|---|---|
| **PPCPs - Hormones by LC/MSMS-APCI** | | | | | | |
| Method: EPA 1694M-APCI | | Instr: LCMS03 | | | | |
| Batch ID: W2C0952    Preparation: EPA 3535/SPE | | Prepared: 03/14/22 10:29 | | | | Analyst: jna |
| 17-a-Ethynylestradiol | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| 17-b-Estradiol | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Estrone | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Progesterone | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Testosterone | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| **PPCPs - Pharmaceuticals by LC/MSMS-ESI-** | | | | | | |
| Method: EPA 1694M-ESI- | | Instr: LCMS03 | | | | |
| Batch ID: W2C0953    Preparation: EPA 3535/SPE | | Prepared: 03/14/22 10:28 | | | | Analyst: jna |
| **Bisphenol A** | **60** | 4.0 | ng/l | 1 | 03/15/22 | |
| Diclofenac | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Gemfibrozil | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Iopromide | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| **Naproxen** | **6 9** | 4.0 | ng/l | 1 | 03/15/22 | |
| Salicylic Acid | ND | 100 | ng/l | 1 | 03/15/22 | |
| Triclosan | ND | 8.0 | ng/l | 1 | 03/15/22 | |
| **PPCPs - Pharmaceuticals by LC/MSMS-ESI+** | | | | | | |
| Method: EPA 1694M-ESI+ | | Instr: LCMS03 | | | | |
| Batch ID: W2C0954    Preparation: EPA 3535/SPE | | Prepared: 03/14/22 10:27 | | | | Analyst: jna |
| **Acetaminophen** | **6.2** | 5.0 | ng/l | 1 | 03/14/22 | |
| Amoxicillin | ND | 20 | ng/l | 1 | 03/14/22 | |
| Atenolol | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Atorvastatin | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Azithromycin | ND | 20 | ng/l | 1 | 03/14/22 | |
| Carbamazepine | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Ciprofloxacin | ND | 20 | ng/l | 1 | 03/14/22 | |
| Cotinine | ND | 8.0 | ng/l | 1 | 03/14/22 | |
| **DEET** | **16** | 4.0 | ng/l | 1 | 03/14/22 | |
| Diazepam | ND | 4 0 | ng/l | 1 | 03/14/22 | |
| Fluoxetine | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Meprobamate | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Methadone | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Sulfamethoxazole | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| TCEP | ND | 10 | ng/l | 1 | 03/14/22 | |
| TCPP | ND | 50 | ng/l | 1 | 03/14/22 | |
| Trimethoprim | ND | 4.0 | ng/l | 1 | 03/14/22 | |

14859 Clark Avenue,City of Industry CA, 91745  |  Phone: (626) 336-2139  |  Fax: (626) 336-2634
www.wecklabs.com

MCSP0041215

![WECK LABORATORIES, INC. logo]

# Certificate of Analysis
## FINAL REPORT

**Alpha Analytical Laboratories - Ukiah CA**
208 Mason St
Ukiah, CA 95482

**Project Number:** 22C1521

**Project Manager:** Robbie Phillips

**Reported:**
04/15/2022 13:55

## Sample Results

(Continued)

| Sample: | 22C1521-01 1D1A10 | | | | Sampled: 03/09/22 10:25 by Client | |
|---|---|---|---|---|---|---|
| | 2C11027-01RE1 (Water) | | | | | |

| Analyte | Result | MRL | Units | Dil | Analyzed | Qualifier |
|---|---|---|---|---|---|---|
| **PPCPs - Pharmaceuticals by LC/MSMS-ESI-** | | | | | | |
| **Method:** EPA 1694M-ESI- | | **Instr:** LCMS03 | | | | |
| **Batch ID:** W2C0953    **Preparation:** EPA 3535/SPE | | **Prepared:** 03/14/22 10:28 | | | | **Analyst:** jna |
| Ibuprofen | 6.3 | 4.0 | ng/l | 1 | 03/15/22 | |
| **PPCPs - Pharmaceuticals by LC/MSMS-ESI+** | | | | | | |
| **Method:** EPA 1694M-ESI+ | | **Instr:** LCMS03 | | | | |
| **Batch ID:** W2C0954    **Preparation:** EPA 3535/SPE | | **Prepared:** 03/14/22 10:27 | | | | **Analyst:** jna |
| Caffeine | 1200 | 20 | ng/l | 5 | 03/14/22 | M-06 |

## Sample Results

(Continued)

| Sample: | 22C1521-01 1D1A10 | | | | Sampled: 03/09/22 10:25 by Client | |
|---|---|---|---|---|---|---|
| | 2C11027-01RE2 (Water) | | | | | |

| Analyte | Result | MRL | Units | Dil | Analyzed | Qualifier |
|---|---|---|---|---|---|---|
| **PPCPs - Pharmaceuticals by LC/MSMS-ESI+** | | | | | | |
| **Method:** EPA 1694M-ESI+ | | **Instr:** LCMS03 | | | | |
| **Batch ID:** W2C0954    **Preparation:** EPA 3535/SPE | | **Prepared:** 03/14/22 10:27 | | | | **Analyst:** jna |
| Phenytoin (Dilantin) | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Primidone | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| **TDCPP** | 160 | 50 | ng/l | 1 | 03/15/22 | |

14859 Clark Avenue,City of Industry CA, 91745  |  Phone: (626) 336-2139  |  Fax: (626) 336-2634
www.wecklabs.com

MCSP0041216



# Certificate of Analysis

**FINAL REPORT**

Alpha Analytical Laboratories - Ukiah CA
208 Mason St
Ukiah, CA  95482

**Project Number:** 22C1521

**Project Manager:** Robbie Phillips

**Reported:**
04/15/2022  13:55

## Sample Results

(Continued)

| Sample: | 22C1521-02 2D1A10 | | | | | Sampled: 03/09/22 11:20 by Client | |
|---------|------------------|---|---|---|---|---|---|
| | 2C11027-02 (Water) | | | | | | |

| Analyte | Result | MRL | Units | Dil | Analyzed | Qualifier |
|---------|--------|-----|-------|-----|----------|-----------|
| **PPCPs - Hormones by LC/MSMS-APCI** | | | | | | |
| **Method:** EPA 1694M-APCI | | **Instr:** LCMS03 | | | | |
| **Batch ID:** W2C0952   **Preparation:** EPA 3535/SPE | | **Prepared:** 03/14/22 10:29 | | | | **Analyst:** jna |
| 17-a-Ethynylestradiol | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| 17-b-Estradiol | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Estrone | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Progesterone | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Testosterone | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| **PPCPs - Pharmaceuticals by LC/MSMS-ESI-** | | | | | | |
| **Method:** EPA 1694M-ESI- | | **Instr:** LCMS03 | | | | |
| **Batch ID:** W2C0953   **Preparation:** EPA 3535/SPE | | **Prepared:** 03/14/22 10:28 | | | | **Analyst:** jna |
| **Bisphenol A** | **90** | 4.0 | ng/l | 1 | 03/15/22 | |
| Diclofenac | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Gemfibrozil | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Iopromide | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| **Naproxen** | **5 3** | 4.0 | ng/l | 1 | 03/15/22 | |
| Salicylic Acid | ND | 100 | ng/l | 1 | 03/15/22 | |
| Triclosan | ND | 8.0 | ng/l | 1 | 03/15/22 | |
| **PPCPs - Pharmaceuticals by LC/MSMS-ESI+** | | | | | | |
| **Method:** EPA 1694M-ESI+ | | **Instr:** LCMS03 | | | | |
| **Batch ID:** W2C0954   **Preparation:** EPA 3535/SPE | | **Prepared:** 03/14/22 10:27 | | | | **Analyst:** jna |
| **Acetaminophen** | **680** | 5.0 | ng/l | 1 | 03/14/22 | |
| Amoxicillin | ND | 20 | ng/l | 1 | 03/14/22 | |
| Atenolol | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Atorvastatin | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Azithromycin | ND | 20 | ng/l | 1 | 03/14/22 | |
| **Carbamazepine** | **7.7** | 4.0 | ng/l | 1 | 03/14/22 | |
| Ciprofloxacin | ND | 20 | ng/l | 1 | 03/14/22 | |
| **Cotinine** | **38** | 8.0 | ng/l | 1 | 03/14/22 | |
| **DEET** | **17** | 4.0 | ng/l | 1 | 03/14/22 | |
| Diazepam | ND | 4 0 | ng/l | 1 | 03/14/22 | |
| Fluoxetine | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Meprobamate | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Methadone | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Sulfamethoxazole | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| TCEP | ND | 10 | ng/l | 1 | 03/14/22 | |
| **TCPP** | **140** | 50 | ng/l | 1 | 03/14/22 | |
| Trimethoprim | ND | 4.0 | ng/l | 1 | 03/14/22 | |

2C11027

MCSP0041217

# Certificate of Analysis

**FINAL REPORT**

**WECK LABORATORIES, INC.**

| | | |
|---|---|---|
| Alpha Analytical Laboratories - Ukiah CA | **Project Number:** 22C1521 | **Reported:** |
| 208 Mason St | | 04/15/2022  13:55 |
| Ukiah, CA  95482 | **Project Manager:** Robbie Phillips | |

## Sample Results

(Continued)

**Sample:** 22C1521-02 2D1A10 — Sampled: 03/09/22 11:20 by Client

2C11027-02RE1 (Water)

| Analyte | Result | MRL | Units | Dil | Analyzed | Qualifier |
|---|---|---|---|---|---|---|
| **PPCPs - Pharmaceuticals by LC/MSMS-ESI-** | | | | | | |
| **Method:** EPA 1694M-ESI- | | **Instr:** LCMS03 | | | | |
| **Batch ID:** W2C0953 — **Preparation:** EPA 3535/SPE | | **Prepared:** 03/14/22 10:28 | | | | **Analyst:** jna |
| Ibuprofen | 66 | 4.0 | ng/l | 1 | 03/15/22 | |
| **PPCPs - Pharmaceuticals by LC/MSMS-ESI+** | | | | | | |
| **Method:** EPA 1694M-ESI+ | | **Instr:** LCMS03 | | | | |
| **Batch ID:** W2C0954 — **Preparation:** EPA 3535/SPE | | **Prepared:** 03/14/22 10:27 | | | | **Analyst:** jna |
| Caffeine | 3000 | 80 | ng/l | 20 | 03/14/22 | M-06 |

## Sample Results

(Continued)

**Sample:** 22C1521-02 2D1A10 — Sampled: 03/09/22 11:20 by Client

2C11027-02RE2 (Water)

| Analyte | Result | MRL | Units | Dil | Analyzed | Qualifier |
|---|---|---|---|---|---|---|
| **PPCPs - Pharmaceuticals by LC/MSMS-ESI+** | | | | | | |
| **Method:** EPA 1694M-ESI+ | | **Instr:** LCMS03 | | | | |
| **Batch ID:** W2C0954 — **Preparation:** EPA 3535/SPE | | **Prepared:** 03/14/22 10:27 | | | | **Analyst:** jna |
| Phenytoin (Dilantin) | 6.2 | 4.0 | ng/l | 1 | 03/15/22 | |
| Primidone | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| TDCPP | 110 | 50 | ng/l | 1 | 03/15/22 | |

# WECK LABORATORIES, INC.

# Certificate of Analysis
## FINAL REPORT

Alpha Analytical Laboratories - Ukiah CA
208 Mason St
Ukiah, CA  95482

**Project Number:** 22C1521

**Project Manager:** Robbie Phillips

**Reported:**
04/15/2022  13:55

## Sample Results

(Continued)

| Sample: | 22C1521-03 3GT4 | | | | Sampled: 03/09/22 12:40 by Client |
| | 2C11027-03 (Water) | | | | |

| Analyte | Result | MRL | Units | Dil | Analyzed | Qualifier |
|---|---|---|---|---|---|---|
| **PPCPs - Hormones by LC/MSMS-APCI** | | | | | | |
| Method: EPA 1694M-APCI | | Instr: LCMS03 | | | | |
| Batch ID: W2C0952 | Preparation: EPA 3535/SPE | Prepared: 03/14/22 10:29 | | | | Analyst: jna |
| 17-a-Ethynylestradiol | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| 17-b-Estradiol | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Estrone | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Progesterone | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Testosterone | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| **PPCPs - Pharmaceuticals by LC/MSMS-ESI-** | | | | | | |
| Method: EPA 1694M-ESI- | | Instr: LCMS03 | | | | |
| Batch ID: W2C0953 | Preparation: EPA 3535/SPE | Prepared: 03/14/22 10:28 | | | | Analyst: jna |
| **Bisphenol A** | **19** | 4.0 | ng/l | 1 | 03/15/22 | |
| Diclofenac | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Gemfibrozil | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Iopromide | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Naproxen | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Salicylic Acid | ND | 100 | ng/l | 1 | 03/15/22 | |
| Triclosan | ND | 8.0 | ng/l | 1 | 03/15/22 | |
| **PPCPs - Pharmaceuticals by LC/MSMS-ESI+** | | | | | | |
| Method: EPA 1694M-ESI+ | | Instr: LCMS03 | | | | |
| Batch ID: W2C0954 | Preparation: EPA 3535/SPE | Prepared: 03/14/22 10:27 | | | | Analyst: jna |
| **Acetaminophen** | **5.0** | 5.0 | ng/l | 1 | 03/14/22 | |
| Amoxicillin | ND | 20 | ng/l | 1 | 03/14/22 | |
| Atenolol | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Atorvastatin | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Azithromycin | ND | 20 | ng/l | 1 | 03/14/22 | |
| **Caffeine** | **310** | 4.0 | ng/l | 1 | 03/14/22 | |
| Carbamazepine | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Ciprofloxacin | ND | 20 | ng/l | 1 | 03/14/22 | |
| Cotinine | ND | 8.0 | ng/l | 1 | 03/14/22 | |
| **DEET** | **22** | 4 0 | ng/l | 1 | 03/14/22 | |
| Diazepam | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Fluoxetine | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Meprobamate | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| Methadone | ND | 4.0 | ng/l | 1 | 03/14/22 | |
| ulfamethoxazole | ND | 4 0 | ng/l | 1 | 03/14/22 | |
| TCEP | ND | 10 | ng/l | 1 | 03/14/22 | |
| **TCPP** | **63** | 50 | ng/l | 1 | 03/14/22 | |
| Trimethoprim | ND | 4.0 | ng/l | 1 | 03/14/22 | |

