1  ANDREW L. PACKARD (Bar No. 168690)
   andrew@packardlawoffices.com
2  WILLIAM N. CARLON (Bar No. 305739)
   wncarlon@packardlawoffices.com
3  Law Offices of Andrew L. Packard
4  245 Kentucky Street, Suite B3
   Petaluma, CA 94952
5  Tel: (707) 782-4060

6  Attorneys for Plaintiff
   CALIFORNIA SPORTFISHING PROTECTION ALLIANCE
7  [additional counsel next page]

8
                    **UNITED STATES DISTRICT COURT**
9                   **EASTERN DISTRICT OF CALIFORNIA**
                 **ROBERT T. MATSUI FEDERAL COURTHOUSE**
10

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>   Plaintiff,<br>   v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation<br><br>   Defendant<br>_____<br>COUNTY OF AMADOR, a public agency of the State of California<br><br>   Plaintiff,<br>   v.<br><br>KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison,<br><br>   Defendants | Case No.: 2:20-cv-02482-WBS-AC<br><br>**NOTICE OF LODGING**<br><br>Judge: Hon. William B. Shubb<br><br>Date: October 17, 2022<br>Time: 1:30 p.m.<br>Courtroom: 5<br><br>Action Filed: Jan. 7, 2021<br>Trial Date:  April 18, 2023 |

---

NOTICE OF LODGING                              Case No.: 2:20-cv-02482-WBS-AC

1 | JASON FLANDERS (Bar No. 238007)
  | jrf@atalawgroup.com
2 | ERICA MAHARG (Bar No. 279396)
  | eam@atalawgroup.com
3 | AQUA TERRA AERIS LAW GROUP
4 | 4030 Martin Luther King Jr. Way
  | Oakland, CA 94609
5 | Tel. (916) 202-3018

6 | Attorneys for Plaintiff
  | CALIFORNIA SPORTFISHING PROTECTION
7 | ALLIANCE

1. WHEREAS, on December 12, 2022, Plaintiff California Sportfishing Protection Alliance (CSPA) filed via ECF *CSPA's Opposition to Defendants' Motion for Summary Judgment* (Docket 96).

2. WHEREAS, CSPA also filed *Erica A. Maharg's Declaration in Support of CSPA's Opposition to Defendants' Motion for Summary Judgment* and exhibits in support thereof. (Docket nos. 96-1 through 96-6).

3. WHEREAS, on December 13, 2022, CSPA sent via FedEx overnight delivery a USB flash drive with courtesy copies of the filed exhibits found at Docket nos. 96-2 through 96-6.

4. THEREFORE, CSPA gives notice that it has lodged with the Court the courtesy copies of the filed exhibits to Erica A. Maharg's declaration (at Docket nos. 96-2 through 96-6).

Respectfully submitted,

Dated: December 14, 2022        AQUA TERRA AERIS LAW GROUP

*s/ Erica A. Maharg*
JASON R. FLANDERS
ERICA A. MAHARG
Attorneys for Plaintiff