1  JENNIFER HARTMAN KING (SBN 211313)
   ALANNA LUNGREN (SBN 269668)
2  WILLIAM D. MARSH (SBN 200082)
   J. R. PARKER (SBN 320526)
3  ANDREYA WOO NAZAL (SBN 327651)
   HARTMAN KING PC
4  2150 River Plaza Drive, Suite 320
   Sacramento, CA  95833
5  Telephone:  (916) 379-7530; Facsimile:  (916) 379-7535
   JHartmanKing@HartmanKingLaw.com
6  ALungren@HartmanKingLaw.com
   WMarsh@HartmanKingLaw.com
7  JRParker@HartmanKingLaw.com
   AWooNazal@HartmanKingLaw.com
8
   Attorneys for Defendants JEFFREY MACOMBER,
9  in his official capacity as Secretary of the California Department
   of Corrections and Rehabilitation; and PATRICK COVELLO,
10 in his official capacity as Warden of California Department of
   Corrections and Rehabilitation Mule Creek State Prison

Exempt From Filing Fees Pursuant To Government Code Section 6103

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>　　　　Defendant. | Case No. 2:20-CV-02482-WBS-AC<br>[consolidated with 2:21-CV-00038-WBS-AC]<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT KATHLEEN ALLISON, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)<br><br>Final Pretrial Conf.:  February 13, 2023<br>Trial:  April 18, 2023 |
| COUNTY OF AMADOR, *a public agency of the State of California,*<br><br>　　　　Plaintiff,<br><br>v.<br><br>JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison,<br><br>　　　　Defendants. | |

00058650.1

**NOTICE OF SUBSTITUTION OF DEFENDANT**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that JEFFREY MACOMBER has been appointed Secretary of the California Department of Corrections and Rehabilitation, and in his official capacity as Secretary of the California Department of Corrections and Rehabilitation, is substituted as a party pursuant to Fed. R. Civ. P. 25, replacing KATHLEEN ALLISON.

Dated: February 10, 2023                HARTMAN KING PC

By: _/s/ Alanna Lungren_____
JENNIFER HARTMAN KING
ALANNA LUNGREN
WILLIAM D. MARSH
J.R. PARKER
ANDREYA WOO NAZAL
Attorneys for Defendants
JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison