UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

           Plaintiff,

    v.

JEFFREY MACOMBER[1], in his
official capacity as Secretary
of the California Department of
Corrections and Rehabilitation,

           Defendant.

No. 2:20-cv-02482 WBS AC

FINAL PRETRIAL ORDER

COUNTY OF AMADOR, a public
agency of the State of
California,

           Plaintiff,

    v.

JEFFREY MACOMBER[1], in his
official capacity as Secretary
of the California Department of
Corrections and Rehabilitation;

---

[1] Defendants substituted as a party Jeffrey Macomber, who has been appointed Secretary of the California Department of Corrections and Rehabilitation, replacing Kathleen Allison. (Docket No. 108.)

1

and PATRICK COVELLO, in his
official capacity as Warden of
California Department of
Corrections and Rehabilitation
Mule Creek State Prison,

Defendants.

----oo0oo----

A Final Pretrial Conference was held in this matter, pursuant to the provisions of Rule 16(d) of the Federal Rules of Civil Procedure and Local Rule 282, on February 13, 2023.  Erica Maharg appeared as counsel for plaintiff California Sportfishing Protection Alliance ("CSPA"), Christopher Pisano appeared as counsel for plaintiff County of Amador ("Amador"), and Jennifer Hartman-King and Alana Lungren appeared as counsel for defendants.  Following the conference, the court enters this Final Pretrial Order:

I.   Jurisdiction – Venue

Federal question jurisdiction exists under 28 U.S.C. § 1331, because plaintiffs' claims arise under laws of the United States, Section 505(a)(1)(A) of the Clean Water Act, 33 U.S.C. § 1365(a)(1)(A).  Venue is undisputed and is hereby found to be proper.

II.  Jury – Non-Jury

Plaintiff Amador demanded a jury trial, but has elected to waive its demanded jury trial.  Plaintiff CSPA has not requested a jury trial.  Defendants have not requested a jury trial.  Accordingly, this case will be tried before the court, sitting without a jury.

III. <u>Proposed Findings of Fact and Conclusions of Law and Form of Judgment</u>

No later than twenty-one days before the trial date, plaintiffs shall lodge and serve the Findings of Fact and Conclusions of Law and form of judgment which plaintiffs propose to be entered at the conclusion of the trial pursuant to Fed. R. Civ. P. 52.  No later than fourteen days before trial, defendants shall lodge and serve the Findings of Fact and Conclusions of Law and form of judgment which defendants proposes be entered.

IV. <u>Trial Briefs</u>

No later than fourteen days before the trial date, counsel for each party shall file trial briefs pursuant to Local Rule 285.  Because this action is to be tried to the court sitting without a jury, motions in limine are not appropriate. However, counsel may alert the court to any legal issues they anticipate will need to be addressed in their respective trial briefs.  No later than seven days before trial, the parties may file responses to the other side's trial briefs.

V. <u>Remaining Claims</u>

Plaintiffs CSPA and Amador each assert two remaining claims in this consolidated action.  All remaining claims will be addressed at trial.

Plaintiffs' first claims allege unpermitted discharges to Mule Creek that did not result from operation of the land application areas, in violation of the Clean Water Act, 33 U.S.C. § 1311(a).[2]

---

[2]    At summary judgment, Amador abandoned its first claim only as to the land application areas, and its third claim

3

1          Plaintiffs' second claims allege multiple violations of

2     the Small MS4 Permit and the Clean Water Act, 33 U.S.C. §§ 1311,

3     1342.  CSPA and Amador allege violations of Provisions B.2 and D

4     of the Small MS4 Permit.[3]  CSPA additionally alleges violation of

5     Provision B.3 of the Small MS4 Permit.  Amador additionally

6     alleges violation of Provision C.1 of the Small MS4 Permit.

7     VI.  <u>Witnesses</u>

8          (A)  Plaintiffs anticipate calling the witnesses

9     identified at Exhibit "A" attached hereto.

10         (B)  Defendants anticipate calling the witnesses

11    identified at Exhibit "B" attached hereto.

12         (C)  Except for retained experts, each party may call

13    any witness designated by any other party.

