JENNIFER HARTMAN KING (SBN 211313)
ALANNA LUNGREN (SBN 269668)
J. R. PARKER (SBN 320526)
ANDREYA WOO NAZAL (SBN 327651)
HARTMAN KING PC
2150 River Plaza Drive, Suite 320
Sacramento, CA 95833
Telephone: (916) 379-7530; Facsimile: (916) 379-7535
JHartmanKing@HartmanKingLaw.com
ALungren@HartmanKingLaw.com
JRParker@HartmanKingLaw.com
AWooNazal@HartmanKingLaw.com

Exempt From Filing Fees Pursuant
To Government Code Section 6103

Attorneys for Defendants JEFFREY MACOMBER,
in his official capacity as Secretary of the California Department
of Corrections and Rehabilitation; and PATRICK COVELLO,
in his official capacity as Warden of California Department of
Corrections and Rehabilitation Mule Creek State Prison

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendant.<br><br>COUNTY OF AMADOR, *a public agency of the State of California,*<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison,<br><br>Defendants. | Case No. 2:20-CV-02482-WBS-AC [consolidated with 2:21-CV-00038-WBS-AC]<br><br>**[PROPOSED] ORDER GRANTING APPLICATION BY DEFENDANTS JEFFREY MACOMBER, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; AND PATRICK COVELLO, IN HIS OFFICIAL CAPACITY AS WARDEN OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION MULE CREEK STATE PRISON TO CONTINUE TRIAL DATE**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)<br><br>Settlement Conference: April 13, 2023<br>Trial: June 5, 2023 |

00059901.1

**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE TRIAL DATE**

## **[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Trial of this action be continued from April 18, 2023, in Courtroom 5, to June 5, 2023, in Courtroom 5. All deadlines set forth in the Final Pretrial Order (ECF 110) shall also be continued by a corresponding period of 48 days, except for the Pretrial Settlement Conference, which shall proceed as scheduled on April 13, 2023 at 9:00 a.m. before Magistrate Judge Dennis M. Cota.

The Trial and Pretrial Schedule is continued as follows:

| Event | Due Date |
| --- | --- |
| Plaintiffs' Proposed Findings of Fact and Conclusions of Law and Form of Judgment | May 15, 2023 |
| Designations of Deposition Testimony and Interrogatory Responses | May 15, 2023 |
| Defendants Proposed Findings of Fact and Conclusions of Law and Form of Judgment | May 22, 2023 |
| Trial Briefs | May 22, 2023 |
| Counter-Designations of Deposition Testimony and Interrogatory Responses | May 25, 2023 |
| Responsive Trial Briefs | May 29, 2023 |
| Evidentiary Objections to Counter-Designations | May 29, 2023 |
| Exchange of Exhibits | May 29, 2023 |
| Objections to Exhibits | June 1, 2023 |
| Trial | June 5, 2023 |

IT IS SO ORDERED.

DATED: _____     _____
                                   HON. WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE