1  CHRISTOPHER M. PISANO, Bar No. 192831
   christopher.pisano@bbklaw.com
2  SHAWN D. HAGERTY, Bar No. 182435
   shawn.hagerty@bbklaw.com
3  REBECCA ANDREWS, Bar No. 272967
   rebecca.andrews@bbklaw.com
4  ANYA KWAN, Bar No. 333854
   anya.kwan@bbklaw.com
5  BEST BEST & KRIEGER LLP
   300 South Grand Avenue, 25th Floor
6  Los Angeles, California 90071
   Telephone:    (213) 617-8100
7  Facsimile:    (213) 617-7480

8  Attorneys for Plaintiff
   COUNTY OF AMADOR
9        [Additional Counsel on p. 2]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendants. | Case No. 2:20-cv-02482-WBS-AC [Consolidated with 2:21-cv-00038-WBS-AC]<br><br>**DECLARATION OF REBECCA ANDREWS IN SUPPORT OF PLAINTIFFS' JOINT *EX PARTE* APPLICATION TO MODIFY FINAL PRETRIAL ORDER DATES**<br><br>Date:        None Set<br>Time:       None Set<br>Dept:        5<br>Judge:      William B. Shubb<br><br>Trial Date:    April 18, 2023<br>Action Filed:  December 15, 2020 and January 7, 2021 |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Defendants. | |

- 1 -

83653.00001\41148952.1

2:20-CV-02482-WBS-AC [CONSOLIDATED WITH 2:21-CV-00038-WBS-AC]
DECLARATION OF REBECCA ANDREWS IN SUPPORT OF PLAINTIFFS' JOINT EX PARTE APPLICATION TO MODIFY FINAL PRETRIAL ORDER DATES

ANDREW L. PACKARD (Bar No. 168690)
andrew@packardlawoffices.com
WILLIAM N. CARLON (Bar No. 305739)
wncarlon@packardlawoffices.com
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060

JASON FLANDERS (Bar No. 238007)
jrf@atalawgroup.com
ERICA MAHARG (Bar No. 279396)
eam@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Tel. (916) 202-3018

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071

83653.00001\41148952.1

- 2 -

2:20-CV-02482-WBS-AC [CONSOLIDATED
WITH 2:21-CV-00038-WBS-AC]
DECLARATION OF REBECCA ANDREWS
ISO PLAINTIFFS' JOINT EX PARTE
APPLICATION TO MODIFY PRETRIAL
ORDER DATES

I, Rebecca Andrews, declare:

1. I am an attorney duly licensed to practice law in the State of California. I am a Partner with Best Best & Krieger LLP, attorneys of record for Plaintiff County of Amador in this action. I am familiar with the proceedings and the files maintained in my office in connection therewith.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could competently testify to all matters set forth herein.

2. On February 13, 2023, the parties attended a pretrial conference in this matter and Defendants did not indicate any need for a trial continuance to adequately prepare for trial scheduled to begin on April 18, 2023.

3. On February 14, 2023, I received a Notice of Electronic Filing in this action by email from an automated box generated by the CM/ECF system. ECF 109.

4. The February 14, 2023 filing contained text-only minutes for the proceedings held on February 13, 2023, which stated that the Court would issue a separate pretrial order.

5. On February 14, 2023, my assistant checked the docket for the separate pretrial order but no order was available.

6. On March 29, 2023, I received a Notice of Electronic Filing from the automated CM/ECF system, which contained the Final Pretrial Order.

7. On March 29 and March 31, 2023, I conferred with counsel for the other parties in this action who stated they also received the Final Pretrial Order for the first time on March 29, 2023.

8. The Final Pretrial Order contains certain dates that had already passed and which the parties cannot not meet in the absence of a modification to the Final Pretrial Order.

9. On March 29, 2023, our office assistant contacted the court clerk to inquire about the already-passed deadlines and was told the court is aware of the issue and to attempt to reach an agreement with the other parties on alternative dates for the affected deadlines.

- 3 -

83653.00001\41148952.1

2:20-CV-02482-WBS-AC [CONSOLIDATED WITH 2:21-CV-00038-WBS-AC]
DECLARATION OF REBECCA ANDREWS ISO PLAINTIFFS' JOINT EX PARTE APPLICATION TO MODIFY PRETRIAL ORDER DATES

10. On March 29, 2023, my office proposed alternative dates for the deadlines included in Paragraphs III, IX and XIV for lodging and serving the proposed findings of fact and conclusions of law and form of judgment, for filing and serving a designation and counter-designation of answers to interrogatories and portions of depositions, and for serving any objections or suggested modifications to the Final Pretrial Order, ECF 110.

11. On March 29, 2023, counsel for co-plaintiffs, California Sportfishing Protection Alliance stated agreement with the alternative dates proposed.

12. On March 29, 2023, my office contacted Counsel for defendants to propose new pretrial deadlines pursuant to the Court's request.

13. At 6:11 p.m. on Friday, March 31, 2023, Counsel for defendants proposed a six- to seven- week continuance as an alternative, citing infeasible "newly identified tasks and additional deadlines."

14. On April 3, 2023, my office provided notice of this joint *ex parte* application to all parties. A true and correct copy of the email notice is attached to this declaration as "Exhibit A." As of the time of filing this declaration, I am aware of a likely opposition to this *ex parte* application by Defendants based on the assertion that the late-received Final Pretrial Order alone constitutes prejudice and representation that Defendants will seek a trial continuance as a result.

15. There have been no prior extensions to the order or trial date in this matter.

16. The requested modification to the Final Pretrial Order are needed to establish filing deadlines that have not already passed. This request cannot be noticed on the court's motion calendar due to the upcoming, April 18, 2023 trial date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 3rd day of April, 2023, at Houston, Texas.

Dated: April 3, 2023

_____
REBECCA ANDREWS

- 4 -

83653.00001\41148952.1

2:20-CV-02482-WBS-AC [CONSOLIDATED WITH 2:21-CV-00038-WBS-AC]
DECLARATION OF REBECCA ANDREWS ISO PLAINTIFFS' JOINT EX PARTE APPLICATION TO MODIFY PRETRIAL ORDER DATES

EXHIBIT A

# Rebecca Andrews

| | |
|---|---|
| **From:** | Rebecca Andrews |
| **Sent:** | Monday, April 3, 2023 1:59 PM |
| **To:** | 'Jennifer Hartman King'; Alanna Lungren |
| **Cc:** | 'Andrew Packard'; 'Erica Maharg'; William Carlon; Christopher Pisano; Anya Kwan |
| **Subject:** | CSPA v. Secretary Macomber - Notice of ex parte application |

Jennifer,
Plaintiffs intend to file a joint ex parte application today to modify five deadlines in the Pretrial Order in accordance with our proposal on March 29, as follows:

- Plaintiffs submit findings of fact and conclusions of law and a form judgment by 4/6
- Defendants submit findings of fact and conclusions of law and form judgment one week later on 4/13.
- Both parties designate deposition testimony and interrogatories by 4/6
- Parties counter-designations occur the following week on 4/13
- Objections or proposed modification to the order be submitted by 4/6.

In addition, Defendants' proposal to extend the trial date by six or seven weeks in response to the timing issues in the pretrial order does not work for CSPA and the County for a variety of reasons, including that trial counsel are unavailable.

Rebecca



**Rebecca Andrews**
Partner
rebecca.andrews@bbklaw.com
T: (713) 834-1109  C: (404) 273-3418
www.BBKlaw.com