CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
SHAWN D. HAGERTY, Bar No. 182435
shawn.hagerty@bbklaw.com
REBECCA ANDREWS, Bar No. 272967
rebecca.andrews@bbklaw.com
ANYA KWAN, Bar No. 333854
anya.kwan@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue
25th Floor
Los Angeles, California 90071
Telephone:    (213) 617-8100
Facsimile:    (213) 617-7480

Attorneys for Plaintiff
COUNTY OF AMADOR
[Additional Counsel on p. 2]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendants. | Case No. 2:20-cv-02482-WBS-AC<br>   [Consolidated with 2:21-cv-00038-WBS-AC]<br><br>**[PROPOSED] ORDER**<br><br>Date:         None set<br>Time:        None set<br>Dept:         5<br>Judge:       William B. Shubb<br>Trial Date: April 18, 2023<br>Action Filed: December 15, 2020 and January 7, 2021 |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Defendants. | |

1  ANDREW L. PACKARD (Bar No. 168690)
   andrew@packardlawoffices.com
2  WILLIAM N. CARLON (Bar No. 305739)
   wncarlon@packardlawoffices.com
3  Law Offices of Andrew L. Packard
   245 Kentucky Street, Suite B3
4  Petaluma, CA 94952
   Tel: (707) 782-4060
5
   JASON FLANDERS (Bar No. 238007)
6  jrf@atalawgroup.com
   ERICA MAHARG (Bar No. 279396)
7  eam@atalawgroup.com
   AQUA TERRA AERIS LAW GROUP
8  4030 Martin Luther King Jr. Way
   Oakland, CA 94609
9  Tel. (916) 202-3018

10 Attorneys for Plaintiff
   CALIFORNIA SPORTFISHING PROTECTION
11 ALLIANCE

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071

83653.00001\41148955.1                - 2 -

2:20-CV-02482-WBS-AC [CONSOLIDATED
WITH 2:21-CV-00038-WBS-AC]
[PROPOSED] ORDER

Having considered Plaintiffs' *ex parte* application for an extension of time to certain dates in the Final Pretrial Order, ECF 110, for good cause shown, and to prevent manifest injustice,

**IT IS HEREBY ORDERED** that paragraphs III, IX, and XIV in the Final Pretrial Order are modified to read as follows:

III.   Proposed Findings of Fact and Conclusions of Law and Form of Judgment

No later than twelve days before the trial date, plaintiffs shall lodge and serve the Findings of Fact and Conclusions of Law and form of judgment which plaintiffs propose to be entered at the conclusion of the trial pursuant to Fed. R. Civ. P. 52. No later than five days before trial, defendants shall lodge and serve the Findings of Fact and Conclusions of Law and form of judgment which defendants proposes be entered.

IX. Use of Depositions or Interrogatories

No later than twelve days before the trial date, counsel for each party shall file and serve a statement designating all answers to interrogatories and all portions of depositions intended to be offered or read into evidence, with the exception of portions to be used only for impeachment or rebuttal. No later than five days before the trial date, counsel for any other party may file and serve a counter-designation of other portions of the same depositions intended to be offered or read into evidence and may file evidentiary objections to any other parties' designation. No later than seven days before the trial date, the parties may file evidentiary objections to any other party's counter-designation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

XIV. Objections to Pretrial Order

Any objections or suggested modifications to this Pretrial Order shall be filed and served within seven twelve days before trial. All references herein to the date of this Order shall refer to the date the tentative order is filed and not to the date any amended order is filed. If no objections or modifications are made, this Order will become final without further order of the Court and shall control the subsequent course of the action, pursuant to Rule 16(e) of the Federal Rules of Civil Procedure.

Dated: _____

UNITED STATES DISTRICT JUDGE

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071

83653.00001\41148955.1

- 4 -

2:20-CV-02482-WBS-AC [CONSOLIDATED WITH 2:21-CV-00038-WBS-AC]
[PROPOSED] ORDER