<u>California Sportfishing Protection Alliance v. Allison, et al.;</u>
<u>Amador v. Allison, et al.</u>
United States District Court, Eastern District of California,
Case No. 20-cv-02482 WBS AC

# **PROOF OF SERVICE**

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101. On April 3, 2023, I served a copy of the within document(s):

PLAINTIFFS' JOINT *EX PARTE* APPLICATION TO MODIFY FINAL PRETRIAL ORDER DATES;

PLAINTIFFS' MEMORANDUM IN SUPPORT OF JOINT *EX PARTE* APPLICATION TO MODIFY FINAL PRETRIAL ORDER DATES;

DECLARATION OF REBECCA ANDREWS IN SUPPORT OF PLAINTIFFS' JOINT *EX PARTE* APPLICATION TO MODIFY FINAL PRETRIAL ORDER DATES;

[PROPOSED] ORDER

[X] **By Electronic Service**. Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's EC/ECF system.

| | |
|---|---|
| Jennifer Hartman King, Esq.<br>Alanna Lungren, Esq.<br>J.R. Parker, Esq.<br>Andreya Woo Nazal, Esq.<br>HARTMAN KING PC<br>2150 River Plaza Drive, Suite 320<br>Sacramento, CA 95833 | ATTORNEYS FOR JEFFREY MACOMBER in his official capacity as SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION<br><br>Tel: (916) 379-7530<br>Email:<br>JHartmanKing@HartmanKingLaw.com<br>ALungren@HartmanKingLaw.com<br>KShipp@HartmanKingLaw.com<br>JRParker@HartmanKingLaw.com<br>AWooNazal@HartmanKingLaw.com |

- 1 -

83653.00001\40499467.1

| | |
|---|---|
| Andrew L. Packard, Esq.<br>William L. Carlon, Esq.<br>Law Offices of Andrew L. Packard<br>245 Kentucky Street, Suite B3<br>Petaluma, CA 94952 | ATTORNEYS FOR CALIFORNIA SPORTFISHING PROTECTION ALLIANCE<br><br>Tel: (707) 782-4060<br>Email:<br>andrew@packardlawoffices.com<br>wncarlon@packardlawoffices.com<br>wncarlon@packardlawoffices.com |
| Jason Flanders, Esq.<br>Erica A. Maharg, Esq.<br>Aqua Terra Aeris Law Group<br>4030 Martin Luther King Jr. Way<br>Oakland, CA 94609 | ATTORNEYS FOR CALIFORNIA SPORTFISHING PROTECTION ALLIANCE<br><br>Tel: (916) 202-3018<br>Email:<br>eam@atalawgroup.com<br>jrf@atalawgroup.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 3, 2023, at San Diego, California.

_____
Lisa Atwood

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101