1  ANDREW L. PACKARD (Bar No. 168690)
   andrew@packardlawoffices.com
2  WILLIAM N. CARLON (Bar No. 305739)
   wncarlon@packardlawoffices.com
3  Law Offices of Andrew L. Packard
   245 Kentucky Street, Suite B3
4  Petaluma, CA 94952
   Tel: (707) 782-4060
5
6  Attorneys for Plaintiff
   CALIFORNIA SPORTFISHING PROTECTION ALLIANCE
7  [additional counsel next page]
8
               **UNITED STATES DISTRICT COURT**
9              **EASTERN DISTRICT OF CALIFORNIA**
               **ROBERT T. MATSUI FEDERAL COURTHOUSE**
10

11 | CALIFORNIA SPORTFISHING | Case No.: 2:20-cv-02482-WBS-AC |
   | PROTECTION ALLIANCE, | |

12                                      **ERICA A. MAHARG'S DECLARATION IN**
                                        **SUPPORT OF PLAINTIFFS CALIFORNIA**
13          Plaintiff,                  **SPORTFISHING PROTECTION**
                                        **ALLIANCE AND COUNTY OF**
        v.                              **AMADOR'S OPPOSITION TO EX PARTE**
14                                      **APPLICATION**
   KATHLEEN ALLISON, in her official capacity
15 as Secretary of the California Department of
   Corrections and Rehabilitation          *[Filed concurrently with:*
16                                            *1.  Plaintiffs' Joint Opposition to Ex Parte*
          Defendant                           *Application; and*
17 _____         *2.  Declaration of Christopher M. Pisano*
   COUNTY OF AMADOR, a public agency of the    *in Support of Opposition to Ex Parte*
18 State of California                          *Application.]*
19                                      Judge: Hon. William B. Shubb
          Plaintiff,
20                                      Date: October 17, 2022
        v.                              Time: 1:30 p.m.
21                                      Courtroom: 5
   KATHLEEN ALLISON in her official capacity
22 as Secretary of the California Department of
   Corrections and Rehabilitation; PATRICK    Action Filed: Jan. 7, 2021
23 COVELLO in his official capacity of Warden of  Trial Date:  April 18, 2023
   California Department of Corrections and
24 Rehabilitation Mule Creek State Prison,
25          Defendants
26
27
28
_____
MAHARG DECLARATION IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION
EX PARTE APPLICATION                        Case No.: 2:20-cv-02482-WBS-AC

JASON FLANDERS (Bar No. 238007)
jrf@atalawgroup.com
ERICA MAHARG (Bar No. 279396)
eam@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Tel. (916) 202-3018

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE

MAHARG DECLARATION IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION
EX PARTE APPLICATION                    Case No.: 2:20-cv-02482-WBS-AC

I, Erica A. Maharg, declare as follows:

1.      I am an attorney, licensed to practice law in all courts of the State of California. My firm and I serve as outside counsel for Plaintiff California Sportfishing Protection Alliance (CSPA). I have personal knowledge of the facts in this Declaration and, if asked, could and would testify to the accuracy of these facts in a court of law.

2.      In August 2021, Plaintiffs jointly sent Defendants a proposed Consent Decree to settle the alleged claims.

3.      Despite Plaintiffs reaching out to Defendants on numerous occasions, Defendants did not respond to the Consent Decree until March 24, 2023.

4.      At the final pretrial conference on February 13, 2023, Plaintiffs urged the Court to set a settlement conference with a magistrate judge as soon as possible after to allow for sufficient time to conduct settlement discussions. Defendants stated that they would not be able to obtain settlement authority from a settlement conference with a magistrate judge for eight weeks. Therefore, the Court set a settlement conference on April 13, 2013, on the eve of trial.

5.      Recognizing that the trial in this case is scheduled for April 18, 2023 and would last two weeks, I have modified briefing schedules in my other matters so that those schedules would not overlap. I have two substantive briefs due in May and June in other cases: (1) merits brief in a California Environmental Quality Act case; and (2) attorneys fee briefing. Continuing the trial for seven weeks would require me to find another attorney in our small firm to take over that other briefing and would result in significant prejudice.

I swear under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. This declaration was executed on April 4, 2023 in Flagstaff, Arizona.

Erica A. Maharg

MAHARG DECLARATION IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION
EX PARTE APPLICATION                    Case No.: 2:20-cv-02482-WBS-AC