UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>            Plaintiff,<br><br>     v.<br><br>JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>            Defendant. | No. 2:20-cv-02482 WBS AC<br><br>ORDER CONTINUING TRIAL |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>            Plaintiff,<br><br>     v.<br><br>JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>            Defendant. | |

A bench trial in these consolidated actions was previously set for April 18, 2023. A pretrial conference was

1

held on February 13, 2023.  On February 15, 2023, the court issued a pretrial order setting forth deadlines for various pretrial filings.  (Docket No. 110.)  Counsel now point out that they did not receive copies of that order until March 29, 2023, by which time over six weeks had elapsed and some of the pretrial deadlines had already passed.  (See Docket Nos. 111-1, 112-2.)

Good cause appearing, defendants' Motion to Continue Trial (Docket No. 111) is hereby GRANTED.  See United States v. Flynt, 756 F.2d 1352, 1358 (9th Cir.), amended, 764 F.2d 675 (9th Cir. 1985) (district courts have broad discretion to grant requested continuances).  The Final Pretrial Order (Docket No. 110) is hereby modified such that the first sentence of Section X, Date and Length of Trial, shall read: "The trial is set for June 6, 2023, in Courtroom 5."[1]

All pretrial filings will be due according to the timeframes previously set out in the Final Pretrial Order, relative to the new trial date.  Plaintiffs' Motion to Modify Final Pretrial Order Dates (Docket No. 112) is accordingly DENIED as moot.

The settlement conference and related settlement conference deadlines will remain as previously scheduled.

IT IS SO ORDERED.

Dated:  April 4, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Defendants requested a trial date of Monday, June 5, 2023.  However, it is this court's typical practice to set trials to begin on Tuesdays.