```
 1  CHRISTOPHER M. PISANO, Bar No. 192831
    christopher.pisano@bbklaw.com
 2  SHAWN D. HAGERTY, Bar No. 182435
    shawn.hagerty@bbklaw.com
 3  REBECCA ANDREWS, Bar No. 272967
    rebecca.andrews@bbklaw.com
 4  ANYA KWAN, Bar No. 333854
    anya.kwan@bbklaw.com
 5  BEST BEST & KRIEGER LLP
    300 South Grand Avenue
 6  25th Floor
    Los Angeles, California  90071
 7  Telephone:    (213) 617-8100
    Facsimile:    (213) 617-7480
 8
    Attorneys for Plaintiff
 9  COUNTY OF AMADOR
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-02482-WBS-AC<br>[Consolidated with 2:21-cv-00038-WBS-AC]<br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER M. PISANO**<br><br>Trial Date:　　April 18, 2023<br>Action Filed:　January 7, 2021 |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　　Defendants. | |

1   TO THE CLERK OF THE COURT ALL PARTIES, AND COUNSEL OF RECORD:

2   I am admitted or otherwise authorized to practice in the Court, and I appear in this case as counsel for Plaintiff COUNTY OF AMADOR.

Dated: April 5, 2023                    BEST BEST & KRIEGER LLP

By: */s/  Christopher M. Pisano*
   CHRISTOPHER M. PISANO
   SHAWN D. HAGERTY
   REBECCA ANDREWS
   ANYA KWAN
   Attorneys for Plaintiff
   COUNTY OF AMADOR

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071

83653.00001\41156899.1

- 2 -

2:20-CV-02482-WBS-AC [CONSOLIDATED WITH 2:21-CV-00038-WBS-AC]
MASTER CAPTION