CHRISTOPHER M. PISANO Bar No. 192831
Christopher.pisano@bbklaw.com
SHAWN D. HAGERTY, Bar No. 182435
shawn.hagerty@bbklaw.com
REBECCA ANDREWS, Bar No. 272967
rebecca.andrews@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street
Suite 390
Walnut Creek, California 94596
Telephone:   (925) 977-3300
Facsimile:    (925) 977-1870

Attorneys for Plaintiff
COUNTY OF AMADOR
[Additional Counsel on p. 2]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendants.<br><br>COUNTY OF AMADOR, a public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Defendants. | Case No. 2:20-cv-02482-WBS-AC<br>[Consolidated with 2:21-cv-00038-WBS-AC]<br><br>**PLAINTIFFS' NOTICE OF SUBMISSION OF JOINT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Date:            April 18, 2023<br>Time:           9:00 a.m.<br>Dept:            5<br>Judge:          William B. Shubb<br>Trial Date:    April 18, 2023<br>Actions Filed: December 15, 2020<br>                       January 7, 2021 |

ANDREW L. PACKARD (Bar No. 168690)
andrew@packardlawoffices.com
WILLIAM N. CARLON (Bar No. 305739)
wncarlon@packardlawoffices.com
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060

JASON FLANDERS (Bar No. 238007)
jrf@atalawgroup.com
ERICA MAHARG (Bar No. 279396)
eam@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Tel. (916) 202-3018

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

Pursuant to the Court's Final Pretrial Order (Dkt. No. 114), Plaintiffs California Sportfishing Protection Alliance and County of Amador hereby notify the Court and Defendants that Plaintiffs submitted a Joint Confidential Settlement Conference Statement on April 6, 2023 no later than 12:00 p.m.

Dated: April 6, 2023                           BEST BEST & KRIEGER LLP


By: *s/ Rebecca Andrews*
    CHRISTOPHER M. PISANO
    SHAWN D. HAGERTY
    REBECCA ANDREWS
    Attorneys for Plaintiff
    COUNTY OF AMADOR

Dated: April 6, 2023                           AQUA TERRA AERIS LAW GROUP


*s/ Erica A. Maharg*
ERICA A. MAHARG
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE