CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
SHAWN D. HAGERTY, Bar No. 182435
shawn.hagerty@bbklaw.com
REBECCA ANDREWS, Bar No. 272967
rebecca.andrews@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street
Suite 390
Walnut Creek, California 94596
Telephone:  (925) 977-3300
Facsimile:  (925) 977-1870

Attorneys for Plaintiff
COUNTY OF AMADOR
[Additional counsel on p. 2]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, in her official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendants. | Case No. 2:20-cv-02482-WBS-AC<br>[Consolidated with 2:21-cv-00038-WBS-AC]<br><br>**PLAINTIFFS' NOTICE OF SUBMISSION OF *SUPPLEMENTAL* JOINT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Date:  April 13, 2023<br>Time:  10:00 a.m.<br>Dept:  Zoom<br><br>Hon. Magistrate Judge Dennis M. Cota<br>Trial Date: June 6, 2023<br>Action Filed: January 7, 2021 |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Defendants. | |

1  ANDREW L. PACKARD (Bar No. 168690)
   andrew@packardlawoffices.com
2  WILLIAM N. CARLON (Bar No. 305739)
   wncarlon@packardlawoffices.com
3  Law Offices of Andrew L. Packard
   245 Kentucky Street, Suite B3
4  Petaluma, CA 94952
   Tel: (707) 782-4060
5

6  JASON FLANDERS (Bar No. 238007)
   jrf@atalawgroup.com
7  ERICA MAHARG (Bar No. 279396)
   eam@atalawgroup.com
8  AQUA TERRA AERIS LAW GROUP
   4030 Martin Luther King Jr. Way
9  Oakland, CA 94609
   Tel. (916) 202-3018
10

11
   Attorneys for Plaintiff
12 CALIFORNIA SPORTFISHING
   PROTECTION ALLIANCE
13

Plaintiffs California Sportfishing Protection Alliance and County of Amador hereby notify the Court and Defendants that Plaintiffs submitted a Supplemental Joint Confidential Settlement Conference Statement on April 11, 2023.

Dated: April 11, 2023      BEST BEST & KRIEGER LLP


By: /s/ Rebecca Andrews
CHRISTOPHER M. PISANO
SHAWN D. HAGERTY
REBECCA ANDREWS
Attorneys for Plaintiff
COUNTY OF AMADOR

Dated: April 11, 2023      LAW OFFICES OF ANDREW L. PACKARD


By: /s/ Andrew L. Packard
ANDREW L. PACKARD
WILLIAM N. CARLON
Attorneys for Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE