CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
SHAWN D. HAGERTY, Bar No. 182435
shawn.hagerty@bbklaw.com
REBECCA ANDREWS, Bar No. 272967
rebecca.andrews@bbklaw.com
ANYA KWAN, Bar No. 333854
anya.kwan@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue
25th Floor
Los Angeles, California 90071
Telephone: (213) 617-8100
Facsimile: (213) 617-7480

Attorneys for Plaintiff
COUNTY OF AMADOR

[Additional Counsel on p. 2]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendants.<br>COUNTY OF AMADOR, a public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MACOMBER in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Defendants. | Case No. 2:20-cv-02482-WBS-AC<br>   [Consolidated with 2:21-cv-00038-WBS-AC]<br><br>**PLAINTIFFS' JOINT REQUEST TO MODIFY FINAL PRETRIAL ORDER, ECF 110**<br><br>Dept: 5<br>Judge: William B. Shubb<br>Trial Date: June 6, 2023<br>Action Filed: January 7, 2021 |

ANDREW L. PACKARD (Bar No. 168690)
andrew@packardlawoffices.com
WILLIAM N. CARLON (Bar No. 305739)
wncarlon@packardlawoffices.com
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060

JASON FLANDERS (Bar No. 238007)
jrf@atalawgroup.com
ERICA MAHARG (Bar No. 279396)
eam@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Tel. (916) 202-3018

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071

83653.00001\41174018.1

- 2 -

2:20-CV-02482-WBS-AC [CONSOLIDATED WITH 2:21-CV-00038-WBS-AC]
PLAINTIFFS' JOINT REQUEST TO MODIFY FINAL PRETRIAL ORDER

### REQUEST TO MODIFY PRETRIAL ORDER

Pursuant to paragraph XIV of the Final Pretrial Order, ECF 110, as amended by ECF 116 ("Order"), Plaintiffs California Sportfishing Protection Alliance and County of Amador submit this Joint Request to Modify Final Pretrial Order, ECF 110. This request seeks to modify the Order to add five witnesses to Exhibit A: Plaintiffs' Witnesses, who may be called in the event Defendants Kathleen Allison and Jeffrey Macomber raise foundational objections to certain self-monitoring reports and discharge notices included in Plaintiffs' Exhibits in Exhibit C to the Pretrial Order.

### DISCUSSION

Permit holders under the Clean Water Act's National Pollutant Discharge Elimination System program have a duty to monitor their discharges, maintain monitoring records, and submit to the government self-monitoring reports summarizing the results of that monitoring. 40 C.F.R. §§ 122.41(j), (1)(4), 123.25. The Central Valley Regional Water Quality Control Board ("Regional Board") issued a series of orders requiring Defendants to create and submit discharge notices and self-monitoring reports related to flows through a storm drain system at the Mule Creek State Prison.

Included in Exhibit C to the Order, Plaintiffs have listed certain self-monitoring reports and discharge notices created by Defendants. ECF 110 at 12-21. These notices and reports include statements from Defendants' representatives that these reports and notices were created and submitted in accordance with the Regional Board's requirements. The Order provides that the exhibits included in the Order will require no further foundation and will be received in evidence on the motion of any party unless an objection is made not later than four (4) days before the trial date. ECF 110 at pp. 6-7.

Before the pretrial conference in this case, Plaintiffs requested a stipulation from Defendants as to the authenticity of the exhibits currently listed in Exhibit C to the Order, which included the self-monitoring reports and discharge notices at issue here. Declaration of Rebecca Andrews ("Andrews Decl.") at ¶ 2. Defendants' pretrial statement represented that "the parties

1. will enter discussions regarding potential stipulations for certain facts and joint trial exhibits. Defendants intend to meet and confer with Plaintiffs to coordinate further." ECF 106 at ¶ 14. Despite multiple efforts to obtain a response to Plaintiffs' February 3 request, Defendants have not provided a response indicating whether the self-monitoring reports and discharge notices are authentic, whether they will stipulate to the authenticity of these records, or raise an objection to them. Andrews Decl. at ¶¶ 3-11.

