1  CHRISTOPHER M. PISANO, Bar No. 192831
   christopher.pisano@bbklaw.com
2  SHAWN D. HAGERTY, Bar No. 182435
   shawn.hagerty@bbklaw.com
3  REBECCA ANDREWS, Bar No. 272967
   rebecca.andrews@bbklaw.com
4  ANYA KWAN, Bar No. 333854
   anya.kwan@bbklaw.com
5  BEST BEST & KRIEGER LLP
   300 South Grand Avenue
6  25th Floor
   Los Angeles, California  90071
7  Telephone:   (213) 617-8100
   Facsimile:   (213) 617-7480
8
   Attorneys for Plaintiff
9  COUNTY OF AMADOR
            [Additional Counsel on p. 2]
10
                UNITED STATES DISTRICT COURT
11              EASTERN DISTRICT OF CALIFORNIA
12           ROBERT T. MATSUI FEDERAL COURTHOUSE
13

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendants. | Case No. 2:20-cv-02482-WBS-AC<br>   [Consolidated with 2:21-cv-00038-WBS-AC]<br><br>**[PROPOSED] ORDER**<br><br>Dept:           5<br>Judge:          William B. Shubb<br>Trial Date:     June 6, 2023<br>Action Filed:   January 7, 2021 |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MACOMBER in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Defendants. | |

83653.00001\41174116.1

- 1 -

2:20-CV-02482-WBS-AC [CONSOLIDATED WITH 2:21-CV-00038-WBS-AC]
[PROPOSED] ORDER

ANDREW L. PACKARD (Bar No. 168690)
andrew@packardlawoffices.com
WILLIAM N. CARLON (Bar No. 305739)
wncarlon@packardlawoffices.com
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060

JASON FLANDERS (Bar No. 238007)
jrf@atalawgroup.com
ERICA MAHARG (Bar No. 279396)
eam@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Tel. (916) 202-3018

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071

83653.00001\41174116.1

- 2 -

2:20-CV-02482-WBS-AC [CONSOLIDATED
WITH 2:21-CV-00038-WBS-AC]
[PROPOSED] ORDER

After considering the Plaintiffs' joint request to modify the Final Pretrial Order in this matter, Exhibit A: Plaintiffs' Witnesses to the Final Pretrial Order, ECF 110, is hereby modified to read as follows:

1. Karen Ashby, expert
2. Robert Emerick, expert
3. Kenneth William Croyle
4. Elizabeth Lee
5. Gregor Larabee, person most knowledgeable (FRCP 30(b)(6))
6. Howard Hold
7. Kari Holmes
8. Paul Orta, person most knowledgeable (FRCP 30(b)(6))
9. David Anderson
10. Estevan Fregeau
11. Jeanette Poplin, Alpha Analytical Laboratories
12. Alisabeth J. Wilcox, Alpha Analytical Laboratories
13. Joshua Cox, Excelchem Laboratories
14. Rachel Kaua, Alpha Analytical Laboratories

In the event one or more of the foundational witnesses are no longer available to authenticate records from the relevant entity at the time of trial, Plaintiffs may call any other representative from the entity who can provide foundational testimony.

Dated: _____

UNITED STATES DISTRICT JUDGE