1    CHRISTOPHER M. PISANO, Bar No. 192831
     christopher.pisano@bbklaw.com
2    SHAWN D. HAGERTY, Bar No. 182435
     shawn.hagerty@bbklaw.com
3    REBECCA ANDREWS, Bar No. 272967
     rebecca.andrews@bbklaw.com
4    ANYA KWAN, Bar No. 333854
     anya.kwan@bbklaw.com
5    BEST BEST & KRIEGER LLP
     300 South Grand Avenue
6    25th Floor
     Los Angeles, California  90071
7    Telephone:     (213) 617-8100
     Facsimile:     (213) 617-7480
8
     Attorneys for Plaintiff
9    COUNTY OF AMADOR
                    [Additional Counsel on p. 2]
10
                    UNITED STATES DISTRICT COURT
11
                    EASTERN DISTRICT OF CALIFORNIA
12
                    ROBERT T. MATSUI FEDERAL COURTHOUSE
13

| | |
|---|---|
| 14  CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | Case No. 2:20-cv-02482-WBS-AC [Consolidated with 2:21-cv-00038-WBS-AC] |
| 15            Plaintiff, | **ORDER** |
| 16       v. | Dept:          5 |
| 17  JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation, | Judge:         William B. Shubb<br>Trial Date:    June 6, 2023<br>Action Filed:  January 7, 2021 |
| 19            Defendants. | |
| 20  COUNTY OF AMADOR, a public agency of the State of California, | |
| 21            Plaintiff, | |
| 22       v. | |
| 23  JEFFREY MACOMBER in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| 27            Defendants. | |

Best Best & Krieger LLP

83653.00001\41174116.1

1  ANDREW L. PACKARD (Bar No. 168690)
   andrew@packardlawoffices.com
2  WILLIAM N. CARLON (Bar No. 305739)
   wncarlon@packardlawoffices.com
3  Law Offices of Andrew L. Packard
   245 Kentucky Street, Suite B3
4  Petaluma, CA 94952
   Tel: (707) 782-4060
5
   JASON FLANDERS (Bar No. 238007)
6  jrf@atalawgroup.com
   ERICA MAHARG (Bar No. 279396)
7  eam@atalawgroup.com
   AQUA TERRA AERIS LAW GROUP
8  4030 Martin Luther King Jr. Way
   Oakland, CA 94609
9  Tel. (916) 202-3018

10 Attorneys for Plaintiff
   CALIFORNIA SPORTFISHING PROTECTION
11 ALLIANCE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BEST BEST & KRIEGER LLP

After considering the Plaintiffs' joint request to modify the Final Pretrial Order in this matter, Exhibit A: Plaintiffs' Witnesses to the Final Pretrial Order, ECF 110, is hereby modified to read as follows:

1.     Karen Ashby, expert

2.     Robert Emerick, expert

3.     Kenneth William Croyle

4.     Elizabeth Lee

5.     Gregor Larabee, person most knowledgeable (FRCP 30(b)(6))

6.     Howard Hold

7.     Kari Holmes

8.     Paul Orta, person most knowledgeable (FRCP 30(b)(6))

9.     David Anderson

10.    Estevan Fregeau

11.    Jeanette Poplin, Alpha Analytical Laboratories

12.    Alisabeth J. Wilcox, Alpha Analytical Laboratories

13.    Joshua Cox, Excelchem Laboratories

14.    Rachel Kaua, Alpha Analytical Laboratories

In the event one or more of the foundational witnesses are no longer available to authenticate records from the relevant entity at the time of trial, Plaintiffs may call any other representative from the entity who can provide foundational testimony.

Dated:  April 13, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BEST BEST & KRIEGER LLP