CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
SHAWN D. HAGERTY, Bar No. 182435
shawn.hagerty@bbklaw.com
REBECCA ANDREWS, Bar No. 272967
rebecca.andrews@bbklaw.com
ANYA KWAN, Bar No. 333854
anya.kwan@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue
25th Floor
Los Angeles, California  90071
Telephone:    (213) 617-8100
Facsimile:    (213) 617-7480

Attorneys for Plaintiff
COUNTY OF AMADOR
[Additional Counsel on p. 2]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>　　　　Defendants. | Case No. 2:20-cv-02482-WBS-AC<br>　[Consolidated with 2:21-cv-00038-WBS-AC]<br><br>**NOTICE OF SETTLEMENT** |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY MACOMBER in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Defendants. | |

1   ANDREW L. PACKARD (Bar No. 168690)
    andrew@packardlawoffices.com
2   WILLIAM N. CARLON (Bar No. 305739)
    wncarlon@packardlawoffices.com
3   Law Offices of Andrew L. Packard
    245 Kentucky Street, Suite B3
4   Petaluma, CA 94952
    Tel: (707) 782-4060
5
    JASON FLANDERS (Bar No. 238007)
6   jrf@atalawgroup.com
    ERICA MAHARG (Bar No. 279396)
7   eam@atalafwgroup.com
    AQUA TERRA AERIS LAW GROUP
8   490 43rd Street, Suite 108
    Oakland, CA 94609
9   Tel. (916) 202-3018

10  Attorneys for Plaintiff
    CALIFORNIA SPORTFISHING PROTECTION
11  ALLIANCE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs California Sportfishing Protection Alliance and Amador County, together with Defendant Secretary Macomber Inc., parties in the above-captioned action, have reached terms on a [Proposed] Consent Decree. The Settlement Agreement is contingent upon the expiration of the federal agencies' 45-day review period.[1] This review period is expected to expire on July 7, 2023.

Dated: May 25, 2023              BEST BEST & KRIEGER LLP

                                 By: */s/ Rebecca Andrews*
                                     CHRISTOPHER M. PISANO
                                     SHAWN D. HAGERTY
                                     REBECCA ANDREWS
                                     ANYA KWAN
                                     Attorneys for Plaintiff
                                     COUNTY OF AMADOR

Dated: May 25, 2023              LAW OFFICES OF ANDREW L. PACKARD

                                 By: */s/ Andrew L. Packard*
                                     ANDREW L. PACKARD
                                     WILLIAM N. CARLON
                                     Attorneys for Plaintiff
                                     CALIFORNIA SPORTFISHING
                                     PROTECTION ALLIANCE

---

[1] Title 33 of the United States Code Section 1365(c) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."