| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | JENNIFER HARTMAN KING (SBN 211313)<br>ALANNA LUNGREN (SBN 269668)<br>ANDREYA WOO NAZAL (SBN 327651)<br>HARTMAN KING PC<br>2150 River Plaza Drive, Suite 320<br>Sacramento, CA  95833<br>Telephone:  (916) 379-7530; Facsimile:  (916) 379-7535<br>JHartmanKing@HartmanKingLaw.com<br>ALungren@HartmanKingLaw.com    Exempt From Filing Fees Pursuant<br>AWooNazal@HartmanKingLaw.com   To Government Code Section 6103 |

Attorneys for Defendants JEFFREY MACOMBER,
in his official capacity as Secretary of the California Department
of Corrections and Rehabilitation; and PATRICK COVELLO,
in his official capacity as Warden of California Department of
Corrections and Rehabilitation Mule Creek State Prison

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendant. | Case No. 2:20-CV-02482-WBS-AC<br>[consolidated with 2:21-CV-00038-WBS-AC]<br><br>**DEFENDANTS' SUBSTITUTION OF ATTORNEY**<br><br>Judge: Hon. William B. Shubb<br>Ctrm. 5<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison,<br><br>Defendants. | |

00061165.2

DEFENDANTS' SUBSTITUTION OF ATTORNEY

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that Defendants JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison ("Defendants"), make the following substitution of counsel:

1.  Former Legal Representation:

Jennifer Hartman King, Esq.
Alanna Lungren, Esq.
Andreya Woo Nazal, Esq.
HARTMAN KING PC
2150 River Plaza Drive, Suite 320
Sacramento, CA 95833
JHartmanKing@HartmanKingLaw.com
ALungren@HartmanKingLaw.com
AWooNazal@HartmanKingLaw.com
(916) 379-7530

2.  New Legal Representation:

Adam K. Guernsey, Esq.
HARRISON TEMBLADOR HUNGERFORD & GUERNSEY
2801 T Street
Sacramento CA, 95816
AGuernsey@HTHGLaw.com
(916) 382-4377

3.  The parties making this substitution are Defendants.

4.  By signing below, each signatory consents to this substitution.

Dated: June 9, 2023

DEFENDANT SECRETARY JEFFREY MACOMBER

By: _____
Jeffrey Macomber, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation

///
///
///
///

00061165.2

1

**DEFENDANTS' SUBSTITUTION OF ATTORNEY**

| | | |
|---|---|---|
| 1 | Dated: June 9, 2023 | DEFENDANT WARDEN PATRICK COVELLO |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Warden Patrick Covello, in his official capacity as Warden of California Department of Corrections and Rehabilitation, Mule Creek State Prison |
| 5 | | |
| 6 | Dated: June 8, 2023 | HARRISON TEMBLADOR HUNGERFORD & GUERNSEY |
| 7 | | |
| 8 | | By: _____ |
| 9 | | ADAM K. GUERNSEY, ESQ. |
| 10 | Dated: June 9, 2023 | HARTMAN KING PC |
| 11 | | |
| 12 | | By: _____ |
| 13 | | JENNIFER HARTMAN KING, ESQ. |
| 14 | Dated: June 9, 2023 | HARTMAN KING PC |
| 15 | | |
| 16 | | By: _____ |
| 17 | | ALANNA LUNGREN, ESQ. |
| 18 | Dated: June 9, 2023 | HARTMAN KING PC |
| 19 | | |
| 20 | | By: _____ |
| 21 | | ANDREYA WOO NAZAL, ESQ. |

**IT IS SO ORDERED.**

**DATED:** _____   _____
**HON. WILLIAM B. SHUBB**
**UNITED STATES DISTRICT COURT JUDGE**