| | |
|---|---|
| 1 | JENNIFER HARTMAN KING (SBN 211313) |
| | ALANNA LUNGREN (SBN 269668) |
| 2 | ANDREYA WOO NAZAL (SBN 327651) |
| | HARTMAN KING PC |
| 3 | 2150 River Plaza Drive, Suite 320 |
| | Sacramento, CA 95833 |
| 4 | Telephone: (916) 379-7530; Facsimile: (916) 379-7535 |
| | JHartmanKing@HartmanKingLaw.com |
| 5 | ALungren@HartmanKingLaw.com |
| | AWooNazal@HartmanKingLaw.com |

Exempt From Filing Fees Pursuant To Government Code Section 6103

Attorneys for Defendants JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation, <br><br> Defendant. | Case No. 2:20-CV-02482-WBS-AC <br> [consolidated with 2:21-CV-00038-WBS-AC] <br><br> **DEFENDANTS' SUBSTITUTION OF ATTORNEY** <br><br> Judge: Hon. William B. Shubb <br> Ctrm. 5 <br><br> (Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |
| COUNTY OF AMADOR, a public agency of the State of California, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison, <br><br> Defendants. | |

00061243.2     00061243.1

**DEFENDANTS' SUBSTITUTION OF ATTORNEY**

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that Defendants JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; and PATRICK COVELLO, in his official capacity as Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison ("Defendants"), make the following substitution of counsel:

1. Former Legal Representation:

Jennifer Hartman King, Esq.
Alanna Lungren, Esq.
Andreya Woo Nazal, Esq.
HARTMAN KING PC
2150 River Plaza Drive, Suite 320
Sacramento, CA 95833
JHartmanKing@HartmanKingLaw.com
ALungren@HartmanKingLaw.com
AWooNazal@HartmanKingLaw.com
(916) 379-7530

2. New Legal Representation:

Adam K. Guernsey, Esq.
HARRISON TEMBLADOR HUNGERFORD & GUERNSEY
2801 T Street
Sacramento CA, 95816
AGuernsey@HTHGLaw.com
(916) 382-4377

3. The parties making this substitution are Defendants.

4. By signing below, each signatory consents to this substitution.

Dated: June  9, 2023                    DEFENDANT SECRETARY JEFFREY MACOMBER

By:    /s/Jeffrey Macomber
Jeffrey Macomber, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation

///

///

///

///

| | |
|---|---|
| Dated: June 9, 2023 | DEFENDANT WARDEN PATRICK COVELLO |

By:    /s/Patrick Covello
Warden Patrick Covello, in his official capacity as Warden of California Department of Corrections and Rehabilitation, Mule Creek State Prison

Dated: June 8, 2023        HARRISON TEMBLADOR HUNGERFORD & GUERNSEY

By:    /s/Adam K. Guernsey
ADAM K. GUERNSEY, ESQ.

Dated: June 9, 2023        HARTMAN KING PC

By:    /s/Jennifer Hartman King
JENNIFER HARTMAN KING, ESQ.

Dated: June 9, 2023        HARTMAN KING PC

By:    /s/Alanna Lungren
ALANNA LUNGREN, ESQ.

Dated: June 9, 2023        HARTMAN KING PC

By:    /s/Andreya Woo Nazal
ANDREYA WOO NAZAL, ESQ.

**IT IS SO ORDERED.**

Dated: July 5, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE