ANDREW L. PACKARD (Bar No. 168690)
andrew@packardlawoffices.com
WILLIAM N. CARLON (Bar No. 305739)
wncarlon@packardlawoffices.com
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE
[additional counsel next page]

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　Plaintiff,<br>　　v.<br><br>JEFFREY MACCOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation<br><br>　　　　Defendant<br>_____<br>COUNTY OF AMADOR, a public agency of the State of California<br><br>　　　　Plaintiff,<br>　　v.<br><br>JEFFREY MACCOMBER in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison,<br><br>　　　　Defendants | Case No.: 2:20-cv-02482-WBS-AC *[cons. w/2:21-cv-00038-WBS-AC]*<br><br>**STIPULATION TO ENTER [PROPOSED] CONSENT DECREE**<br><br>Judge: Hon. William B. Shubb<br><br>Action Filed: Jan. 7, 2021 |

JASON FLANDERS (Bar No. 238007)
jrf@atalawgroup.com
ERICA MAHARG (Bar No. 279396)
eam@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Tel. (916) 202-3018

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
SHAWN D. HAGERTY, Bar No. 182435
shawn.hagerty@bbklaw.com
REBECCA ANDREWS, Bar No. 272967
rebecca.andrews@bbklaw.com
ANYA KWAN, Bar No. 333854
anya.kwan@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue, 25th Floor
Los Angeles, California 90071
Telephone: (213) 617-8100
Facsimile: (213) 617-7480

Attorneys for Plaintiff
COUNTY OF AMADOR

Plaintiffs CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and COUNTY OF AMADOR (collectively, "Plaintiffs") and Defendants JEFFREY MACCOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation, and PATRICK COVELLO, in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison, by and through their respective counsel, hereby stipulate to the entry of the [Proposed] Consent Decree attached hereto as **Exhibit A**, as set forth below:

WHEREAS, on May 25, 2023, Plaintiffs filed a Notice of Settlement notifying the Court that the parties reached a settlement in this matter and that the [Proposed] Consent Decree had been sent to the U.S. Department of Justice ("DOJ") and the U.S. Environmental Protection Agency for a 45-day review period as required by 33 U.S.C. section 1365(c) (Dkt. 128).

WHEREAS, on June 30, 2023, DOJ notified counsel by letter that the United States does not object to the Court's entry of the Consent Decree into judgment, attached hereto as **Exhibit B**.

WHEREAS, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

THEREFORE, the Parties hereby request the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached as **Exhibit A**, and enter the Consent Decree as judgment.

The Parties further request that, after entering the [Proposed] Consent Decree as judgment, the Court execute the Proposed Order attached hereto as **Exhibit C**, dismissing Plaintiffs'

claims against Defendants, as set forth in Civil Case Nos. 2:20-cv-02482-WBS-AC and 2:21-cv-00038-WBS-AC (collectively, "Actions") with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(2), subject to the continuing jurisdiction of the Court for enforcement purposes.

Dated: July 7, 2023             BEST BEST & KRIEGER LLP


                                By: *s/* Rebecca Andrews
                                CHRISTOPHER M. PISANO
                                SHAWN D. HAGERTY
                                REBECCA ANDREWS
                                ANYA KWAN
                                Attorneys for Plaintiff
                                COUNTY OF AMADOR


Dated: July 7, 2023             LAW OFFICES OF ANDREW L. PACKARD


                                By: *s/* Andrew L. Packard
                                ANDREW L. PACKARD
                                WILLIAM N. CARLON
                                Attorneys for Plaintiff
                                CALIFORNIA SPORTFISHING
                                PROTECTION ALLIANCE


Dated: July 7, 2023             AQUA TERRA AERIS LAW GROUP


                                By: *s/* Erica A. Maharg
                                ERICA A. MAHARG
                                JASON R. FLANDERS
                                Attorneys for Plaintiff
                                CALIFORNIA SPORTFISHING
                                PROTECTION ALLIANCE

4

STIPULATION TO ENTER [PROPOSED] CONSENT DECREE
Case No.: 2:20-cv-02482-WBS-AC [cons. w/2:21-cv-00038-WBS-AC]

Dated: July 7, 2023              HARRISON, TEMBLADOR,
                                 HUNGERFORD & GUERNSEY LLP


                                 By: s/ Adam K. Guernsey
                                 ADAM K. GUERNSEY
                                 SEAN K. HUNGERFORD
                                 Attorneys for Defendants
                                 JEFFREY MACCOMBER &
                                 PATRICK COVELLO


   I attest that concurrence in the filing of this document has been obtained from all signatories indicated above.

Dated: July 7, 2023              AQUA TERRA AERIS LAW GROUP


                                 s/ Erica A. Maharg
                                 Erica A. Maharg