1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A – MCSP Site Maps**

22

[PROPOSED] CONSENT DECREE

Consolidated Cases:
No. 2:20-CV-02482-WBS-AC
and No. 2:21-CV-00038-WBS-AC



Figure 1-3. Mule Creek State Prison Storm Water Collection Investigation, Ione, California — Drainage Areas. SHN 516025.100, October 2019.



Figure 1-5. Site Plan Showing Water Sampling Locations, Mule Creek State Prison, Storm Water Collection Investigation, Ione, California. SHN 516025.100, June 2018, 516025-105-1-5-WATER.

MCSP0004089