1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT E –  Report (Appendix 23)**

# Recommended Actions **23**

MCSP0020759

# Table of Contents

**Table**                                                                                                      **Page**
23-1. Recommended Action by Segment............................................................................... 23-1
23-2. Recommended Action by Point................................................................................. 23-3

**Figure**
23-1. Recommended Actions Figure Location Map
23-2D. Recommended Actions Detail
23-2E. Recommended Actions Detail
23-2F. Recommended Actions Detail
23-2G. Recommended Actions Detail
23-3D. Recommended Actions Detail
23-3E. Recommended Actions Detail
23-3F. Recommended Actions Detail
23-3G. Recommended Actions Detail
23-3H. Recommended Actions Detail
23-4C. Recommended Actions Detail
23-4D. Recommended Actions Detail
23-4E. Recommended Actions Detail
23-4F. Recommended Actions Detail
23-4G. Recommended Actions Detail
23-4H. Recommended Actions Detail
23-5C. Recommended Actions Detail
23-5D. Recommended Actions Detail
23-5E. Recommended Actions Detail
23-5F. Recommended Actions Detail
23-5G. Recommended Actions Detail
23-6C. Recommended Actions Detail
23-6D. Recommended Actions Detail
23-6E. Recommended Actions Detail
23-6F. Recommended Actions Detail
23-6G. Recommended Actions Detail
23-7C. Recommended Actions Detail
23-7D. Recommended Actions Detail
23-7E. Recommended Actions Detail
23-7F. Recommended Actions Detail
23-8D. Recommended Actions Detail



**Table 23-1.**          Recommended Action by Segment
Mule Creek State Prison, Ione, California

| Segment | Pipe Diameter (in) | System | Figure | Corrective Action | Approximate Location | Affected Length (ft) | Finding Sequence Reference(s) |
|---|---|---|---|---|---|---|---|
| A19-A16 | 6 | Storm Drain | 7E | Repair | 23'-35' DS of A19 | 12 | 12-20, 12-21 |
| A223-A225 | 8 | Storm Drain | 7D | Repair | Full Segment | 72 | 6-17, 6-18 |
| A224-A225 | 8 | Storm Drain | 7D | Repair | Full Segment | 16 | 6-19, 6-20 |
| A227-A229, A229-A231 | 8 | Storm Drain | 7D | Repair | 0'-9' DS and 0-12' US of A229 | 21 | 6-25, 6-26, 6-27, 6-28 |
| A237A-A235 | 12 | Storm Drain | 6C | Repair | 20'-42' DS of A237A | 22 | 6-11, 6-12, 6-13 |
| A238-A237 | 12 | Storm Drain | 6C | Repair | 21'-41' DS of A238 | 20 | 6-8, 6-9 |
| A240-JY5 | 12 | Storm Drain | 6C | Repair | 8'-28' DS of A240 | 20 | 6-5, 6-6, 6-7 |
| AB249 | 6 | Storm Drain | 5C | Repair | 0'-12' US of SDMH501 | 12 | 16-4, 2018-4 |
| AEP222-A222 | 6 | Storm Drain | 7D | Repair | Full Segment | 40 | 16-1, 6-16 |
| C172-C173 | 6 | Storm Drain | 6F | Repair | Full Segment | 33 | 7-20, 7-21 |
| C181A-WYE181 | 12 | Storm Drain | 5F | Repair | 0'-17' from main | 17 | 7-17 |
| C185-C184, C184-C183, C183-C181 | 6 | Storm Drain | 5F, 5G | Repair | Full Segment | 80 | 7-11, 7-12, 7-13, 7-14, 7-15 |
| C189-C193 | 8 | Storm Drain | 5G | Repair | Full Segment | 78 | 7-7, 7-8, 7-9, 7-10 |
| C207-C54 | 8 | Storm Drain | 6F | Repair | Full Segment | 140 | 5-33, 5-34, 5-35, 5-36, 5-37, 5-38, 5-39 |
| CBP149D-CBP149 | 10 | Storm Drain | 2E | Repair | 56'-72' US of CBP149 | 16 | 18-43, 18-44 |
| GT2OUT-AEPGT2 | 12 | Storm Drain | 8D | Repair | Full Segment | 331 | 18-6, 18-7, 18-8, 18-9, 18-10, 18-11, 18-12, 18-13, 18-14, 18-15, 18-16, 18-17, 18-18, 18-19, 18-20, 18-21, 18-22, 18-23, 18-24, 18-25 |
| JY4-A8 | 12 | Storm Drain | 7C, 7D | Repair | 27'-35' from JY4 | 8 | 6-1, 6-2 |
| A1-2A | 4 | Sanitary Sewer | 5D | Repair | 13-28' US of SSMH403 | 15 | 10-17, 10-18 |
| A2-1B | 4 | Sanitary Sewer | 5D | Repair | 0'-30' from main | 30 | 11-11, 2018-53, 2018-54 |
| A2-2A | 4 | Sanitary Sewer | 5D | Repair | 0'-25' from main | 25 | 10-34, 10-35, 2018-55 |
| B2-2A | 4 | Sanitary Sewer | 4E | Repair | 15'-25' from main | 10 | 2018-64, 9-22, 14-10, 2018-63, 14-12 |
| B4 | 4 | Sanitary Sewer | 5E | Repair | 0'-123' from main | 123 | 10-8, 10-9, 10-10, 10-11, 10-12, 10-13, 10-14, 10-15, 10-16, 2018-41, 2018-57, 2018-58, 2018-59 |
| B9 | 4 | Sanitary Sewer | 5E | Repair | 0'-10' from main | 10 | 10-24, 10-25, 2018-60, 2018-61, 2018-62 |
| C2-1B | 4 | Sanitary Sewer | 4F | Repair | 0-20' from main | 20 | 8-13, 9-11, 9-12, 9-13, 9-14 |
| G2 | 6 | Sanitary Sewer | 3G, 3H | Repair | Full Segment | 115 | 16-8, 16-9, 16-10, 16-11 |
| GT4 | 4 | Sanitary Sewer | 5C | Repair | 46'-57' DS of GT4 | 11 | 3-13, 17-4 |
| SSMH209-SSMH207 | 6 | Sanitary Sewer | 3F, 4F | Repair | Full Segment | 223 | 2018-46, 2018-47, 2018-48, 2018-49, 2018-50, 2018-51, 2018-52, 14-8 |
| SSMH23-SSMH18 | 6 | Sanitary Sewer | 3E | Repair | 128'-135' DS of SSMH23 | 6 | 2-5, 2-6 |
| SSMH401-SSMH13 | 6 | Sanitary Sewer | 5C | Repair | Full Segment | 142 | 2018-33, 2018-34, 2018-35 |
| SSMH402-SSMH401 | 6 | Sanitary Sewer | 5C, 5D | Repair | Full Segment | 251 | 2018-37 |
| SSMH403-SSMH402 | 6 | Sanitary Sewer | 5D | Repair | Full Segment | 233 | 2018-38 |
| Y1A,SSMH22-SSMH21 | 12 | Sanitary Sewer | 7E | Repair | 0'-15' US and 0'-5' DS of SSMH22 | 20 | 2-14, 2-15, 1-13 |
| Y9A | 6 | Sanitary Sewer | 3E | Repair | 58'-68' US of SSMH18 | 10 | 1-5, 13-21, 13-22, 19-1, 19-2, 19-3 |
| OUT1 (Main Outfall West Pipe) | 24 | Storm Drain | 7C | Monitor | 0'-61' DS of Main Outfall | 61 | 5-11 |

