# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br>  v.<br><br>JEFFREY MACCOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation<br><br>    Defendant<br>_____<br>COUNTY OF AMADOR, a public agency of the State of California<br><br>    Plaintiff,<br>  v.<br><br>JEFFREY MACCOMBER in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison,<br><br>    Defendants | Case No.: 2:20-cv-02482-WBS-AC<br>*[cons. w/ 2:21-cv-00038-WBS-AC]*<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)(2)**<br><br>Judge: Hon. William B. Shubb<br><br>Action Filed: Jan. 7, 2021 |

[PROPOSED] ORDER            Case No.: 2:20-cv-02482-WBS-AC
[consolidated with 2:21-CV-00038-WBS-AC]

ORDER

WHEREAS the Court has entered the Consent Decree, executed by the Parties on May 22, 2023, as a Judgment of the Court;

IT IS HEREBY ORDERED that the Court shall retain continuing jurisdiction over Civil Case Nos. 2:20-cv-02482-WBS-AC and 2:21-cv-00038-WBS-AC for enforcement purposes; and

IT IS FURTHER ORDERED that Plaintiffs' claims against Defendants, as set forth in Civil Case Nos. 2:20-cv-02482-WBS-AC and 2:21-cv-00038-WBS-AC, are dismissed with prejudice pursuant to FRCP 41(a)(2).

IT IS SO ORDERED.

Dated:  August 1, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE