CHRISTOPHER M. PISANO, Bar No. 192831
christopher.pisano@bbklaw.com
SHAWN D. HAGERTY, Bar No. 182435
shawn.hagerty@bbklaw.com
REBECCA ANDREWS, Bar No. 272967
rebecca.andrews@bbklaw.com
ANYA KWAN, Bar No. 333854
anya.kwan@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue
25th Floor
Los Angeles, California  90071
Telephone:   (213) 617-8100
Facsimile:    (213) 617-7480

Attorneys for Plaintiff
COUNTY OF AMADOR

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MACOMBER, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation,<br><br>Defendants. | Case No. 2:20-cv-02482-WBS-AC [Consolidated with 2:21-cv-00038-WBS-AC]<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Dept:           5<br>Judge:          William B. Shubb<br>Trial Date:    June 6, 2023<br>Action Filed:  January 7, 2021 |
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MACOMBER in his official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison; and CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Defendants. | |

Please take notice that Rebecca Andrews, California State Bar No. 272967, of Best Best & Krieger LLP, withdraws as counsel for the County of Amador. Please remove the attorney named above from the docket of this case. At least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party indicated.

I request that the Clerk update the docket as indicated above.

Dated: January 10, 2024                                BEST BEST & KRIEGER LLP


By: /s/ Rebecca Andrews
  CHRISTOPHER M. PISANO
  SHAWN D. HAGERTY
  REBECCA ANDREWS
  ANYA KWAN
  Attorneys for Plaintiff
  COUNTY OF AMADOR

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071

83653.00001\41938571.1

- 2 -

2:20-CV-02482-WBS-AC [CONSOLIDATED WITH 2:21-CV-00038-WBS-AC]
NOTICE OF WITHDRAWAL OF COUNSEL

California Sportfishing Protection Alliance v. Allison, et al.;
Amador v. Macomber, et al.
United States District Court, Eastern District of California,
Case No. 20-cv-02482 WBS AC

# **PROOF OF SERVICE**

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101. On January 10, 2024, I served a copy of the within document(s):

NOTICE OF WITHDRAWAL OF COUNSEL

☒ **By Electronic Service**. Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's EC/ECF system.

| | |
|---|---|
| Adam K. Guernsey, Esq.<br>HARRISON TEMBLADOR<br>HUNGERFORD & GUERNSEY<br>2801 T Street<br>Sacramento, CA 95816 | ATTORNEYS FOR JEFFREY MACOMBER in his official capacity as SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and PATRICK COVELLO in his official capacity as Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison<br><br>Tel: (916) 382-4377<br>Email: AGuernsey@HTHGLaw.com |
| Andrew L. Packard, Esq.<br>William L. Carlon, Esq.<br>Law Offices of Andrew L. Packard<br>245 Kentucky Street, Suite B3<br>Petaluma, CA 94952 | ATTORNEYS FOR CALIFORNIA SPORTFISHING PROTECTION ALLIANCE<br><br>Tel: (707) 782-4060<br>Email:<br>andrew@packardlawoffices.com<br>wncarlon@packardlawoffices.com |

- 1 -

83653.00001\40499467.1

| | |
|---|---|
| Jason Flanders, Esq.<br>Erica A. Maharg, Esq.<br>Aqua Terra Aeris Law Group<br>4030 Martin Luther King Jr. Way<br>Oakland, CA 94609 | ATTORNEYS FOR CALIFORNIA SPORTFISHING PROTECTION ALLIANCE<br><br>Tel: (916) 202-3018<br>Email:<br>eam@atalawgroup.com<br>jrf@atalawgroup.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 10, 2024, at San Diego, California.

                                                   *Lisa Atwood* (signature)
                                                   Lisa Atwood

- 2 -

83653.00001\40499467.1