2C11027

14859 Clark Avenue, City of Industry CA, 91745  |  Phone: (626) 336-2139  |  Fax: (626) 336-2634
www.wecklabs.com

MCSP0041219

# WECK LABORATORIES, INC.

# Certificate of Analysis

## FINAL REPORT

Alpha Analytical Laboratories - Ukiah CA
208 Mason St
Ukiah, CA 95482

**Project Number:** 22C1521

**Project Manager:** Robbie Phillips

**Reported:**
04/15/2022 13:55

## Sample Results

(Continued)

| Sample: | 22C1521-03 3GT4 | | | | | | Sampled: 03/09/22 12:40 by Client |
|---------|------------------|---|---|---|---|---|---|
| | 2C11027 03 (Water) | | | | | | (Continued) |

| Analyte | Result | MRL | Units | Dil | Analyzed | Qualifier |
|---------|--------|-----|-------|-----|----------|-----------|

**PPCPs - Pharmaceuticals by LC/MSMS-ESI+  (Continued)**

| **Method:** EPA 1694M-ESI+ | | **Instr:** LCMS03 | | | | |
|---|---|---|---|---|---|---|
| **Batch ID:** W2C0954 | **Preparation:** EPA 3535/SPE | **Prepared:** 03/14/22 10:27 | | | | **Analyst:** jna |

## Sample Results

(Continued)

| Sample: | 22C1521-03 3GT4 | | | | | | Sampled: 03/09/22 12:40 by Client |
|---------|------------------|---|---|---|---|---|---|
| | 2C11027-03RE1 (Water) | | | | | | |

| Analyte | Result | MRL | Units | Dil | Analyzed | Qualifier |
|---------|--------|-----|-------|-----|----------|-----------|

**PPCPs - Pharmaceuticals by LC/MSMS-ESI-**

| **Method:** EPA 1694M-ESI- | | | **Instr:** LCMS03 | | | |
|---|---|---|---|---|---|---|
| **Batch ID:** W2C0953 | **Preparation:** EPA 3535/SPE | | **Prepared:** 03/14/22 10:28 | | | **Analyst:** jna |
| Ibuprofen | ND | 4.0 | ng/l | 1 | 03/15/22 | |

**PPCPs - Pharmaceuticals by LC/MSMS-ESI+**

| **Method:** EPA 1694M-ESI+ | | | **Instr:** LCMS03 | | | |
|---|---|---|---|---|---|---|
| **Batch ID:** W2C0954 | **Preparation:** EPA 3535/SPE | | **Prepared:** 03/14/22 10:27 | | | **Analyst:** jna |
| Phenytoin (Dilantin) | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| Primidone | ND | 4.0 | ng/l | 1 | 03/15/22 | |
| **TDCPP** | **58** | 50 | ng/l | 1 | 03/15/22 | |

14859 Clark Avenue,City of Industry CA, 91745  |  Phone: (626) 336-2139  |  Fax: (626) 336-2634
www.wecklabs.com

MCSP0041220



# WECK LABORATORIES, INC.

# Certificate of Analysis

FINAL REPORT

Alpha Analytical Laboratories - Ukiah CA
208 Mason St
Ukiah, CA  95482

**Project Number:**  22C1521

**Project Manager:**  Robbie Phillips

**Reported:**
04/15/2022  13:55

## Quality Control Results

### PPCPs - Hormones by LC/MSMS-APCI

| Analyte | Result | MRL | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Qualifier |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch   W2C0952   EPA 1694M APCI** | | | | | | | | | | |
| **Blank (W2C0952-BLK1)** | | | | **Prepared: 03/14/22  Analyzed: 03/15/22** | | | | | | |
| 17-a-Ethynylestradiol | ND | 4.0 | ng/l | | | | | | | |
| 17-b-Estradiol | ND | 4.0 | ng/l | | | | | | | |
| Estrone | ND | 4.0 | ng/l | | | | | | | |
| Progesterone | ND | 4 0 | ng/l | | | | | | | |
| Testosterone | ND | 4.0 | ng/l | | | | | | | |
| **LCS (W2C0952-BS1)** | | | | **Prepared: 03/14/22  Analyzed: 03/15/22** | | | | | | |
| 17-a-Ethynylestradiol | 43.6 | 4.0 | ng/l | 40.0 | | 109 | 68-159 | | | |
| 17-b-Estradiol | 35.8 | 4.0 | ng/l | 40.0 | | 89 | 65-146 | | | |
| Estrone | 36.2 | 4.0 | ng/l | 40.0 | | 91 | 59-141 | | | |
| Progesterone | 46.4 | 4.0 | ng/l | 40.0 | | 116 | 58-154 | | | |
| Testosterone | 45.3 | 4.0 | ng/l | 40.0 | | 113 | 60-172 | | | |
| **Matrix Spike (W2C0952-MS1)** | **Source: 2C11027-01** | | | **Prepared: 03/14/22  Analyzed: 03/15/22** | | | | | | |
| 17-a-Ethynylestradiol | 37.5 | 4.0 | ng/l | 40.0 | ND | 94 | 50-150 | | | |
| 17-b-Estradiol | 47.5 | 4.0 | ng/l | 40.0 | ND | 119 | 50-150 | | | |
| Estrone | 45.1 | 4.0 | ng/l | 40.0 | ND | 113 | 50-150 | | | |
| Progesterone | 44 7 | 4 0 | ng/l | 40 0 | ND | 112 | 50 150 | | | |
| Testosterone | 34.0 | 4.0 | ng/l | 40.0 | ND | 85 | 50-150 | | | |
| **Matrix Spike Dup (W2C0952-MSD1)** | **Source: 2C11027-01** | | | **Prepared: 03/14/22  Analyzed: 03/15/22** | | | | | | |
| 17-a-Ethynylestradiol | 39.5 | 4.0 | ng/l | 40.0 | ND | 99 | 50-150 | 5 | 30 | |
| 17-b-Estradiol | 42.3 | 4.0 | ng/l | 40.0 | ND | 106 | 50-150 | 12 | 30 | |
| Estrone | 34.7 | 4.0 | ng/l | 40.0 | ND | 87 | 50-150 | 26 | 30 | |
| Progesterone | 44.3 | 4.0 | ng/l | 40.0 | ND | 111 | 50-150 | 1 | 30 | |
| Testosterone | 38.2 | 4.0 | ng/l | 40.0 | ND | 96 | 50-150 | 12 | 30 | |

2C11027

14859 Clark Avenue,City of Industry CA, 91745  |  Phone: (626) 336-2139  |  Fax: (626) 336-2634
www.wecklabs.com

MCSP0041221

# WECK LABORATORIES, INC.

# Certificate of Analysis
### FINAL REPORT

Alpha Analytical Laboratories - Ukiah CA
208 Mason St
Ukiah, CA  95482

**Project Number:**  22C1521

**Project Manager:**  Robbie Phillips

**Reported:**
04/15/2022  13:55

## Quality Control Results

(Continued)

### PPCPs - Pharmaceuticals by LC/MSMS-ESI-

| Analyte | Result | MRL | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Qualifier |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch   W2C0953   EPA 1694M ESI** | | | | | | | | | | |
| **Blank (W2C0953-BLK1)** | | | | **Prepared & Analyzed: 03/14/22** | | | | | | |
| Bisphenol A | ND | 4.0 | ng/l | | | | | | | |
| Diclofenac | ND | 4.0 | ng/l | | | | | | | |
| Gemfibrozil | ND | 4.0 | ng/l | | | | | | | |
| Iopromide | ND | 4 0 | ng/l | | | | | | | |
| Naproxen | ND | 4.0 | ng/l | | | | | | | |
| Salicylic Acid | ND | 100 | ng/l | | | | | | | |
| Triclosan | ND | 8.0 | ng/l | | | | | | | |
| **Blank (W2C0953-BLK2)** | | | | **Prepared: 03/14/22  Analyzed: 03/15/22** | | | | | | |
| Ibuprofen | ND | 4.0 | ng/l | | | | | | | QC-2 |
| **LCS (W2C0953-BS1)** | | | | **Prepared & Analyzed: 03/14/22** | | | | | | |
| Bisphenol A | 31 4 | 4.0 | ng/l | 40.0 | | 79 | 53-168 | | | |
| Diclofenac | 34.9 | 4.0 | ng/l | 40.0 | | 87 | 37-218 | | | |
| Gemfibrozil | 37.7 | 4.0 | ng/l | 40.0 | | 94 | 76-122 | | | |
| Iopromide | 33.7 | 4.0 | ng/l | 40.0 | | 84 | 0.1-163 | | | |
| Naproxen | 36.7 | 4.0 | ng/l | 40.0 | | 92 | 64-138 | | | |
| alicylic Acid | 1000 | 100 | ng/l | 1000 | | 100 | 56 229 | | | |
| Triclosan | 71.4 | 8.0 | ng/l | 80.0 | | 89 | 76-139 | | | |
| **LCS (W2C0953-BS2)** | | | | **Prepared: 03/14/22  Analyzed: 03/15/22** | | | | | | |
| Ibuprofen | 38.8 | 4.0 | ng/l | 40.0 | | 97 | 67-139 | | | QC-2 |
| **Matrix Spike (W2C0953-MS1)** | **Source  2C11027 01** | | | **Prepared & Analyzed  03/14/22** | | | | | | |
| Bisphenol A | 94.1 | 4.0 | ng/l | 40.0 | 60.2 | 85 | 38-163 | | | |
| Diclofenac | 35.6 | 4.0 | ng/l | 40.0 | ND | 89 | 37-218 | | | |
| Gemfibrozil | 35 4 | 4 0 | ng/l | 40 0 | ND | 89 | 69 135 | | | |
| Iopromide | 39.7 | 4.0 | ng/l | 40.0 | ND | 99 | 1-155 | | | |
| Naproxen | 41.0 | 4.0 | ng/l | 40.0 | 6.86 | 85 | 52-153 | | | |
| Salicylic Acid | 966 | 100 | ng/l | 1000 | ND | 97 | 7-177 | | | |
| Triclosan | 77.2 | 8.0 | ng/l | 80.0 | ND | 96 | 68-141 | | | |
| **Matrix Spike (W2C0953-MS2)** | **Source: 2C11027-01RE1** | | | **Prepared: 03/14/22  Analyzed: 03/15/22** | | | | | | |
| Ibuprofen | 37.3 | 4.0 | ng/l | 40.0 | 6.34 | 78 | 66-153 | | | QC-2 |
| **Matrix Spike Dup (W2C0953-MSD1)** | **Source: 2C11027-01** | | | **Prepared & Analyzed: 03/14/22** | | | | | | |
| Bisphenol A | 95.1 | 4.0 | ng/l | 40.0 | 60.2 | 87 | 38-163 | 1 | 30 | |
| Diclofenac | 33.5 | 4.0 | ng/l | 40.0 | ND | 84 | 37-218 | 6 | 30 | |
| Gemfibrozil | 40.1 | 4.0 | ng/l | 40.0 | ND | 100 | 69-135 | 12 | 30 | |
| Iopromide | 42.8 | 4.0 | ng/l | 40.0 | ND | 107 | 1-155 | 7 | 30 | |
| Naproxen | 35 5 | 4.0 | ng/l | 40.0 | 6.86 | 72 | 52-153 | 14 | 30 | |
| Salicylic Acid | 960 | 100 | ng/l | 1000 | ND | 96 | 7-177 | 0.6 | 30 | |
| Triclosan | 83.3 | 8.0 | ng/l | 80.0 | ND | 104 | 68-141 | 8 | 30 | |
| **Matrix Spike Dup (W2C0953-MSD2)** | **Source: 2C11027-01RE1** | | | **Prepared: 03/14/22  Analyzed: 03/15/22** | | | | | | |

2C11027

Page 10 of 15

MCSP0041222

# W.L

**WECK LABORATORIES, INC.**

# Certificate of Analysis

FINAL REPORT

Alpha Analytical Laboratories - Ukiah CA
208 Mason St
Ukiah, CA  95482

**Project Number:**  22C1521

**Project Manager:**  Robbie Phillips

**Reported:**
04/15/2022  13:55

## Quality Control Results

(Continued)

### PPCPs - Pharmaceuticals by LC/MSMS-ESI- (Continued)

| Analyte | Result | MRL | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Qualifier |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch   W2C0953   EPA 1694M  ESI   (Continued)** | | | | | | | | | | |
| **Matrix Spike Dup (W2C0953-MSD2)** | **Source: 2C11027-01RE1** | | | **Prepared: 03/14/22  Analyzed: 03/15/22** | | | | | | |
| Ibuprofen | 40.7 | 4.0 | ng/l | 40.0 | 6.34 | 86 | 66-153 | 9 | 30 | QC-2 |

14859 Clark Avenue,City of Industry CA, 91745  |  Phone: (626) 336-2139  |  Fax: (626) 336-2634
www.wecklabs.com

MCSP0041223

# WECK LABORATORIES, INC.

# Certificate of Analysis
## FINAL REPORT

| | | |
|---|---|---|
| Alpha Analytical Laboratories - Ukiah CA | **Project Number:** 22C1521 | **Reported:** |
| 208 Mason St | | 04/15/2022  13:55 |
| Ukiah, CA  95482 | **Project Manager:** Robbie Phillips | |

## Quality Control Results

(Continued)