14         (D)  No other witnesses will be permitted to testify at

15    trial unless:

16              (1)  all parties stipulate that the witness may

17    testify;

18              (2)  the party offering the witness demonstrates

19    that the witness is for the purpose of rebutting evidence which

20    could not have been reasonably anticipated at the time of the

21    Pretrial Conference; or

22    _____

alleging violations of the Industrial General Permit.  The court
23    granted summary judgment for defendants accordingly.  (Docket No.
103.)  CSPA abandoned its first claim only as to the land
24    application areas in its Pre-Trial Statement.  (Pls.' PTS at 32.)

25         [3]  Plaintiffs' second claims also alleged violation of
Provision B.1.  The court granted summary judgment for defendants
26    on this theory.  (Docket No. 103.)  The court also granted
summary judgment establishing that Mule Creek is a water of the
27    United States, and that both plaintiffs have Article III
standing.  (Docket No. 60.)
28

4

(3)  the witness was discovered after the Pretrial Conference.

(E)  Testimony of a witness not designated in this Order, which is offered under paragraph VI(D)(3), above, upon the grounds that the witness was discovered after the Pretrial Conference, will not be permitted unless:

(1)  the testimony of the witness could not reasonably have been discovered prior to the Pretrial Conference;

(2)  the court and opposing counsel were promptly notified upon discovery of the testimony; and

(3)  counsel proffered the witness for deposition if time permitted or provided all opposing counsel a reasonable summary of the testimony if time did not permit a deposition.

VII.  <u>Exhibits</u>

(A)  Plaintiffs intend to offer the exhibits identified at Exhibit "C" attached hereto.

(B)  Defendants intend to offer the exhibits identified at Exhibit "D" attached hereto.

(C)  Each party may offer any exhibit designated by any other party.

(D)  No other exhibits will be received in evidence unless:

(1)  all parties stipulate that the exhibit may be received in evidence;

(2)  the party offering the exhibit demonstrates that the exhibit is for the purpose of rebutting evidence which could not have been reasonably anticipated at the time of the Pretrial Conference; or

5

(3)   the exhibit was discovered after the Pretrial Conference.

(E)   An exhibit not designated in this Order, which is offered under paragraph VII(D)(3), above, upon the grounds that the exhibit was discovered after the Pretrial Conference, will not be received in evidence unless:

(1)   the exhibit could not reasonably have been discovered prior to the Pretrial Conference;

(2)   the court and opposing counsel were promptly notified upon discovery of the exhibit; and

(3)   counsel provided copies of the exhibit to all opposing counsel if physically possible or made the exhibit reasonably available for inspection by all opposing counsel if copying was not physically possible.

(F)   Each party shall exchange copies of all exhibits identified in this Order, or make them reasonably available for inspection by all other parties, no later than seven days before the trial date.  Any and all objections to such exhibits shall be filed and served not later than four days before the trial date.

(G)   The attorney for each party is directed to appear before trial and present an original (and if physically possible one copy) of each exhibit to Deputy Clerk Karen Kirksey Smith at 8:30 a.m. on the date of trial.

(H)   Each exhibit which has been designated in this Order and presented on the morning of the date of trial shall be pre-marked by counsel.  Plaintiffs' exhibits shall bear numbers; defendants' exhibits shall bear letters.  If no objection has been made to such exhibit pursuant to paragraph VII(F), above,

1  such exhibit will require no further foundation and will be

2  received in evidence upon the motion of any party at trial.

3  VIII.   Further Discovery and Motions

4          No further motions shall be brought before trial except

5  upon order of the court and upon a showing of manifest injustice.

6  Fed. R. Civ. P. 16(e).  No further discovery will be permitted

7  except by the express stipulation of all parties or upon order of

8  the court and upon a showing of manifest injustice.  Id.

9  IX.   Use of Depositions or Interrogatories

10         No later than twenty-one days before the trial date,

11  counsel for each party shall file and serve a statement

12  designating all answers to interrogatories and all portions of

13  depositions intended to be offered or read into evidence, with

14  the exception of portions to be used only for impeachment or

15  rebuttal.  No later than ten days before the trial date, counsel

16  for any other party may file and serve a counter-designation of

17  other portions of the same depositions intended to be offered or

18  read into evidence and may file evidentiary objections to any

19  other parties' designation.  No later than seven days before the

20  trial date, the parties may file evidentiary objections to any

21  other party's counter-designation.

22  X.   Date and Length of Trial

23         The trial is set for April 18, 2023, in Courtroom 5.

24  The court estimates that the trial will last approximately ten

25  days.