Statements that an opposing party "manifested that it adopted or believed to be true" are not hearsay. See Fed.R.Evid. 801(d)(2)(B). Because federal Clean Water Act regulations and multiple Regional Board orders under the Clean Water Act required Defendants to certify their truth and accuracy and to submit them to the Regional Board, the self-monitoring reports and discharge notices are nonhearsay adoptive admissions. Moreover, the only foundation required for Rule 801(d)(2)(B) adoptive admissions is a showing that the admissions were made or adopted by the opposing party or by its agent on a matter within the scope of that agency; there is no personal-knowledge requirement. *See Sea–Land Service, Inc. v. Lozen International, LLC,* 285 F.3d 808, 821 (9th Cir.2002) (determining that a party who relies on a third-party document by submitting the document to another—but after reviewing its contents—constitutes an adoptive admission); see also *United States v. STABL, Inc.*, 800 F.3d 476, 484 (8th Cir. 2015) (failing to respond to request for authenticity of self-monitoring reports supported admission of reports as adoptive admission).

Plaintiffs believe Defendants have no basis for raising foundational objections to the notices and self-monitoring reports included in Plaintiffs' exhibit list, especially in light of Defendants' failure to respond to repeated inquiries the authenticity of these documents for more than 9 weeks while representing to this court their intent to provide such a response. Andrews Decl. at ¶¶ 3-11; ECF 106 at ¶ 14. Nevertheless, to facilitate an efficient response to any potential foundational objection raised to these reports and notices, Defendants request that the Order be modified to include the following witnesses, who certified or signed the documents at issue:

Estevan Fregeau

Jeanette Poplin, Alpha Analytical Laboratories

Alisabeth J. Wilcox, Alpha Analytical Laboratories

Joshua Cox, Excelchem Laboratories

Rachel Kaua, Alpha Analytical Laboratories

In the event one or more of the individuals are no longer available to authenticate documents at the time of trial, Plaintiffs also seek to call any other representative from these entities who can provide foundational testimony.

## CONCLUSION

For the reasons set forth above, Plaintiffs' request modification of the Final Pretrial Order, ECF 110.

Dated: April 12, 2023                                    BEST BEST & KRIEGER LLP


                                                        By: /s/ Rebecca Andrews
                                                            CHRISTOPHER M. PISANO
                                                            SHAWN D. HAGERTY
                                                            REBECCA ANDREWS
                                                            ANYA KWAN
                                                            Attorneys for Plaintiff
                                                            COUNTY OF AMADOR

<u>California Sportfishing Protection Alliance v. Allison, et al.;</u>
<u>Amador v. Macomber, et al.</u>
United States District Court, Eastern District of California,
Case No. 20-cv-02482 WBS AC

# **PROOF OF SERVICE**

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101. On April 12, 2023, I served a copy of the within document(s):

PLAINTIFFS' JOINT REQUEST TO MODIFY FINAL PRETRIAL ORDER, ECF 110;

DECLARATION OF REBECCA ANDREWS IN SUPPORT OF PLAINTIFFS' JOINT REQUEST TO MODIFY FINAL PRETRIAL ORDER, ECF 110;

[PROPOSED] ORDER

☒  **By Electronic Service**. Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's EC/ECF system.

| | |
|---|---|
| Jennifer Hartman King, Esq.<br>Alanna Lungren, Esq.<br>J.R. Parker, Esq.<br>Andreya Woo Nazal, Esq.<br>HARTMAN KING PC<br>2150 River Plaza Drive, Suite 320<br>Sacramento, CA 95833 | ATTORNEYS FOR JEFFREY MACOMBER in his official capacity as SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION<br><br>Tel: (916) 379-7530<br>Email:<br>JHartmanKing@HartmanKingLaw.com<br>ALungren@HartmanKingLaw.com<br>KShipp@HartmanKingLaw.com<br>JRParker@HartmanKingLaw.com<br>AWooNazal@HartmanKingLaw.com |

- 1 -

83653.00001\40499467.1

| | |
|---|---|
| Andrew L. Packard, Esq.<br>William L. Carlon, Esq.<br>Law Offices of Andrew L. Packard<br>245 Kentucky Street, Suite B3<br>Petaluma, CA 94952 | ATTORNEYS FOR CALIFORNIA SPORTFISHING PROTECTION ALLIANCE<br><br>Tel: (707) 782-4060<br>Email:<br>andrew@packardlawoffices.com<br>wncarlon@packardlawoffices.com |
| Jason Flanders, Esq.<br>Erica A. Maharg, Esq.<br>Aqua Terra Aeris Law Group<br>4030 Martin Luther King Jr. Way<br>Oakland, CA 94609 | ATTORNEYS FOR CALIFORNIA SPORTFISHING PROTECTION ALLIANCE<br><br>Tel: (916) 202-3018<br>Email:<br>eam@atalawgroup.com<br>jrf@atalawgroup.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 12, 2023, at San Diego, California.

_____
Lisa Atwood