MCSP0020761

**Table 23-1.**   **Recommended Action by Segment**
**Mule Creek State Prison, Ione, California**

| Segment | Pipe Diameter (in) | System | Figure | Corrective Action | Approximate Location | Affected Length (ft) | Finding Sequence Reference(s) |
|---|---|---|---|---|---|---|---|
| OUT2 (Main Outfall East Pipe) | 24 | Storm Drain | 7C | Monitor | 0'-61' DS of Main Outfall | 61 | 5-10 |
| SDMH501-A1 | 24 | Storm Drain | 5C | Monitor | Full Segment | 185 | 2018-1, 2018-3 |
| SDMH502-SDMH501 | 24 | Storm Drain | 5C | Monitor | Full Segment | 47 | 2018-5, 2018-6 |
| SDMH503-SDMH502 | 24 | Storm Drain | 5C, 5D | Monitor | Full Segment | 169 | 2018-7, 2018-8 |
| SDMH504-SDMH503 | 21 | Storm Drain | 5D | Monitor | Full Segment | 158 | 2018-9, 2018-10 |
| SDMH505-SDMH504 | 21 | Storm Drain | 5D | Monitor | Full Segment | 170 | 2018-13, 2018-14, 2018-15 |
| SDMH506-SDMH505 | 18 | Storm Drain | 5D, 5E | Monitor | Full Segment | 184 | 2018-16, 2018-17, 2018-18, 2018-19, 2018-20, 2018-21 |
| B1-2C | 4 | Grease Waste | 5D | Monitor | Full Segment | 40 | 11-24 |
| B1-2D | 4 | Sanitary Sewer | 5D, 4D | Monitor | Full Segment | 169 | 11-25, 11-26, 10-39 |