### PPCPs - Pharmaceuticals by LC/MSMS-ESI+

| Analyte | Result | MRL | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Qualifier |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch  W2C0954   EPA 1694M ESI+** | | | | | | | | | | |
| **Blank (W2C0954-BLK1)** | | | | **Prepared & Analyzed: 03/14/22** | | | | | | |
| Acetaminophen | ND | 5.0 | ng/l | | | | | | | |
| Amoxicillin | ND | 20 | ng/l | | | | | | | |
| Atenolol | ND | 4.0 | ng/l | | | | | | | |
| Atorvastatin | ND | 4 0 | ng/l | | | | | | | |
| Azithromycin | ND | 20 | ng/l | | | | | | | |
| Caffeine | ND | 4.0 | ng/l | | | | | | | |
| Carbamazepine | ND | 4.0 | ng/l | | | | | | | |
| Ciprofloxacin | ND | 20 | ng/l | | | | | | | |
| Cotinine | ND | 8 0 | ng/l | | | | | | | |
| DEET | ND | 4.0 | ng/l | | | | | | | |
| Diazepam | ND | 4.0 | ng/l | | | | | | | |
| Fluoxetine | ND | 4.0 | ng/l | | | | | | | |
| Meprobamate | ND | 4.0 | ng/l | | | | | | | |
| Methadone | ND | 4 0 | ng/l | | | | | | | |
| Sulfamethoxazole | ND | 4.0 | ng/l | | | | | | | |
| TCEP | ND | 10 | ng/l | | | | | | | |
| TCPP | ND | 50 | ng/l | | | | | | | |
| Trimethoprim | ND | 4.0 | ng/l | | | | | | | |
| **Blank (W2C0954-BLK2)** | | | | **Prepared & Analyzed: 03/14/22** | | | | | | |
| Phenytoin (Dilantin) | ND | 4.0 | ng/l | | | | | | | QC-2 |
| Primidone | ND | 4.0 | ng/l | | | | | | | QC-2 |
| TDCPP | ND | 50 | ng/l | | | | | | | QC-2 |
| **LCS (W2C0954-BS1)** | | | | **Prepared & Analyzed  03/14/22** | | | | | | |
| Acetaminophen | 46.7 | 5.0 | ng/l | 50.0 | | 93 | 66-156 | | | |
| Amoxicillin | 155 | 20 | ng/l | 200 | | 77 | 14-167 | | | |
| Atenolol | 32 7 | 4 0 | ng/l | 40 0 | | 82 | 56 164 | | | |
| Atorvastatin | 38.7 | 4.0 | ng/l | 40.0 | | 97 | 0.1-173 | | | |
| Azithromycin | 145 | 20 | ng/l | 200 | | 72 | 52-166 | | | |
| Caffeine | 33.7 | 4.0 | ng/l | 40.0 | | 84 | 55-152 | | | |
| Carbamazepine | 41.1 | 4.0 | ng/l | 40.0 | | 103 | 60-135 | | | |
| Ciprofloxacin | 187 | 20 | ng/l | 200 | | 93 | 51 168 | | | |
| Cotinine | 71.9 | 8.0 | ng/l | 80.0 | | 90 | 68-155 | | | |
| DEET | 36.1 | 4.0 | ng/l | 40.0 | | 90 | 45-135 | | | |
| Diazepam | 44.6 | 4.0 | ng/l | 40.0 | | 111 | 58-127 | | | |
| Fluoxetine | 40.2 | 4.0 | ng/l | 40.0 | | 101 | 55-150 | | | |
| Meprobamate | 46 0 | 4 0 | ng/l | 40 0 | | 115 | 11 166 | | | |
| Methadone | 34.2 | 4.0 | ng/l | 40.0 | | 86 | 62-137 | | | |
| Sulfamethoxazole | 42.7 | 4.0 | ng/l | 40.0 | | 107 | 60-133 | | | |
| TCEP | 104 | 10 | ng/l | 100 | | 104 | 25-149 | | | |

2C11027

14859 Clark Avenue,City of Industry CA, 91745  |  Phone: (626) 336-2139  |  Fax: (626) 336-2634
www.wecklabs.com

MCSP0041224



# Certificate of Analysis

**FINAL REPORT**

**WECK LABORATORIES, INC.**

Alpha Analytical Laboratories - Ukiah CA
208 Mason St
Ukiah, CA  95482

**Project Number:**  22C1521

**Project Manager:**  Robbie Phillips

**Reported:**
04/15/2022  13:55

## Quality Control Results

(Continued)

### PPCPs - Pharmaceuticals by LC/MSMS-ESI+ (Continued)

| Analyte | Result | MRL | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Qualifier |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch  W2C0954   EPA 1694M ESI+  (Continued)** | | | | | | | | | | |
| **LCS (W2C0954-BS1)** | | | | **Prepared & Analyzed: 03/14/22** | | | | | | |
| TCPP | 463 | 50 | ng/l | 500 | | 93 | 24-149 | | | |
| Trimethoprim | 36.7 | 4.0 | ng/l | 40.0 | | 92 | 67-139 | | | |
| **LCS (W2C0954-BS2)** | | | | **Prepared & Analyzed: 03/14/22** | | | | | | |
| Phenytoin (Dilantin) | 41.2 | 4.0 | ng/l | 40.0 | | 103 | 69-138 | | | QC-2 |
| Primidone | 38.3 | 4.0 | ng/l | 40.0 | | 96 | 54-147 | | | QC-2 |
| TDCPP | 521 | 50 | ng/l | 500 | | 104 | 20-158 | | | QC-2 |
| **Matrix Spike (W2C0954-MS1)** | **Source: 2C11027-01** | | | **Prepared & Analyzed: 03/14/22** | | | | | | |
| Acetaminophen | 51.5 | 5.0 | ng/l | 50.0 | 6.17 | 91 | 70-163 | | | |
| Amoxicillin | 175 | 20 | ng/l | 200 | ND | 88 | 24-166 | | | |
| Atenolol | 33.0 | 4.0 | ng/l | 40.0 | ND | 83 | 74-147 | | | |
| Atorvastatin | 36 2 | 4 0 | ng/l | 40 0 | ND | 91 | 0 1 128 | | | |
| Azithromycin | 132 | 20 | ng/l | 200 | ND | 66 | 39-186 | | | |
| Carbamazepine | 34.7 | 4.0 | ng/l | 40.0 | ND | 87 | 41-140 | | | |
| Ciprofloxacin | 213 | 20 | ng/l | 200 | ND | 106 | 35-182 | | | |
| Cotinine | 76.6 | 8.0 | ng/l | 80.0 | ND | 96 | 45-171 | | | |
| DEET | 51 0 | 4 0 | ng/l | 40 0 | 15 9 | 88 | 34 151 | | | |
| Diazepam | 36.1 | 4.0 | ng/l | 40.0 | ND | 90 | 74-125 | | | |
| Fluoxetine | 35.3 | 4.0 | ng/l | 40.0 | ND | 88 | 39-147 | | | |
| Meprobamate | 30.1 | 4.0 | ng/l | 40.0 | ND | 75 | 0.1-116 | | | |
| Methadone | 35.0 | 4.0 | ng/l | 40.0 | ND | 88 | 66-141 | | | |
| ulfamethoxazole | 41 9 | 4 0 | ng/l | 40 0 | ND | 105 | 69 138 | | | |
| TCEP | 92.0 | 10 | ng/l | 100 | ND | 92 | 0.1-89 | | | MS-01 |
| TCPP | 462 | 50 | ng/l | 500 | ND | 92 | 20-118 | | | |
| Trimethoprim | 36.9 | 4.0 | ng/l | 40.0 | ND | 92 | 58-165 | | | |
| **Matrix Spike (W2C0954-MS2)** | **Source: 2C11027-01RE1** | | | **Prepared & Analyzed: 03/14/22** | | | | | | |
| Caffeine | 1320 | 20 | ng/l | 200 | 1210 | 58 | 58-146 | | | M-06 |
| **Matrix Spike (W2C0954-MS3)** | **Source: 2C11027-01RE2** | | | **Prepared & Analyzed: 03/14/22** | | | | | | |
| Phenytoin (Dilantin) | 40 5 | 4 0 | ng/l | 40 0 | ND | 101 | 42 163 | | | QC 2 |
| Primidone | 32.6 | 4.0 | ng/l | 40.0 | ND | 82 | 68-148 | | | QC-2 |
| TDCPP | 636 | 50 | ng/l | 500 | 159 | 96 | 0.1-152 | | | QC-2 |
| **Matrix Spike Dup (W2C0954-MSD1)** | **Source: 2C11027-01** | | | **Prepared & Analyzed: 03/14/22** | | | | | | |
| Acetaminophen | 51.9 | 5.0 | ng/l | 50.0 | 6.17 | 92 | 70-163 | 0.9 | 30 | |
| Amoxicillin | 168 | 20 | ng/l | 200 | ND | 84 | 24-166 | 4 | 30 | |
| Atenolol | 37.2 | 4.0 | ng/l | 40.0 | ND | 93 | 74-147 | 12 | 30 | |
| Atorvastatin | 35.8 | 4.0 | ng/l | 40.0 | ND | 89 | 0.1-128 | 1 | 30 | |
| Azithromycin | 132 | 20 | ng/l | 200 | ND | 66 | 39-186 | 0.2 | 30 | |
| Carbamazepine | 35.4 | 4.0 | ng/l | 40.0 | ND | 88 | 41-140 | 2 | 30 | |
| Ciprofloxacin | 198 | 20 | ng/l | 200 | ND | 99 | 35-182 | 7 | 30 | |

14859 Clark Avenue,City of Industry CA, 91745  |  Phone: (626) 336-2139  |  Fax: (626) 336-2634
www.wecklabs.com

MCSP0041225



# WECK LABORATORIES, INC.

# Certificate of Analysis

**FINAL REPORT**

Alpha Analytical Laboratories - Ukiah CA
208 Mason St
Ukiah, CA  95482

**Project Number:**  22C1521

**Project Manager:**  Robbie Phillips

**Reported:**
04/15/2022  13:55

## Quality Control Results

(Continued)

### PPCPs - Pharmaceuticals by LC/MSMS-ESI+ (Continued)

| Analyte | Result | MRL | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Qualifier |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch   W2C0954   EPA 1694M ESI+   (Continued)** | | | | | | | | | | |
| **Matrix Spike Dup (W2C0954-MSD1)** | | **Source: 2C11027-01** | | | **Prepared & Analyzed: 03/14/22** | | | | | |
| Cotinine | 76.8 | 8.0 | ng/l | 80.0 | ND | 96 | 45-171 | 0.3 | 30 | |
| DEET | 58.3 | 4.0 | ng/l | 40.0 | 15.9 | 106 | 34-151 | 13 | 30 | |
| Diazepam | 36.9 | 4.0 | ng/l | 40.0 | ND | 92 | 74-125 | 2 | 30 | |
| Fluoxetine | 39 2 | 4 0 | ng/l | 40 0 | ND | 98 | 39 147 | 10 | 30 | |
| Meprobamate | 36.9 | 4.0 | ng/l | 40.0 | ND | 92 | 0.1-116 | 21 | 30 | |
| Methadone | 36.5 | 4.0 | ng/l | 40.0 | ND | 91 | 66-141 | 4 | 30 | |
| Sulfamethoxazole | 46.7 | 4.0 | ng/l | 40.0 | ND | 117 | 69-138 | 11 | 30 | |
| TCEP | 90.2 | 10 | ng/l | 100 | ND | 90 | 0.1-89 | 2 | 30 | MS-01 |
| TCPP | 437 | 50 | ng/l | 500 | ND | 87 | 20 118 | 6 | 30 | |
| Trimethoprim | 42.2 | 4.0 | ng/l | 40.0 | ND | 105 | 58-165 | 13 | 30 | |
| **Matrix Spike Dup (W2C0954-MSD2)** | | **Source: 2C11027-01RE1** | | | **Prepared & Analyzed: 03/14/22** | | | | | |
| Caffeine | 1230 | 20 | ng/l | 200 | 1210 | 13 | 58-146 | 7 | 30 | M-06, MS-02 |
| **Matrix Spike Dup (W2C0954-MSD3)** | | **Source: 2C11027-01RE2** | | | **Prepared & Analyzed: 03/14/22** | | | | | |
| Phenytoin (Dilantin) | 36.8 | 4.0 | ng/l | 40.0 | ND | 92 | 42-163 | 9 | 30 | QC-2 |
| Primidone | 34.6 | 4.0 | ng/l | 40.0 | ND | 86 | 68-148 | 6 | 30 | QC-2 |
| TDCPP | 706 | 50 | ng/l | 500 | 159 | 109 | 0.1-152 | 10 | 30 | QC-2 |

14859 Clark Avenue,City of Industry CA, 91745  |  Phone: (626) 336-2139  |  Fax: (626) 336-2634
www.wecklabs.com

MCSP0041226


**WECK LABORATORIES, INC.**

# Certificate of Analysis
## FINAL REPORT

Alpha Analytical Laboratories - Ukiah CA
208 Mason St
Ukiah, CA  95482

**Project Number:** 22C1521

**Project Manager:** Robbie Phillips

**Reported:**
04/15/2022  13:55

## Notes and Definitions

| Item | Definition |
|------|-----------|
| M-06 | Due to the high concentration of analyte inherent in the sample, sample was diluted prior to preparation.   The MDL and MRL were raised due to this dilution. |
| MS-01 | The spike recovery for this QC sample is outside of established control limits possibly due to sample matrix interference. |
| MS-02 | The RPD and/or percent recovery for this QC spike sample cannot be accurately calculated due to the high concentration of analyte inherent in the sample. |
| QC-2 | This QC sample was reanalyzed to complement samples that require re-analysis on different date. See analysis date. |
| %REC | Percent Recovery |
| Dil | Dilution |
| MRL | The minimum levels, concentrations, or quantities of a target variable (e g., target analyte) that can be reported with a specified degree of confidence. The MRL is also known as Limit of Quantitation (LOQ) |
| ND | NOT DETECTED at or above the Method Reporting Limit (MRL).  If Method Detection Limit (MDL) is reported, then ND means not detected at or above the MDL |
| RPD | Relative Percent Difference |
| Source | Sample that was matrix spiked or duplicated. |

Any remaining sample(s) will be disposed of one month from  he final report date unless other arrangements are made in advance.

All results are expressed on wet weight basis unless otherwise specified.

All samples collected by Weck Laboratories have been sampled in accordance to laboratory SOP Number MIS002.

2C11027

Page 15 of 15

MCSP0041227

**PROOF OF SERVICE**

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101. On August 1, 2022, I served a copy of the within document(s):

> PLAINTIFF COUNTY OF AMADOR'S DISCLOSURE OF
> EXPERT WITNESSES

 **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Jennifer Hartman King, Esq.<br>Alanna Lungren, Esq.<br>J.R. Parker, Esq.<br>Andreya Woo Nazal, Esq.<br>HARTMAN KING PC<br>520 Capital Mall, Suite 750<br>Sacramento, CA 95814 | ATTORNEYS FOR KATHLEEN ALLISON in her official capacity as Secretary OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION<br><br>Tel: (916) 379-7530<br>Email:<br>JHartmanKing@HartmanKingLaw.com<br>ALungren@HartmanKingLaw.com<br>KShipp@HartmanKingLaw.com<br>JRParker@HartmanKingLaw.com<br>AWooNazal@HartmanKingLaw.com |
| Andrew L. Packard, Esq.<br>William L. Carlon, Esq.<br>Law Offices of Andrew L. Packard<br>245 Kentucky Street, Suite B3<br>Petaluma, CA 94952 | ATTORNEYS FOR CALIFORNIA SPORTFISHING PROTECTION ALLIANCE<br><br>Tel: (707) 782-4060<br>Email:<br>andrew@packardlawoffices.com<br>wncarlon@packardlawoffices.com<br>wncarlon@packardlawoffices.com |

- 1 -

83653.00001\40499467.1

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

Jason Flanders, Esq.
Erica A. Maharg, Esq.
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609

ATTORNEYS FOR CALIFORNIA
SPORTFISHING PROTECTION
ALLIANCE

Tel: (916) 202-3018
Email:
eam@atalawgroup.com
jrf@atalawgroup.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 1, 2022, at San Diego, California.