26  XII.  Settlement

27         The parties are willing to participate in a pretrial

28  settlement conference.  Accordingly, a settlement conference is

7

set before Magistrate Judge Dennis M. Cota on April 13, 2023 at 9:00 a.m.  Each party is ordered to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms.

No later than 12:00 p.m. on April 6, 2023, counsel for each party shall submit a Confidential Settlement Conference Statement via email to DMCorders@caed.uscourts.gov.  The parties may agree, or not, to serve each other with the Confidential Settlement Conference Statements.  The Confidential Settlement Conference Statements shall not be filed with the clerk and shall not otherwise be disclosed to the trial judge.  However, each party shall e-file a one-page document entitled "Notice of Submission of Confidential Settlement Conference Statement."

XIII.  Evidence Presentation Equipment

If any party feels that electronic presentation is necessary, they should be prepared to operate the courtroom's equipment or bring their own audio visual equipment to the courtroom and be prepared to operate it themselves.

XIV.  Objections to Pretrial Order

Any objections or suggested modifications to this Pretrial Order shall be filed and served within seven days from the file-stamped date of this Order.  All references herein to the date of this Order shall refer to the date the tentative order is filed and not to the date any amended order is filed. If no objections or modifications are made, this Order will become final without further order of the Court and shall control the subsequent course of the action, pursuant to Rule 16(e) of the Federal Rules of Civil Procedure.

Dated:   February 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

<u>Exhibit A: Plaintiffs' Witnesses</u>

1. Karen Ashby, expert

2. Robert Emerick, expert

3. Kenneth William Croyle

4. Elizabeth Lee

5. Gregor Larabee, person most knowledgeable (FRCP 30(b)(6))

6. Howard Hold

7. Kari Holmes

8. Paul Orta, person most knowledgeable (FRCP 30(b)(6))

9. David Anderson

<u>Exhibit B: Defendants' Witnesses</u>

1. Timothy Simpson, designated expert

2. Elizabeth Lee, Regional Water Board

3. Kari Holmes, Regional Water Board

4. Gregor Larabee, CDCR

5. Anthony Orta, CDCR

6. Edmund Taylor, member of CSPA

7. Robert Hess, SHN

8. Steve Weisberg, SCCWRP

1    <u>Exhibit C: Plaintiffs' Exhibits</u>

| Date | Document | Bates Reference |
|------|----------|-----------------|
| 5/19/1988 | State Water Resources Control Board, Resolution No. 88-63, Adoption of Policy Entitled "Sources of Drinking Water" | n/a |
| 1/1/2012 | U.S. EPA Recreational Water Quality Criteria, Office Of Water 820-F-12-058 | available at: https://www.epa.gov/sites/default/files/2015-10/documents/rwqc2012.pdf |
| 2/5/2013 | Phase II Small MS4 Permit | MCSP0000001 - MCSP0000289 |
| 2/5/2013 | Phase II Small MS4 Permit Fact Sheet | available at: https://www.waterboards.ca.gov/water_issues/programs/stormwater/docs/phase_ii_municipal/factsheet.pdf |
| 6/1/2013 | Draft Environmental Impact Report, Level II Infill Correctional Facilities Project, Volume 3 | CALSPORT0000001 - CALSPORT0000352 |
| 12/11/2015 | Central Valley Water Board's Waste Discharge Requirements Order R5-2015-0129 | COA0105812 - COA0105856 |
| 1/18/2018 | Email from H. Hold, RB, to CDCR, re: Immediately Cease Discharge of Wastewater from Stormwater Pipeline - CDCR Mule Creek State Prison with attachments | CALSPORT0027441 - CALSPORT0027506 |
| 2/14/2018 | Water Code Section 13267 Order | CALSPORT0007465 - CALSPORT0007474 |
| 3/1/2018 | Stormwater Discharge Sampling Plan | MCSP0057680-MCSP0057698 |
| 3/7/2018 | Stormwater Master Plan Mule Creek State Prison | MCSP0002054 - MCSP0002088 |
| 3/13/2018 | 2018 Informational Memo, "Storm Water System" | MCSP0000576 |