MCSP0020762

**Table 23-2.**          **Recommended Action by Point**
                         **Mule Creek State Prison, Ione, California**

| Segment | Pipe Diameter (in) | System | Figure | Corrective Action | Approximate Location | Finding Sequence Reference(s) |
|---|---|---|---|---|---|---|
| C2-1A | 6 | Grease Waste | 4F | Repair | 79.5' DS of C/O | 9-9 |
| | | | | | 99.3' DS of C/O | 9-10 |
| C2-3A | 6 | Grease Waste | 3F, 4F | Repair | 95' DS of C/O | 9-15 |
| A1-2D | 4 | Sanitary Sewer | 5E | Repair | 64.6' DS of COA12DB | 17-19 |
| A3C | 4 | Sanitary Sewer | 7D | Repair | 11.4' US of main | 13-12 |
| B2-1B | 4 | Sanitary Sewer | 4E, 5E | Repair | 62.1' US of main | 9-21 |
| C/O5-SSMH23 | 4 | Sanitary Sewer | 2E | Repair | 1' US of SSMH23 | 3-20 |
| C1-2A | 4 | Sanitary Sewer | 5E | Repair | 8.2' US of main | 2018-65 |
| C2-3C | 4 | Sanitary Sewer | 3F | Repair | 115' DS of C/O | 9-2 |
| C5-Y15A | 4 | Sanitary Sewer | 6F | Repair | 4' DS of CO C5 | 17-8 |
| G2-1 | 2 | Sanitary Sewer | 3G, 3H | Repair | 78.5' US of COG2-1 | 16-14 |
| | | | | | 13' DS of COG2-1 | 16-15 |
| GT1 | 4 | Sanitary Sewer | 7E, 7F | Repair | 52' DS of GT1 | 3-17 |
| | | | 6F | | 1' US of SSMH103 | 8-12 |
| GT4 | 4 | Sanitary Sewer | 5C | Repair | 34' DS of GT4 | 3-12 |
| GT6 | 4 | Sanitary Sewer | 3E | Repair | 82.7' US of main | 13-24 |
| SSMH102-SSMH101 | 10 | Sanitary Sewer | 6G | Repair | 188' DS of SSMH102 | 2-2 |
| SSMH103-SSMH102 | 10 | Sanitary Sewer | 6F | Repair | 106' DS of SSMH103 | 2-1 |
| SSMH106B-SSMH105 | 8 | Sanitary Sewer | 5E | Repair | 54.8' DS of SSMH106B | 2018-42 |
| SSMH107-SSMH106 | 8 | Sanitary Sewer | 4E, 4F | Repair | 26.2' DS of SSMH107 | 2018-44 |
| | | | 5E | | 167.2' DS of SSMH107 | 2018-43 |
| SSMH109-SSMH108 | 8 | Sanitary Sewer | 5E | Repair | 196' DS of SSMH109 | 10-19, 2018-40 |
| | | | | | 210' DS of SSMH109 | 2018-39 |
| SSMH18-SSMH17 | 6 | Sanitary Sewer | 3D | Repair | 176' DS of SSMH18 | 1-11 |
| SSMH207-SSMH205 | 8 | Sanitary Sewer | 3F | Repair | 166' DS of SSMH207 | 3-1 |
| SSMH212A-SSMH211 | 8 | Sanitary Sewer | 2F | Repair | 85.5' US of SSMH211 | 15-6, 15-7, 18-26, 18-27 |
| SSMH214-SSMH20 | 6 | Sanitary Sewer | 3E | Plug segment at SSMH20 if no active connections | At SSMH20 | 15-9 |
| SSMH21-SSMH6 | 12 | Sanitary Sewer | 7D | Repair | 137' DS of SSMH21 | 1-14 |
| SSMH24-SSMH26 | 6 | Sanitary Sewer | 2E | Repair | 19.5' DS of SSMH24 | 5-2 |
| | | | | | 138' DS of SSMH24 | 5-3 |
| Y12B | 4 | Sanitary Sewer | 5G | Repair | 36.7' US of main | 12-4 |
| Y13B | 4 | Sanitary Sewer | 5G | Repair | 33.5' US of main | 12-7 |
| Y4A | 6 | Sanitary Sewer | 7C | Repair | 20' US of SSMH10 | 2-12 |
| Y5A | 6 | Sanitary Sewer | 6C | Repair | 12' US of SSMH12 | 2-10 |
| Y5B | 4 | Sanitary Sewer | 6C | Repair | 11.5' US of main | 16-19 |
| Y5C | 6 | Sanitary Sewer | 6C | Repair | 17' US of SSMH11 | 2-9, 2-8 |
| Y6B | 4 | Sanitary Sewer | 4C, 4D | Repair | 11.9' US of main | 13-17 |
| A12 | 12 | Storm Drain | 7D | Repair | At A12 | 5-28 |
| A230-A228 | 12 | Storm Drain | 6D, 7D | Repair | 42.5' DS of A230 | 6-15 |
| A42-A43 | 4 | Storm Drain | 7E | Repair | 1.2' DS of A42 | 17-13, 17-14 |
| A9 | 12 | Storm Drain | 7C | Repair | At A9 | 12-22 |
| AB119 | 6 | Storm Drain | 5D | Repair | 6.2' US of SDMH504 | 10-31 |
| AB121 | 6 | Storm Drain | 5D | Repair | 74.4' US of SDMH505 | 10-6, 10-7 |
| AEP222 | 4 | Storm Drain | 7D | Install Catchbasin | At AEP222 | N/A |
| AEP226 | 8 | Storm Drain | 7D | Install Catchbasin | At AEP226 | N/A |
| B21-B22 | 12 | Storm Drain | 4C | Repair | 59.8' US of B22 | 12-23 |
| B23-P157 | 12 | Storm Drain | 4C | Repair | 36.5' DS of B23 | 18-4 |
| B251 | 8 | Storm Drain | 4C, 4D | Repair | At B251 | 3-8 |
| B30 | 12 | Storm Drain | 3D, 3E | Repair | At B30 | 3-4 |
| B216-B32 | 12 | Storm Drain | 3E | Repair | 141' US of B32 | 3-3 |
| B94-SDMH95 | 8 | Storm Drain | 5E | Repair | 18.3' US of SDMH95 | 14-21 |
| | | | | | 16.8' US of SDMH95 | 14-20 |
| BC112 | 6 | Storm Drain | 4E, 4F | Repair | At B/C112 | 9-8 |
| C170A | 8 | Storm Drain | 4F | Repair | At C170A | 8-4 |
| C170B | 8 | Storm Drain | 5F, 6E, 6F | Repair | At C170B | 8-9, 8-10, 8-11 |
| C177-C64 | 12 | Storm Drain | | Repair | 144.4' US of C64 | 5-31 |