Lisa Atwood

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

- 2 -

83653.00001\40499467.1

EXHIBIT 2

GENE TANAKA, Bar No. 101423
gene.tanaka@bbklaw.com
SHAWN HAGERTY, Bar No. 182435
Shawn.hagerty@bbklaw.com
REBECCA ANDREWS, Bar No. 272967
rebecca.andrews@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, CA 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

Attorneys for Plaintiff County
of Amador

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendant. | Case No. 2:20-cv-02482-WBS-AC<br>Honorable William B. Shubb<br><br>PLAINTIFF COUNTY OF AMADOR'S SUPPLEMENTAL DISCLOSURES OF EXPERT WITNESSES AND REBUTTAL EXPERT WITNESS DISCLOSURES<br><br>Action Filed: Jan. 7, 2021<br>Trial Date: April 18, 2023 |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO ALLISON in his official capacity as Secretary of the California Department of Corrections and Rehabilitation Mule Creek State Prison,<br><br>Defendants. | Case No. 2:21-cv-0038-WBS-AC |

83653.00001\40677227.1

- 1 -

<u>COUNTY OF AMADOR'S SUPPLEMENTAL EXPERT DISCLOSURES</u>

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(E), Plaintiff County of Amador ("Amador") supplements its expert disclosure for Karen Ashby, dated August 1, 2022. Ms. Ashby's Supplemental Report is attached as Exhibit 1.

<u>COUNTY OF AMADOR'S REBUTTAL EXPERT DISCLOSURES</u>

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and (D), Amador discloses Karen Ashby, CPSWQ is a rebuttal expert witness to the evidence offered by Defendants' expert Timothy Simpson. Ms. Ashby's Rebuttal Expert Report is attached as Exhibit 1. Pursuant to Rules 26(a)(2)(B)(v) and (vi), Ms. Ashby's trial / deposition history and fee schedule are included in Amador's initial expert disclosure dated August 1, 2022.

Pursuant to Federal Rule of Civil Procedure 26(e), Amador reserves the right to supplement these disclosures.

Dated: September 6, 2022          BEST BEST & KRIEGER LLP

By:*/s/ Rebecca Andrews*
   GENE TANAKA
   SHAWN HAGERTY
   REBECCA ANDREWS
   Attorneys for Plaintiff
   County of Amador

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

83653.00001\40677227.1

- 2 -

Pl. Amador's Suppl. Discl. of Experts
2:20-cv-02482-WBS-AC

EXHIBIT 1

## SUPPLEMENTAL AND REBUTTAL EXPERT REPORT OF KAREN ASHBY

The Supplemental Report contained herein is based on new evidence provided to me after the date of my initial report, August 1, 2022. The new evidence is the Second Quarter 2022 Monitoring Report submitted by Mule Creek State Prison (from SHN) to the Central Valley Regional Water Quality Control Board on July 26, 2022, which I received from BBK on August 23, 2022. Except as noted herein, my opinions set forth in my initial report have not changed.

The Rebuttal Report addresses issues and rebuts opinions raised by Defendants in the "Expert Opinion of Timothy S. Simpson, PE, GE In The Matter of California Sportfishing Protection Alliance v. Kathleen Allison, August 1, 2022." and the "Declaration of Timothy Simpson, PE, GE In Support of Defendants' Opposition to Plaintiffs' Motion For Summary Adjudication", August 1, 2022.

A statement of my qualifications and compensation for my work for both the Supplemental and Rebuttal Reports are provided in my initial report dated August 1, 2022.

## SUPPLEMENTAL REPORT

After preparing my initial report, I received a copy of the "Second Quarter 2022 Monitoring Report, Mule Creek State Prison, Amador County, California; Order 13383" dated July 26, 2022, prepared by SHN on behalf of Defendants as well as the laboratory analytical data of samples referenced in that monitoring report from a stormwater release from the Facility occurring on April 11, 2022. Laboratory results were provided, in part, from samples taken at locations MCSP4 (Mule Creek receiving water in-stream), MCSP5 (storm drain system outfall), and MCSP6 (storm drain system outfall). This report was marked with Bates numbers COA0032265-COA0032312.

The Water Code 13383 Revised Order to Monitor Discharges to Surface Water from the Central Valley Regional Water Quality Control Board to Defendants dated November 29, 2021 requires that monitoring at outfalls MCSP5 and MCSP6 "be conducted concurrently with the receiving water [in-stream] monitoring" at MCSP4.

A review of the April 11, 2022 laboratory analytical results (which included one sample per location) showed the following exceedances, including exceedances with the site- and event-specific hardness-based water quality objectives for copper, lead, and zinc:

| Analyte | Water Quality Objective (WQO) | Exceedances / Potential Exceedances[2] | | |
|---|---|---|---|---|
| | | MCSP5 | MCSP6 | MCSP4 / Downstream |
| *E. Coli*, MPN/100mL | 320 STV | **>2419.6** | **>2419.6** | **>2419.6** |
| Metals | | | | |
| Aluminum, µg/L | 200 | **7,500** | **7,100** | **7,800** |
| Iron, µg/L | 300 | **3,600** | **4,400** | **4,900** |

| Analyte | Water Quality Objective (WQO) | Exceedances / Potential Exceedances[2] | | |
| --- | --- | --- | --- | --- |
| | | MCSP5 | MCSP6 | MCSP4 / Downstream |
| Manganese, µg/L | 50 | **68** | **83** | **91** |
| Copper, dissolved, µg/L[1] | 9.0 | *<20* | *<20* | *<20* |
| Copper Site- and Event-Specific Hardness-Based WQO, µg/L | | 6.9 | 4.6 | 4.8 |
| Lead, dissolved, µg/L[1] | 2.5 | *<50* | *<50* | *<50* |
| Lead Site- and Event-Specific Hardness-Based WQO, µg/L | | 1.8 | 1.1 | 1.2 |
| Zinc, dissolved, µg/L[1] | 117 | - | **150** | **110** |
| Zinc Site- and Event-Specific Hardness-Based WQO, µg/L | | 91 | 61 | 63 |

1 - The default hardness is 100 mg/L. The hardness value measured at each site was 74 mg/L – MCSP5, 46 mg/L – MCSP6, and 48 mg/L – MCSP4.

2 – Bold – water quality objective exceedance; italics – potential water quality exceedance.

Observations based on the April 11, 2022 results include the following:

- For the April 11, 2022 storm event a total volume of 3,501,100 gallons was reported when the gates were opened on April 11 until the gates were closed on April 26. The total gallons captured was reported as 371,487 or ~11% of the total volume.

- The Second Quarter 2022 Monitoring Report Section 7.0 Compliance with 13383 Order states that "aluminum, iron, and manganese were above water quality objectives" at the outfalls MCSP5 and MCSP5 as well as in-stream at MCSP4. However, the report did not identify the water quality objective exceedances of *E. Coli* and dissolved zinc and the potential exceedances of dissolved copper and dissolved lead.

- All *E. coli* results from outfalls MCSP5 and MCSP6 as well as in-stream results from MCSP4 were reported above the water quality objective.

- All iron, manganese, and aluminum results from outfalls MCSP5 and MCSP6 as well as in-stream results from MCSP4 were reported above the water quality objectives.

- All dissolved copper and dissolved lead results from outfalls MCSP5 and MCSP6 as well as in-stream results from MCSP4 were reported as non-detected at a reporting level

significantly greater than the water quality objectives, therefore an exceedance of the water quality objectives cannot be definitively ruled out.

- The dissolved zinc result from outfall MCSP6 exceeded the water quality objective. When the site- and event-specific hardness-based water quality objective is used, the in-stream result from MCSP4 also exceeded the water quality objective.

The April 11, 2022 results confirm the opinions in my initial report, dated August 1, 2022 that there are ongoing water quality objective exceedances and resulting violations of Small MS4 Permit Discharge Prohibition B.1, B.2, B.3 and Receiving Water Limitations Provision D.

## REBUTTAL REPORT

In this portion of my report, I present certain rebuttal opinions based on statements made by Mr. Simpson within his declaration filed in this action and his expert report. The opinions I will offer in this rebuttal report are as follows:

Representativeness of Stations and Data Collection

1. The data collected from MCSP2, MCSP3, MCSP5, and MCSP6 are representative of discharges from the Facility to Mule Creek.

2. The data collected from MCSP2, MCSP3, MCSP4, MCSP5, and MCSP6 and subsequently analyzed was representative of discharges that were occurring, and thus, subject to the Small MS4 Permit requirements and prohibitions.

Approach for Water Quality Analyses

3. California Toxics Rule (CTR) Standards are appropriate for assessing exceedances of MS4 Permit Provisions B and D. A TMDL is not required for the California Toxics Rule to apply.

4. The use of the CTR criteria specified in 40 CFR 131.38 and the default hardness value of 100 mg/L was appropriate.

5. The analysis conducted focused on a subset of individual water chemistry constituents, each of which has an associated water quality objective.

6. The purpose of and methodology for Receiving Water Limitations analyses are separate and distinct from the purpose of and methodology for the 303(d) listing process.

Regulatory Requirements

7. Irrespective of the iterative process, the Small MS4 Permit requires compliance with Provisions B.1, B.2, B.3, and D.

8. The "MUN" beneficial use applies to Mule Creek.

Page **3** of **15**

9.   Water present within the storm drain system on a dry day (no measurable precipitation) may be indicative of a non-stormwater discharge in violation of Provision B.3.

10. The Facility does not qualify for the Industrial General Permit "No Exposure Certification" (NEC) criteria if industrial related materials and activities are not within a storm-resistant shelter.

**Rebuttal Opinion 1: The data collected from MCSP2, MCSP3, MCSP5, and MCSP6 are representative of discharges from the Facility to Mule Creek**

In his declaration (items 19, 22c, and 22d) and expert report (Opinion 3), Mr. Simpson asserts that MCSP5 and MCSP6 are not representative of stormwater discharges to Mule Creek and therefore analytical results from MCSP5 and MCSP6 should not be used to assess compliance. For the following reasons Mr. Simpson's assertion is incorrect and contrary to Defendants' own documents and regulatory documents, including but not limited to the following.

a)   The Revised Stormwater Collection System Investigation Report of Findings submitted by Defendants to the Central Valley Regional Water Quality Control Board on August 2018, Revised October 2019 establishes the following:

- MCSP6 is defined as the "main outfall"
  i.   MCSP3 is located 1,300 feet downstream from MCSP6 and discharges directly into Mule Creek.

- MCSP5 is defined as the "secondary outfall"
  i.   MCSP2 is located 600 feet downstream from MCSP5 and discharges directly into Mule Creek.

- The Stormwater Collection System Inventory (drawing 1, page 532 of .pdf) shows the outfalls located at MCSP6 and MCSP5 as well as the outfalls at MCSP2 and MCSP3.

b)   The Standard Operating Procedures and Sample and Analysis Plan ("Sampling Plan") Defendants prepared to comply with the sampling requirements of the 13267 Order issued by the Central Valley Regional Water Quality Control Board expressly identifies MCSP6 as the main outfall and MCSP5 as the secondary outfall. The Sampling Plan has been produced in this action with a bates number beginning with MCSP0054699.

c)   The Central Valley Regional Water Quality Control Board's Conditional Approval of the Sampling Plan on March 21, 2019 states that "monitoring points MCSP5 and MCSP6" are "points of compliance". The Conditional Approval letter has been produced in this action with a bates number beginning with CALSPORT0003621.

d)   The Water Code 13383 Orders to Monitor Discharges to Surface Water from the Central Valley Regional Water Quality Control Board to Defendants dated December 22, 2020, and November 29, 2021 require, amongst other things, monitoring samples "representative of the volume and nature of the monitored discharge" and specifies that monitoring shall be taken at the following locations (other locations are also specified):
- MCSP5 (Outfall-1);

- MCSP6 (Outfall-2);
- MCSP2 (Outfall-3); and
- MCSP3 (Outfall-4)

e) Defendants' Non-Traditional MS4 Compliance Plan, Program Effectiveness Assessment and Improvement Plan (PEAIP) Annual Report, dated September 16, 2021, states that receiving water samples taken in accordance with the 13383 Orders are taken concurrently "during actual stormwater discharge events for comparative purposes." The PEAIP Annual Report for 2021 has been produced in this action with a bates number beginning with MCSP0040897.

f) The analyses for the Receiving Water Limitations assessed the sample data collected concurrently at the outfall locations MCSP5 and MCSP6 and in-stream location MCSP4 (Table 4, Table 6, Table 9, Table 11).

Mr. Simpson further asserts that the vegetated areas between MCSP6 – MCSP3 and MCSP5 – MCSP2 are bioswales that act as treatment BMPs and provide filtration and infiltration. There is no documentation that I am aware of that indicates that these two areas have been designed, operated, and maintained to provide such benefits. In order to properly function as a treatment BMP there are certain design and operation and maintenance criteria that need to be met. These include, but are not limited to the following and can be found in industry documentation such as the California Stormwater Quality Association Best Management Practice Fact Sheet "Vegetated Swale TC-30" and US EPA "Stormwater Technology Fact Sheet – Vegetated Swales" which are attached to this report as Attachments E and F, respectively:

- Vegetated swales are best suited for areas with low flow;

- They slowly convey runoff flow to downstream discharge points (this allows the contact time that is necessary in order for the water to filtrate and infiltrate);

- Dense vegetative cover is needed for vegetated swales to function properly – they need irrigation in the dry season and mowing to maintain pollutant removal efficiency;

- Proper drainage slopes need to be implemented and maintained;

- Erosion should be corrected, excess sediment removed, and bare areas replanted to maintain the vegetation.

**Rebuttal Opinion 2: The data collected from MCSP2, MCSP3, MCSP4, MCSP5, and MCSP6 and subsequently analyzed was representative of discharges that were occurring, and thus, subject to the Small MS4 Permit requirements and prohibitions.**

In his declaration (item 22h), Mr. Simpson asserts that my analysis relied on unrepresentative stormwater samples (water that was collected from ponded and/or stagnant water) and, as such, should not be assessed as Permit violations. For the following reasons Mr. Simpson's assertion is incorrect.

a) The data used for the analyses was all generated from the Defendants provided to the Regional Board and certified as being consistent with associated Orders, Permit

Requirements, and other applicable regulatory actions, as discussed in my rebuttal opinion 1.

b) Of the total number of samples that were included as a part of this analysis, Mr. Simpson asserts that six (6) were collected with no measurable flow. For each of the sampling dates the corresponding timeframes in which the gates were opened and closed and the total flow reported as being discharged is provided below.

| Sampling Date | Gates Opened | Gates Closed | Total Flow |
|---|---|---|---|
| May 20, 2019[1] | May 15 | May 22 | 1,238,237 gallons |
| January 16, 2020[2] | January 15 | January 17 | 596,090 gallons |
| April 7, 2020[3] | April 4 | April 7 | 3,992,170 gallons |
| April 20, 2020[3] | --- | --- | --- |
| March 10, 2021[4] | March 9 | March 11 | 282,342 gallons |

1 – May 2019 Monthly Status Report, dated July 28, 2019; flow noted

2 – January 2020 Monthly Status Report, dated February 28, 2020; Cal-OES Report of Discharge #20-0347; flow noted

3 – April 2020 Monthly Status Report, dated May 29, 2020; Cal-OES Report of Discharge #20-1954; flow noted

4 – First Quarter 2021 Monitoring Report, dated April 30, 2021; Cal-OES Report of Discharge #21-1333

c) For 2019-2020 sampling dates in the table above, the monthly reports for 2019-2020 indicate that the *Sampling Plan, Mule Creek State Prison, Amador County, California dated October 2018* was followed, which sets forth the standard operating procedures for the stormwater discharge sampling to ensure that the sampling is conducted consistent with the requirements and provides representative data.

d) For the 2021 sampling date - The Table 5 of the quarterly report for First Quarter 2021 (from January to March, 2021) shows a sample date of March 10, 2021 and sampling that occurred at MCSP1, MCSP4, MCSP5, and MCSP6 – there are no notes in the table that any of the locations were dry or could not be sampled. In addition, data was provided for the March 10th event.