12

| | 4/4/2018 | Conditional Approval of Stormwater Discharge Sampling Plan | CALSPORT0003619-CALSPORT0003620 |
|---|---|---|---|
| | 4/4/2018 | Materially Deficient Report: Interim Disposal Plan | CALSPORT0003616-CALSPORT0003618 |
| | 5/1/2018 | Revised Interim Disposal Plan | MCSP0057657-MCSP0057679 |
| | 6/11/2018 | Notice of Violation and Inspections Reports | CALSPORT0008306-CALSPORT0008329 |
| | 8/7/2018 | State Water Resources Control Board Resolution No. 2018-0038 | Available at: https://www.waterboards.ca.gov/board_decisions/adopted_orders/resolutions/2018/rs2018_0038.pdf |
| | 2/1/2019 | Water Quality Control Plan ("Basin Plan") for the California Regional Water Quality Control Board, Central Valley Region Fifth Edition (for) The Sacramento River Basin and the San Joaquin River Basin | available at: https://www.waterboards.ca.gov/centralvalley/water_issues/basin_plans/sacsjr_201902.pdf |
| | 2/4/2019 | State Water Resources Control Board, Part 3 of the Water Quality Control Plan for Inland Surface Waters, Enclosed Bays, and Estuaries of California - Bacteria Provisions and Water Quality Standards Variance Policy | Available at: https://www.waterboards.ca.gov/board_decisions/adopted_orders/resolutions/2018/final_iswebe_bacteria_provisions.pdf |
| | 3/21/2019 | Conditional Approval of Flow Monitoring Installation Plan | CALSPORT0024809-CALSPORT0024811 |
| | 4/8/2019 | Discharge Notification Email: OES report 4/8/2019 | MCSP0023962 |
| | 4/8/2019 | Cal OES Hazardous Waste Spill Report | COA0000055-COA0000056 |
| | 4/24/2019 | State Water Resources Control Board, Order WQ 2019-0009-EXEC | MCSP00000594 -MCSP0000600 |
| | 5/16/2019 | Cal OES Hazardous Waste Spill Report | COA0000059-COA0000060 |
| | 5/20/2019 | Cal OES Hazardous Waste Spill Report | COA0000059-COA0000060 |

| | | |
|---|---|---|
| 5/23/2019 | Discharge Notification Email: OES report 5/23/2019 | MCSP0046537 |
| 5/31/2019 | April 2019 Monthly Status Report | MCSP0023662-23963 |
| 6/10/2019 | Regional Board General Section 401 Water Quality Certification Order for Mule Creek State Prison | n/a |
| 6/19/2019 | 2019 informational memo, "Latex Glove Disposal and Storm Water Pollution" | MCSP0000601 |
| 6/28/2019 | May 2019 Monthly Status Report | MCSP0046198 - MCSP0046537 |
| 9/16/2019 | Cal OES Hazardous Waste Spill Report | COA0000061- COA0000062 |
| 9/17/2019 | Discharge Notification Email: OES report 9/16/2019 | MCSP0025760 |
| 10/1/2019 | Appendix 23 SHN Engineers & Geologists, Revised Stormwater Collection System Investigation Report of Findings, August 2018, revised October 2019. | MCSP0020759 - MCSP0020795 |
| 10/1/2019 | Appendix 15 of SHN Engineers & Geologists, Revised Stormwater Collection System Investigation Report of Findings, August 2018, revised October 2019. | MCSP0005264 - MCSP0005319 |
| 10/1/2019 | Appendix 14 of SHN Engineers & Geologists, Revised Stormwater Collection System Investigation Report of Findings, August 2018, revised October 2019. | MCSP0005253 - MCSP0005263 |
| 10/1/2019 | Appendix 10 of SHN Engineers & Geologists, Revised Stormwater Collection System Investigation Report of Findings, August 2018, revised October 2019. | MCSP0004558 - MCSP0004560 |
| 10/1/2019 | Map of Facility MS4 from the Revised Stormwater Collection System Investigation Report of Findings, August 2018, revised October 2019 | MCSP0004089 |
| 10/1/2019 | SHN Engineers & Geologists, Revised Stormwater Collection System Investigation Report of Findings | CALSPORT0024300 – CALSPORT0024537 |