MCSP0020763

**Table 23-2.**          **Recommended Action by Point**
                        **Mule Creek State Prison, Ione, California**

| Segment | Pipe Diameter (in) | System | Figure | Corrective Action | Approximate Location | Finding Sequence Reference(s) |
|---|---|---|---|---|---|---|
| C187-C186 | 6 | Storm Drain | 5G | Repair | 7.7' DS of C187 | 7-4 |
| | | | | | 12.6' DS of C187 | 7-5 |
| C199-C245 | 12 | Storm Drain | 5G | Repair | 96.5' US of C245 | 15-12 |
| C206 | 8 | Storm Drain | 4F | Repair | At C206 | 8-5 |
| C55-C58 | 12 | Storm Drain | 6F | Repair | 116.7' US of C58 | 5-41 |
| CB11-CB12 | 10 | Storm Drain | 2E | Repair | 32.1' US of CB12 | 5-23 |
| | | | | | 52.6' US of CB12 | 5-24 |
| CBP149D-CBP149 | 10 | Storm Drain | 2E | Repair | 71.7' DS of CBP149D | 18-42 |
| CBP149E-CBP149D | 12 | Storm Drain | 2E | Repair | 1' US of CBP149D | 19-15 |
| CBP149F-CBP149E | 12 | Storm Drain | 2F | Repair | 109.9' DS of CBP149F | 19-19 |
| | | | | | 7.6' DS of CBP149F | 19-18 |
| CO207-C207 | 4 | Storm Drain | 6F | Repair | 52.6' DS of C/O C207 | 16-7 |
| INAC193-C193 | 4 | Storm Drain | 5G | Repair | 0.6' US of C193 | 7-1 |
| INB14-C171 | 6 | Storm Drain | 6F | Repair | 10.4' DS of INB14 | 7-18 |
| IN-B221 | 4 | Storm Drain | 3E | Repair | 15.4' DS of INB221 | 16-2 |
| | | | | | 16.8' DS of INB221 | 16-3 |
| IN-JGT9 | 6 | Storm Drain | 6G | Repair | 12.6' DS of JGT9 | 14-22 |
| IN-SDMHC244 | 4 | Storm Drain | 5G | Repair | 6.9' US of SDMHC244 | 19-6 |
| JGT9 | 8 | Storm Drain | 6G | Install Catchbasin | At JGT9 | N/A |
| JY4 | 12 | Storm Drain | 7E, 7D | Install Catchbasin | At JY4 | N/A |
| P228-P229 | 10 | Storm Drain | 7F | Repair | 214.8' DS of P228 | 16-16 |
| SDMH508-SDMH507 | 15 | Storm Drain | 5E | Repair | 144' DS of SDMH508 | 2018-26 |
| SDMH513-SDMH512 | 8 | Storm Drain | 3F | Repair | 66' DS of SDMH513 | 2018-31 |
| C59-OUT | 12 | Storm Drain | 6F | Monitor | 13' DS of C59 | 5-30 |
| B93-B91 | 8 | Storm Drain | 5E | Monitor | 9.7' DS of B91 | 11-4, 14-17 |
| D110-D109 | 2 | Storm Drain | 7E | Monitor | 16.1' DS of D110 | 14-23 |
| D1A | 6 | Sanitary Sewer | 6E | Monitor | 93.6' DS of COD1A | 19-10 |
| A1-2D | 4 | Sanitary Sewer | 5D, 5E, 6D, 6E | Monitor | 65.9' US of COA12DB | 17-20 |