**Rebuttal Opinion 3: California Toxics Rule (CTR) Standards are appropriate for assessing exceedances of MS4 Permit Provisions B and D. A TMDL is not required for the California Toxics Rule to apply.**

In his declaration (item 22.g), Mr. Simpson asserts that my use of the CTR standards for establishing violations of the Small MS4 Permit is unsupported and that the water quality objectives from the California Toxics Rule ("CTR") only apply in general permits with established Total Maximum Daily Loads ("TMDLs"). For the following reasons, Mr. Simpson's assertion is incorrect.

a) The Small MS4 Permit expressly incorporates water quality objectives from Statewide Water Quality Control Plans, the California Toxics Rule, and applicable Regional Water Quality Control Plans (Basin Plans). To this end, the Small MS4 Permit includes the following provisions:

   o Permit Provision B incorporates the CTR through Basin Plan references

*B. Discharge Prohibitions – 1. Discharges of waste from the MS4 that are prohibited by Statewide Water Quality Control Plans or applicable Regional Water Quality Control Plans (Basin Plans) are prohibited.*

- ▪ The Water Quality Control Plan (section 4.2.1.1.15) for the Sacramento River Basin and the San Joaquin River Basin (Basin Plan) expressly states that the implementation provisions for the priority pollutant criteria promulgated by the CTR are incorporated into the Basin Plan.

- o Permit Provision D expressly incorporates the CTR and CTR-based WQOs

*D. Receiving Water Limitations - Discharges shall not cause or contribute to an exceedance of water quality standards contained in a Statewide Water Quality Control Plan, the California Toxics Rule (CTR), or in the applicable Regional Water Board Basin Plan.*

b) The applicability and use of the CTR criterion to assess discharges from the outfalls to Mule Creek and the water quality within Mule Creek as a receiving water is further supported by the Analytical Methods Report submitted from Defendants to the Central Valley Regional Water Quality Control Board on September 15, 2020, which identified CTR as the applicable WQO for copper, lead and zinc. The Analytical Methods Report has been produced in this action with a bates number beginning with CALSPORT0000588.

c) In the Comments to the Phase II MS4 Annual Reports and 13383 Order Quarterly Monitoring Reports from the Central Valley Regional Water Quality Control Board to Defendants on February 11, 2022, the Water Board provided an MS4 compliance review excel spreadsheet which included comments about the need for the water quality data analyses to use the CTR criteria when assessing exceedances. This spreadsheet is has been produced in this action with a bates number beginning with CALSPORT0034357. These comments indicate that the CTR standards apply and identify exceedances of the CTR standards for various parameters. See CALSPORT0034367.

**Rebuttal Opinion 4: The use of the CTR criteria specified in 40 CFR 131.38 and the default hardness value of 100 mg/L was appropriate.**

In his declaration (item 22.g), Mr. Simpson asserts that CTR-based hardness adjustments were not considered when determining the CTR standards for copper, lead, and zinc, as specified in 40 CFR 131.38.  For the following reasons, Mr. Simpson's assertion is incorrect.

a) In 40 CFR 131.38 footnote e to the Table in Paragraph (b)(1) states "Freshwater aquatic life criteria for metals are expressed as a function of total hardness (mg/L) in the water body. The equations are provided in matrix at paragraph (b)(2) of this section. Values displayed above in the matrix correspond to a total hardness of 100 mg/l." Thus, the CTR uses a default hardness value of 100 mg/L.

b) The CTR does not provide guidance regarding which site-specific hardness value to select from a dataset if adjusting the criteria. When adjusting the CTR metals criteria for

site-specific conditions, the industry standard practice is to use the lowest available hardness result from the event-specific samples to be protective of aquatic life beneficial uses.

c)   Stormwater discharges are short-term, localized events which usually involve a large volume of discharge for a brief period of time. Stormwater samples (outfall and receiving water) typically have a low hardness (< 100 mg/L) due to the influx of rainwater.

d)   For the past metals exceedances (from February 4, 2019 - January 6, 2021), the dataset provided by Defendants did not always include the hardness data concurrently measured at the outfalls and in the receiving water during the storm events, thus it was not always possible to determine which hardness values would be protective of the aquatic life beneficial uses. Thus, the default CTR criterion were used for copper, lead and zinc (using the default water quality hardness of 100 mg/L).

e)   For the ongoing metals exceedances (January 7, 2021 – March 28, 2022) it was determined that the same approach would be used as for the past metals exceedances so that the results would be more comparable.

- For the sake of comparison – the Defendants measured hardness during metals sampling from January 2021 - March 2022. The lowest hardness result measured between January 2021 and March 2022 at the upstream, instream location MCSP1 was 104 mg/L; outfalls MCSP5 and MCSP6 were 34 mg/L and 26 mg/L, respectively, and at the downstream location MCSP4 was 60 mg/L. All but the upstream hardness were below the default hardness of 100 mg/L and would have resulted in lower water quality objectives. The average hardness values at outfalls MCSP5 and MCSP6 were 97 mg/L and 92 mg/L, respectively, which are also below the default hardness of 100 mg/L and would have resulted in lower CTR water quality objectives.

- When the site- and event-specific hardness values collected between January 2021 and March 2022 were used to adjust the water quality objectives, two additional exceedances were identified at MCSP5 and three additional exceedances at MCSP6 (all for dissolved copper).

Therefore, the use of the default hardness <u>did not</u> inflate the number of exceedances identified. If anything, the use of the default values underestimated the number of exceedances.

**Rebuttal Opinion 5: The analysis conducted focused on a subset of individual water chemistry constituents, each of which has an associated water quality objective.**

In his declaration (item 22.f), Mr. Simpson asserts that the analysis disregarded toxicity testing conducted in 2021 and 2022. Mr. Simpson's assertion is incorrect.

The analysis did not "disregard" toxicity testing, rather, it focused on a subset of the data that was available, which included individual water chemistry parameters that have associated water quality objectives. Even if toxicity testing is conducted at a sampling location and no toxicity is found, it does not invalidate or otherwise change the results or regulatory requirements for the other water chemistry analyses. Each water quality objective is independently applicable.

In fact, the inclusion of a toxicity analysis would not have any bearing on the analysis that I conducted or the findings in my declaration and expert report.

**Rebuttal Opinion 6: The purpose of and methodology for Receiving Water Limitations analyses are separate and distinct from the purpose of and methodology for the 303(d) listing process.**

In his declaration (items 22a and 22b) and expert report (Opinion 1), Mr. Simpson asserts that the Receiving Water Limitations analyses need to demonstrate that the discharges are causing or contributing to receiving water impairments and follow methodologies in the 303(d) Listing Policy. For the following reasons, Mr. Simpson's assertion is incorrect.

a) The purpose of the Receiving Water Limitations analysis is to determine if the discharges are causing or contributing to "an exceedance of water quality standards" and then to identify additional controls that need to be implemented to ultimately meet water quality standards (not to identify impaired water bodies).

b) A commonly used method for Receiving Water Limitations analyses is to compare water quality analyses from paired outfall discharges and receiving water monitoring locations to identify exceedances. This is the approach that I used in the analyses referenced within this document.

c) Receiving Water Limitations analyses are conducted irrespective of impairment status.

d) It would be inappropriate to use the 303(d) Listing Policy to assess Small MS4 Permit Receiving Water Limitations exceedances. In fact, the 303(d) Listing Policy expressly states [emphasis added]:

*This Policy applies only to the listing process methodology used to comply with CWA section 303(d).  In order to make decisions regarding standards attainment, this Policy provides guidance for interpreting data and information as they are compared to beneficial uses, existing numeric and narrative water quality objectives, and antidegradation considerations. **The Policy shall not be used to**:*
- ***Determine compliance with any permit or waste discharge requirement provision;***
- *Establish, revise, or refine any water quality objective or beneficial use; or*
- *Translate narrative water quality objectives for the purposes of regulating point sources.*

**Rebuttal Opinion 7: Irrespective of the iterative process, the Small MS4 Permit requires compliance with Provisions B.1, B.2, B.3, and D.**

In his declaration (items 20 and 21) and expert report (Opinion 2), Mr. Simpson asserts that participation in the iterative process as defined in Provision D (Receiving Water Limitations) also results in compliance with Provisions B.1, B.2, and B.3 (in order words, participation in the iterative process is "in lieu" of meeting water quality standards). For the following reasons, Mr. Simpson's assertion is incorrect.

a) Provisions B.1, B.2 and B.3 do not contain any reference to the iterative process and are independently applicable. Meaning, compliance with Provision D does not equate to compliance with Provisions B.1., B.2, or B.3. The full text of Provisions B.1 through B.3 is set forth in the permit excerpts attached in Exhibit 2 to Mr. Simpson's expert report.

b) The Small MS4 Permit Fact Sheet states the following regarding Provision D [emphasis added] - When a discharger is shown to be causing or contributing to an exceedance of water quality standards, that discharger is in violation of the relevant discharge prohibitions and receiving water limitations of the permit. The full language is provided below (emphasis added).

> *The State Water Board has previously determined that limitations necessary to meet water quality standards are appropriate for the control of pollutants discharged by MS4s and must be included in MS4 permits. (State Water Board Orders WQ 91-03, 98-01, 99- 05, 2001-15).). **This Order accordingly prohibits discharges that cause or contribute to violations of water quality standards**. Consistent with federal law, the State Water Board has also found it appropriate to require implementation of BMPs in lieu of numeric water quality-based effluent limitations and further, in lieu of "strict compliance" with water quality standards, has prescribed an iterative process of BMP improvement to achieve water quality standards. (State Water Board Orders WQ 91-03, 98-01, 2001-15; 40 C.F.R. §122.44(k).) As a result, this Order further sets out that, **upon determination that a Permittee is causing or contributing to an exceedance of applicable water quality standards, the Permittee must engage in an iterative process of proposing and implementing additional control measures to prevent or reduce the pollutants causing or contributing to the exceedance.** This iterative process is modeled on receiving water limitations set out in State Water Board precedential Order WQ 99-05 and required by that Order to be included in all municipal storm water permits.*
>
> *The Water Boards have generally directed dischargers to achieve compliance with water quality standards by improving control measures through the iterative process and, as a matter of practice, have generally declined to initiate enforcement actions against MS4 permittees who have been actively engaged in the iterative process. At the same time, however, **the Water Boards have maintained that the iterative process does not provide a "safe harbor" to MS4 permittees that is, when a discharger is shown to be causing or contributing to an exceedance of water quality standards, that discharger is in violation of the relevant discharge prohibitions and receiving water limitations of the permit and potentially subject to enforcement by the Water Boards or through a citizen suit, even if the discharger is actively engaged in the iterative process.***

**Rebuttal Opinion 8: The MUN beneficial use applies to Mule Creek.**

In his declaration (item 22i), Mr. Simpson asserts that the MUN beneficial use does not apply to Mule Creek. For the following reasons, Mr. Simpson's assertion is incorrect.

a) Mule Creek is a tributary to Dry Creek which is flows to the Mokelumne River and ultimately to the Sacramento-San Joaquin Delta.

b) The Waste Discharge Requirements (WDR) issued to the Mule Creek State Prison wastewater treatment plant (Order No. R5-2015-0129), which is located on the same property subject to the Small MS4 Permit, identifies the municipal and domestic supply (MUN) beneficial use for the Sacramento-San Joaquin Delta and as being applicable to the WDRs. Order No. R5-2015-0129 has been produced in this action with a bates number beginning with CALSPORT0008399.

c) The Basin Plan states (Section 2.1) [emphasis added]

- *Existing and potential beneficial uses which currently apply to surface waters of the basins are presented in Figure 2-1 and Table 2-1. The beneficial uses of any specifically identified water body generally apply to its tributary streams, except as provided below*….[not applicable to Defendants]

- ***Water Bodies within the basins that do not have beneficial uses designated in Table 2-1 are assigned MUN designations*** *in accordance with the provisions of State Water Board Resolution No. 88-63 which is, by reference, a part of this Basin Plan, except as provided below*… [not applicable to Defendants]

**Rebuttal Opinion 9: Water present within the storm drain system on a dry day (no measurable precipitation) may be indicative of a non-stormwater discharge in violation of Provision B.3.**

In his declaration (item 22j), Mr. Simpson asserts that the observation of the standing water in the storm drain system during the site inspection on March 9, 2022 is irrelevant. For the following reasons, Mr. Simpson's assertion is incorrect.

- The Small MS4 Permit Provision B.3 requires that discharges through the MS4 of material other than stormwater **must be effectively prohibited** unless it is expressly allowed or otherwise authorized.

- The site inspection was conducted on March 9 with the last precipitation event occurring at least 8 days prior. As such, it was unclear why the entire storm drain system from GT-5 to MCSP6 had standing water in it with flowing water in several locations.

- In addition, the samples collected at several locations indicated the presence of pharmaceutical products.

**Rebuttal Option 10: The Facility does not qualify for the Industrial General Permit "No Exposure Certification" (NEC) criteria if industrial related materials and activities are not within a storm-resistant shelter.**

In his declaration (item 22k), Mr. Simpson asserts that the conclusion that the Facility does not qualify for the NEC is unsupported. For the following reasons, Mr. Simpson's assertion is incorrect.