| | | |
|---|---|---|
| 10/31/2019 | September 2019 Monthly Status Report | MCSP0025554 - MCSP0025761 |
| 12/10/2019 | Discharge Notification Email: OES report 12/10/2019 | MCSP0026750 |
| 12/11/2019 | Cal OES Hazardous Waste Spill Report | COA0000065- COA0000066 |
| 12/23/2019 | Discharge Notification Email: OES report 12/23/2019 | MCSP0026751 |
| 12/23/2019 | Cal OES Hazardous Waste Spill Report | COA0000067- COA0000068 |
| 1/9/2020 | Cal OES Hazardous Waste Spill Report | COA0000005- COA0000006 |
| 1/12/2020 | Discharge Notification Email: OES report 12/23/2019 | MCSP0053097 |
| 1/16/2020 | Cal OES Hazardous Waste Spill Report | COA0000007- COA0000008 |
| 1/17/2020 | Discharge Notification Email: OES report 1/17/2020 | MCSP0053098 |
| 1/17/2020 | Cal OES Hazardous Waste Spill Report | COA0000007- COA0000008 |
| 1/27/2020 | Discharge Notification Email: OES report 1/27/2020 | MCSP0053099 |
| 1/27/2020 | December 2019 Monthly Status Report | MCSP0026413 - MCSP0026751 |
| 1/27/2020 | Cal OES Hazardous Waste Spill Report | COA0000009- COA0000010 |
| 2/28/2020 | January 2020 Monthly Status Report | MCSP0052810 - MCSP0053099 |
| 3/16/2020 | Cal OES Hazardous Waste Spill Report | COA0000013- COA0000014 |
| 3/17/2020 | Cal OES Hazardous Waste Spill Report | COA0000013- COA0000014 |
| 3/18/2020 | Discharge Notification Email: OES report 3/20/2020 | MCSP0053098 |
| 3/18/2020 | March 16, 2020 Discharge Notification | MCSP0001837 |
| 3/22/2020 | March 19, 2020 Discharge Notification | MCSP0036508 |
| 4/6/2020 | Cal OES Hazardous Waste Spill Report | COA0000015- COA0000016 |
| 4/7/2020 | Cal OES Hazardous Waste Spill Report | COA0000015- COA0000016 |
| 4/9/2020 | Discharge Notification Email: OES report 4/9/2020 | MCSP0028460 |

| | | |
|---|---|---|
| 4/30/2020 | March 2020 Monthly Status Report | MCSP0027766 - MCSP0028088 |
| 5/18/2020 | Cal OES Hazardous Waste Spill Report | COA0000017 - COA0000018 |
| 5/29/2020 | April 2020 Monthly Status Report | MCSP0028188 - MCSP0028460 |
| 6/12/2020 | May 2020 Weekly report | MCSP0003855 - MCSP0003956 |
| 6/26/2020 | May 2020 Monthly Status Report | MCSP0028671 - MCSP0028931 |
| 8/6/2020 | Water Code 13383 Order to Monitor Discharges to Surface Water; California Department of Corrections and Rehabilitation – Mule Creek State Prison, WDID#:5S03M2000307, Amador County | MCSP0000646 - MCSP0000655 |
| 9/23/2020 | Notice of Violation for Sanitary Sewer Overflows, California Department of Corrections-Mule Creek State Prison, Amador County. | COA0105777 - COA0105796 |
| 10/1/2020 | Sewer System Management Plan | MCSP0029658- MCSP0029708 |
| 10/30/2020 | September 2020 Monthly Status Report | MCSP0029954 - MCSP0030096 |
| 12/7/2020 | Review of *Revised Storm Water System Investigation Findings Report,* California Department of Corrections and Rehabilitations, Mule Creek State Prison, Amador County | MCSP0031305 - MCSP0031325 |
| 12/8/2020 | Email re: EPA Inspection Documentation Request – MCSP and attachment | MCSP0031191- MCSP0031197 |
| 12/14/2020 | Discharge Notification Email: OES report 12/14/2020 | MCSP0032959 |
| 12/17/2020 | Ltr from K. Holmes, RB, to CDCR re: Transmittal of Technical Memo: Revise of Revised Storm Water System Investigation Findings Report | MCSP0031326 - MCSP0031328 |
| 12/18/2020 | 2020 December weekly report | MCSP0031331 - MCSP0031433 |
| 12/21/2020 | Discharge Notification Email: OES report 12/21/2020 | MCSP0032960 |