\\redding\projects\2016\516025-mule-creek-SP\105-MCSP-SW-45\PUBS\data\20191025-CorrectiveActions.xlsxPoints          23-4

MCSP0020764



**EXPLANATION**

**STORM DRAIN**

**SANITARY SEWER**

**GREASE WASTE**

**RECOMMENDED ACTION**

**POINT**

● **REPAIR**

△ **MONITOR**

**SEGMENT**

**REPAIR (SS/SD)**

**MONITOR (SS/SD)**

0          300

**FEET**

1"=300'±

N

IMAGE SOURCE: ESRI, DIGITALGLOBE, GEOEYE, EARTHSTAR
GEOGRAPHICS, CNES/AIRBUS DS, USDA, USGS, AEROGRID, IGN, AND
THE GIS USER COMMUNITY

Path: \\eureka\projects\GIS-Files\Redding\2016\516025.105_MuleCreek\CCTV\PROJ_MXD\Report\Scale40_Repairs\Figure01_RepairsFigureIndex.mxd User Name: pgustavson DATE: 10/30/19, 1:28PM

Mule Creek State Prison
Stormwater Investigation
Ione, California

Recommended Actions
Figure Location Map
SHN 516025.105

October 2019        Figure01_RepairsFigureIndex        Figure 23-1

**MCSP0020765**



EXPLANATION

STRUCTURES

- SD CATCHBASIN
- SD CISTERN
- SD JUNCTION
- SD MANHOLE
- TRAP
- SS CLEANOUT
- SS JUNCTION
- SS MANHOLE
- STORM DRAIN (SD)
- SANITARY SEWER (SS)

RECOMMENDED ACTION

POINT

- REPAIR
- MONITOR

SEGMENT

- REPAIR (SS/SD)
- MONITOR (SS/SD)

0   40
FEET
1"=40'±

SEGMENT KEY

1  CB14-P151, 15"
2  C/O4-MAINLINE, 4"

IMAGE SOURCE: MICROSOFT CORPORATION, DIGITALGLOBE, CNES DISTRIBUTION AIRBUS DS

NOTE: NOT ALL STRUCTURES ARE THE PRODUCT OF SURVEY. EXACT PIPE ALIGNMENT AND POSITION RELATIVE TO AERIAL IMAGERY IS NOT GUARANTEED AND IS AN APPROXIMATION. SHN MAKES NO GUARANTEE AS TO THE COMPLETENESS OR EXACT ALIGNMENT OF DEFECTS, SEGMENTS, OR STRUCTURES.

Mule Creek State Prison
Stormwater Investigation
Ione, California

October 2019

Recommended Actions Detail
SHN 516025.105

Figure2D_RepairsDetail

Figure 23-2D

MCSP0020766

Path: \\eureka\projects\GIS-Files\Redding\2016\516025.105_MuleCreekCCTV\PROJ_MXD\Report\Scale40_Repairs\Figure2D_RepairsDetail.mxd User Name: pgustavson DATE: 10/30/19, 1:28PM

**SEGMENT KEY**

1. C/O1-SSMH23, 4"
2. B33-P149, 12"
3. CBP149-1-WYEP149-1, 6"
4. CBP149E-CBP149D, 12"
5. CBP149B-CBP149C, 6"
6. COSSMH24-SSMH24, 4''
7. J1CO-J1WYE, 4"

L1-B

**EXPLANATION**

**STRUCTURES**

- SD CATCHBASIN
- SD CISTERN
- SD JUNCTION
- SD MANHOLE
- TRAP
- SS CLEANOUT
- SS JUNCTION
- SS MANHOLE
- STORM DRAIN (SD)
- SANITARY SEWER (SS)

**RECOMMENDED ACTION**

**POINT**

- REPAIR
- MONITOR

**SEGMENT**

- REPAIR (SS/SD)
- MONITOR (SS/SD)

0    40

FEET

1"=40'±

SEGMENT REPAIR, 16'

IMAGE SOURCE: MICROSOFT CORPORATION,
DIGITALGLOBE, CNES DISTRIBUTION AIRBUS DS

NOTE: NOT ALL STRUCTURES ARE THE PRODUCT OF SURVEY. EXACT PIPE
ALIGNMENT AND POSITION RELATIVE TO AERIAL IMAGERY IS NOT GUARANTEED
AND IS AN APPROXIMATION. SHN MAKES NO GUARANTEE AS TO THE
COMPLETENESS OR EXACT ALIGNMENT OF DEFECTS, SEGMENTS, OR STRUCTURES.