- The Industrial General Permit (Order 2014-0057-DWQ) defines and requires the following to receive and maintain an NEC [excerpts from the Permit].

  o Requirements

    ▪ *There is no exposure of Industrial Materials and Activities to rain, snow, snowmelt, and/or runoff* (Provision XVII.A.1)

      - *To qualify for an NEC, a Discharger shall:…provide a Storm-Resistant Shelter to protect Industrial Materials and Activities from exposure to rain, snow, snowmelt, run-on, and runoff.* (XVII.C.1)

    ▪ *All unauthorized NSWDs have been eliminated and all authorized NSWDs meet the conditions of Section IV* (Provision XVII.A.2)

    ▪ *If circumstances change and Industrial Materials and Activities become exposed to rain, snow, snowmelt, and/or runoff, the conditions for this exclusion shall no longer apply.* (Provision XVII.E.2)

  o *Definitions*

    ▪ *No Exposure - all Industrial Materials and Activities are protected by a Storm-Resistant Shelter to prevent all exposure to rain, snow, snowmelt, and/or runoff.* (Provision XVII.B.1)

    ▪ *Storm-Resistant Shelters - includes completely roofed and walled buildings or structures.  Also includes structures with only a top cover supported by permanent supports but with no side coverings, provided material within the structure is not subject to wind dispersion (sawdust, powders, etc.), or trackout, and there is no storm water discharged from within the structure that comes into contact with any materials.* (Provision XVII.B.5)

- Industrial materials and activities must be protected by a storm-resistant shelter <u>year round</u> (not just during storm events), to prevent a) exposure during a storm event and b) the creation of a condition where pollutants may be deposited on the ground that are later exposed to a storm event.

  o The NEC checklist supports that these requirements apply year-round. The checklist requires that the Discharger note that "none of the industrial materials or activities are, or will be in the foreseeable future, exposed to precipitation.."

  o The NEC checklist also requires that the Discharger certify that none of the eleven major areas "have potential for exposure" further "If the Discharger cannot certify that every one of the eleven major areas do not have exposure, a potential for exposure exists at the facility and the facility is not eligible for NEC coverage" (see Industrial General Permit Appendix 2)

  o The instructions for NEC (Appendix 2)

- NEC coverage is only valid if the condition of "No Exposure" exists and is reasonably expected to continue to exist.

- Identifies "Other Potential Sources of Contaminants" as "Pollutants Potentially Mobilized by Wind Windblown materials cause a condition of exposure. Materials sheltered from precipitation are be deemed exposed if the materials has a potential to be mobilized by wind."

• Mr. Simpson does not dispute that the issues identified during the inspection on March 9, 2022 were problematic and counter to the NEC. Instead, he concludes that the conditions have since been modified. However – an NEC is predicated upon a condition of no exposure existing and being reasonably expected to continue to exist.


Executed this **6**<sup>th</sup> day of September 2022 at ____Davis____, California.


Karen Ashby

Karen Ashby

**ATTACHMENT E**

# Vegetated Swale

# TC-30



## Maintenance Concerns, Objectives, and Goals

- Channelization
- Vegetation/Landscape Maintenance
- Vector Control
- Aesthetics
- Hydraulic and Removal Efficacy

## General Description

Vegetated swales are open, shallow channels with vegetation covering the side slopes and bottom that collect and slowly convey runoff flow to downstream discharge points. They are designed to treat runoff through filtering by the vegetation in the channel, filtering through a subsoil matrix, and/or infiltration into the underlying soils. Swales can be natural or manmade. They trap particulate pollutants (suspended solids and trace metals), promote infiltration, and reduce the flow velocity of stormwater runoff. Vegetated swales can serve as part of a stormwater drainage system and can replace curbs, gutters and storm sewer systems. Therefore, swales are best suited for residential, industrial, and commercial areas with low flow and smaller populations.

## Targeted Constituents

| | | |
|---|---|---|
| ✓ | Sediment | ▲ |
| ✓ | Nutrients | ● |
| ✓ | Trash | ● |
| ✓ | Metals | ▲ |
| ✓ | Bacteria | ● |
| ✓ | Oil and Grease | ▲ |
| ✓ | Organics | ▲ |
| ✓ | Oxygen Demanding | ▲ |

**Legend** *(Removal Effectiveness)*

| ● | Low | ■ | High |
|---|---|---|---|
| ▲ | Medium | | |

## Inspection/Maintenance Considerations

It is important to consider that a thick vegetative cover is needed for vegetated swales to function properly. Usually, swales require little more than normal landscape maintenance activities such as irrigation and mowing to maintain pollutant removal efficiency. Swales can become a nuisance due to mosquito breeding in standing water if obstructions develop (e.g., debris accumulation, invasive vegetation) and/or if proper drainage slopes are not implemented and maintained. The application of fertilizers and pesticides should be minimized.



| Inspection Activities | Suggested Frequency |
|---|---|
| ■ Inspect after seeding and after first major storms for any damages. | Post construction |
| ■ Inspect for signs of erosion, damage to vegetation, channelization of flow, debris and litter, and areas of sediment accumulation.  Perform inspections at the beginning and end of the wet season.  Additional inspections after periods of heavy runoff are desirable. | Semi-annual |
| ■ Inspect level spreader for clogging, grass along side slopes for erosion and formation of rills or gullies, and sand/soil bed for erosion problems. | Annual |

| Maintenance Activities | Suggested Frequency |
|---|---|
| ■ Mow grass to maintain a height of 3–4 inches, for safety, aesthetic, or other purposes. Litter should always be removed prior to mowing.  Clippings should be composted.<br>■ Irrigate swale during dry season (April through October) or when necessary to maintain the vegetation.<br>■ Provide weed control, if necessary to control invasive species. | As needed (frequent, seasonally) |
| ■ Remove litter, branches, rocks blockages, and other debris and dispose of properly.<br>■ Maintain inlet flow spreader (if applicable).<br>■ Repair any damaged areas within a channel identified during inspections.  Erosion rills or gullies should be corrected as needed.  Bare areas should be replanted as necessary. | Semi-annual |
| ■ Declog the pea gravel diaphragm, if necessary.<br>■ Correct erosion problems in the sand/soil bed of dry swales.<br>■ Plant an alternative grass species if the original grass cover has not been successfully established.  Reseed and apply mulch to damaged areas. | Annual (as needed) |
| ■ Remove all accumulated sediment that may obstruct flow through the swale.  Sediment accumulating near culverts and in channels should be removed when it builds up to 3 in. at any spot, or covers vegetation, or once it has accumulated to 10% of the original design volume.  Replace the grass areas damaged in the process.<br>■ Rototill or cultivate the surface of the sand/soil bed of dry swales if the swale does not draw down within 48 hours. | As needed (infrequent) |

# Vegetated Swale                                              TC-30

## Additional Information

Recent research (Colwell et al., 2000) indicates that grass height and mowing frequency have little impact on pollutant removal. Consequently, mowing may only be necessary once or twice a year for safety or aesthetics or to suppress weeds and woody vegetation.

## References

Metropolitan Council, Urban Small Sites Best Management Practices Manual. Available at: http://www.metrocouncil.org/environment/Watershed/BMP/manual.htm

U.S. Environmental Protection Agency, Post-Construction Stormwater Management in New Development & Redevelopment BMP Factsheets. Available at: cfpub.epa.gov/npdes/stormwater/menuofbmps/bmp_files.cfm

Ventura Countywide Stormwater Quality Management Program, Technical Guidance Manual for Stormwater Quality Control Measures. July, 2002.

**ATTACHMENT F**

| United States<br>Environmental Protection<br>Agency | Office of Water<br>Washington, D.C. | 832-F-99-006<br>September 1999 |
| --- | --- | --- |



# Storm Water Technology Fact Sheet
## Vegetated Swales

## DESCRIPTION

A vegetated swale is a broad, shallow channel with a dense stand of vegetation covering the side slopes and bottom. Swales can be natural or manmade, and are designed to trap particulate pollutants (suspended solids and trace metals), promote infiltration, and reduce the flow velocity of storm water runoff. A typical design is shown in Figure 1.

Vegetated swales can serve as part of a storm water drainage system and can replace curbs, gutters and storm sewer systems. Therefore, swales are best suited for residential, industrial, and commercial areas with low flow and smaller populations.

## APPLICABILITY

Vegetated swales can be used wherever the local climate and soils permit the establishment and maintenance of a dense vegetative cover. The feasibility of installing a vegetated swale at a

**Notation:**
$L$ = Length of swale impoundment area per check dam (ft)
$D_S$ = Depth of check dam (ft)
$S_S$ = Bottom slpe of swale (ft/ft)
$W$ = Top width of check dam (ft)
$W_B$ = Bottom width of check dam (ft)
$Z_{1\&2}$ = Ratio of horizontal to vertical change in swale side slope (ft/ft)

(a) Cross section of swale with check dam.

Provide for scour protection.

(b) Dimensional view of swale impoundment area.

Source: NVPDC, 1996.

**FIGURE 1 EXAMPLE OF A VEGETATED SWALE**

particular site depends on the area, slope, and perviousness of the contributing watershed, as well as the dimensions, slope, and vegetative covering employed in the swale system.

Vegetated swales are easy to design and can be incorporated into a site drainage plan.  While swales are generally used as a stand-alone storm water Best Management Practice (BMP), they are most effective when used in conjunction with other BMPs, such as wet ponds, infiltration strips, wetlands, etc.

While vegetated swales have been widely used as storm water BMPs, there are also certain aspects of vegetated swales that have yet to be quantified. Some of the issues being investigated are whether their pollutant removal rates decline with age, what effect the slope has on the filtration capacity of vegetation, the benefits of check dams, and the degree to which design factors can enhance the effectiveness of pollutant removal.

## ADVANTAGES AND DISADVANTAGES

Swales typically have several advantages over conventional storm water management practice, such as storm sewer systems, including the reduction of peak flows; the removal of pollutants, the promotion of runoff infiltration, and lower capital costs. However, vegetated swales are typically ineffective in, and vulnerable to, large storms, because high-velocity flows can erode the vegetated cover.

Limitations of vegetated swales include the following:

- They are impractical in areas with very flat grades, steep topography, or wet or poorly drained soils.

- They are not effective and may even erode when flow volumes and/or velocities are high.

- They can become drowning hazards, mosquito breeding areas, and may emit odors.

- Land may not be available for them.

- In some places, their use is restricted by law: many local municipalities prohibit vegetated swales if peak discharges exceed 140 liters per second (five cubic feet per second) or if flow velocities are greater than 1 meter per second (three feet per second).

- They are impractical in areas with erosive soils or where a dense vegetative cover is difficult to maintain.

Negative environmental impacts of vegetated swales may include:

- Leaching from swale vegetation may increase the presence of trace metals and nutrients in the runoff.

- Infiltration through the swale may carry pollutants into local groundwater.

- Standing water in vegetated swales can result in potential safety, odor, and mosquito problems.

## DESIGN CRITERIA

Design criteria for implementation of the vegetated swales are as follows:

### Location

Vegetated swales are typically located along property boundaries along a natural grade, although they can be used effectively wherever the site provides adequate space.  Swales can be used in place of curbs and gutters along parking lots.

### Soil Requirements

Vegetated swales should not be constructed in gravelly and coarse sandy soils that cannot easily support dense vegetation.  If available, alkaline soils and subsoils should be used to promote the removal and retention of metals. Soil infiltration rates should be greater than 0.2 millimeters per second (one-half inch per hour); therefore, care

must be taken to avoid compacting the soil during construction.

## Vegetation

A fine, close-growing, water-resistant grass should be selected for use in vegetated swales, because increasing the surface area of the vegetation exposed to the runoff improves the effectiveness of the swale system. Pollutant removal efficiencies vary greatly depending on the specific plants involved, so the vegetation should be selected with pollution control objectives in mind. In addition, care should be taken to choose plants that will be able to thrive at the site. Examples of vegetation appropriate for swales include reed canary grass, grass-legume mixtures, and red fescue.

## General Channel Configuration

A parabolic or trapezoidal cross-section with side slopes no steeper than 1:3 is recommended to maximize the wetted channel perimeter of the swale. Recommendations for longitudinal channel slopes vary within the existing literature. For example, Schueler (1987) recommends a vegetated swale slope as close to zero as drainage permits. The Minnesota Pollution Control Agency (1991) recommends that the channel slope be less than 2 percent. The Storm Water Management Manual for the Puget Sound Basin (1992) specifies channel slopes between 2 and 4 percent. This manual indicates that slopes of less than 2 percent can be used if drain tile is incorporated into the design, while slopes greater than 4 percent can be used if check dams are placed in the channel to reduce flow velocity.

## Flows

A typical design storm used for sizing swales is a six-month frequency, 24-hour storm event. The exact intensity of this storm must be determined for your location and is generally available from the U.S. Geological Survey. Swales are generally not used where the maximum flow rate exceeds 140 liters/second (5 cubic feet per second).

## Sizing Procedures

The width of the swale can be calculated using various forms of the Manning equation. However, this methodology can be simplified to the following rule of thumb: the total surface area of the swale should be one percent of the area (500 square feet for each acre) that drains to the swale.

Unless a bypass is provided, the swale must be sized both to treat the design flows and to pass the peak hydraulic flows. However, for the swale to treat runoff most effectively, the depth of the storm water should not exceed the height of the grass.

## Construction

The subsurface of the swale should be carefully constructed to avoid compaction of the soil. Compacted soil reduces infiltration and inhibits growth of the grass. Damaged areas should be restored immediately to ensure that the desired level of treatment is maintained and to prevent further damage from erosion of exposed soil.

## Check Dams

Check dams can be installed in swales to promote additional infiltration, to increase storage, and to reduce flow velocities. Earthen check dams are not recommended because of their potential to erode. Check dams should be installed every 17 meters (50 feet) if the longitudinal slope exceeds 4 percent.

## PERFORMANCE

The literature suggests that vegetated swales represent a practical and potentially effective technique for controlling urban runoff quality. While limited quantitative performance data exists for vegetated swales, it is known that check dams, slight slopes, permeable soils, dense grass cover, increased contact time, and small storm events all contribute to successful pollutant removal by the swale system. Factors decreasing the effectiveness of swales include compacted soils, short runoff contact time, large storm events, frozen ground, short grass heights, steep slopes, and high runoff velocities and discharge rates.

Conventional vegetated swale designs have achieved mixed results in removing particulate pollutants. A study performed by the Nationwide Urban Runoff Program (NURP) monitored three grass swales in the Washington, D.C., area and found no significant improvement in urban runoff quality for the pollutants analyzed. However, the weak performance of these swales was attributed to the high flow velocities in the swales, soil compaction, steep slopes, and short grass height. Another project in Durham, NC, monitored the performance of a carefully designed artificial swale that received runoff from a commercial parking lot. The project tracked 11 storms and concluded that particulate concentrations of heavy metals (Cu, Pb, Zn, and Cd) were reduced by approximately 50 percent. However, the swale proved largely ineffective for removing soluble nutrients. A conservative estimate would say that a properly designed vegetated swale may achieve a 25 to 50 percent reduction in particulate pollutants, including sediment and sediment-attached phosphorus, metals, and bacteria. Lower removal rates (less than 10 percent) can be expected for dissolved pollutants, such as soluble phosphorus, nitrate, and chloride. Table 1 summarizes some pollutant removal efficiencies for vegetated swales.