| Date | Description | Bates |
|---|---|---|
| 12/22/2020 | Water Code 13383 Order to Monitor Discharges to Surface Water; California Department of Corrections and Rehabilitation – Mule Creek State Prison, WDID#:5S03M2000307, Amador County | MCSP0001157 – MCSP0001168 |
| 12/28/2020 | Discharge Notification Email: OES report 12/28/2020 | MCSP0032961 |
| 12/29/2020 | October/November 2020 Monthly Status Report | MCSP0031884 – MCSP0032088 |
| 1/1/2021 | Southern California Coastal Water Resarch Project, Quanitification of Sources of Fecal Pollution at Mule Creek | MCSP0033700 – MCSP0033735 |
| 1/6/2021 | January 6, 2021 Discharge Notification | MCSP0001283- MCSP0001284 |
| 1/21/2021 | Regional Board Review of SCCWRP Report | MCSP0032459 – MCSP0032460 |
| 1/26/2021 | January 23, 2021 discharge notice | MCSP0001305 |
| 1/27/2021 | December 2020 Monthly Status Report | MCSP0032767- 32961 |
| 1/28/2021 | Inspection Report for an inspection of Mule Creek State Prison conducted by the U.S. Environmental Protection Agency on November 19, 2020 | MCSP0032965 – MCSP0033013 |
| 1/28/2021 | Ltr from U.S. EPA to Gregor Larabee, Re: Inspection Report: Mule Creek State Prison | MCSP0021570 – MCSP0021572 |
| 1/29/2021 | Weekly Status Report (week ending 1/15/2021) | MCSP0033020 – MCSP0033123 |
| 2/1/2021 | February 1, 2021 Mule Creek State Prison(MCSP) Non-Stormwater Discharge Report; California Department of Corrections and Rehabilitation-Mule Creek State Prison, WDID#:5S03M2000307, Amador County | MCSP0001704 – MCSP0001705 |
| 2/1/2021 | Fourth Quarter 2020 Monitoring Report, Mule Creek State Prison, Amador County, California; Order 13383 | MCSP0001491 – MCSP0001703 |
| 2/3/2021 | February 3, 2021 discharge notice | MCSP0033875 |
| 2/3/2021 | January 23, 2021 discharge notice | MCSP0001711 |

| | | |
|---|---|---|
| 2/16/2021 | Cal OES Hazardous Waste Spill Report | COA0067927 – COA0067928 |
| 2/18/2021 | Response to Comments for the California Department of Corrections and Rehabilitation Mule Creek State Prison Facility Settlement Agreement and Stipulation for Entry of Administrative Civil Liability Order | MCSP0032471 – MCSP0032477 |
| 2/18/2021 | Settlement Agreement and Stipulation for Entry of Administrative Civil Liability Order, Order No. R5-2021-0001 | MCSP0001788 – MCSP0001832 |
| 3/9/2021 | Cal OES Hazardous Waste Spill Report | COA0067929- COA0067930 |
| 3/11/2021 | Cal OES Hazardous Waste Spill Report | COA0067931- COA0067934 |
| 3/11/2021 | Email: OES report 3/11/2021 | MCSP0037915 |
| 3/16/2021 | Email: OES report 3/16/2021 | MCSP0037916 |
| 3/16/2021 | Email: discharge notification | MCSP0001837 |
| 3/22/2021 | March 19, 2021 Discharge Notification | MCSP0037917 MCSP0036508 |
| 3/22/2021 | March 18-19, 2021 discharge notification | COA0067935 – COA0067936 |
| 3/22/2021 | Cal OES Hazardous Waste Spill Report | COA0067935- COA0067936 |
| 4/20/2021 | March 2021 Monthly Status Report, Mule Creek State Prison, Amador County, California | MCSP0037690 MCSP0037917 |
| 4/30/2021 | First Quarter 2021 Monitoring Report; Mule Creek State Prison, Amador County, California; Order 133838 | MCSP0001901 – MCSP002038 |
| 6/29/2021 | June 29, 2021 Regional Board letter Comments to the Non-Storm Water Discharge Report; California Department of Corrections and Rehabilitation – Mule Creek State Prison, WDID#: 5S03M2000307, Amador County | MCSP0039805 – MCSP0039808 |
| 7/29/2021 | Second Quarter 2021 Monitoring Report, Mule Creek State Prison, Amador County, California; Order 13383 | MCSP0040130 – MCSP0040139 |
| 8/10/2021 | Aug. 10, 2021 Regional Board letter | MCSP0040143 |