Mule Creek State Prison
Stormwater Investigation
Ione, California

Recommended Actions Detail

SHN 516025.105

October 2019     Figure2E_RepairsDetail     Figure 23-2E

Path: \\eureka\projects\GIS-Files\Redding\2016\516025.105_MuleCreekCCTV\PROJ_MXD\Report\Scale40_Repairs\Figure2E_RepairsDetail.mxd User Name: agustavson  DATE: 10/30/19, 1:28PM



**EXPLANATION**

**STRUCTURES**

- SD CATCHBASIN
- SD CISTERN
- SD JUNCTION
- SD MANHOLE
- TRAP
- SS CLEANOUT
- SS JUNCTION
- SS MANHOLE
- STORM DRAIN (SD)
- SANITARY SEWER (SS)

**RECOMMENDED ACTION**

**POINT**
- REPAIR
- MONITOR

**SEGMENT**
- REPAIR (SS/SD)
- MONITOR (SS/SD)

**SEGMENT KEY**

1. CBP149E-CBP149D, 12"
2. CBP149B-CBP149C, 6"
3. CBP149A-CBP149B, 6"
4. SSMH212-SSMH212A, 8"
5. INP149F-CBP149F, 3"
6. INP149G-CBP149G, 4"

0    40

FEET    1"=40'±

IMAGE SOURCE: MICROSOFT CORPORATION, DIGITALGLOBE, CNES DISTRIBUTION AIRBUS DS

NOTE: NOT ALL STRUCTURES ARE THE PRODUCT OF SURVEY. EXACT PIPE ALIGNMENT AND POSITION RELATIVE TO AERIAL IMAGERY IS NOT GUARANTEED AND IS AN APPROXIMATION. SHN MAKES NO GUARANTEE AS TO THE COMPLETENESS OR EXACT ALIGNMENT OF DEFECTS, SEGMENTS, OR STRUCTURES.

Mule Creek State Prison
Stormwater Investigation
Ione, California

Recommended Actions Detail

SHN 516025.105

October 2019    Figure2F_RepairsDetail    Figure 23-2F

Path: \\eureka\projects\GIS-Files\Redding\2016\516025.105_MuleCreekCCTV\PROJ_MXD\Report\Scale40_Repairs\Figure2F_RepairsDetail.mxd User Name: zgustavson  DATE: 10/30/19, 1:28PM

MCSP0020768



**EXPLANATION**

**STRUCTURES**

- SD CATCHBASIN
- SD CISTERN
- SD JUNCTION
- SD MANHOLE
- TRAP
- SS CLEANOUT
- SS JUNCTION
- SS MANHOLE
- —— STORM DRAIN (SD)
- —— SANITARY SEWER (SS)

**RECOMMENDED ACTION**

**POINT**

- REPAIR
- MONITOR

**SEGMENT**

- REPAIR (SS/SD)
- MONITOR (SS/SD)

0        40
FEET        1"=40'±

LIMIT OF CCTV INSPECTION

G2-1

JG21-8"

IMAGE SOURCE: MICROSOFT CORPORATION, DIGITALGLOBE, CNES DISTRIBUTION AIRBUS DS

NOTE: NOT ALL STRUCTURES ARE THE PRODUCT OF SURVEY. EXACT PIPE ALIGNMENT AND POSITION RELATIVE TO AERIAL IMAGERY IS NOT GUARANTEED AND IS AN APPROXIMATION. SHN MAKES NO GUARANTEE AS TO THE COMPLETENESS OR EXACT ALIGNMENT OF DEFECTS, SEGMENTS, OR STRUCTURES.

Mule Creek State Prison
Stormwater Investigation
Ione, California

Recommended Actions Detail

SHN 516025.105

November 2019 | Figure2G_RepairsDetail | Figure 23-2G

Path: \\eureka\projects\GIS-Files\Redding\2016\516025.105_MuleCreekCCTV\PROJ_MXD\Report\Scale40_Repairs\Figure2G_RepairsDetail.mxd User Name: pgustavson DATE: 11/1/19, 8:22AM

MCSP0020769

**SEGMENT KEY**

1. SSMH15A-SSMH15, 12"
2. SSMH15B-SSMH15A, 6"
3. B29A-B29, 12"
4. CIS1-B28, 12"
5. B8B, 4"
6. B212-B72, 12"
7. B214-B212, 10"
8. B215-B214, 10"
9. B30-B31, 12"
10. CB16-CB14, 10"
11. SSMH17A-SSMH16, 6"