The effectiveness of vegetated swales can be enhanced by adding check dams at approximately 17 meter (50 foot) increments along their length (See Figure 1). These dams maximize the retention time within the swale, decrease flow velocities, and promote particulate settling. Structures to skim off floating debris may also be added to the swales. Finally, the incorporation of vegetated filter strips parallel to the top of the channel banks can help to treat sheet flows entering the swale.

## OPERATION AND MAINTENANCE

The useful life of a vegetated swale system is directly proportional to its maintenance frequency. If properly designed and regularly maintained, vegetated swales can last indefinitely.

The maintenance objectives for vegetated swale systems include keeping up the hydraulic and removal efficiency of the channel and maintaining a dense, healthy grass cover. Maintenance activities

## TABLE 1  EFFECTIVENESS OF DESIGN SWALES

| Pollutant | Median % Removal |
|---|---|
| Total Suspended Solids | 81 |
| Oxygen Demanding Substances | 67 |
| Nitrate | 38 |
| Total Phosphorus | 9 |
| Hydrocarbons | 62 |
| Cadmium | 42 |
| Copper | 51 |
| Lead | 67 |
| Zinc | 71 |

should include periodic mowing (with grass never cut shorter than the design flow depth), weed control, watering during drought conditions, reseeding of bare areas, and clearing of debris and blockages. Cuttings should be removed from the channel and disposed in a local composting facility. Accumulated sediment should also be removed manually to avoid the transport of resuspended sediments in periods of low flow and to prevent a damming effect from sand bars. The application of fertilizers and pesticides should be minimal.

Another aspect of a good maintenance plan is repairing damaged areas within a channel. For example, if the channel develops ruts or holes, it should be repaired utilizing a suitable soil that is properly tamped and seeded. The grass cover should be thick; if it is not, reseed as necessary.

Any standing water removed during the maintenance operation must be disposed to a sanitary sewer at an approved discharge location. Residuals (e.g., silt, grass cuttings) must be disposed in accordance with local or State requirements.

## COSTS

Vegetated swales typically cost less to construct than curbs and gutters or underground storm

sewers. Schueler (1987) reported that costs may vary from $16-$30 per linear meter ($4.90 to $9.00 per linear foot) for a 4.5 meter (15-foot) wide channel (top width).

The Southeastern Wisconsin Regional Planning Commission (SEWRPC, 1991) reported that costs may vary from $28 to $164 per linear meter ($8.50 to $50.00 per linear foot) depending upon swale depth and bottom width. These cost estimates are higher than other published estimates because they include the cost of activities (such as clearing, grubbing, leveling, filling, and sodding) that may not be included in other published estimates. Construction costs depend on specific site considerations and local costs for labor and materials. Table 2 shows the estimated capital costs of a vegetated swale.

Annual costs for maintaining vegetated swales are approximately $1.90 per linear meter ($0.58 per linear foot) for a 0.5 meter (1.5-foot) deep channel, according to SEWRPC (1991). Average annual operating and maintenance costs of vegetated swales can be estimated using Table 3.

## REFERENCES

1.  Minnesota Pollution Control Agency. 1991. *Protecting Water Quality in Urban Areas*.

2.  Schueler, T. R., 1987. Controlling Urban Runoff. *A Practical Manual for Planning and Designing Urban BMPs*.

3.  Southeastern Wisconsin Regional Planning Commission, 1991. *Cost of Urban Nonpoint Source Water Pollution Contol Measures, Technical Report No. 31*.

4.  U.S. EPA, 1983. *Results of the Nationwide Urban Runoff Program*. NTIS PD# 84-18-5545.

5.  U.S. EPA, 1991. *A Current Assessment of Best Management Practices: Techniques for Reducing Nonpoint Source Pollution in the Coastal Zone*.

6.  U.S. EPA, 1992. Storm Water Management for Industrial Activities: *Developing Pollution Prevention Plans and Best Management Practices*. EPA 832-R92-006, U.S. EPA, Washington, D.C.

7.  Washington State Department of Ecology. February, 1992. *Storm Water Manual for the Puget Sound Basin*.

## ADDITIONAL INFORMATION

Center for Watershed Protection
Tom Schueler
8391 Main Street
Ellicott City, MD 21043

City of Durham, North Carolina
Paul Wiebke
Storm Water Department
101 City Hall Plaza
Durham, NC  27701

State of Minnesota
Lou Flynn
Minnesota Pollution Control Agency
520 Lafayette Road North
St. Paul, MN 55155

State of Oregon
Dennis Jurries
Oregon Department of Environmental Quality, Northwest Region
2020 Southwest 4th Avenue, Suite 400
Portland, OR 97201

Southeastern Wisconsin Regional Planning Commission
Bob Biebel
916 N. East Avenue, P.O. Box 1607
Waukesha, WI 53187

Washington State Department of Ecology
Stan Ciuba
Stormwater Unit
P.O . Box 47696
Olympia, WA 98504

**TABLE 2  ESTIMATED CAPITAL COST OF A 1.5- FOOT DEEP, 10-FOOT-WIDE GRASSED SWALES[a]**

| Component | Unit | Extent | Unit Cost | | | Total Cost | | |
|---|---|---|---|---|---|---|---|---|
| | | | Low | Moderate | High | Low | Moderate | High |
| Mobilization / Demobilization-Light | Swale | 1 | $107 | $274 | $441 | $107 | $274 | $441 |
| Site Preparation Clearing[b]............... | Acre | 0.5 | $2,200 | $3,800 | $5,400 | $1,100 | $1,900 | $2,700 |
| Grubbing[c].............. | Acre | 0.25 | $3,800 | $5,200 | $6,600 | $950 | $1,300 | $1,650 |
| General Excavation[d]........... | Yd$^3$ | 372 | $2.10 | $3.70 | $5.30 | $781 | $1,376 | $1,972 |
| Level and Till[e]........ | Yd$^2$ | 1,210 | $0.20 | $0.35 | $0.50 | $242 | $424 | $605 |
| Sites Development Salvaged Topsoil Seed, and Mulch[f].. | Yd$^2$ | 1,210 | $0.40 | $1.00 | $1.60 | $484 | $1,210 | $1,936 |
| Sod[g]..................... | Yd$^2$ | 1,210 | $1.20 | $2.40 | $3.60 | $1,452 | $2,904 | $4,356 |
| **Subtotal** | -- | -- | -- | -- | -- | $5,116 | $9,388 | $13,660 |
| Contingencies | Swale | 1 | 25% | 25% | 25% | $1,279 | $2,347 | $3,415 |
| **Total** | -- | -- | -- | -- | -- | $6,395 | $11,735 | $17,075 |

Source: (SEWRPC, 1991)

Note: Mobilization/demobilization refers to the organization and planning involved in establishing  a vegetative swale.

[a] Swale has a bottom width of 1.0 foot, a top width of 10 feet with 1:3 side slopes, and a 1,000-foot length.

[b] Area cleared = (top width + 10 feet) x swale length.

[c] Area grubbed = (top width x swale length).

[d] Volume excavated = (0.67 x top width x swale depth) x swale length (parabolic cross-section).

[e] Area tilled = (top width + $\frac{8(\text{swale depth}^2)}{3(\text{top width})}$) x swale length (parabolic cross-section).

[f] Area seeded = area cleared x 0.5.

[g] Area sodded = area cleared x 0.5.

**TABLE 3  ESTIMATED OPERATION AND MAINTENANCE COSTS**

| Component | Unit Cost | Swale Size (Depth and Top Width) | | Comment |
|---|---|---|---|---|
| | | 1.5 Foot Depth, One-Foot Bottom Width, 10-Foot Top Width | 3-Foot Depth, 3-Foot Bottom Width, 21-Foot Top Width | |
| Lawn Mowing | $0.85 / 1,000 ft$^2$/ mowing | $0.14 / linear foot | $0.21 / linear foot | Lawn maintenance area=(top width + 10 feet) x length.  Mow eight times per year |
| General Lawn Care | $9.00 / 1,000 ft$^2$/ year | $0.18 / linear foot | $0.28 / linear foot | Lawn maintenance area = (top width + 10 feet) x length |
| Swale Debris and Litter Removal | $0.10 / linear foot / year | $0.10 / linear foot | $0.10 / linear foot | -- |
| Grass Reseeding with Mulch and Fertilizer | $0.30 / yd$^2$ | $0.01 / linear foot | $0.01 / linear foot | Area revegetated equals 1% of lawn maintenance area per year |
| Program Administration and Swale Inspection | $0.15 / linear foot / year, plus $25 / inspection | $0.15 / linear foot | $0.15 / linear foot | Inspect four times per year |
| **Total** | **--** | **$0.58 / linear foot** | **$ 0.75 / linear foot** | -- |

Source:  SEWPRC, 1991.

The mention of trade names or commercial products does not constitute endorsement or recommendation for the use by the U.S. Environmental Protection Agency.

For more information contact:

Municipal Technology Branch
U.S. EPA
Mail Code 4204
401 M St., S.W.
Washington, DC, 20460



## <u>PROOF OF SERVICE</u>

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 655 West Broadway, 15th Floor, San Diego, California  92101.  On September 6, 2022, I served a copy of the within document(s):

> PLAINTIFF COUNTY OF AMADOR'S SUPPLEMENTAL
> DISCLOSURES OF EXPERT WITNESSES AND REBUTTAL
> EXPERT WITNESS DISCLOSURES

☒  **By e-mail or electronic transmission.**  Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Jennifer Hartman King, Esq.<br>Alanna Lungren, Esq.<br>J.R. Parker, Esq.<br>Andreya Woo Nazal, Esq.<br>HARTMAN KING PC<br>520 Capital Mall, Suite 750<br>Sacramento, CA 95814 | ATTORNEYS FOR KATHLEEN ALLISON in her official capacity as Secretary OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION<br><br>Tel: (916) 379-7530<br>Email:<br>JHartmanKing@HartmanKingLaw.com<br>ALungren@HartmanKingLaw.com<br>KShipp@HartmanKingLaw.com<br>JRParker@HartmanKingLaw.com<br>AWooNazal@HartmanKingLaw.com |
| Andrew L. Packard, Esq.<br>William L. Carlon, Esq.<br>Law Offices of Andrew L. Packard<br>245 Kentucky Street, Suite B3<br>Petaluma, CA 94952 | ATTORNEYS FOR CALIFORNIA SPORTFISHING PROTECTION ALLIANCE<br><br>Tel: (707) 782-4060<br>Email:<br>andrew@packardlawoffices.com<br>wncarlon@packardlawoffices.com<br>wncarlon@packardlawoffices.com |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

- 1 -

83653.00001\40499467.1

Jason Flanders, Esq.
Erica A. Maharg, Esq.
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609

ATTORNEYS FOR CALIFORNIA
SPORTFISHING PROTECTION
ALLIANCE

Tel: (916) 202-3018
Email:
eam@atalawgroup.com
jrf@atalawgroup.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 6, 2022, at San Diego, California.

_____
                    Lisa Atwood

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

- 2 -

83653.00001\40499467.1

EXHIBIT 3





# Central Valley Regional Water Quality Control Board

6 August 2020

Patrick Covello, Warden
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640
**CERTIFIED MAIL:** 7019 2280 0001 9243 9454

***WATER CODE 13383 ORDER TO MONITOR DISCHARGES TO SURFACE WATER; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION – MULE CREEK STATE PRISON, WDID#:5S03M2000307, AMADOR COUNTY***

The California Regional Water Quality Control Board, Central Valley Region (Central Valley Water Board) finds the following:

1.    **Responsible Party**. The California Department of Corrections and Rehabilitation (CDCR or Permittee) owns and operates a municipal separate storm sewer system (MS4) at Mule Creek State Prison (Facility), located in Ione within Amador County.

2.    **Mule Creek**. The Facility's MS4 discharges to Mule Creek, a water of the United States. Mule Creek is tributary to Dry Creek which runs into the Mokelumne River.  The Central Valley Water Board's Water Quality Control Plan for the Sacramento River and San Joaquin River Basins designates the following beneficial uses for Mokelumne River, Camanche Reservoir and Delta and its tributaries, including Mule Creek: AGR, REC-1, REC-2, WARM, COLD, MIGR, SPWN, and WILD.

3.    **Small MS4 General Permit**. The Facility is regulated under the State Water Resources Control Board (State Water Board) National Pollutant Discharge Elimination System General Permit for Waste Discharge Requirements for Storm Water Discharges from Small Municipal Separate Storm Sewer Systems, Water Quality Order 2013-0001-DWQ, as amended (Small MS4 General Permit) as a Non-Traditional MS4.

4.    **Storm Water Control Program**. The Small MS4 General Permit requires CDCR to develop and implement a storm water control program for the Facility to reduce the discharge of pollutants from its MS4 to waters of the United States and ensure compliance with applicable water quality requirements.

---

KARL E. LONGLEY ScD, P.E., CHAIR  |  PATRICK PULUPA, ESQ., EXECUTIVE OFFICER

11020 Sun Center Drive #200, Rancho Cordova, CA 95670  |  www.waterboards.ca.gov/centralvalley

MCSP0000646

California Department of Corrections          - 2 -                               6 August 2020
and Rehabilitation - Mule Creek State Prison

5.    **Water Code Section 13383**. Under Water Code section 13383, subdivision (a), the regional board "may establish monitoring, inspection, entry, reporting, and recordkeeping requirements . . . for any person who discharges, or proposes to discharge, to navigable waters . . . ." The regional board "may require any person subject to this section to establish and maintain monitoring equipment or methods, including, where appropriate, biological monitoring methods, sample effluent as prescribed, and provide other information as may be reasonably required." (Water Code, § 13383, subd. (b); see also 33 U.S.C. § 1318(a); 40 C.F.R. § 122.41(h).)

6.    **Potential Liability for Noncompliance**. Pursuant to Water Code section 13385, any person who violates a requirement established pursuant to section 13383 may be subject to an administrative civil liability up to $10,000 for each day in which the violation occurs. The Central Valley Water Board may also seek judicially imposed civil liabilities up to $25,000 for each day in which the violation occurs.

7.    **Need for Monitoring and Reporting Requirements**. Due to potential water quality impacts to Mule Creek while the Facility's storm water control program is being fully developed and implemented and to ensure compliance with Small MS4 General Permit requirements, the Central Valley Water Board has determined that an interim monitoring and reporting program is necessary to monitor storm water discharges from the Facility to Mule Creek. The requirements in this Order supplement and do not supersede existing monitoring and reporting requirements under the Small MS4 General Permit or other monitoring and reporting orders issued by the Central Valley Water Board or its delegates.

8.    **Delegated Authority**. This Order is issued under authority delegated to the Central Valley Water Board's Executive Officer pursuant to Resolution R5-2018-0057 and Water Code section 13223.