| | | |
|---|---|---|
| 9/1/2021 | Sept. 1, 2021 Regional Board letter, Comments to the Non-Storm Water Discharge Report; California Department of Corrections and Rehabilitation – Mule Creek State Prison, WDID#: 5S03M2000307, Amador County | MCSP0040239 – MCSP0040244 |
| 9/16/2021 | MCSP Program Effectiveness Assessment and Improvement Plan (PEAIP) Annual Report | MCSP0040655 – MCSP0040662 |
| 10/25/2021 | October 25, 2021 discharge notice | MCSP0021673 MCSP0040763 |
| 10/29/2021 | Third Quarter 2021 Monitoring Report, Mule Creek State Prison, Amador County, California; Order 13383 | MCSP0021674 – MCSP0021682 |
| 11/10/2021 | November 9, 2021 discharge notice | MCSP0040860 – MCSP0040861 |
| 11/29/2021 | Water Code 13383 Order to Monitor Discharges to Surface Water; California Department of Corrections and Rehabilitation – Mule Creek State Prison, WDID#:5S03M2000307, Amador County | CALSPORT0045481 – CALSPORT0045494 |
| 12/1/2021 | Non-Traditional MS4 Compliance Plan | MCSP0041048 – MCSP0041198 |
| 12/10/2021 | December 9, 2021 Discharge Notification | COA0068013 |
| 1/19/2022 | 2020-2022 California Integrated Report (Clean Water Act Section 303(d) List and 305(b) Report, Appendix A, approved May 11, 2022 by EPA | available at:https://www.waterboards.ca.gov/water_issues/programs/tmdl/2020_2022state_ir_reports_revised_final/apx-a-303d-list.xlsx |
| 1/24/2022 | CDCR, Phase II MS4 Compliance Review | CALSPORT0034357 – CALSPORT0034370 |
| 2/1/2022 | Fourth Quarter 2021 Monitoring Report | COA0031323 – COA0031407 |
| 2/11/2022 | Regional Board Comments to Phase II MS4 Annual Reports and 13383 Order Quarterly Monitoring Reports | COA0104957 – COA0104960 |

| | | |
|---|---|---|
| 3/9/2022 | Pictures from 3/9/22 Site Inspection | |
| 3/15/2022 | March 16, 2022 discharging notice | COA0068032 - COA0068034 |
| 3/17/2022 | California Laboratory Services, Lab Results | COA0067431 - COA0067434 |
| 3/28/2022 | 2022, Mar. 28 Discharge Notification | COA0068036 |
| 3/31/2022 | Caltest Lab Results (pharmaceuticals and personal care products) | COA0104804 - COA0104819 |
| 4/11/2022 | April 11, 2022 Discharge Notification | COA0067397 |
| 4/11/2022 | Regional Board Comments to the Non-Stormwater Discharge Elimination Plan | CALSPORT0045264 - CALSPORT0045269 |
| 4/29/2022 | First Quarter 2022 Monitoring Report | COA0068016 COA0068075 |
| 5/13/2022 | May 13 Non-Stormwater Discharge Elimination Plan | MCSP0058680 - MCSP0058687 |
| 5/24/2022 | Pictures from 5/24/2022 Site Inspection | TBD |
| 6/1/2022 | California Laboratory Services, Lab Results | COA0104827- COA0104830 |
| 6/17/2022 | Caltest Lab Results (pharmaceuticals and personal care products) | CALSPORT0044957- CALSPORT0044961; CALSPORT0049852 CALSPORT0049869 |
| 8/1/2022 | Expert Opinion Report of Robert W. Emerick, Ph.D., P.E. | NA |
| 8/1/2022 | Ashby Expert Disclosure | NA |
| 8/1/2022 | Second Quarter 2022 Monitoring Report | COA0032265 - COA0032312 |
| 9/6/2022 | Ashby Supplemental Disclosure | NA |
| 9/20/2022 | September 20, 2022 Discharge Notification | COA0159696 |
| 10/15/2022 | Third Quarter 2022 Monitoring Report | COA0159888 |
| 10/15/2022 | Phase II Small MS4 Annual Report | COA0159669 - COA0159679 |

| | | |
|---|---|---|
| 10/21/2022 | 2021-2022 Annual Report, MCSP, Order 13383 | COA0159701 – COA0159887 |
| 11/2/2022 | 2022, Nov. 2 Discharge Notification | COA0159691 |
| 11/3/2022 | Letter from Regional Board, Clarification to the Comment Letter Dated 11 February 2022 | COA0159659 – COA0159668 |
| 11/30/2022 | Regional Board Comments to the 2022 Q1 and Q2 Monitoring Reports | COA0159655 |
| 12/1/2022 | 2022, Dec. 1 Discharge Notification | COA0159693 |
| Unknown | 2022 Q4 Monitoring Report | NA |
| Unknown | Analytical Methods Report | COA0067021 |
| Misc | SHN Technical Memoranda Mule Creek State Prison – Weekly Status Reports | See pages labeled Exhibit A |
| Misc | SHN Monthly Status Reports, Mule Creek State Prison, Amador County, California | See pages labeled Exhibit B |

Plaintiffs are also trying to obtain certain information provided by defendants to the regional water board and will include such information when it is received.