**EXPLANATION**

**STRUCTURES**

- SD CATCHBASIN
- SD CISTERN
- SD JUNCTION
- SD MANHOLE
- TRAP
- SS CLEANOUT
- SS JUNCTION
- SS MANHOLE
- STORM DRAIN (SD)
- SANITARY SEWER (SS)

**RECOMMENDED ACTION**

**POINT**

- REPAIR
- MONITOR

**SEGMENT**

- REPAIR (SS/SD)
- MONITOR (SS/SD)

0    40

FEET

1"=40'±

IMAGE SOURCE: MICROSOFT CORPORATION, DIGITALGLOBE, CNES DISTRIBUTION AIRBUS DS

NOTE: NOT ALL STRUCTURES ARE THE PRODUCT OF SURVEY. EXACT PIPE ALIGNMENT AND POSITION RELATIVE TO AERIAL IMAGERY IS NOT GUARANTEED AND IS AN APPROXIMATION. SHN MAKES NO GUARANTEE AS TO THE COMPLETENESS OR EXACT ALIGNMENT OF DEFECTS, SEGMENTS, OR STRUCTURES.

**SHN**

Mule Creek State Prison
Stormwater Investigation
Ione, California

Recommended Actions Detail

SHN 516025.105

October 2019          Figure3D_RepairsDetail          Figure 23-3D

MCSP0020770

**SEGMENT KEY**

1. B30-B31, 12"
2. B31-P150, 12"
3. INP149-P149, 12"
4. CBP149-P149, 12"
5. B217-B216, 8"
6. B218-B217, 8"
7. IN-CB1, 10"
8. CB1-CB2, 8"
9. COB6-COB6A, 4"

**EXPLANATION**

**STRUCTURES**
- SD CATCHBASIN
- SD CISTERN
- SD JUNCTION
- SD MANHOLE
- TRAP
- SS CLEANOUT
- SS JUNCTION
- SS MANHOLE
- STORM DRAIN (SD)
- SANITARY SEWER (SS)

**RECOMMENDED ACTION**

POINT
- REPAIR
- MONITOR

SEGMENT
- REPAIR (SS/SD)
- MONITOR (SS/SD)

IMAGE SOURCE: MICROSOFT CORPORATION, DIGITALGLOBE, CNES DISTRIBUTION AIRBUS DS

NOTE: NOT ALL STRUCTURES ARE THE PRODUCT OF SURVEY. EXACT PIPE ALIGNMENT AND POSITION RELATIVE TO AERIAL IMAGERY IS NOT GUARANTEED AND IS AN APPROXIMATION. SHN MAKES NO GUARANTEE AS TO THE COMPLETENESS OR EXACT ALIGNMENT OF DEFECTS, SEGMENTS, OR STRUCTURES.

Mule Creek State Prison
Stormwater Investigation
Ione, California

Recommended Actions Detail
SHN 516025.105

October 2019 | Figure3E_RepairsDetail | Figure 23-3E

MCSP0020771



EXPLANATION

STRUCTURES

- SD CATCHBASIN
- SD CISTERN
- SD JUNCTION
- SD MANHOLE
- TRAP
- SS CLEANOUT
- SS JUNCTION
- SS MANHOLE
- STORM DRAIN (SD)
- GREASE WASTE
- SANITARY SEWER (SS)

RECOMMENDED ACTIONS

POINT

- REPAIR
- MONITOR

SEGMENT

- REPAIR (SS/SD)
- MONITOR (SS/SD)

0     40

FEET

1"=40'±

SEGMENT KEY

1  C2-3A, 4"
2  BC135, 6"

SEGMENT REPAIR, UPSIZE 223' TO 8"

IMAGE SOURCE: MICROSOFT CORPORATION, DIGITALGLOBE, CNES DISTRIBUTION AIRBUS DS

NOTE: NOT ALL STRUCTURES ARE THE PRODUCT OF SURVEY. EXACT PIPE ALIGNMENT AND POSITION RELATIVE TO AERIAL IMAGERY IS NOT GUARANTEED AND IS AN APPROXIMATION. SHN MAKES NO GUARANTEE AS TO THE COMPLETENESS OR EXACT ALIGNMENT OF DEFECTS, SEGMENTS, OR STRUCTURES.