**IT IS HEREBY ORERED** that, pursuant to Water Code section 13383, CDCR shall comply with the following monitoring and reporting requirements set forth below:

   **I.    REPORTING REQUIREMENTS**

   A. **Analytical Methods Report.** The Permittee shall complete and submit an Analytical Methods Report, electronically via the Stormwater Multiple Application Tracking System (SMARTS) database submittal, **by 15 September 2020**. The Analytical Methods Report shall include the following for each constituent to be monitored in accordance with this Order: 1) applicable water quality objective, 2) reporting level (RL), 3) method detection limit (MDL), and 4) analytical method.  The analytical methods shall be sufficiently sensitive with RLs consistent with the Sufficient Sensitive Methods Rule (SSM Rule) per 40 C.F.R. sections 122.21(e)(3) and 122.44(i)(1)(iv), and with this Order.  If an RL is not less than or equal to the applicable water quality objective for a constituent, the Discharger shall explain how the proposed analytical method complies with the SSM Rule. Central Valley Water Board staff will provide a tool with the transmittal of this Order to assist the Permittee in completing this requirement. The tool will include the constituents and associated applicable water quality objectives to be included in the Analytical Methods Report.

MCSP0000647

B. **Quarterly Monitoring Report.**  Permittee shall submit a Quarterly Monitoring Report by **1 May, 1 August, 1 November, and 1 February annually**.  The Quarterly Monitoring Reports shall cover the following periods: 1) 1 January through 31 March, 2) 1 April through 30 June, 3) 1 July through 30 September, and 4) 1 October through December.  The Quarterly Monitoring Report shall:

1. Provide monitoring data and toxicity test results for the quarter and a copy of all sample documents, including chain of custody forms, toxicity test results, and all associated laboratory documents;

C. **Annual Report.**  The Small MS4 General Permit requires an Annual Report to be submitted by 15 October.  The following additional information shall be included in the Annual Report:

1. Toxicity Testing

a) The dates of sample collection and initiation of each toxicity test;

b) A summary of the reported toxicity test results according to the test methods manual chapter on report preparation and test review; and

c) All results for storm water outfall parameters monitored concurrently with the toxicity test(s).

2. Monitoring data for the fiscal year covering 1 July through 30 June.

D. **Discharge Notification**.  The Permittee shall notify the Central Valley Water Board within 24 hours of the Facility discharging storm water to the receiving water.

E. **Certification**.  Any person signing a document submitted under this Order shall make the following Certification:

> I certify under penalty of law that I have personally examined and am familiar with the information submitted in this document and all attachments and that, based on my knowledge and on my inquiry of those individuals immediately responsible for obtaining the information, I believe that the information is true, accurate, and complete. I am aware that there a significant penalties for submitting false information, including the possibility of fine and imprisonment.

F. **Submission**.  All reports and monitoring data shall be submitted into the SMARTS database.  The monitoring data must be in an electronic format where the data can be manipulated.

California Department of Corrections        - 4 -                      6 August 2020
and Rehabilitation - Mule Creek State Prison

## II.   MONITORING REQUIREMENTS

A.   **Monitoring Samples**. Samples and measurements taken as required herein shall be representative of the volume and nature of the monitored discharge. All samples shall be taken at the monitoring locations specified below and, unless otherwise specified, before the monitored flow joins or is diluted by any other waste stream, body of water, or substance.

B.   **Quality Assurance and Control**.  Chemical, bacteriological, and bioassay analyses of any material required by this Order shall be conducted by a laboratory accredited for such analyses by the State Water Board, Division of Drinking Water (DDW), in accordance with the provision of Water Code section 13176. Laboratories that perform sample analyses must be identified in all monitoring reports submitted to the Central Valley Water Board. Data generated from field measurements such as pH, dissolved oxygen (DO), electrical conductivity (EC), turbidity, and temperature are exempt pursuant to Water Code Section 13176. A manual containing the steps followed in this program for any field measurements such as pH, DO, EC, turbidity, and temperature must be kept onsite and shall be available for inspection by Central Valley Water Board staff. The Permittee must demonstrate sufficient capability (qualified and trained employees, properly calibrated and maintained field instruments, etc.) to adequately perform these field measurements. The Quality Assurance-Quality Control Program must conform to U.S. EPA guidelines or to procedures approved by the Central Valley Water Board.

C.   **Monitoring Instruments and Devices**. Appropriate flow measurement devices and methods consistent with accepted scientific practices shall be selected and used to ensure the accuracy and reliability of measurements of the volume of monitored discharges. All monitoring instruments and devices used by the Permittee to fulfill the prescribed monitoring program shall be properly maintained and calibrated as necessary, at least yearly, to ensure their continued accuracy. All flow measurement devices shall be calibrated at least once per year to ensure continued accuracy of the devices.

D.   **Analytical Methods**.  Laboratory analytical methods shall be sufficiently sensitive in accordance with the Sufficiently Sensitive Methods Rule (SSM Rule) specified under 40 CFR 122.21(e)(3) and 122.44(i)(1)(iv). A U.S. EPA-approved analytical method is sufficiently sensitive for a pollutant/parameter where:

1.   The method minimum level (ML) is at or below the applicable water quality objective for the receiving water, or;

2.   The method ML is above the applicable water quality objective for the receiving water but the amount of the pollutant/parameter in the discharge is high enough that the method detects and quantifies the level of the pollutant/parameter, or;

MCSP0000649

3. The method ML is above the applicable water quality objective for the receiving water, but the ML is the lowest of the 40 CFR 136 U.S. EPA-approved analytical methods for the pollutant/parameter.

## III. MONITORING LOCATIONS

A. **Monitoring Locations**. The Permittee shall establish the monitoring locations identified in Table A.

B. **Executive Officer Approval**. Monitoring locations shall not be changed without notification to and the approval of the Executive Officer.

### Table A. Monitoring Station Locations

| Discharge Point Name | Monitoring Location Name | Monitoring Location Description[1] |
|---|---|---|
| -- | RAIN-1 | Rain gage located at the Mule Creek Wastewater Treatment Plant |
| -- | MCSP1 (RSW-001) | Upstream receiving water location |
| 001 | MCSP2 (OUTFALL-1) | Storm water outfall into Mule Creek |
| 002 | MCSP3 (OUTFALL-2) | Stormwater outfall into Mule Creek |
| -- | MCSP4 (RSW-002) | Downstream receiving water location approximately 200 feet downstream (south) of MCSP 3 (OUTFALL-2). |

Table Notes:

1. Monitoring locations are shown in Figure 1 of this Order.

## IV. STORM WATER OUTFALL MONITORING REQUIREMENTS

**When discharging storm water to Mule Creek,** the Permittee shall monitor storm water outfall discharges from the Facility at Monitoring Locations MCSP2 and MCSP3 as shown in Table B. Storm water outfall monitoring shall be collected concurrently with receiving water sampling (i.e., within four (4) hours).

### Table B. Storm Water Outfall Monitoring

| Parameter | Units | Sample Type | Minimum Sampling Frequency |
|---|---|---|---|
| Total Discharge | MGD | Calculated | 1/event |
| Duration of Discharge | Hours | Calculated | 1/event |
| Rainfall in previous 24-hours | Inches | Gage | 1/event |
| Biochemical Oxygen Demand 5-day @ 20°C (BOD) | mg/L | Grab | 1/event |

MCSP0000650

| Parameter | Units | Sample Type | Minimum Sampling Frequency |
|---|---|---|---|
| Chemical Oxygen Demand (COD) | mg/L | Grab | 1/event |
| Dissolved Organic Carbon (DOC) | mg/L | Grab | 1/event |
| Dissolved Oxygen | mg/L | Grab | 1/event |
| Electrical Conductivity (EC) @ 25°C | µmhos/cm | Grab | 1/event |
| Oil & Grease | mg/L | Grab | 1/event |
| Ammonia (Total as N) | mg/L | Grab | 1/event |
| pH | Standard Units | Grab | 1/event |
| Settleable Solids | ml/L | Grab | 1/event |
| Temperature | °C | Grab | 1/event |
| Total Dissolved Solids (TDS) | mg/L | Grab | 1/event |
| Total Hardness, (as $CaCO_3$) | mg/L | Grab | 1/event |
| Total Suspended Solids (TSS) | mg/L | Grab | 1/event |
| Turbidity | NTU | Grab | 1/event |
| E. coli | CFU/100 mL | Grab | 1/event |
| Aluminum, Total recoverable[2] | µg/L | Grab | 1/event |
| Arsenic, Total recoverable | µg/L | Grab | 1/event |
| Copper, Dissolved | µg/L | Grab | 1/event |
| Iron, Total Recoverable[2] | µg/L | Grab | 1/event |
| Lead, Dissolved | µg/L | Grab | 1/event |
| Manganese, Total Recoverable[2] | µg/L | Grab | 1/event |
| Zinc, Dissolved | µg/L | Grab | 1/event |

Table Notes:

1. Analytical Methods. All parameters shall be analyzed using the analytical methods described in 40 CFR part 136, unless approved by the Executive Officer.

2. Aluminum, Manganese, and Iron. Samples may be passed through a 1.5-micron filter to reduce filterable residue prior to analysis. Filter size recommended in EPA Approved Methods 30 CFR Part 136 for Total Dissolved Solids and Total Suspended Solids and is used for removing suspended solids from a solid prior to analysis. Filtering the sample will remove suspended solids that may contribute to turbidity and color in samples that may negatively impact analytical results for metal concentrations while better

representing the dissolved solids that may pass through a
water treatment plant's filtration system.

## V.    RECEIVING WATER MONITORING REQUIREMENTS

**When discharging storm water to Mule Creek,** the Permittee shall monitor
receiving water at Monitoring Locations MCSP1 and MCSP4 as shown in Table C.
Receiving water monitoring shall be collected concurrently with storm water outfall
sampling (i.e., within four (4) hours).

### Table C. Receiving Water Monitoring

| Parameter | Units | Sample Type | Minimum Sampling Frequency |
|---|---|---|---|
| Dissolved Organic Carbon (DOC) | mg/L | Grab | 1/event |
| Dissolved Oxygen (DO) | mg/L | Grab | 1/event |
| Electrical Conductivity (EC) @ 25°C | μmhos/cm | Grab | 1/event |
| pH | Standard Units | Grab | 1/event |
| Temperature | °C | Grab | 1/event |
| Total Hardness (as $CaCO_3$) | mg/L | Grab | 1/event |
| Total Suspended Solids (TSS) | mg/L | Grab | 1/event |
| Turbidity | NTU | Grab | 1/event |
| E. coli | CFU/100 mL | Grab | 1/event |
| Aluminum, Total Recoverable[2] | μg/L | Grab | 1/event |
| Arsenic, Total recoverable | μg/L | Grab | 1/event |
| Copper, Dissolved | μg/L | Grab | 1/event |
| Iron, Total Recoverable[2] | μg/L | Grab | 1/event |
| Lead, Dissolved | μg/L | Grab | 1/event |
| Manganese, Total Recoverable[2] | μg/L | Grab | 1/event |
| Zinc, Dissolved | μg/L | Grab | 1/event |

Table Notes:

1. Analytical Methods. All parameters shall be analyzed using the
   analytical methods described in 40 CFR part 136, unless
   approved by the Executive Officer.

2. Aluminum, Manganese, and Iron.  Samples may be passed
   through a 1.5-micron filter to reduce filterable residue prior to
   analysis.  Filter size recommended in EPA Approved Methods
   30 CFR Part 136 for Total Dissolved Solids and Total
   Suspended Solids and is used for removing suspended solids

California Department of Corrections         - 8 -                                   6 August 2020
and Rehabilitation - Mule Creek State Prison

from a solid prior to analysis.  Filtering the sample will remove suspended solids that may contribute to turbidity and color in samples that may negatively impact analytical results for metal concentrations while better representing the dissolved solids that may pass through a water treatment plant's filtration system.

## VI.  WATER COLUMN TOXICITY TESTING REQUIREMENTS

**A. Acute Toxicity Testing.**  The Permittee shall conduct acute toxicity testing to determine whether the storm water discharge is contributing to acute toxicity to the receiving water.  The Permittee shall meet the following acute toxicity testing requirements:

1. *Monitoring Frequency* – The Permittee shall perform acute toxicity testing twice per year (i.e., one sample January – June and another sample July – December), while discharging storm water and concurrent with storm water outfall constituent sampling required in III.A, above.

2. *Sample Types* – The Permittee shall use static renewal testing.  The receiving water samples shall be grab samples and shall be taken at MCSP1 and MCSP4

3. *Test Species* – The test species shall consist of fathead minnows (Pimephales promelas).

4. *Methods* – The acute toxicity testing samples shall be analyzed using EPA-821-R-02-012 (Methods for Measuring the Acute Toxicity of Effluents and Receiving Waters to Freshwater and Marine Organisms, Fifth Edition, USEPA, October 2002, or most recent edition).

5. *Test Failure* – If an acute toxicity test does not meet all test acceptability criteria, as specified in the test method, the Permittee must re-sample and re-test to satisfy the monitoring frequency requirement (i.e., twice per year sampling).

## VII.  EFFECTIVE DATE

This Order is effective as of the date set forth below and remains in effect until rescinded by the Executive Officer.

## VIII.  RIGHT TO PETITION

Persons aggrieved by this Central Valley Water Board action may petition the State Water Board for review in accordance with Water Code section 13320, and California Code of Regulations, title 23, section 2050 et seq. The State Water Board must receive the petition by 5pm on the 30th day after the date of this Order, except that if the 30th day falls on a Saturday, Sunday or State holiday, in which case the petition must be received by the State Water Board by 5pm on

MCSP0000653

the next business day. Laws and regulations applicable to filing petitions are available on the internet (at the address below), and copies will also be provided upon request.

http://www.waterboards.ca.gov/public_notices/petitions/water_quality

If you have any questions, please contact Elizabeth Lee at (916) 464-4787 or at Elizabeth.Lee@waterboards.ca.gov.

Patrick
Pulupa

Digitally signed by Patrick Pulupa
Date: 2020.08.12 12:41:34 -07'00'

Patrick Pulupa
Executive Officer

Attachment:  Figure 1 – Mule Creek State Prison Water Sampling Locations, dated June 2018

cc:     [via E-mail]
Bryan Smith, Central Valley Regional Water Quality Control Board, Redding
Kari Holmes, Central Valley Regional Water Quality Control Board, Rancho Cordova
Howard Hold, Central Valley Regional Water Quality Control Board, Rancho Cordova
Gregor Larabee, California Department of Corrections and Rehabilitation
Christofer Hudgens, California Department of Corrections and Rehabilitation

MCSP0000654

California Department of Corrections      - 10 -                    6 August 2020
and Rehabilitation - Mule Creek State Prison

**Figure 1 – Mule Creek State Prison Water Sampling Locations**