Plaintiffs may introduce the following discovery documents for purposes of impeachment, rehabilitation, or similar purposes or if a witness is unavailable:

a. Deposition transcript and exhibits of witnesses from Central Valley Regional Water Quality Control Board, Kenneth William Croyle, Elizabeth Lee, Brett Stevens, Howard Hold, Kari Holmes.

b. Deposition transcripts and exhibits of Plaintiffs' experts, Karen Ashby and Robert Emerick.

c. Deposition transcripts and exhibits of Defendants' expert Timothy Simpson.

d. Deposition transcript and exhibits of Defendants' persons most knowledgeable, Anthony Paul Orta and Gregor Larabee.

Exhibit D: Defendants' Exhibits

| Date | Document | Bates Reference |
|---|---|---|
| 2013-02-04 | National Pollutant Discharge Elimination System ("NPDES") General Permit for Waste Discharge Requirements for Storm Water Discharges from Small Separate Storm Sewer System ("MS4s"), State Board Order 2013- 0001-DWQ, NPDES No. CAS00004 ("Small MS4 Permit"). | MCSP0000001 - MCSP0000289 |
| 2019-02 | California Regional Water Quality Control Board, Central Valley Region Water Quality Control Plan (Fifth Edition) for the Sacramento River and San Joaquin River Basins ("Basin Plan"). | Available at: https://www.waterboards.ca.gov/centralvalley/water issues/ basin plans/sacsjr 201902.pdf |
| 2022-01-19 | 2020-2022 California Integrated Report (Clean Water Act Section 303(d) List and 305(b) Report), Appendix A, approved May 11, 2022 by EPA. | Available at: https://www.waterboards.ca.gov/water issues/programs/tmdl/2020 2022state ir reports r evised final/apx-a-303d-list.xlsx |
| 2021-01 | Quantification of Sources of Fecal Pollution at Mule Creek, prepared by Southern California Coastal Water Research Project for Central Valley Regional Water Quality Control Board and the California Department of Correction and Rehabilitation, ("2021 Sources Fecal Pollution Report"). | MCSP0033700 - MCSP0033735 |
| 2020-06-19 | Revised Stormwater Collection System Investigation Report of Findings, prepared by SHN Engineers & Geologists for California Department of Corrections and Rehabilitation, ("2020 Collection System Investigation Report"). | MCSP0004084- MCSP0020806 |
| 2020-08-06 | Regional Board Water Code 13383 Order to Monitor Discharges to Surface Water. | MCSP0000646 - MCSP0000655 |
| 2020-12-22 | Regional Board Water Code 13383 Order to Monitor Discharges to Surface Water. | MCSP0001157 - MCSP0001168 |
| 2021-11-29 | Regional Board Water Code 13383 Order to Monitor Discharges to Surface Water. | CALSPORT0045481 - CALSPORT0045494 |

| 2022-08-01 | Expert Report and Exhibits of Timothy Simpson. | n/a |
| 2022-09-06 | Expert Rebuttal Report and Exhibits of Timothy Simpson. | n/a |
| n/a | Defendants' Summary of Stormwater Data, including background contributions thereof. | n/a |

Defendants may offer portions of the following deposition transcripts for the purposes of impeachment, rehabilitation, or similar purposes or if a witness is unavailable:

a. Deposition transcripts and exhibits of witnesses from the Regional Water Board, Kenneth William Croyle, Elizabeth Lee, Brett Stevens, Howard Hold, Kari Holmes.

b. Deposition transcripts and exhibits of Plaintiffs' experts, Karen Ashby and Dr. Robert Emerick.

c. Deposition transcript and exhibits of Defendants' expert, Timothy Simpson.

d. Deposition transcripts and exhibits of Defendants' persons most knowledgeable, Anthony Paul Orta and Gregor Larabee.

e. Deposition transcript and exhibits of Edmund Taylor.

23