SHN

Mule Creek State Prison
Stormwater Investigation
Ione, California

Recommended Actions Detail

SHN 516025.105

October 2019          Figure3F_RepairsDetail          Figure 23-3F

Path: \\eureka\projects\GIS-Files\Redding\2016\516025.105_MuleCreekCCTV\PROJ_MXD\Report\Scale40_Repairs\Figure3F_RepairsDetail.mxd User Name: pgustavson   DATE: 10/30/19, 1:29PM

MCSP0020772



EXPLANATION

STRUCTURES

▣ SD CATCHBASIN
■ SD CISTERN
✚ SD JUNCTION
✚ SD MANHOLE
■ TRAP
▲ SS CLEANOUT
✦ SS JUNCTION
✦ SS MANHOLE

— STORM DRAIN (SD)
— SANITARY SEWER (SS)

RECOMMENDED ACTION

POINT

● REPAIR
△ MONITOR

SEGMENT

▬ REPAIR (SS/SD)
▬ MONITOR (SS/SD)

0          40
FEET
1"=40'±

IMAGE SOURCE: MICROSOFT CORPORATION, DIGITALGLOBE, CNES DISTRIBUTION AIRBUS DS

NOTE: NOT ALL STRUCTURES ARE THE PRODUCT OF SURVEY. EXACT PIPE ALIGNMENT AND POSITION RELATIVE TO AERIAL IMAGERY IS NOT GUARANTEED AND IS AN APPROXIMATION. SHN MAKES NO GUARANTEE AS TO THE COMPLETENESS OR EXACT ALIGNMENT OF DEFECTS, SEGMENTS, OR STRUCTURES.

SHN

Mule Creek State Prison
Stormwater Investigation
Ione, California

Recommended Actions Detail
SHN 516025.105

October 2019 | Figure3G_RepairsDetail | Figure 23-3G

MCSP0020773



EXPLANATION

STRUCTURES

- SD CATCHBASIN
- SD CISTERN
- SD JUNCTION
- SD MANHOLE
- TRAP
- SS CLEANOUT
- SS JUNCTION
- SS MANHOLE
- STORM DRAIN (SD)
- SANITARY SEWER (SS)

RECOMMENDED ACTION

POINT

- REPAIR
- MONITOR

SEGMENT

- REPAIR (SS/SD)
- MONITOR (SS/SD)

0          40
1"=40'±
FEET

SEGMENT REPAIR, 115'

IMAGE SOURCE: MICROSOFT CORPORATION, DIGITALGLOBE, CNES DISTRIBUTION AIRBUS DS

NOTE: NOT ALL STRUCTURES ARE THE PRODUCT OF SURVEY. EXACT PIPE ALIGNMENT AND POSITION RELATIVE TO AERIAL IMAGERY IS NOT GUARANTEED AND IS AN APPROXIMATION. SHN MAKES NO GUARANTEE AS TO THE COMPLETENESS OR EXACT ALIGNMENT OF DEFECTS, SEGMENTS, OR STRUCTURES.

Mule Creek State Prison
Stormwater Investigation
Ione, California

Recommended Actions Detail

SHN 516025.105

October 2019    Figure3H_RepairsDetail    Figure 23-3H

Path: \\eureka\projects\GIS-Files\Redding\2016\516025.105_MuleCreekCCTV\PROJ_MXD\Report\Scale40_Repairs\Figure3H_RepairsDetail.mxd User Name: pgustavson  DATE: 10/30/19, 1:29PM

MCSP0020774



EXPLANATION

STRUCTURES

SD CATCHBASIN
SD CISTERN
SD JUNCTION
SD MANHOLE
TRAP
SS CLEANOUT
SS JUNCTION
SS MANHOLE
STORM DRAIN (SD)
SANITARY SEWER (SS)

RECOMMENDED ACTION

POINT
REPAIR
MONITOR

SEGMENT
REPAIR (SS/SD)
MONITOR (SS/SD)

0    40
FEET
1"=40'±

SEGMENT KEY
1  B22-B23, 12"
2  COB21A-COB21, 6"
3  B5 C/O2-Y6D C/O3, 4"
4  B26-B27, 12"
5  B251-B24, 8"
6  B252-B251, 8"
7  Y6D C/O3-SSMH14, 4"
8  B23-P157, 12"
9  CB3-B254, 8"
10  B254-B253, 8"
11  B253-B252, 8"

IMAGE SOURCE: MICROSOFT CORPORATION, DIGITALGLOBE, CNES DISTRIBUTION AIRBUS DS

NOTE: NOT ALL STRUCTURES ARE THE PRODUCT OF SURVEY. EXACT PIPE ALIGNMENT AND POSITION RELATIVE TO AERIAL IMAGERY IS NOT GUARANTEED AND IS AN APPROXIMATION. SHN MAKES NO GUARANTEE AS TO THE COMPLETENESS OR EXACT ALIGNMENT OF DEFECTS, SEGMENTS, OR STRUCTURES.

Mule Creek State Prison
Stormwater Investigation
Ione, California

Recommended Actions Detail
SHN 516025.105

October 2019 | Figure4C_RepairsDetail | Figure 23-4C

MCSP0020775

Path: \\eureka\projects\GIS-Files\Redding\2016\516025.105_MuleCreekCCTV\PROJ_MXD\Report\Figure4C_RepairsDetail.mxd User Name: pgustavson DATE: 10/30/19, 1:29PM

